

CARLSMITH BALL LLP

DONALD V. CALVO
DANA A. GUTIERREZ
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813



Attorneys for Plaintiff
RHINO BUILDERS, INC.

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
|---|---|
| Plaintiff, | |
| vs. | REQUEST TO FILE FACSIMILE FILING |
| BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., | |
| Defendants. | |

In accordance with General Rule 5.1(a), Plaintiff United States of America for Use and Benefit of Rhino Builders, Inc. hereby requests that the Court grant permission for Plaintiff to submit the attached Withdrawal and Substitution of Counsel; Order, the first page of which is a facsimile.

Mr. Michael O'Connell signed the Withdrawal and Substitution of Counsel. However, because he lives in Hawaii, his signature on the first page of the Withdrawal and Substitution of Counsel is a facsimile. Mr. O'Connell will be sending to undersigned counsel an original copy of the Withdrawal and Substitution of Counsel via air courier. Upon receipt of the

3141016.1.053705-00001

United States of America For Use and Benefit of Rhino Builders, Inc.
vs. Biogenesis Pacific, Inc. and AIG Technical Services, Inc.
District Court of Guam Civil Case No. 02-00008
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER**
Page 2

original Withdrawal and Substitution of Counsel, undersigned counsel immediately file his

original signature page with the Court.

    DATED this 16th day of May, 2002.

CARLSMITH BALL LLP

                                                        *[signature]*
                                                        DONALD V. CALVO
                                                        DANA A. GUTIERREZ

3141016.1.053705-00001

CARLSMITH BALL LLP

DONALD V. CALVO
DANA A. GUTIERREZ
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Defendant
RHINO BUILDERS, INC.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff/s, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendant/s. | CIVIL CASE NO. 02-00008 <br><br><br> **WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER** |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Rhino Builders, Inc., Plaintiff in the above-captioned action, hereby substitutes Antonio L. Cortes, Attorney At Law, as its attorney of record in this action in the place and stead of Carlsmith Ball LLP.

DATED this _____ day of _____, 2002.

RHINO BUILDERS, INC.

By: _____

Its Authorized Representative

1458913.1.doc

United States of America For Use and Benefit of Rhino Builders, Inc.
vs. Biogenesis Pacific, Inc. and AIG Technical Services, Inc.
District Court of Guam Civil Case No. 02-00008
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER**
Page 2

Counsel of record, Carlsmith Ball LLP, hereby withdraw as attorneys of record for Plaintiff Rhino Builders, Inc. in this action

DATED this 16th day of May, 2002.

CARLSMITH BALL LLP

_____
DONALD V. CALVO
DANA A. GUTIERREZ

Antonio L. Cortes hereby accepts the above substitution of counsel of record.

DATED this 16th day of May, 2002.

_____
ANTONIO L. CORTES
Attorney for Plaintiff
Rhino Builders, Inc.

**SO ORDERED** this _____ day of _____, 2002.

_____
THE HONORABLE JOHN S. UNPINGCO
District Judge

3140856.1.053705-00001