

CARLSMITH BALL LLP

DONALD V. CALVO
DANA A. GUTIERREZ
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
RHINO BUILDERS, INC.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> ORDER GRANTING PERMISSION TO FILE FACSIMILE FILING |

## ORDER

The Court hereby GRANTS Plaintiff United States of America for Use and Benefit of Rhino Builders, Inc.'s Request to File Facsimile Filing with regard to the Withdrawal and Substitution of Counsel; Order.

**SO ORDERED** this 17th day of May 2002.

_____
THE HONORABLE JOHN S. UNPINGCO
District Judge

3141017.1.053705-00001