ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorneys for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **MOTION TO CONTINUE COURT-ORDERED DISCOVERY SCHEDULE** |

Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc., by and through newly-retained counsel, Antonio L. Cortes, moves the Court for a thirty-day continuance of all dates set forth by the Court in its May 1, 2002 Scheduling Order.

### POINTS AND AUTHORITIES

In support of this motion, Plaintiff submits the following points and authorities:

    1. Local Rule 16.1 requires the parties to meet and confer prior to commencing discovery and to complete discovery without undue delay and expense.

**ORIGINAL**

It also requires the parties to meet and confer in accordance with F. R. Civ. Proc. 26(f), and assigns Plaintiff's counsel the duty to initiate communication with opposing counsel for this purpose within 15 days of the Clerk's issuance of the Scheduling Notice.

2. The Clerk filed the Scheduling Notice in this matter on May 1, 2002.

3. Although the Complaint in this matter was filed on March 20, 2002 by Plaintiff's previous counsel, Carlsmith Ball LLP, which is no longer able to represent Plaintiff in this matter, no defendant has yet been served with the Complaint. It is expected that this will be done shortly, and that Defendants will retain counsel. It would appear best to wait to initiate communications with defendants through their counsel, after they have been served, and given a reasonable opportunity to retain counsel.

4. The undersigned, although retained on May 10, 2002, was not able, until May 17, 2002, to obtain the information from prior counsel necessary to determine how to competently represent Plaintiff, and assess how to proceed.

5. The purpose of Rule 16.1 appears to be to require the parties to promptly take steps to promptly and efficiently exchange discovery between them.

6. Since Defendants have not yet been served, that purpose would appear best served if the requested continuance were granted so that Plaintiff could serve Defendants, allow them to retain counsel, then meet with counsel to as contemplated in Rules 16.1 and 16.2.

2

For the foregoing reasons, Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc., by and through counsel, Antonio L. Cortes, most respectfully moves this honorable Court for a thirty-day continuance of all dates set forth by the Court in its May 1, 2002 Scheduling Order.

Respectfully submitted this 20th day of May 2002.

LAW OFFICE OF ANTONIO L. CORTÉS

_____
Antonio L. Cortés, Attorney for
Plaintiff Rhino Builders, Inc.