ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 2 0 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **DECLARATION OF COUNSEL** |

I, Antonio L. Cortes, duly declare and say:

1. I am an attorney licensed to practice law in Guam, and have been since May October 21, 1997. I have personal knowledge of the matters stated herein and if called upon to do so, I could and would competently so testify.

2. I was first retained by Rhino Builders, Inc. on May 10, 2002.

3. To the best of my knowledge, neither named Defendant has yet been served with a Summons or Complaint.

4. I have been diligently working with prior counsel, Carlsmith Ball LLP, to obtain the client materials in its possession that I need to competently

**ORIGINAL**

determine how to commence this representation. Despite my best efforts to obtain these materials as quickly as possible, I was not able to procure them until after 4:00 p.m. on May 17, 2002.

5. I need the requested extension of time in order to competently prepare for the meeting with opposing counsel (or parties if no counsel is retained) and to properly take the other steps required by the May 1, 2002 Scheduling Order.

I declare under penalty perjury that the foregoing is true and correct.

Executed this 20th day of May 2002.

_____
ANTONIO L. CORTES

2