CARLSMITH BALL LLP

DONALD V. CALVO
DANA A. GUTIERREZ
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
RHINO BUILDERS, INC.

FILED
DISTRICT COURT OF GUAM
MAY 21 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., Plaintiff, vs. BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., Defendants. | CIVIL CASE NO. 02-00008 NOTICE OF FILING ORIGINAL FILING TO REPLACE FACSIMILE FILING; WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
|---|---|

Attached is the original signature page of the Withdrawal and Substitution of Counsel, the facsimile copy of which was filed on May 21, 2002, pursuant to the Court's Order on May 17, 2002, granting permission to file the facsimile filing in the above-captioned case.

DATED this 21st day of May, 2002.

CARLSMITH BALL LLP

_____
DONALD V. CALVO
DANA A. GUTIERREZ

3141208.1.053705-00001

ORIGINAL

CARLSMITH BALL LLP

DONALD V. CALVO
DANA A. GUTIERREZ
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Defendant
RHINO BUILDERS, INC.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff/s, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendant/s. | CIVIL CASE NO. 02-00008 <br><br><br> **WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER** |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Rhino Builders, Inc., Plaintiff in the above-captioned action, hereby substitutes Antonio L. Cortes, Attorney At Law, as its attorney of record in this action in the place and stead of Carlsmith Ball LLP.

DATED this 14th day of May, 2002.

RHINO BUILDERS, INC.

By: _____

Its Authorized Representative

1458913.1.doc