CARLSMITH BALL LLP

DONALD V. CALVO
DANA A. GUTIERREZ
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Defendant
RHINO BUILDERS, INC.

**FILED**
DISTRICT COURT OF GUAM
MAY 23 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff/s, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendant/s. | CIVIL CASE NO. 02-00008 <br><br><br> **WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER** |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Rhino Builders, Inc., Plaintiff in the above-captioned action, hereby substitutes Antonio L. Cortes, Attorney At Law, as its attorney of record in this action in the place and stead of Carlsmith Ball LLP.

DATED this _____ day of _____, 2002.

RHINO BUILDERS, INC.

By: _____

Its Authorized Representative

1458913.1.doc

United States of America For Use and Benefit of Rhino Builders, Inc.
vs. Biogenesis Pacific, Inc. and AIG Technical Services, Inc.
District Court of Guam Civil Case No. 02-00008
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER**
Page 2

    Counsel of record, Carlsmith Ball LLP, hereby withdraw as attorneys of record for

Plaintiff Rhino Builders, Inc. in this action

    DATED this 16th day of May, 2002.

CARLSMITH BALL LLP

_____
DONALD V. CALVO
DANA A. GUTIERREZ

    Antonio L. Cortes hereby accepts the above substitution of counsel of record.

DATED this 16th day of May, 2002.

_____
ANTONIO L. CORTES
Attorney for Plaintiff
Rhino Builders, Inc.

**SO ORDERED** this 23rd day of May, 2002.

_____
THE HONORABLE JOHN S. UNPINGCO
District Judge



RECEIVED
MAY 21 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3140856.1.053705-00001