CARLSMITH BALL LLP

DONALD V. CALVO
DANA A. GUTIERREZ
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813


FILED
DISTRICT COURT OF GUAM
MAY 24 2002
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff
RHINO BUILDERS, INC.

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF NON-SERVICE** |
| BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., | |
| Defendants. | |

I, DONALD V. CALVO, hereby declare and state:

1. I am a United States citizen over the age of 18 years;

2. I am an Of Counsel of the law firm of Carlsmith Ball LLP.

3. I did not cause to be served the Summons dated March 20, 2002 to AIG Technical Services, Inc.

DATED: Hagåtña, Guam, May 24, 2002.

CARLSMITH BALL LLP

_____
DONALD V. CALVO

3141424.1.053705-00001

AO 440 (Rev. 10/93) Summons in a Civil Action

# ORIGINAL United States District Court 

_____ DISTRICT OF ___GUAM___

UNITED STATES OF AMERICA FOR USE
AND BENEFIT OF RHINO BUILDERS, INC.,

          Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **02-00008**

BIOGENESIS PACIFIC, INC. and
AIG TECHNICAL SERVICES, INC.,

          Defendants.

TO: (Name and address of defendant)

AIG TECHNICAL SERVICES, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald V. Calvo, Esq.
    Dana A. Gutierrez, Esq.
    CARLSMITH BALL LLP
    Suite 401, Bank of Hawaii Building
    134 West Soledad Avenue
    Post Office Box BF
    Hagatna, Guam 96932-5027

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

MAR 20 2002

**CLERK**

**DATE**

(BY) DEPUTY CLERK
[Stamps: RECEIVED MAY 24 2002 DISTRICT COURT OF GUAM HAGATNA, GUAM; FILED DISTRICT COURT OF GUAM MAY 24 2002 MARY L. M. MORAN CLERK OF COURT; STAMPED IN ERROR]

# United States District Court

DISTRICT OF __GUAM__

UNITED STATES OF AMERICA FOR USE
AND BENEFIT OF RHINO BUILDERS, INC.,

        Plaintiff,

V.

BIOGENESIS PACIFIC, INC. and
AIG TECHNICAL SERVICES, INC.,

        Defendants.

AMENDED
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00008

TO: (Name and address of defendant)
AIG TECHNICAL SERVICES, INC.

ACKNOWLEDGED RECEIPT
By: _____
Date: 05/24/02

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233, Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagatna, Guam 96932-8973

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L.M. Moran
CLERK

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

DATE: MAY 24 2002

COPY