CARLSMITH BALL LLP

DONALD V. CALVO
DANA A. GUTIERREZ
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
RHINO BUILDERS, INC.



FILED
DISTRICT COURT OF GUAM
MAY 24 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **CERTIFICATE OF NON-SERVICE** |

I, DONALD V. CALVO, hereby declare and state:

1. I am a United States citizen over the age of 18 years;

2. I am an Of Counsel of the law firm of Carlsmith Ball LLP.

3. I did not cause to be served the Summons dated March 20, 2002 to Biogenesis Pacific, Inc.

DATED: Hagåtña, Guam, May 24, 2002.

CARLSMITH BALL LLP

_____
DONALD V. CALVO

3141423.1.053705-00001

# ORIGINAL United States District Court

**DISTRICT OF** GUAM

**RECEIVED MAY 2 4 2002 DISTRICT COURT OF GUAM HAGATNA, GUAM**

UNITED STATES OF AMERICA FOR USE
AND BENEFIT OF RHINO BUILDERS, INC.,

        Plaintiff,

V.

BIOGENESIS PACIFIC, INC. and
AIG TECHNICAL SERVICES, INC.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00008

TO: (Name and address of defendant)

BIOGENESIS PACIFIC, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald V. Calvo, Esq.
Dana A. Gutierrez, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Post Office Box BF
Hagatna, Guam 96932-5027

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
**CLERK**

/s/ Leilani R. Toves Hernandez
**(BY) DEPUTY CLERK**

MAR 20 2002
**DATE**

# United States District Court

_____ DISTRICT OF _GUAM_____

UNITED STATES OF AMERICA FOR USE
AND BENEFIT OF RHINO BUILDERS, INC.,

                Plaintiff,

V.

BIOGENESIS PACIFIC, INC. and
AIG TECHNICAL SERVICES, INC.,

                Defendants.

AMENDED
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00008

ACKNOWLEDGED RECEIPT

By: _____
Date: 05/24/02

TO: (Name and address of defendant)

BIOGENESIS PACIFIC, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagatna, Guam 96932-8973

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L.M. Moran
CLERK

DATE MAY 24 2002

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

COPY