ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



FILED
DISTRICT COURT OF GUAM
MAY 30 2002
MARY L. M. MORAN
CLERK OF COURT

Attorney for Plaintiff Rhino Builders, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **ORDER** |

Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc., having moved the Court for a thirty-day continuance of all the dates set forth by the Court in its May 1, 2002 Scheduling Order and good cause appearing therefor, it is hereby ORDERED,

That Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc., shall have a thirty-day continuance thirty-day continuance of all dates

//

//

//

**ORIGINAL**

set forth by the Court in its May 1, 2002 Scheduling Order.

**APPROVED AND SO ORDERED** this 30th day of May 2002.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

PRESENTED BY:

LAW OFFICE OF ANTONIO L. CORTES

By: _____
ANTONIO L. CORTES

RECEIVED
MAY 20 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2