AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF GUAM

UNITED STATES OF AMERICA FOR USE
AND BENEFIT OF RHINO BUILDERS, INC.,

        Plaintiff,

V.

BIOGENESIS PACIFIC, INC. and
AIG TECHNICAL SERVICES, INC.,

        Defendants.

**AMENDED**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00008

FILED
DISTRICT COURT OF GUAM
JUN 14 2002
MARY L. M. MORAN
CLERK OF COURT

(13)

TO: (Name and address of defendant)

BIOGENESIS PACIFIC, INC.

*Richard Avilla 6-7-02*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagatna, Guam  96932-8973

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 24 2002

Mary L.M. Moran
CLERK

DATE

*[signature]*
(BY) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: JUNE 07, 2002 |
| NAME OF SERVER (PRINT): MICHAEL Q. GALLO | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BIOGENESIS PACIFIC, INC., A FORIGN CORPORATION, BY AND THROUGH THEIR AGENT FOR SERVICE OF PROCESS, RICHARD AVILLA, AT THEIR PLACE OF BUSINESS, 245B KAYEN TRAMOHU, MACHANAO, DEDEDO, GUAM.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JUNE 12, 2002
Date

Signature of Server SP0136-00

P.O. BOX 1150, AGANA GU 96932/201 SONGSONG
Address of Server
STREET, MANGILAO

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.