<-

ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorneys for Plaintiff Rhino Builders, Inc.



## IN THE DISTRICT COURT

## OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **SECOND MOTION TO CONTINUE COURT- ORDERED DISCOVERY SCHEDULE** |

Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc., by and through new counsel, Antonio L. Cortes, hereby moves the Court for a second thirty-day continuance of all dates set forth by the Court in its May 1, 2002 Scheduling Notice and its May 30, 2002 Order continuing the dates therein for thirty days.

### POINTS AND AUTHORITIES

In support of this motion, Plaintiff submits the following points and authorities:

**ORIGINAL**

1. Local Rule 16.1 requires the parties to meet and confer prior to commencing discovery and to complete discovery without undue delay and expense. It also requires the parties to meet and confer in accordance with F. R. Civ. Proc. 26(f), and assigns Plaintiff's counsel the duty to initiate communication with opposing counsel for this purpose within 15 days of the Clerk's issuance of the Scheduling Notice.

2. The Clerk filed the Scheduling Notice in this matter on May 1, 2002.

3. On May 20, 2002, the undersigned counsel filed, on behalf of Plaintiff, a Motion to Continue Court-Ordered Discovery Schedule, Declaration of Counsel and Proposed Order.

4. On May 23, 2002, the Court ordered its approval of the Withdrawal and Substitution of Plaintiff's Counsel.

5. On May 24, 2002, the Amended Summons against Defendants Biogenesis Pacific, Inc. and AIG Technical Services, Inc. was issued by the Office of the Clerk, service on Biogenesis was effected on June 7, 2002, and efforts to find an agent to accept service for AIG Technical Services, Inc. failed. *See* Declaration of Service of Michael Gallo attached to the Amended Summonses filed on June 14, 2002.

6. The purpose of Rule 16.1 appears to be to require the parties to promptly take steps to promptly and efficiently exchange discovery between them. Since neither party has appeared, and since Plaintiff expects to, within the coming

2

weeks, be able to meet and confer with at least one Defendant, it would appear that the administration of justice would be best served by granting the requested continuance, so that input on the discovery plan could be obtained from Defendants.

7. As soon as each Defendant appears, the undersigned will promptly serve them with the Court's May 1, 2002 Scheduling Notice, the Court's May 30, 2002 Order continuing the dates set therein, and any order issued pursuant to this motion.

For the foregoing reasons, Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc., by and through counsel, Antonio L. Cortes, most respectfully moves this honorable Court for a second thirty-day continuance of all dates set forth by the Court in its May 1, 2002 Scheduling Notice and its May 30, 2002 Order continuing the dates therein for thirty days.

Respectfully submitted this 18th day of June 2002.

LAW OFFICE OF ANTONIO L. CORTÉS

_____
Antonio L. Cortés, Attorney for
Plaintiff Rhino Builders, Inc.