ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **DECLARATION OF COUNSEL** |

I, Antonio L. Cortes, duly declare and say:

1. I am an attorney licensed to practice law in Guam, and have been since October 21, 1997. I am counsel of record for Plaintiff Rhino Builders, Inc. and I have personal knowledge of the matters stated herein and if called upon to do so, I could and would competently so testify.

2. I am informed and believe that, on June 7, 2002, Defendant Biogenesis Pacific, Inc. was served with the Amended Summons and Complaint.

**ORIGINAL**

3. Defendant AIG Technical Services, Inc. has not yet been served with the Amended Summons or Complaint.

4. I need the requested second extension of time in order to allow time for Defendant Biogenesis Pacific, Inc. to appear in this matter, to properly serve the Amended Summons and Complaint on Defendant AIG Technical Services, Inc., and to properly take the necessary steps and procedures required by the Court's May 1, 2002 Scheduling Order and its May 30, 2002 Order continuing the dates therein for thirty days.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of June 2002.

_____
ANTONIO L. CORTÉS

2

Case 1:02-cv-00008  Document 15  Filed 06/18/2002  Page 2 of 2