ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.



IN THE DISTRICT COURT

OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) ) ) ) | CIVIL CASE NO.02-00008 **ORDER** |
| Plaintiff, | ) ) | |
| BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc., having moved the Court for a second thirty-day continuance of all the dates set forth by the Court in its May 1, 2002 Scheduling Notice and its May 30, 2002 Order continuing the dates therein for thirty days, and good cause appearing therefore, it is hereby ORDERED as follows:

1. Counsel of record and all pro se litigants that have appeared in the case must meet and confer within (30) days after receipt of this Order.

2. A proposed Scheduling Order and a proposed Discovery Plan shall be filed on or before the **3rd of August, 2002**. Careful and immediate attention should be given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal Rules 16(b) and 26(f), and Local Rules.

3. Plaintiff's counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

4. Counsel of record and all pro se litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

5. A Scheduling Conference shall be held on the _20th_ day of **August, 2002, at _3:00 p_.m.**

6. Counsel are reminded that:

   a) The filing of motions does not postpone discovery.

   b) Local Rule 37.1 governs discovery disputes and motions.

   c) The number and form of interrogatories are governed by Local Rule 33.1.

2

d) Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

**APPROVED AND SO ORDERED** this 20th day of June 2002.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

PRESENTED BY:

LAW OFFICE OF ANTONIO L. CORTÉS

By: _____
ANTONIO L. CORTÉS
Attorney for Plaintiff Rhino Builders, Inc.