Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM

JUN 2 4 2002

MARY L.M. MORAN
CLERK OF COURT

17

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

UNITED STATES OF AMERICA FOR USE
AND BENEFIT OF RHINO BUILDERS, INC.,

Plaintiff,

vs.

BIOGENESIS PACIFIC, INC. and
AIG TECHNICAL SERVICES, INC.,

Defendants.

CIVIL CASE NO. 02-00008

**MOTION FOR ADDITIONAL TIME
TO RESPOND TO THE COMPLAINT**
**[No hearing requested]**

COMES NOW Defendant Biogenesis Pacific, Inc. ("Biogenesis"), by and through Calvo

and Clark, LLP, and requests that the Court grant it a twenty (20) day extension of time to answer or

otherwise respond the complaint filed by Plaintiff.

      1.    On June 7, 2002 Biogenesis was served with the summons and complaint.

Pursuant to the summons, Biogenesis must answer the complaint by June 27, 2002.

      2.    During the week of June 15, 2002, Biogenesis approached Calvo and Clark, LLP

seeking its representation in this matter.

      3.    On June 20, 2002, the undersigned contacted Antonio Cortes, counsel for

Plaintiff, and requested an additional twenty (20) days to respond to the complaint. Plaintiff's counsel

informed the undersigned that he would not object to a motion filed by Biogenesis seeking additional

time to respond to the complaint. See Exhibit A.

**MOTION FOR ADDITIONAL TIME TO RESPOND TO THE COMPLAINT**
Civil Case No. 02-00008
B020624.CT (Request for Additional Time).wpd

1    4.    Because Biogenesis only recently retained Calvo and Clark, LLP, and because

2    its newly retained counsel requires additional time to consult with Biogenesis and to assess how to

3    respond the complaint, Biogenesis respectfully requests that the Court grant it an additional twenty (20)

4    days or until July 17, 2002 to answer or otherwise respond to the complaint.

5         WHEREFORE, Biogenesis prays that:

6         1.    The Court enter an order granting Biogenesis an additional twenty (20) days or

7    until July 17, 2002 to answer or otherwise respond to the complaint;

8         2.    The Court grant such other and further relief as is appropriate.

9         Dated this 24th day of June, 2002.

10

11                                        CALVO AND CLARK, LLP
                                         Attorneys At Law
                                         Attorneys for Defendant
12                                       Biogenesis Pacific, Inc.

13
                                         By: _____
14                                            JANALYNN M. CRUZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28


**MOTION FOR ADDITIONAL TIME TO RESPOND TO THE COMPLAINT**
Civil Case No. 02-00008
B020624.CT (Request for Additional Time).wpd

# ANTONIO L. CORTÉS

Attorney at Law
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973

Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933
acortes@kuentos.guam.net
http://www.guam.net/home/acortes

June 20, 2002

**VIA FACSIMILE [646-9403]**

Janalynn M.M. Cruz, Esq.
Calvo & Clark, LLP
Suite 202, First Savings & Loan Building 655
South Marine Drive
Tamuning, Guam 96911

    Re: USA for Use and Benefit of Rhino Builders, Inc. vs.
       Biogenesis Pacific, Inc. and AIG Technical Services, Inc.;
       District Court of Guam Civil Case No. 02-00008.

Dear Ms. Cruz:

    This is to confirm our telephone conference today that we would not oppose a motion by your client Biogenesis Pacific, Inc. for a twenty day extension of time within which to answer the complaint should you make such a motion. As a courtesy, I am enclosing copies of the May 1, 2002 Scheduling Notice, our two motions for extensions thereof, and the supporting documents.

          Sincerely,

          Antonio L. Cortés

enclosures

cc: Mr. Eugene O'Connell

**EXHIBIT "A"**