Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 25 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of Defendant Biogenesis Pacific, Inc.'s:

    1.    Motion for Additional Time to Respond to the Complaint, and

    2.    Proposed Order

were served upon Antonio L. Cortes, Attorney for Plaintiff Rhino Builders, Inc. via Hand Delivery to the following address: 233 Julale Center – 424 West O'Brien Drive, Hagåtña, Guam 96910.

DATED this 24th day of June, 2002.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
JANALYNN M. CRUZ