Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 25 2002
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> [PROPOSED] ORDER |

Defendant Biogenesis Pacific, Inc. having moved the Court for a twenty (20) day extension of time to answer or otherwise respond to the complaint and good cause appearing therefor, it is hereby

ORDERED that Defendant Biogenesis Pacific, Inc. shall have until July 17, 2002 to answer or otherwise respond to the complaint.

Dated: 6/25/02

**HONORABLE JOHN S. UNPINGCO**
**Judge, District Court of Guam**

[PROPOSED] ORDER
Civil Case No. 02-00008
B020624.CT (Proposed Order Additional Time).wpd

