Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 27 2002
MARY L.M. MORAN
CLERK OF COURT

(20)

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of the June 25, 2002 Order regarding the extension of time for Defendant Biogenesis Pacific, Inc. to answer or otherwise respond to the complaint was served upon Antonio L. Cortes, Attorney for Plaintiff Rhino Builders, Inc. via Hand Delivery to the following address: 233 Julale Center – 424 West O'Brien Drive, Hagåtña, Guam 96910.

DATED this 27th day of June, 2002.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
JANALYNN M. CRUZ

**CERTIFICATE OF SERVICE**
Civil Case No. 02-00008
B020624.CT (Certificate of Service)2.wpd

1