Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
*Biogenesis Pacific, Inc.*

FILED
DISTRICT COURT OF GUAM
JUL 17 2002
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS (HEARING REQUESTED)** |

**PLEASE TAKE NOTICE** that a hearing on Defendant's Motion to Dismiss will be held on September 13, 2002, at 10:00 o'clock a.m., or as soon thereafter as counsel may be heard, in the District Court of Guam.

The motion to dismiss is based on the accompanying memorandum of points and authorities filed herewith.

DATED this 17th day of July, 2002.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
JANALYNN M. CRUZ
Attorneys for Defendant

T020717.327-0001.Notice of Motion.Pld.wpd

**ORIGINAL**