Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant Biogenesis Pacific, Inc.*

FILED
DISTRICT COURT OF GUAM
JUL 17 2002
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO. 02-00008
AND BENEFIT OF RHINO BUILDERS, INC., )
)
          Plaintiff, )
) **AGREEMENT OF HEARING DATE**
    vs. )
)
BIOGENESIS PACIFIC, INC. and )
AIG TECHNICAL SERVICES, INC., )
)
          Defendants. )
_____ )

Pursuant to Local Rule 7.1., the parties hereby acknowledge the following:

1. I, Janalynn M. Cruz, am the attorney for the Defendant BioGenesis Pacific, Inc. in this matter. I contacted the attorney for the opposing party in this action, to agree upon a date for oral argument of my Motion to Dismiss.

2. The attorney for the opposing party is Antonio Cortes.

3. We agreed upon the following date: September 13, 2002.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

DATED this 17th day of July, 2002.

                                  Attorney Requesting Oral Argument

                                  CALVO AND CLARK, LLP
                                  Attorneys At Law

                                  By: _____
                                      JANALYNN M. CRUZ
                                      Attorneys for Defendant