Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant Biogenesis Pacific, Inc.*

FILED
DISTRICT COURT OF GUAM
JUL 17 2002
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br>    Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF JANALYNN M. CRUZ** |

I, JANALYNN M. CRUZ, do declare as follows:

1. I am an attorney duly licensed to practice in Guam, an associate of the law firm of Calvo and Clark, LLP, and counsel for BioGenesis Pacific, Inc..

2. Attached hereto and incorporated herein by this reference as Exhibit "1" is a true and correct copy of the Proof of Claim: Construction Contract submitted by Plaintiff to Defendant AIG Technical Services, Inc.

Dated this 17th day of July, 2002.

CALVO AND CLARK, LLP
Attorneys at Law

*(signature)*
JANALYNN M. CRUZ,
Attorneys for Defendant

P020717.327-0001.Declaration.wpd         **ORIGINAL**                              1

**AIG Technical Services, Inc.**
175 Water Street
New York, NY 10038
212.770.7000

*Proof of Claim : Construction Contract*

AIG Technical Services, Inc.

State of __Territory of Guam__

Bond Number: 000-20-80-88
Claim Number: 388-005037-001-0001

County of _____

I, __Michael O'Connell__, the __CEO__ of __Rhino Builders, Inc.__
  (Name of Affiant)         (Position in Firm)         (Name of Claimant)

of __87-1610 Ulehawa Road, Waianae, HI 96792__ on behalf of said firm, hereby state under oath that
         (Address)

said firm between the dates of __May 2000__ and __December 2000__ furnished, sold,

and delivered __roofing installation & repairs & materials__ to __BioGenesis Pacific, Inc.__ for the
              (describes services or material)                  (Name of contractor or subcontractor if any)

construction of __Contract No. N62766-99-D-0425__ in accordance with an __oral__ Subcontractor
described in __Prime__ (Identify Contract)
Contractor letter Purchase order. Dated __January 2, 2001__, a copy of which is attached hereto, for the agreed
price of __$1,081,881.80__, none of which has been paid except __$0__ and leaving a statement
balance due of __$1,081,881.80__. Attached hereto are __1__ Invoices, __NA__ delivery tickets

showing the deliveries or progress estimates furnished __BioGenesis Pacific, Inc.__
                                                              (Contractor)

and the amount due to claimant therefore; that said firm served notice of said balance due it by Registered Mail dated:
_____ on Surety, __Dec. 20, 2001__ on Contractor, __NA__ on Owner, (copies
attached), that there is no just credit nor offset due against said balance and that said firm made no assignment of any
part of said balance except to __NA__

and that there are no liens or encumbrances against said balance except that of __NA__
_____ ; that said firm has paid in full for all labor and material
furnished and supplied it for said job except the claims of the persons or firms whose names and addresses and amounts
due to them are as follows:

__NA__

The foregoing information is furnished to the surety in support of affiant's claim and it is understood that the furnishing of this from or the acceptance and/or retention thereof by the surety does not constitute a waiver or any of the terms of the Surety's bond nor of any defenses the Surety may have, nor admission of liability thereunder.
Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal or civil penalties.

Sworn to and subscribed before me
this __9th__ day of __January__ 20__02__

Notary Public, State of Hawaii
Signed My commission expires: 6/24/02   (Affiant's Signature)

**EXHIBIT "1"**