Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
*Biogenesis Pacific, Inc.*

FILED
DISTRICT COURT OF GUAM
JUL 18 2002
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that true and correct copies of the following documents:

1. Memorandum of Points and Authorities In Support of Motion to Dismiss;
2. Notice of Motion and Motion to Dismiss;
3. Agreement of Hearing Date;
4. Declaration of Janalynn M. Cruz; and
5. [Proposed] Order

were served upon Antonio L. Cortes, Attorney for Plaintiff Rhino Builders, Inc. via Hand Delivery to the following address: 233 Julale Center – 424 West O'Brien Drive, Hagåtña, Guam 96910.

DATED this 17th day of July, 2002.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
JANALYNN M. CRUZ
Attorneys for Defendant

**CERTIFICATE OF SERVICE**
Civil Case No. 02-00008
T020717.327-0001.Certificate of Service.Pld.wpd

**ORIGINAL**

1