Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

**Attorney for Defendant**
AIG TECHNICAL SERVICES, INC.



FILED
DISTRICT COURT OF GUAM
JUL 26 2002
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, LOUIE J. YANZA, am the attorney for Defendant AIG TECHNICAL SERVICES, INC. in the above-captioned matter. I contacted the attorneys for the opposing parties in this action, to agree upon a date for oral argument of my Motion to Dismiss.

2. The attorney for the opposing party is Mr. Antonio L. Cortes, attorney for the Plaintiff and Ms. Janalynn M. Cruz, attorney for Defendant Biogenesis Pacific, Inc.

1

ORIGINAL

3. We agreed upon the following date: **September 13, 2002 at 10:00 a.m.**

4. I contacted the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this 26th day of July, 2002.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorney for Defendant
**AIG TECHNICAL SERVICES, INC.**

By: _____
LOUIE J. YANZA