Louie J. Yanza
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

**Attorney for Defendant**
AIG TECHNICAL SERVICES, INC.

FILED
DISTRICT COURT OF GUAM

JUL 2 6 2002

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |

I, LOUIE J. YANZA, hereby certify that on the 26th day of July, 2002, I caused a copy of the foregoing documents:

1. Agreement of Hearing Date;

2. Motion to Dismiss;

3. Declaration of Louie J. Yanza Re. Filing of Facsimile Copy of Declaration of Bruce Kahn; and

4. Proposed Order.

ORIGINAL

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973
Attorney for Plaintiff Rhino Builders, Inc.

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911
Attorney for Defendant Biogenesis Pacific, Inc.

Dated this 26th day of July, 2002.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Defendant
**AIG TECHNICAL SERVICES, INC.**

By: _____
LOUIE J. YANZA