Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendant
AIG TECHNICAL SERVICES, INC.

FILED
DISTRICT COURT OF GUAM
JUL 30 2002
MARY L. M. MORAN
CLERK OF COURT

31

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF LOUIE J. YANZA RE. FILING OF ORIGINAL DECLARATION OF BRUCE KAHN; EXHIBITS "A" – "C"; CERTIFICATE OF SERVICE** |

I, LOUIE J. YANZA, hereby declare:

1. I make this declaration on personal knowledge, having personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2. I am an individual over the age of 18. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

1

3. Defendant AIG TECHNICAL SERVICES, INC., has retained the law office of McKEOWN • VERNIER • PRICE • MAHER as counsel in the above-entitled action.

4. I file this Declaration for the purpose of substituting the original "Declaration of Bruce Kahn; Exhibits "A" – "C"" for the facsimile copy previously filed with this Court on July 26, 2002.

5. I received the original Declaration of Bruce Kahn; Exhibits "A" – "C" on July 29, 2002.

I declare under penalty of perjury under the United States that the foregoing is true and correct.

Executed at Hagåtña, Guam, this 30th day of July, 2002.

_____
LOUIE J. YANZA

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before July 30, 2002, I caused to be sent by personal service or by facsimile a copy of the annexed **Declaration of Louie J. Yanza Re. Filing of Original of Declaration of Bruce Kahn**, to the following parties at their place of business:

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Executed this 30th day of July, 2002.

    **McKEOWN • VERNIER • PRICE • MAHER**
    Attorneys for Defendant
    **AIG TECHNICAL SERVICES, INC.**

    By: _____
           **LOUIE J. YANZA**

\\Marielg\c\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Dec of LJY - filing of Original Decl of Kahn 072902.doc

JOHN B. MAHER
LOUIE J. YANZA
McKeownVernier Price Maher
115 Hesler Place
Ground Floor, Gov. Joseph Flores Building
Hagatna, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
AIG Technical Services, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> DECLARATION OF BRUCE KAHN; EXHIBITS "A"-"C" |

### DECLARATION OF BRUCE KAHN

I, BRUCE KAHN, hereby declares pursuant to 28 U.S.C. Sec. 1746, as follows:

1. I am a Bond Claims Analyst for AIG Technical Services, Inc. ("AIGTS"), the claims servicing division of the American International Group ("AIG") responsible for investigating and handling the claims against the various sureties owned by AIG including the American Home Assurance Company. As such, I have personal knowledge of the facts and circumstances set forth herein, except for those matters herein stated on information and belief, and as to these matters, I believe them to be true. I make this declaration in support of defendant AIGTS's motion to dismiss the present action;

2. I am the person responsible for handling the claim of Rhino Builders, Inc. against BioGenesis Pacific, Inc. and a payment bond issued by its surety, American Home Assurance Co. regarding Department of Navy Contract No. N62766-99-D-0425 (Navy Housing Various

Locations on Guam);

3. Attached hereto and marked as Exhibit "A" is a true and correct copy of a letter dated October 22, 2001 from Carlsmith Ball LLP, attorneys for Rhino Builders, Inc. to American Home Assurance Company providing a Notice of Claim on Bond and requesting a Miller Act Proof of Claim Form.

4. Attached hereto and marked as Exhibit "B" is a true and correct copy of a executed Miller Act Proof of Claim Affidavit signed by Michael O'Connell the CEO of Rhino Builders, Inc. before a Notary Public in Hawaii regarding a claim on Bond No. 000-20-80-88 on Contract No. N62766-99-D-0425;

5. Attached hereto and marked as Exhibit "C" is a true and correct copy of a letter from AIG Technical Services, Inc. to Carlsmith Ball LLP dated February 21, 2002, denying the Proof of Claim by Rhino Builders, Inc. dated January 9, 2002 on Bond No. 000-20-80-88 on behalf of American Home Assurance Company;

6. AIGTS is not a surety company and does not issue payment or performance bonds;

7. AIGTS is not and has never been a surety for BioGenesis Pacific, Inc.;

8. The Payment Bond covering claims on Department of Navy Contract N62766-99-D-0425 as Bond No. 000-20-80-88 was issued by American Home Assurance Company and not AIG Technical Services, Inc., and therefore AIG Technical Services, Inc. is not a proper defendant in this case;

I, BRUCE KAHN, do declare under penalty of perjury that the foregoing is true and correct.

DATED: New York, New York, July 24, 2002.

_____
BRUCE KAHN

Case 1:02-cv-00008   Document 32   Filed 07/30/2002   Page 5 of 12

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

PACIFIC TOWER, SUITE 2200
1001 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE (808) 523-2500   FAX (808) 523-0842
WWW.CARLSMITH.COM

OCT 2 6 2001
BOND DEPT.

