ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM
AUG 2 0 2002
MARY L. M. MORAN
CLERK OF COURT

(32)

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **SCHEDULING ORDER** |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

    Collection Action under Miller Act.

2. The posture of the case is as follows:

    a) Both Defendants have been served and have appeared.

    b)    The following motions are on file: Biogenesis Motion to Dismiss (FRCP 12(b)(1) and 12(b)(6)); AIG Motion to Dismiss and For Summary Judgment (FRCP 12(b)(1); 12(b)(6); and 56(c)).

    c)    The following motions have been resolved: No motion has been resolved.

    d)    The following discovery has been initiated: No discovery has been initiated.

3.    All motions to add parties and claims shall be filed on or before **September 27, 2002**.

4.    All motions to amend pleadings shall be filed on or before: **October 28, 2002**.

5.    Status of Discovery:

The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order.

6.    ~~The parties shall appear before the District Court of Guam on **August 20, 2002 at 3:00 p.m.** for the Scheduling Conference.~~

7.    The discovery cut-off date is: **March 14, 2003**.

8.   a)   All discovery motions shall be filed on or before **March 28, 2003** and heard on **April 18, 2003** at 10:00 a.m.

    b)   Summary judgment motions are likely. Motions related to any as yet unfiled pleadings are possible.

    c)   All dispositive motions shall be filed on or before **April 25, 2003** and heard before **May 23, 2003**.

9. The prospects for settlement between Plaintiff and Defendant AIG are unknown. Settlement between Plaintiff and Defendant Biogenesis is unknown.

10. The Preliminary Pretrial Conference shall be held on the **June 27th, 2003** at 3:00 p.m.

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **June 23, 2003**, except that expert witness disclosure shall be made no later than **April 25, 2003**.

12. The Proposed Pretrial Order shall be filed on or before **July 11, 2003**.

13. The Final Pretrial Conference shall be held on **July 18, 2003 at** __3:00__ __p__.m.

14. The Trial in this matter shall be held on the **25th day of July, 2003 at** __9:30__ __a__.m.

15. The trial is not a jury trial.

16. It is anticipated that it will take seven (7) days to try this case.

17. The names of counsel who will try this case are:

    a) Antonio L. Cortés, Esq.

    b) Arthur B. Clark, Esq.

    c) Louie J. Yanza, Esq., John B. Maher, Esq., possible off-island counsel.

18. Plaintiff and Defendant AIG wish to submit the case to a settlement conference. Defendant Biogenesis does not.

19. The parties present the following suggestions for shortening trial:

    a) Joint submission of Exhibits.

    b) Stipulations regarding admissibility and authenticity of Exhibits.

    c) A limited number of stipulated facts.

20. The following issues will also affect the status or management of the case:

   a.) off-island witnesses will likely prolong discovery.

DATED this _16_ day of _Aug._ 2002.

CONSUELO B. MARSHALL
Designated District Judge

_____
Fr. HONORABLE JOHN S. UNPINGCO
Chief District Judge, District Court of Guam

RECEIVED
AUG - 5 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

ATTORNEYS FOR PLAINTIFF:

LAW OFFICE OF ANTONIO L. CORTÉS

By: _____
Antonio L. Cortés, Attorney for
Plaintiff Rhino Builders, Inc.

ATTORNEYS FOR DEFENDANTS:

CALVO & CLARK, LLP

By: _____
Janalynn M.M. Cruz, Attorney for
Defendant Biogenesis Pacific, Inc

McKEOWN VERNIER
PRICE & MAHER

By: _____
Louie J. Yanza, Attorney for
Defendant AIG Technical
Services, Inc.

ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **DISCOVERY PLAN** |

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16.1 and 16.2 for the District Court of Guam, the parties hereby submit the following Discovery Plan:

    1.    Parties who have appeared will make initial disclosures no later than **September 3, 2002**. Any additional parties shall do so no later than thirty (30) days after they have appeared.

DISCOVERY PLAN
United States of America for Use and Benefit of Rhino Builders, Inc. v.
Biogenesis Pacific, Inc. and AIG Technical Services, Inc.
District Court of Guam Civil Case No. 02-00008
Page 2 of 3

2. The parties may make requests for additional discovery forthwith, with all written discovery to be served no later than **February 7, 2003**.

3. The parties may take depositions at any time between **October 1, 2002** and **February 28, 2003**. Depositions to be taken in Hawaii shall be preceded by 21 days notice, and depositions to be taken at other locations outside of Guam shall be preceded by 28 days notice. Counsel noticing depositions shall make a good faith effort to ascertain and accommodate the schedules of other counsel so that all parties have the opportunity to be represented by counsel at all depositions.

4. Interrogatories directed to expert witnesses may be served until **May 23, 2003**. Depositions of expert witnesses shall be noticed so as to take place between **May 16, 2003** and **June 13, 2003**, or as close to that period as the expert's schedule may allow.

**APPROVED AND SO ORDERED** this ___ day of _____ 2002.

HONORABLE JOHN S. UNPINGCO
Chief District Judge, District Court of Guam

//

//

RECEIVED
AUG - 5 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

ATTORNEYS FOR PLAINTIFF:

LAW OFFICE OF ANTONIO L. CORTÉS

By: _____
Antonio L. Cortés, Attorney for
Plaintiff Rhino Builders, Inc.

ATTORNEYS FOR DEFENDANTS:

CALVO & CLARK, LLP

By: _____
Janalynn M.M. Cruz, Attorney for
Defendant Biogenesis Pacific, Inc

McKEOWN VERNIER
PRICE & MAHER

By: _____
Louie J. Yanza, Attorney for
Defendant AIG Technical
Services, Inc.