Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendant
AIG TECHNICAL SERVICES, INC.

FILED
DISTRICT COURT OF GUAM
SEP 03 2002
MARY L. M. MORAN
CLERK OF COURT

36

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DISCLOSURES REQUIRED BY FRCP RULE 26(a)(1)(A), (B), (C) and (D)** |

COMES NOW Defendant AIG TECHNICAL SERVICES, INC. ("AIG") through counsel McKEOWN • VERNIER • PRICE • MAHER, by Louie J. Yanza, and makes the following disclosures.

### RULE 26(a)(1)(A) DISCLOSURE

1. Bruce Kahn – AIG Technical Services, Inc. – 175 Water Street, New York, New York, 10038 – (212) 458-2901.

## RULE 26(a)(1)(B) DISCLOSURE

1. Proof of claim dated January 9, 2002.
2. Carlsmith Ball, LLP letter dated October 22, 2001 (2 pages).
3. Notice of Claim on Bond dated October 20, 2001 (2 pages).
4. AIG Technical Services, Inc.'s letter dated February 21, 2002.

## RULE 26(a)(1)(C) DISCLOSURE

1. Not applicable.

## RULE 26(a)(1)(D) DISCLOSURE

1. Performance Bond.
2. Payment Bond.

Respectfully submitted this 3rd day of September, 2002.

McKEOWN • VERNIER • PRICE • MAHER
Attorney for Defendant
AIG TECHNICAL SERVICES, INC.

BY: _____
LOUIE J. YANZA

# CERTIFICATE OF SERVICE

I, **LOUIE J. YANZA**, hereby certify that on the 3rd day of September, 2002, I caused a copy of the annexed **DISCLOSURES REQUIRED BY FRCP RULE 26(a)(1)(A), (B), (C) and (D)** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorney of record, as follows:

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973
Attorney for Plaintiff Rhino Builders, Inc.

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911
Attorney for Defendant Biogenesis Pacific, Inc.

Dated this 3rd day of September, 2002.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Defendant
**AIG TECHNICAL SERVICES, INC.**

BY: _____
LOUIE J. YANZA

\\Marielg\c\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Disclosures Required By Rule 26(a)(1)(A) and (B).doc