Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendant
AIG TECHNICAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF LOUIE J. YANZA IN SUPPORT OF DEFENDANT AIG TECHNICAL SERVICES, INC.'S MOTION TO DISMISS** |

I, LOUIE J. YANZA, hereby declare:

1. I make this declaration on personal knowledge, having personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2. I am an individual over the age of 18. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

1

3. Defendant AIG TECHNICAL SERVICES, INC., has retained the law office of McKEOWN • VERNIER • PRICE • MAHER as counsel in the above-entitled action.

4. Attached hereto is a true and correct copy of the November 20, 1995 Decision and Order in <u>National Union Fire Insurance Company of Pittsburgh, P.A. v. Gemma E. Braga and The Tokio Marine and Fire Insurance Co., Ltd.</u>, Civil Action No. CV1221-95, marked Exhibit "A".

I declare under penalty of perjury under the United States that the foregoing is true and correct.

Executed at Hagåtña, Guam, this 6th day of September, 2002.

_____
LOUIE J. YANZA

\\Marielg\c\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Declaration of LJY - Reply Memo - Mtn to Dismiss.doc

2
Case 1:02-cv-00008   Document 40   Filed 09/06/2002   Page 2 of 4

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Agana, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for The Tokio Marine and
    Fire Insurance Co., Ltd.

## IN THE SUPERIOR COURT OF GUAM

### TERRITORY OF GUAM

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., ) ) ) | CIVIL CASE NO. CV1221-95 | |
| Plaintiff, ) | | |
| vs. ) | DECISION AND ORDER | |
| GEMMA E. BRAGA and THE TOKIO MARINE AND FIRE INSURANCE CO., LTD., ) ) ) ) | | |
| Defendants. ) | | |

This matter came duly before this Court on motion of Nanbo Insurance Underwriters for an award of attorneys' fees and costs, pursuant to Rule 11, Guam Rules of Civil Procedure, based on the fact that Plaintiff's counsel, Kevin J. Fowler, when he filed this subrogation action, had improperly named as a defendant Nanbo Insurance Underwriters, despite the fact that Nanbo Insurance Underwriters had no liability in fact or in law for the claim asserted by National Union.

*Acknowledged receipt*
*[signature]*
*8/30/02*



Exhibit A

Kevin J. Fowler, Esq. appeared on behalf of National Union. David A. Mair, Esq. and John A. Spade, Esq. appeared on behalf of Nanbo Insurance Underwriters.

This Court, having reviewed the memoranda, declarations, and exhibits, having heard and considered the arguments of counsel, and being fully informed of the premises, grants the motion of Nanbo Insurance Underwriters.

Now, therefore, Kevin J. Fowler, is ordered and directed to pay to Nanbo Insurance Underwriters the sum of $840.00, such sum being determined to be the reasonable attorneys' fees and costs incurred by Nanbo Insurance Underwriters in this action.

SO ORDERED.

Dated: NOV 20 1995

Original Signed :
Hon. Peter C. Siguenza, Jr.

_____
HONORABLE PETER C. SIGUENZA
Judge, Superior Court of Guam

Approved as to form:

MCCULLY, LANNEN, BEGGS & MELANÇON, P.C.
Attorneys for National Union Fire
Insurance Company of Pittsburgh, Pa.

By _____
KEVIN J. FOWLER

Dated: 10/24/95

P952247.jas