Louie J. Yanza
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendant
AIG TECHNICAL SERVICES, INC.

FILED
DISTRICT COURT OF GUAM
SEP 0 6 2002
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>**DECLARATION OF LOUIE J. YANZA RE. FILING OF FACSIMILE COPY OF SECOND DECLARATION OF BRUCE KAHN; EXHIBITS "A" – "B"** |

I, LOUIE J. YANZA, hereby declare:

1. I make this declaration on personal knowledge, having personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2. I am an individual over the age of 18. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

1

3. Defendant AIG TECHNICAL SERVICES, INC., has retained the law office of McKEOWN • VERNIER • PRICE • MAHER as counsel in the above-entitled action.

4. As part of such services, I received a facsimile from Bruce Kahn of AIG TECHNICAL SERVICES, INC. I have attached a true and correct photocopy of said facsimile to this Declaration and incorporate it by reference herein. The facsimile is the "**SECOND DECLARATION OF BRUCE KAHN; EXHIBITS "A"-"B""** ("Declaration") filed on this day in support of Defendant **AIG TECHNICAL SERVICES, INC.'S MOTION TO DISMISS** ("Reply Memorandum").

5. The original of the Declaration is being sent by mail to be delivered to McKEOWN • VERNIER • PRICE • MAHER.

6. Due to time constraints and distances, it has not been possible to receive the original Declaration in time for the original Declaration to be filed with the Reply Memorandum, which Reply Memorandum is being filed concurrently herewith.

7. Upon receipt of the original Declaration, I will deliver the Declaration to the Clerk of Court for filing and substitution for the attached photocopy.

I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

Executed this 6th day of September, 2002, in Hagåtña, Guam.

_____
LOUIE J. YANZA

Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendant
AIG TECHNICAL SERVICES, INC.

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> SECOND DECLARATION OF BRUCE KAHN; EXHIBITS "A" - "B" |

I, BRUCE KAHN, hereby declare pursuant to 28 U.S.C. §1746, as follows:

1. I make this declaration on personal knowledge, having personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2. I am a U.S. Citizen over the age of eighteen (18).

3. Attached hereto and marked as Exhibit "A", is a true and correct of a letter dated October 30, 2001, from Mr. Mark Titherington of AIG

1

1 Technical Services, Inc. specifically directing Rhino Builders, Inc. to
2 submit a Proof of Claim form for their documentation of their claim
3 against the Bond. In Exhibit "A", we specifically advised Rhino Builders,
4 Inc. that the surety was American Home Assurance Company ("AHAC").

5    4. Attached hereto and marked as Exhibit "B", is a true and correct copy of
6 the Payment Bond, Bond No. 20-80-88, in which AHAC, not AIG
7 Technical Services, Inc., contractually obligated itself to be the surety for
8 the principal, Biogenesis Pacific, Inc.

9 I, BRUCE KAHN, declare under penalty of perjury that the foregoing is true and
10 correct.

11 Dated this 5th day of September, 2002, in New York, New York.

*[signature]*

BRUCE KAHN

2



**AIG Technical Services, Inc.**
175 Water Street
New York, NY 10038
212.770.7000
Direct Dial: (212) 458-1282

October 30, 2001

**VIA REGULAR MAIL**

Carlsmith Ball LLP
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
Attention: Terry E. Thomasen

| | | |
|---|---|---|
| Re: | Principal: | BioGenesis Pacific, Inc. |
| | Bond No.: | 000-20-80-88 |
| | Claim No.: | 388-005037-001-0001 |
| | Project: | Contract No. N62766-99-D-0425 - Navy Housing - Guam and various locations |
| | Surety: | American Home Assurance Co. |
| | Claimant: | Rhino Builders, Inc. |

Dear Mr. or Ms. Thomasen:

This will acknowledge receipt of your client's claim in the amount of $245,664.43 for labor and/or materials furnished in connection with the above referenced project.

