Louie J. Yanza
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

**Attorney for Defendant**
AIG TECHNICAL SERVICES, INC.

FILED
DISTRICT COURT OF GUAM
SEP 0 6 2002
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |

I, LOUIE J. YANZA, hereby certify that on the 6th day of September, 2002, I caused a copy of the foregoing documents:

1. Defendant AIG Technical Services, Inc.'s Reply Memorandum in Support of its Motion to Dismiss;

2. Declaration of Louie J. Yanza Re. Filing of Facsimile Copy of Second Declaration of Bruce Kahn; Exhibits "A" – "B"; and,

3. Declaration of Louie J. Yanza in Support of Defendant AIG Technical Services, Inc.'s Motion to Dismiss.

**ORIGINAL**

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

Mr. Antonio L. Cortes
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973
Attorney for Plaintiff Rhino Builders, Inc.

Ms. Janalynn M. Cruz
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911
Attorney for Defendant Biogenesis Pacific, Inc.

Dated this 6th day of September, 2002.

McKEOWN • VERNIER • PRICE • MAHER
Attorneys for Defendant
AIG TECHNICAL SERVICES, INC.

By:_____
LOUIE J. YANZA