ANTONIO L. CORTÉS
THEODORE S. CHRISTOPHER
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorneys for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM
SEP 0 9 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **CERTIFICATE OF SERVICE** |

I, Ann D. Borja, hereby state and certify as follows:

1. That I am an employee of the Law Office of Antonio L. Cortés, over the age of 18 years and not a party to the above-captioned case;

2. I certify that on the 30th day of August, 2002, I personally served a filed copy of the foregoing documents:

    a. Memorandum of Points and Authorities in Opposition to Defendants' Motions to Dismiss;

    b. Declaration of Ann D. Borja; and

    c. Submission of Declaration of Eugene O'Connell;

**ORIGINAL**

upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Janalynn M. Cruz, Esq.**
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Attorney for Defendant Biogenesis Pacific, Inc.

**Louie J. Yanza, Esq.**
McKeown Vernier Price & Maher
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorney for Defendant AIG Technical Services, Inc.

DATED this 6th day of September 2002.

_____
ANN DUEÑAS BORJA