Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant
Biogenesis Pacific, Inc.*

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO. 02-00008
AND BENEFIT OF RHINO BUILDERS, INC., )
                                    )
            Plaintiff,              )
                                    )
                                    )   **CERTIFICATE OF SERVICE**
       vs.                          )
                                    )
BIOGENESIS PACIFIC, INC. and        )
AIG TECHNICAL SERVICES, INC.,       )
                                    )
            Defendants.             )
_____)

The undersigned hereby certifies that on September 6, 2002 a true and correct copy of the following document:

1. Defendant BioGenesis Pacific Inc.'s Reply to Plaintiff's Opposition to BioGenesis's Motion to Dismiss

were served upon Antonio L. Cortes, Attorney for Plaintiff Rhino Builders, Inc., whose address is 233 Julale Center – 424 West O'Brien Drive, Hagåtña, Guam 96910; and Louie J. Yanza, Attorney for Defendant AIG Technical Services, Inc., whose address is 115 Hesler Place, Ground Floor Governor Joseph Flores Building, Hagåtña, Guam 96910 via Hand Delivery.

Dated this 9th day of September, 2002.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant BioGenesis Pacific, Inc.

By: _____
     JANALYNN M. CRUZ

**FILED**
DISTRICT COURT OF GUAM
SEP 0 9 2002
MARY L. M. MORAN
CLERK OF COURT

**CERTIFICATE OF SERVICE**
Civil Case No. 02-00008
T020906.327-0001.CT (Certificate of Service).wpd

**ORIGINAL**