FILED
DISTRICT COURT OF GUAM
SEP 10 2002
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | Civil Case No. 02-00008 <br><br> ORDER |

Pursuant to Rule 26.1(a) of the Local Rules of Practice for the District Court of Guam, the document entitled Disclosures Required by FRCP Rule 26(a)(1)(A), (B), (C) and (D), filed by defendant AIG Technical Services, Inc. on September 3, 2002 and docketed as entry number 36 on the docket sheet, is hereby stricken from the record and said document shall not be filed with the clerk until there is a proceeding in which the document is in issue.

IT IS SO ORDERED, this 10th day of September, 2002.

JOHN S. UNPINGCO
District Judge