THEODORE S. CHRISTOPHER
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorneys for Plaintiff Rhino Builders, Inc.



IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff, <br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br>Defendants. | CIVIL CASE NO.02-00008 <br><br>**DECLARATION OF THEODORE S. CHRISTOPHER** |

I, Theodore S. Christopher, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the Law Office of Antonio L. Cortés, attorneys for the plaintiff in this matter, I am competent to testify herein, and I make this declaration based on personal knowledge and would so testify.

**ORIGINAL**

2. The statement in the "Submission of Declarations" which I signed and filed on September 11, 2002, is true.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of September 2002.

*[signature]*
THEODORE S. CHRISTOPHER