Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE WITHDRAWAL OF MOTION TO DISMISS** |

Defendant BioGenesis Pacific, Inc. by and through its attorneys Calvo and Clark, LLP hereby notifies the Court and all parties to the matter that it withdraws its motion to dismiss the complaint filed on July 17, 2002.

Dated this 12th day of September, 2002.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant

By: _____
JANALYNN M. CRUZ