Louie J. Yanza
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

**Attorney for Defendant**
AIG TECHNICAL SERVICES, INC.

FILED
DISTRICT COURT OF GUAM
SEP 1 2 2002
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DEFENDANT AIG TECHNICAL SERVICES, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS; CERTIFICATE OF SERVICE** |

Pursuant to the U.S. District Court of Guam Local Rule 7.1(h)(1), Defendant AIG TECHNICAL SERVICES, INC. ("AIGTS") hereby notifies the Court, and the respective parties, of its intention to withdraw its previously filed Motion to Dismiss ("Motion"), which Motion was filed against the initial Complaint in the above-entitled action.

\\

\\

The reason for Defendant AIGTS' withdrawal of its Motion is that Plaintiff RHINO BUILDERS, INC. ("RHINO BUILDERS"), on September 10, 2002[1], served an Amended Complaint on AIGTS' counsel, and thus such an Amended Complaint moots AIGTS' Motion against the initial Complaint. By the filing of this withdrawal, of course, AIGTS does not waive any similar or other grounds it may wish to raise in a Motion to Dismiss or other responsive pleading to be filed against the Amended Complaint within the time allotted under the rules.

Dated this 12th day of September, 2002.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Defendant
**AIG TECHNICAL SERVICES, INC.**



By: _____
LOUIE J. YANZA

---

[1] Due to the Plaintiff's service of its Amended Complaint to Defendant AIGTS on September 10, 2002, AIGTS was unable to comply with Local Rule 7.1(h)(1)'s five (5) day notice requirement of withdrawing its motion and notifying the Court and adverse party.

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before September 12, 2002, I caused to be sent by personal service or by facsimile a copy of the annexed **Defendant AIG Technical Services, Inc.'s Notice of Withdrawal of its Motion to Dismiss**, to the following parties at their place of business:

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Executed this 12th day of September, 2002.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Defendant
**AIG TECHNICAL SERVICES, INC.**

By: _____
LOUIE J. YANZA

\\Marielg\c\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Ntc of Withdrawal of Mtn to Dismiss 091102.doc