Louie J. Yanza
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
**115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building**
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

**Attorney for Defendant**
AIG TECHNICAL SERVICES, INC.

FILED
DISTRICT COURT OF GUAM
SEP 12 2002
MARY L. M. MORAN
CLERK OF COURT

56

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>[PROPOSED] ORDER |

WHEREAS, Plaintiff RHINO BUILDERS, INC. ("RHINO BUILDERS") herein has filed an Amended Complaint, in the above matter, on September 10, 2002;

WHEREAS, this case is set for a hearing on Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and BIOGENESIS PACIFIC, INC.'s ("BIOGENESIS") Motions to Dismiss ("Motions") the original Complaint on Friday, September 13, 2002 at 10:00 a.m., which Motions were withdrawn by Defendants AIGTS and BIOGENESIS pursuant to their notices to withdraw their Motions filed herein on September 12, 2002;

WHEREAS, there being no objections by the parties herein to Defendants' withdrawal of their Motions to Dismiss, and good cause appearing therefore;

IT IS HEREBY ORDERED that the hearing on Defendants AIGTS and BIOGENESIS' Motions to Dismiss be, and the same hereby is, vacated.

**IT IS SO ORDERED.**

DATED: SEP 12 2002

**HONORABLE JOHN S. UNPINGCO**
**JUDGE, U.S. DISTRICT COURT OF GUAM**

**SUBMITTED BY:**

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Defendant
AIG TECHNICAL SERVICES, INC.

By: _____
Louie J. Yanza

Dated: 9/12/02

RECEIVED SEP 12 2002 4:40pm
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**APPROVED AS TO FORM:**

**LAW OFFICE OF ANTONIO L. CORTES**
Attorneys for Plaintiff
RHINO BUILDERS, INC.

By: _____
Theodore Christopher, Esq.

Dated: 9/12/02

**CALVO & CLARK, LLP**
Attorneys for Defendant
BIOGENESIS PACIFIC, INC.

By: _____
Janalynn M. Cruz, Esq.

Dated: 9/12/02

2