Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **CERTIFICATE OF SERVICE** |

I, **MICHAEL J. PEREZ**, do certify and state that:

1. I am a citizen of the United States of America, over the age of eighteen years, not interested in the above-entitled case, and am in no way disqualified from testifying as a witness;

2. I am employee of Calvo and Clark, LLP; and

3. That on the 12th day of September, 2002, I personally served a true and correct copy of Defendant BioGenesis Pacific Inc.'s Notice of Withdrawal of Motion to Dismiss upon following:

Attorney for Plaintiff Rhino Builders, Inc.

    Antonio L. Cortes, Esq.
    233 Julale Center
    424 West O'Brien Drive,
    Hagåtña, Guam 96910

Attorney for Defendant AIG Technical Services, Inc.

    Louie J. Yanza, Esq.
    McKeown Vernier Price & Maher
    115 Hesler Place, Ground Floor
    Governor Joseph Flores Building
    Hagåtña, Guam 96910

DATED this 13th day of September, 2002.

                                                 MICHAEL J. PEREZ