Louie J. Yanza
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place
Ground Floor • Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendant
AIG TECHNICAL SERVICES, INC.



## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **STIPULATION AND ORDER** |

COMES NOW Defendant AIG TECHNICAL SERVICES, INC. ("AIGTS"), through counsel, McKEOWN • VERNIER • PRICE • MAHER, by Louie J. Yanza and Plaintiff RHINO BUILDERS, INC. ("RHINO BUILDERS"), through counsel, Theodore Christopher, Esq. and Defendant BIOGENESIS PACIFIC, INC. ("BIOGENESIS"), through counsel, Calvo & Clark, LLP, by Janalynn M. Cruz, Esq., hereby stipulate and agree to allow Defendant AIGTS to file its answer or responsive pleading by October 2, 2002.

**STIPULATED AND AGREED:**

| | |
|---|---|
| **McKEOWN • VERNIER • PRICE • MAHER**<br>Attorneys for Defendant<br>AIG TECHNICAL SERVICES, INC.<br><br>By: _____<br>Louie J. Yanza<br>Dated: 9/17/02 | **LAW OFFICE OF ANTONIO L. CORTES**<br>Attorneys for Plaintiff<br>RHINO BUILDERS, INC.<br><br>By: _____<br>Theodore Christopher, Esq.<br>Dated: 9/17/02 |

**CALVO & CLARK, LLP**
Attorneys for Defendant
BIOGENESIS PACIFIC, INC.

By: _____
Janalynn M. Cruz, Esq.

Dated: 9/17/02

**RECEIVED**
SEP 18 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**SO ORDERED.**

DATED: SEP 18 2002

_____
**HONORABLE JOHN S. UNPINGCO**
**JUDGE, U.S. DISTRICT COURT OF GUAM**

\\Marielg\c\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Stip and Order - AIGTS Answer.doc

**ORIGINAL**