# United States District Court

FILED
DISTRICT COURT OF GUAM
OCT 0 1 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT OF ___GUAM___

UNITED STATE OF AMERICA FOR USE AND
BENEFIT OF RHINO BUILDERS, INC.

          Plaintiff,

V.

BIOGENESIS PACIFIC, INC.,
AIG TECHNICAL SERVICES, INC., and
AMERICAN HOME ASSURANCE CO.,

          Defendants.

**SUMMONS IN A CIVIL CASE**

63

CASE NUMBER: 02-00008

TO: (Name and address of defendant)
AMERICAN HOME ASSURANCE CO.
121 Spear Street
San Francisco, California 94105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore S. Christopher, Esq.
Law Office of Antonio L. Cortes
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagatna, Guam 96932-8973

amended
an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
McKEOWN. VERNIER.
PRICE. MAHER
DATE: 9-12-02
TIME: 4:59 p.m.
BY: Meredith S. Mondiola

MARY L.M. MORAN
CLERK

_Rosita S. San Nicolas_
(BY) DEPUTY CLERK

DATE

**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 12, 2002 |
| NAME OF SERVER *(PRINT)*<br>MICHAEL Q. GALLO | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)*: SERVED UPON THE LAW OFFICES OF McKEOWN, VERNIER, PRICE, MAHER, THROUGH LOUIE J. YANZA, DEFENDANT'S LEGAL COUNSEL, WHO STATED THAT HE WOULD ACCEPT SERVICE ON BEHALF OF AMERICAN HOME ASSURANCE CO., THROUGH MEREDITH S. MEDIOLA, AT THEIR PLACE OF BUSINESS, 115 HESSLER PLACE, AGANA, GUAM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEPTEMBER 27, 2002
                Date

Signature of Server  SP0136-00

P.O. BOX 1150 AGANA GU/201 SONGSONG ST.,
Address of Server    MANGILAO, GUAM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.