```
 1  Arthur B. Clark, Esq.
    Janalynn M. Cruz, Esq.
 2  CALVO AND CLARK, LLP
    Attorneys at Law
 3  655 South Marine Drive, Suite 202
    Tamuning, Guam 96911
 4  Telephone:    (671) 646-9355
    Facsimile:    (671) 646-9403
 5
    Attorneys for Defendant
 6  Biogenesis Pacific, Inc.
```

FILED
DISTRICT COURT OF GUAM
OCT 03 2002
MARY L. M. MORAN
CLERK OF COURT

65

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **STIPULATION AND ORDER TO MODIFY THE AUGUST 20, 2002 SCHEDULING ORDER** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., <br><br> Counter-Defendant. | |
| BIOGENESIS PACIFIC INC., <br><br> Third Party Plaintiff, <br><br> vs. <br><br> MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Third Party Defendants. | |

1  COMES NOW, the parties herein, by and through their respective counsels and hereby
2  stipulate to a modification of the August 20, 2002 Scheduling Order to extend the deadline for all
3  motions to add parties and claims from September 27, 2002 to October 28, 2002.
4  SO STIPULATED.

| CALVO AND CLARK, LLP<br>Attorneys At Law<br>Attorneys for Biogenesis Pacific, Inc. | LAW OFFICES OF ANTONIO L. CORTES<br>Attorneys for Rhino Builders, Inc. |
|---|---|
| By: *signature*<br>JANALYNN M. CRUZ<br>Dated: 9/26/02 | By: *signature*<br>THEODORE CHRISTOPHER<br>Dated: 9/27/02 |

McKEOWN VERNIER PRICE & MAHER
Attorneys for AIG Technical Services, Inc.

By: *signature*
LOUIE J. YANZA
Dated: 9/27/02

### ORDER

Based on the stipulation of the parties, the deadline for all motions to add parties and claims is hereby extended to October 28, 2002.

SO ORDERED this 3rd day of October, 2002.

*signature*
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED SEP 27 2002 DISTRICT COURT OF GUAM HAGATNA, GUAM

STIPULATION AND ORDER TO MODIFY
THE AUGUST 20, 2002 SCHEDULING ORDER
B020926.327-0001.CT (Stipulation and Order).wpd

2