Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant and
Counter-Plaintiff Biogenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM
OCT 0 8 2002
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **REQUEST FOR DISMISSAL OF THIRD PARTY COMPLAINT PURSUANT TO F.R.C.P. RULE 41(a)** |
| BIOGENESIS PACIFIC INC., <br><br> Third Party Plaintiff, <br> vs. <br><br> MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Third Party Defendants. | |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC INC., | ) ) |
| Cross-Claim Defendant. | ) ) |

Comes now, Defendant and Third Party Plaintiff, BioGenesis Pacific, Inc., by and through its undersigned counsel, and hereby requests that the Third Party Complaint in the above-captioned case be dismissed pursuant to F.R.C.P. Rule 41(a).

Dated this 8th day of October, 2002.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant Biogenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ

## [CERTIFICATE OF SERVICE]

I, JANALYNN M. CRUZ, hereby certify that on the 8th day of October, 2002, I caused copies of Defendant and Counter-Plaintiff Biogenesis Pacific, Inc.'s Request for Dismissal of Third Party Complaint Pursuant to F.R.C.P. Rule 41(a) to be served on the offices of (1) Antonio L. Cortes, Attorney for Plaintiff Rhino Builders, Inc., at 233 Julale Center – 424 West O'Brien Drive, Hagåtña, Guam 96910 and (2) McKeown Vernier Price & Maher, Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company, at 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910 in the above captioned matter.

Dated this 8th day of October, 2002.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant Biogenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