```
 1  Arthur B. Clark, Esq.
    Janalynn M. Cruz, Esq.
 2  CALVO AND CLARK, LLP
    Attorneys at Law
 3  655 South Marine Drive, Suite 202
    Tamuning, Guam 96911
 4  Telephone:  (671) 646-9355
    Facsimile:  (671) 646-9403
 5
    Attorneys for
 6  Cross-Claim Defendant
    Biogenesis Pacific, Inc.
 7
```

FILED
DISTRICT COURT OF GUAM
OCT 22 2002
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>    Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY<br><br>    Defendants. | CIVIL CASE NO. 02-00008<br><br>**CROSS-CLAIM DEFENDANT BIOGENESIS PACIFIC, INC.'S ANSWER TO CROSS-PLAINTIFF AMERICAN HOME ASSURANCE COMPANY'S CROSS CLAIM;**<br>**CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>    Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY,<br><br>    Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC INC.,<br><br>    Cross-Claim Defendant. | |

CROSS-CLAIM DEFENDANT BIOGENESIS PACIFIC, INC.'S ANSWER TO
CROSS-PLAINTIFF AMERICAN HOME ASSURANCE COMPANY'S CROSS CLAIM;
CIVIL CASE NO. 02-00008
B021022.327-0001.CT (Answer to Cross-Claim).wpd

ORIGINAL                                                                                           1

Case 1:02-cv-00008   Document 71   Filed 10/22/2002   Page 1 of 3

COMES NOW, Cross-Claim Defendant Biogenesis Pacific, Inc. ("Biogenesis"), by and through its counsel Calvo and Clark, LLP, and answers the Cross-Claim by American Home Assurance Company as follows:

1. As to paragraphs 1, 4 and 5 of the Cross-Claim, BioGenesis denies said allegations.

2. As to paragraph 2 of the Cross-Claim, Biogenesis admits said allegations.

3. As to paragraph 3 of the Cross-Claim, BioGenesis having insufficient information or belief regarding said allegations denies said allegations.

4. As to all other paragraphs and allegations not herein specifically admitted, BioGenesis herein generally and specifically denies said allegations.

## AFFIRMATIVE DEFENSES

Cross-Claim Plaintiff's claim against BioGenesis is barred by the following affirmative defenses: debt not due; statute of limitations; unclean hands; lack of privity of contract; laches; set-off; bad faith; estoppel; failure to mitigate; failure to join a party under F.R.C.P. 19; failure to perform conditions; lack of subject matter jurisdiction. BioGenesis reserves the right to assert other affirmative defenses as may appear and discovery proceeds.

WHEREFORE, Cross-Claim Defendant Biogenesis Pacific, Inc. prays that Cross-Claim Plaintiff takes nothing by its Cross-Claim.

Dated this 22nd day of October, 2002.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Cross-Claim Defendant

By: _____
JANALYNN M. CRUZ

CROSS-CLAIM DEFENDANT BIOGENESIS PACIFIC, INC.'S ANSWER TO
CROSS-PLAINTIFF AMERICAN HOME ASSURANCE COMPANY'S CROSS CLAIM;
CIVIL CASE NO. 02-00008
B021022.327-0001.CT (Answer to Cross-Claim).wpd

2

Case 1:02-cv-00008    Document 71    Filed 10/22/2002    Page 2 of 3

# [CERTIFICATE OF SERVICE]

I, JANALYNN M. CRUZ, hereby certify that on the 22nd of October, 2002, I caused copies of Cross-Claim Defendant Biogenesis Pacific, Inc.'s Answer to Cross-Plaintiff American Home Assurance Company's Cross Claim and Certificate of Service to be served via hand delivery on:

(1) The Law Offices of Antonio L. Cortes, Attorney for Plaintiff Rhino Builders, Inc., at 233 Julale Center – 424 West O'Brien Drive, Hagåtña, Guam 96910

(2) McKeown Vernier Price & Maher, Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company, at 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910

in the above captioned matter.

Dated this 22nd day of October, 2002.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Cross-Claim Defendant

By: /s/ JANALYNN M. CRUZ

CROSS-CLAIM DEFENDANT BIOGENESIS PACIFIC, INC.'S ANSWER TO
CROSS-PLAINTIFF AMERICAN HOME ASSURANCE COMPANY'S CROSS CLAIM;
CIVIL CASE NO. 02-00008
B021022.327-0001.CT (Answer to Cross-Claim).wpd

3

Case 1:02-cv-00008    Document 71    Filed 10/22/2002    Page 3 of 3