DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 29 2002
MARY L. M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) ) ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **COUNTERCLAIM SUMMONS** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| vs. | ) ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Cross-Claim Defendant. | ) ) | |

To: MICHAEL DANFORTH
411 Hobron Lane, #2807
Honolulu, Hawaii 96815

CALVO AND CLARK, LLP
Date: 10/28/02
Time: 3:35
Rec'd. by: ____

**ORIGINAL**

1

YOU ARE HEREBY SUMMONED and required to serve upon DEFENDANT AND COUNTER-PLAINTIFF'S ATTORNEY,

>Arthur B. Clark, Esq.
>Janalynn M. Cruz, Esq.
>Calvo and Clark, LLP
>655 South Marine Drive, Suite 202
>Tamuning, Guam 96913

an answer to the counterclaim which is herewith served upon you, within twenty (20) days after service of this counterclaim summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the counterclaim. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **Mary L. M. Moran** | OCT 0 8 2002 |
| CLERK | DATE |

(BY) DEPUTY CLERK

2

## RETURN OF SERVICE

SERVICE of the Summons and Corn plaint was made by:

NAME OF SERVER (PRINT): __HOMER L. KURODA__

TITLE: __CIVIL DEPUTY__

DATE: __10-21-02 / 2000hrs.__

*Check one below to indicate appropriate method of service*

__x__ Served personally upon the defendant. Place where served: 411 Hobron Lane #2807 Honolulu, Hi. 96815

_____ Left copies thereof at the defendants dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __MICHAEL DANFORTH__

x M. Danforth
M. Danforth

_____ Returned unexecuted:

_____ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL __$20.00__   SERVICES __$75.00__   TOTAL __$95.00__

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: __10-21-02__

Signature of Server  HOMER L. KURODA, CIVIL DEPUTY
CIVIL DIVISION, STATE OF HAWAII
__1111 Alakea St. 2nd. Fl.__
Address of Server
Hon. Hi. 96813 Ph. 497-3772