FILED
DISTRICT COURT OF GUAM
OCT 29 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) ) ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **COUNTERCLAIM SUMMONS** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| vs. | ) ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Cross-Claim Defendant. | ) ) | |

To:    MICHAEL O'CONNELL
       87-1610 Ulehawa Road
       Waianae, Hawaii 96792

CALVO AND CLARK, LLP
Date: 10/28/02
Time: 3:35
Rec'd. by: ___

ORIGINAL

1

YOU ARE HEREBY SUMMONED and required to serve upon DEFENDANT AND

COUNTER-PLAINTIFF'S ATTORNEY,

> Arthur B. Clark, Esq.
> Janalynn M. Cruz, Esq.
> Calvo and Clark, LLP
> 655 South Marine Drive, Suite 202
> Tamuning, Guam 96913

an answer to the counterclaim which is herewith served upon you, within twenty (20) days after

service of this counterclaim summons upon you, exclusive of the day of service. If you fail to do

so, judgment by default will be taken against you for the relief demanded in the counterclaim. You

must also file your answer with the Clerk of this Court within a reasonable period of time after

service.

**Mary L. M. Moran**                          OCT 0 8 2002
_____                   _____
CLERK                                     DATE



_____
(BY) DEPUTY CLERK

2

# RETURN OF SERVICE

SERVICE of the Summons and Corn plaint was made by:

NAME OF SERVER (PRINT): __HOMER L. KURODA__

TITLE: __CIVIL DEPUTY__

DATE: __10/16/02   0705HRS,__

*Check one below to indicate appropriate method of service*

_____ Served personally upon the defendant. Place where served: **87-1610 Ulehawa Road**
**Waianae, Hi. 96792**

__X__ Left copies thereof at the defendants dwelling house or usual place of abode with a person
of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __YUMI O'CONNELL__

__(Wife of Defendant)__                              X *Yumi O'Connell*
                                                     *Yumi O'Connell*

_____ Returned unexecuted: _____

_____ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

TRAVEL __$20.00__          SERVICES __$75.00__          TOTAL __$95.00__

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: __10-16-02__          _____
                                   Signature of Server  HOMER L. KURODA, CIVIL DEPUTY

                                   __1111 Alakea St. 2nd. Fl.__
                                   Address of Server
                                   CIVIL DIVISION, STATE OF HAWAII
                                   HON. HI. 96813 Ph. 497-3772