| | |
|---|---|
| 1 | Arthur B. Clark, Esq.<br>Janalynn M. Cruz, Esq. |
| 2 | CALVO AND CLARK, LLP<br>Attorneys at Law |
| 3 | 655 South Marine Drive, Suite 202<br>Tamuning, Guam 96911 |
| 4 | Telephone: (671) 646-9355<br>Facsimile: (671) 646-9403 |
| 5 | |
| 6 | Attorneys for Defendant and<br>Counter-Plaintiff Biogenesis Pacific, Inc. |

**FILED**
DISTRICT COURT OF GUAM
OCT 3 0 2002
MARY L. M. MORAN
CLERK OF COURT

(73)

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE<br>AND BENEFIT OF RHINO BUILDERS, INC., | ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC.,<br>AIG TECHNICAL SERVICES, INC., and<br>AMERICAN HOME ASSURANCE<br>COMPANY | ) | |
| Defendants. | ) | |
| BIOGENESIS PACIFIC INC., | ) | |
| Counter-Plaintiff, | ) | |
| vs. | ) | |
| RHINO BUILDERS, INC., MICHAEL<br>O'CONNELL, MICHAEL DANFORTH,<br>AND JOHN DOES 1-10, | ) | |
| Counter-Defendants. | ) | |
| AMERICAN HOME ASSURANCE<br>COMPANY, | ) | |
| Cross-Claimant, | ) | |
| vs. | ) | |
| BIOGENESIS PACIFIC INC., | ) | |
| Cross-Claim Defendant. | ) | |

CIVIL CASE NO. 02-00008
B021029.327-0001.CT (Certificate of Service).wpd
Case 1:02-cv-00008   Document 74   Filed 10/30/2002   Page 1 of 2

ORIGINAL

1

| | |
|---|---|
| 1 | I, JANALYNN M. CRUZ, hereby certify that on the 29th day of October, 2002, I caused |
| 2 | copies of the Counterclaim Summons for Michael Danforth and the Counterclaim Summons for |
| 3 | Michael O'Connell to be served via hand delivery on the offices of (1) Antonio L. Cortes, Attorney |
| 4 | for Plaintiff Rhino Builders, Inc., at 233 Julale Center – 424 West O'Brien Drive, Hagåtña, Guam |
| 5 | 96910 and (2) McKeown Vernier Price & Maher, Attorneys for Defendant AIG Technical Services, Inc. |
| 6 | and American Home Assurance Company, at 115 Hesler Place, Ground Floor, Governor Joseph Flores |
| 7 | Building, Hagåtña, Guam 96910 in the above captioned matter. |
| 8 | Dated this 29th day of October, 2002. |

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant Biogenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