1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   Attorneys for Defendant and
6  Counter-Plaintiff Biogenesis Pacific, Inc.

**F I L E D**
DISTRICT COURT OF GUAM

**NOV - 8 2002**

MARY L. M. MORAN
CLERK OF COURT

7
                     DISTRICT COURT OF GUAM
8
                      TERRITORY OF GUAM
9

10  UNITED STATES OF AMERICA FOR USE          )   CIVIL CASE NO. 02-00008
    AND BENEFIT OF RHINO BUILDERS, INC., )
11
                              Plaintiff,      )
12            vs.                             )   **AFFIDAVIT AND APPLICATION FOR**
                                              )   **ENTRY OF DEFAULT PURSUANT TO**
13  BIOGENESIS PACIFIC, INC.,                 )   **F.R.C.P. 55(a)**
    AIG TECHNICAL SERVICES, INC., and         )
14  AMERICAN HOME ASSURANCE                   )
    COMPANY                                   )
15                            Defendants.     )
                                              )
16  ─────────────────────────────────────
    BIOGENESIS PACIFIC INC.,                  )
17                                            )
                     Counter-Plaintiff,       )
18                                            )
              vs.                             )
19                                            )
    RHINO BUILDERS, INC., MICHAEL             )
20  O'CONNELL, MICHAEL DANFORTH,              )
    AND JOHN DOES 1-10,                       )
21                                            )
                     Counter-Defendants.      )
22  ─────────────────────────────────────
    AMERICAN HOME ASSURANCE                   )
23  COMPANY,                                  )
                                              )
24                   Cross-Claimant,          )
                                              )
25            vs.                             )
                                              )
26  BIOGENESIS PACIFIC INC.,                  )
                                              )
27                   Cross-Claim Defendant.   )
    ─────────────────────────────────────
28

CIVIL CASE NO. 02-00008
B021108.327-0001.CT (Application for Entry of Default).wpd                                    1

| | |
|---|---|
| 1 | GUAM, U.S.A. )|
| 2 | CITY OF TAMUNING ) ss.: |

GUAM, U.S.A. )
) ss.:
CITY OF TAMUNING )

I, JANALYNN M. CRUZ, being first duly sworn, depose and state:

1. That I am the attorney for Defendant and Counter-Plaintiff Biogenesis Pacific, Inc. ("BioGenesis").

2. That BioGenesis filed its Amended Counter-Claim herein on October 8, 2002.

3. That Counter-Defendant Michael O'Connell was served on October 16, 2002.

4. That more than twenty (20) days has elapsed since said service.

5. That Counter-Defendant Michael O'Connell has failed to answer or otherwise defend.

6. That I have examined the files in connection with this claim and say that, to my knowledge, Counter-Defendant Michael O'Connell is not a member of the military service.

Accordingly, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, BioGenesis herewith applies to the Clerk of the District Court of Guam to enter default against Counter-Defendant Michael O'Connell for failure to plead, answer or otherwise defend said cause as required by law.

Dated this 8th day of November, 2002.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant and Counter-Plaintiff
Biogenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ

SUBSCRIBED AND SWORN to before me this 8th day of November, 2002.

_____
NOTARY PUBLIC

PRISCILLA Q. SANTOS
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: October 9, 2005
P.O. Box 326542 Hagatna, Guam 96932