Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM
**NOV - 8 2002**
MARY L. M. MORAN
CLERK OF COURT

75

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, **MICHAEL J. PEREZ**, do certify and state that:

1. I am a citizen of the United States of America, over the age of eighteen years, not interested in the above-entitled case, and am in no way disqualified from testifying as a witness;

2. I am an employee of Calvo and Clark, LLP; and

3. That on the 8th day of November, 2002, I personally served a true and correct copy of Defendant BioGenesis Pacific Inc.'s Notice of Entry of Default Pursuant to F.R.C.P. 55(a) and Affidavit and Application for Entry of Default Pursuant to F.R.C.P. 55(a) upon following:

| Attorney for Plaintiff Rhino Builders, Inc. | Attorney for Defendant AIG Technical Services, Inc. and American Home Assurance Company |
|---|---|
| Antonio L. Cortes, Esq.<br>233 Julale Center<br>424 West O'Brien Drive,<br>Hagåtña, Guam 96910 | Louie J. Yanza, Esq.<br>McKeown Vernier Price & Maher<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910 |

DATED this 8th day of November, 2002.

MICHAEL J. PEREZ

**CERTIFICATE OF SERVICE**
Civil Case No. 02-00008