1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   Attorneys for Defendant and
6  Counter-Plaintiff Biogenesis Pacific, Inc.

F I L E D
DISTRICT COURT OF GUAM

NOV - 8 2002

MARY L. M. MORAN
CLERK OF COURT

(76)

7
                    DISTRICT COURT OF GUAM
8
                     TERRITORY OF GUAM
9

10  UNITED STATES OF AMERICA FOR USE    )   CIVIL CASE NO. 02-00008
    AND BENEFIT OF RHINO BUILDERS, INC.,)
11                                      )
                        Plaintiff,      )
12           vs.                        )   **ENTRY OF DEFAULT PURSUANT TO**
                                        )   **F.R.C.P. 55(a)**
13  BIOGENESIS PACIFIC, INC.,           )
    AIG TECHNICAL SERVICES, INC., and   )
14  AMERICAN HOME ASSURANCE             )
    COMPANY                             )
15                      Defendants.     )
                                        )
16  _____)
                                        )
17  BIOGENESIS PACIFIC INC.,            )
                                        )
                        Counter-Plaintiff, )
18                                      )
             vs.                        )
19                                      )
    RHINO BUILDERS, INC., MICHAEL       )
20  O'CONNELL, MICHAEL DANFORTH,        )
    AND JOHN DOES 1-10,                 )
21                                      )
                        Counter-Defendants. )
22  _____)
    AMERICAN HOME ASSURANCE             )
23  COMPANY,                            )
                                        )
24                      Cross-Claimant, )
                                        )
25           vs.                        )
                                        )
26  BIOGENESIS PACIFIC INC.,            )
                                        )
27                      Cross-Claim Defendant. )
    _____)
28

CIVIL CASE NO. 02-00008
B021108.327-0001.CT (Entry of Default).wpd                                              1

1

2

3        It appearing that Counter-Defendant Michael O'Connell is in default for failure to plead

4 or otherwise defend as required by law,

5        DEFAULT IS HEREBY ENTERED against Counter-Defendant Michael O'Connell this

6 *8th* day of _November_, 2002.

7               Mary L.M. Moran
Clerk of Court

8               District Court of Guam

9

10               By: _____

11               **Renee M. Martinez**
**Deputy Clerk**

12

13

14

15

16



17

18

19

20

21

22

23

24

25

26

27

28