```
 1  BERMAN O'CONNOR MANN & SHKLOV
    DANIEL J. BERMAN, ESQ.
 2  MICHAEL J. BERMAN, ESQ.
    Suite 503, Bank of Guam Building
 3  111 Chalan Santo Papa
    Hagatna Guam 96910
 4
    Attorneys for Counterclaim Defendant:
 5  MICHAEL DANFORTH
```

**FILED**
DISTRICT COURT OF GUAM
NOV 15 2002
MARY L. M. MORAN
CLERK OF COURT

(77)

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants <br><br>———————————————— <br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br>———————————————— <br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant | CIVIL CASE NO.: 02-00008 <br><br> **COUNTER-DEFENDANT MICHAEL DANFORTH'S ANSWER TO COUNTERCLAIM; CERTIFICATE OF SERVICE** |

## COUNTER-DEFENDANT MICHAEL DANFORTH'S ANSWER TO COUNTERCLAIM

COMES NOW Counter-Defendant MICHAEL DANFORTH ("DANFORTH"), by and through his counsel above named, and for answer to the AMENDED ANSWER AND COUNTERCLAIM filed herein on October 8, 2002, admits, denies and alleges as follows:

1. ADMITS Paragraphs 2 and 3 of the Counterclaim.

2. As to Paragraph 6, ADMITS Biogenesis is a Hawaii corporation, but lacks sufficient information to form a belief as to the truth and veracity of the balance of said paragraph, and on that basis DENIES remainder of Paragraph 6.

3. As to Paragraphs 7 and 9, lacks sufficient information to form a belief as to the truth and veracity of said allegations, and on that basis DENIES said allegations.

4. DENIES that Counter Defendant DANFORTH ever acted in an individual capacity, and alleges that MAXX MANAGEMENT CORPORATION, a Nevada corporation, at all times mentioned in the Counterclaim was acting as a consultant for Rhino Builders, Inc.

5. DENIES each and every allegation of the Counterclaim which not expressly admitted above, and the whole of said Counterclaim.

## FIRST AFFIRMATIVE DEFENSE

6. The Court lacks personal and subject matter jurisdiction

over the Counter-Defendant DANFORTH and the claims asserted by Biogenesis.

### SECOND AFFIRMATIVE DEFENSE

7. The First Cause of Action asserted fails to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

8. Counter-Plaintiff Biogenesis lacks standing and capacity to bring the First Cause of Action.

### FOURTH AFFIRMATIVE DEFENSE

9. Counter-Plaintiff Biogenesis has failed to join necessary parties to this proceeding.

### FIFTH AFFIRMATIVE DEFENSE

10. The Counterclaim is barred by the doctrines of estoppel, waiver and/or ratification.

### SIXTH AFFIRMATIVE DEFENSE

11. The action is barred by the doctrine that any communications or acts by this answering Counter-Defendant were privileged.

WHEREFORE, Defendant DANFORTH prays that the Counterclaim as to him be dismissed and that Counter-Plaintiff recover nothing thereby, and that he be awarded his costs, disbursements and reasonable attorneys fees incurred herein, and for such other and

further relief as are just and equitable in the premises.

DATED: **Nov. 15**, 2002 in Hagatna, Guam

BERMAN O'CONNOR MANN & SHKLOV
Attorneys at Law
Attorneys for Counter-Defendant
MICHAEL DANFORTH

*/s/ Daniel Berman*

BY: DANIEL J. BERMAN, ESQ.
Attorney for Counter-Defendant
MICHAEL DANFORTH

## CERTIFICATE OF SERVICE

I, Jeannette R. Torres, do hereby certify that on November 15, 2002, I caused to be served by hand-delivery the foregoing Counter-defendant Michael Danforth's Answer to Counterclaim, to the following:

**Via Hand-Delivery**

Janalynn M.M. Cruz, Esq.
CALVO & CLARK LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Via Hand Delivery**

Theodore Christopher, Esq.
Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

By: _____
JEANNETTE R. TORRES

E:\Jean\Plds\1403.wpd

5