| | |
|---|---|
| 1 | **FREDERICK J. KERLEY** |
| | **ATTORNEY AT LAW** |
| 2 | **Reflection Center, Suite 202** |
| | **222 Chalan Santo Papa** |
| 3 | **Hagåtña, Guam 96910** |
| | **Telephone: (671) 477-7008** |
| 4 | **Facsimile: (671) 477-7009** |
| 5 | Attorney for Michael O'Connell |



FILED
DISTRICT COURT OF GUAM
NOV 19 2002
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) ) ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **NOTICE OF MOTION AND** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) | **MOTION TO SET ASIDE DEFAULT** |
| Defendants. | ) ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| vs. | ) ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Cross-Claim Defendant. | ) ) | |

ORIGINAL

Please take notice that on Friday, December 27, 2002, at the hour of 10:00 a.m. at the District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, Michael O'Connell will move this Court to set aside the default entered against him.

This motion is based on Rule 55(c) and Rules 4(c)(1), 13 and 14(a) of Federal Rules of Civil Procedure, and is supported by the accompanying Memorandum in Support of Michael O'Connell's Motion to Set Aside Default, the Affidavit of Michael Nawaiki O'Connell in Support of Motion to Set Aside Default, the Declaration of Frederick J. Kerley, the record on file herein and such other and further evidence and argument as may be presented at the hearing thereon.

Dated this 19th day of November, 2002

FREDERICK J. KERLEY
ATTORNEY AT LAW
Attorney for Michael O'Connell

*/s/ Frederick J. Kerley*
FREDERICK J. KERLEY

## CERTIFICATE OF SERVICE

I, Frederick J. Kerley, hereby certify that on November 19, 2002, I caused to be served the **Notice of Motion and Motion to Set Aside Default**, by hand delivery to:

> Law Office of Antonio L. Cortes
> Suite 233, Julale Center
> 424 West O'Brien Drive
> Hagåtña, Guam 96910
>
> Calvo & Clark, LLP
> Suite 202, First Savings & Loan Building
> 655 South Marine Drive
> Tamuning, Guam 96911
>
> Berman O'Connor Mann & Shklov
> Suite 503 Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> McKeown Vernier Price Maher
> 115 Hessler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910

Dated this 19th day of November, 2002

FREDERICK J. KERLEY
ATTORNEY AT LAW
Attorney for Michael O'Connell

_____
FREDERICK J. KERLEY

3