DIRECT DIAL NO.
(808) 523-2527

E-MAIL TET@CARLSMITH.COM

OUR REFERENCE NO.
053705-00001

October 22, 2001

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

American Home Assurance Company
121 Spear Street
San Francisco, California 94105

    Re:    Ref. Bond No. 20-80-88 - BioGenesis Pacific, Inc., Prime Contractor on Contract No. N62766-99-D-0425

Dear Sirs:

    On behalf of our client, Rhino Builders, Inc., we are forwarding this enclosed matter for your consideration and action.

    Enclosed with this letter is a Miller Act Notice which this firm caused to be sent to your attention, whereby Rhino Builders, Inc. gives notice it intends to enforce its rights under the Miller Act. Contrary to your understanding, BioGenesis Pacific, Inc. is the prime contractor on Contract No. N62766-99-D-0425, and Rhino Builders, Inc. provided all labor and materials supporting its claim pursuant to an oral subcontract between Rhino Builders Inc. and BioGenesis Pacific, Inc.

    As the attorneys for Rhino Builders, Inc., we hereby request that American Home Assurance Company provide us a copy of its Miller Act Proof of Claim form, and forward any and all future communications to my attention at the above address.

HONOLULU · KAPOLEI · HILO · KONA · MAUI · GUAM · SAIPAN · LOS ANGELES · WASHINGTON, D.C. · MEXICO



**EXHIBIT A**

Your immediate attention to this matter is appreciated.

Very truly yours,
Carlsmith Ball L.L.P.

*Terry E. Thomason*
Terry E. Thomason

Enclosures

cc:   Rhino Builders, Inc.

1433798.1

HONOLULU · KAPOLEI · HILO · KONA · MAUI · GUAM · SAIPAN · LOS ANGELES · WASHINGTON D.C. · MEXICO

(4)

# NOTICE OF CLAIM ON BOND
## (Miller Act 40 U.S.C. Section 270(a) to 270(e))

Public Agency:       Officer in Charge of Construction
                     Ms. Bennett Terlaje, Contracting Officer
                     NAVFACENGCOM Contracts Marianas
                     PSC455, Box 175
                     FPO AP 96540-2200

Bonding Company:     American Home Assurance Company
                     121 Spear Street
                     San Francisco, California 94105

Prime Contractor:    BioGenesis Pacific, Inc.
                     1604 Ulualana Place
                     Kailua, Hawaii 96734

NOTICE IS HEREBY GIVEN, that Rhino Builders, Inc., the undersigned subcontractor to BioGenesis Pacific, Inc. and Claimant, has not been paid in full and is looking to the Prime Contractor for payment of the following claim. This notice is intended as written notice pursuant to 40 U.S.C. Section 270.

Claimant, whose address is: 87-1610 Ulehawa Road, Waianae, Hawaii 96792, has a claim in the amount of $245,664.43 (not including service charges or interest as allowed by law and at the maximum legal charges or interest as allowed by law and at the maximum legal rate) for labor performed and materials provided for the public work of improvement commonly known as Navy Housing Roofing, Various Locations; Contract No. N62766-99-D-0425, upon which BioGenesis Pacific, Inc. is the Prime Contractor.

WE ARE LOOKING TO THE PRIME CONTRACTOR FOR PAYMENT OF THESE DEBTS.

1. The total amount of the claim is $245,664.43.

2. The name of the party for whom the labor and materials were provided is: BioGenesis Pacific, Inc.

3. Rhino Builders, Inc. provided such labor and materials directly to BioGenesis Pacific, Inc. pursuant to an oral subcontract between Rhino Builders, Inc. and BioGenesis Pacific, Inc.

In support of its claim, Claimant submits the following documents:
1. Claimant's initial invoice, which includes a breakdown of reimbursable costs and profit share (Exhibit 1);

(5)

1433756.1

2. Claimant's final invoice in the amount of $245,664.43 for BioGenesis Pacific, Inc.'s unpaid billings on all work Claimant performed on Contract No. N62766-99-D-0425 with attached mail receipts reflecting BioGenesis Pacific, Inc.'s refusal to accept business mail sent by Rhino Builders, Inc. (Exhibit 2);

3. A copy of Rhino Builders, Inc.'s Assertion of Nonpayment under FAR 32.112-1 to Ms. Bennett Terlaje, Contracting Officer (Exhibit 3); and

4. A copy Payment Bond No. 20-80-88 sent to Claimant from Ms. Bennett Terlaje, Contracting Officer in charge of construction for Contract No. N62766-99-D-0425 (Exhibit 4).

To the unpaid balance of $245,664.43 (plus penalties and interest), if not paid, Claimant shall also seek attorneys fees and interest at the maximum legal rate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20 day of October, 2001.