You will please find enclosed a Proof of Claim form for your client's use in documenting their claim against the above bond. This form should be completed in as much detail as possible, and include the last date that their company either performed the work or supplied materials claimed for on the above project. The Proof of Claim form should then be photocopied twice (to make three sets). Separate copies of documentation supporting the claim should be annexed to each form. Documentation supporting the claim in this instance would include copies of any subcontracts, signed purchase orders, signed invoices, signed delivery tickets, etc. Upon completion, two (2) of these forms in original (signed and notarized by an authorized representative of your client's company), with copies of supporting documentation annexed to each, should be returned to my attention (the third form is for your own records).

Please be advised that this action is taken at this time without waiver of or prejudice to any of the rights and defenses, past or present, known or unknown which either the above referenced Surety or Principal may have in this matter.

Truly yours,

Mark Titherington

Enc.

cc: BioGenesis Pacific, Inc.

A Member Company of American International Group, Inc.

Exhibit A

1



**AIG Technical Services, Inc.**
175 Water Street
New York, NY 10038
212.770.7000

*Proof of Claim : Construction Contract*

AIG Technical Services, Inc. _____

State of _____

**Bond Number:** 000-20-80-88
**Claim Number:** 388-005037-001-0001

County of_____
I,_____,the_____ of _____
　　　(Name of Affiant)　　　　　　　　　(Position in Firm)　　　　　　　　　(Name of Claimant)
of_____ on behalf of said firm, hereby state under oath that
　　　　　　　　　(Address)
said firm between the dates of _____ and _____ furnished, sold,
and delivered _____ to _____ for the
　　　　　(describes services or material)　　　　　　　(Name of contractor or subcontractor if any)
construction of _____ in accordance with a _____ Subcontract or
　　　　　　　(Identify Contract)
_____ Purchase order. Dated _____, a copy of which is attached hereto, for the agreed
price of _____, none of which has been paid except _____ and leaving a statement
balance due of _____. Attached hereto are _____ Invoices, _____ delivery tickets
showing the deliveries or progress estimates furnished _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Contractor)
and the amount due to claimant therefore; that said firm served notice of said balance due it by Registered Mail dated :
_____ on Surety, _____ on Contractor, _____ on Owner, (copies attached), that there is no just credit nor offset due against said balance and that said firm made no assignment of any part of said balance except to _____
and that there are no liens or encumbrances against said balance except that of _____
_____; that said firm has paid in full for all labor and material furnished and supplied it for said job except the claims of the persons or firms whose names and addresses and amounts due to them are as follows:

_____
_____
_____

The foregoing information is furnished to the surety in support of affiant's claim and it is understood that the furnishing of this from or the acceptance and/or retention thereof by the surety does not constitute a waiver or any of the terms of the Surety's bond nor of any defenses the Surety may have, nor admission of liability thereunder.
Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal or civil penalties.
Sworn to and subscribed before me
this _____ day of _____ 20_____

_____
Notary Public
Signed _____ (Affiant's Signature)

A Member Company of American International Group, Inc.

Bond No. 20-80-88

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) October 6, 1999 | OMB No.:9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

**PRINCIPAL** (Legal name and business address)
BIOGENESIS PACIFIC, INC.
1604 Ulualana Place
Kailua, Hawaii 96734

**TYPE OF ORGANIZATION** ("X" one)
☐ INDIVIDUAL  ☐ PARTNERSHIP
☐ JOINT VENTURE  ☒ CORPORATION

**STATE OF INCORPORATION**
Hawaii

**SURETY(IES)** (Name(s) and business address(es))
AMERICAN HOME ASSURANCE COMPANY
121 Spear Street
San Francisco, California 94105

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
|  | 250 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 09/29/99 | N62766-99-D-0425 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. BIOGENESIS PACIFIC, INC. By [signature] (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. GERALD N.Y.C. LAM President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| Surety A | NAME & ADDRESS | AMERICAN HOME ASSURANCE COMPANY, San Francisco, CA | STATE OF INC. New York | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. By [signature] | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. Swan Lee, Attorney in Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

Exhibit

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)