_____
Michael O'Connell
Rhino Builders, Inc.

"Claimant"

1433756.1



**AIG Technical Services, Inc**
175 Water Street
New York, NY 10038
212.770.7000

*Proof of Claim : Construction Contract*

AIG Technical Services, Inc.

State of __Territory of Guam__           Bond Number: 000-20-80-88
                                         Claim Number: 388-005037-001-0001
County of _____

I, __Michael O'Connell__, the __CEO__ of __Rhino Builders, Inc.__
   (Name of Affiant)        (Position in Firm)        (Name of Claimant)

of __87-1610 Ulehawa Road, Waianae, HI 96792__ on behalf of said firm, hereby state under oath tha
         (Address)

said firm between the dates of __May 2000__ and __December 2000__ furnished, sol

and delivered __roofing installation & repairs & materials__ to __BioGenesis Pacific, Inc.__ for th
                (describes services or material)              (Name of contractor or subcontractor if any)

construction of __Contract No. N62766-99-D-0425__ in accordance with an __oral__ Subcontract
described in Prime  (Identify Contract)
Contractor letter   Purchase order. Dated __January 2, 2001__, a copy of which is attached hereto, for the agreed
price of __$1,081,881.80__, none of which has been paid except __$0__ and leaving a statement
balance due of __$1,081,881.80__. Attached hereto are __1__ Invoices, __NA__ delivery tickets

showing the deliveries or progress estimates furnished __BioGenesis Pacific, Inc.__
                                                              (Contractor)
and the amount due to claimant therefore; that said firm served notice of said balance due it by Registered Mail dated :
_____ on Surety, __Dec. 20, 2001__ on Contractor, __NA__ on Owner, (copies
attached), that there is no just credit nor offset due against said balance and that said firm made no assignment of any
part of said balance except to __NA__
and that there are no liens or encumbrances against said balance except that of __NA__
_____; that said firm has paid in full for all labor and materia
furnished and supplied it for said job except the claims of the persons or firms whose names and addresses and amounts
due to them are as follows:

__NA__

The foregoing information is furnished to the surety in support of affiant's claim and it is understood that the furnishing c
this from or the acceptance and/or retention thereof by the surety does not constitute a waiver or any of the terms of the
Surety's bond nor of any defenses the Surety may have, nor admission of liability thereunder.
Any person who knowingly files a statement of claim containing any false or misleading information is subject to crimin
or civil penalties.
Sworn to and subscribed before me
this __9th__ day of __January__ 20__02__

Notary Public, State of Hawaii
Signed: My commission expires: 6/24/02     (Affiant's Signature)

**EXHIBIT B**



**AIG Technical Services, Inc.**
175 Water Street
New York, NY 10038
212.770.7000

Direct Dial: (212) 458-2901

February 21, 2002

**VIA REGULAR MAIL**

Carlsmith Ball LLP
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
Attention: Terry E. Thomasen, Esq.

Re: Principal: BioGenesis Pacific, Inc.
 Bond No.: 000-20-80-88
 Claim No.: 388-005037-001-0001
 Claimant: Rhino Builders, Inc. ("Rhino")
 Project: Contract No. N62766-99-D-0425 - Navy Housing - Guam and various locations
 Surety: American Home Assurance Co.

Dear Mr. Thomasen:

The above referenced surety has reviewed the Proof of Claim and supporting documentation (collectively, the "Proof of Claim") which you submitted on or about January 9, 2002 in support of your client's claim against the referenced bond. The Proof of Claim has been reviewed in connection with the relevant bond language, your client's purported Miller Act Notice dated October 22, 2001, and the federal Miller Act, 40 U.S.C. § 270a et seq. which governs claims against payment bonds issued for federal projects such as the above.

Section 270b(b) of the Miller Act, among other things, expressly states that a payment bond claimant is time barred from bringing suit to enforce its claim unless such an action is brought within one year of the day on which the last of the labor was performed or material was provided by them.

I note that the sworn affidavit of Michael O'Connell, identified as claimant's chief executive officer, included in the Proof of Claim, admits and conclusively establishes that the last day claimant performed labor or provided material on the above project was on or before December 31, 2000. In order to have been timely, suit to enforce the claim would have had to have been commenced within one year of that date. As such, the above referenced claim appears to be time barred by the statute of limitations contained in 40 U.S.C. § 270b(b). Accordingly, the claim must be denied.

If you have any other documents or information you believe would be helpful for the Surety to review please feel free to provide them to the undersigned.

**EXHIBIT C**

1

A Member Company of
American International Group, Inc.



**AIG Technical Services, Inc.**
175 Water Street
New York, NY 10038
212.770.7000

Please be advised that this action is taken at this time without waiver of or prejudice to any of the rights and defenses, past or present, known or unknown which either the above referenced Surety or Principal may have in this matter.

Very truly yours,

Bruce Kahn

cc.: BioGenesis Pacific, Inc.

2

A Member Company of
American International Group, Inc