FREDERICK J. KERLEY
ATTORNEY AT LAW
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-7008
Facsimile: (671) 477-7009

Attorney for Michael O'Connell

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br>Defendants. | CIVIL CASE NO. 02-00008 <br><br><br>**AGREEMENT OF HEARING DATE** |
| BIOGENESIS PACIFIC INC., <br><br>Counter-Plaintiff, <br><br>vs. <br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br>Cross-Claimant, <br><br>vs. <br><br>BIOGENESIS PACIFIC INC., <br><br>Cross-Claim Defendant. | |

FILED
DISTRICT COURT OF GUAM
NOV 19 2002
MARY L. M. MORAN
CLERK OF COURT

ORIGINAL

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Frederick J. Kerley, am the attorney for Michael O'Connell in this matter. I contacted the attorneys for the other parties in this action to agree upon a date for oral argument of Michael O'Connell's Motion to Set Aside Default.

2. The attorneys for the other parties are:

> Law Office of Antonio L. Cortes
> Suite 233, Julale Center
> 424 West O'Brien Drive
> Hagåtña, Guam 96910
>
> Calvo & Clark, LLP
> Suite 202, First Savings & Loan Building
> 655 South Marine Drive
> Tamuning, Guam 96911
>
> Berman O'Connor Mann & Shklov
> Suite 503 Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> McKeown Vernier Price Maher
> 115 Hessler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910

3. We agreed upon the following date and time: December 27, 2002 at 10:00 a.m.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this 19th day of November, 2002

> FREDERICK J. KERLEY
> ATTORNEY AT LAW
> Attorney for Michael O'Connell
>
> _____
> FREDERICK J. KERLEY

2

# CERTIFICATE OF SERVICE

I, Frederick J. Kerley, hereby certify that on November 19th, 2002, I caused to be served the **Agreement of Hearing Date** by hand delivery to:

> Law Office of Antonio L. Cortes
> Suite 233, Julale Center
> 424 West O'Brien Drive
> Hagåtña, Guam 96910
>
> Calvo & Clark, LLP
> Suite 202, First Savings & Loan Building
> 655 South Marine Drive
> Tamuning, Guam 96911
>
> Berman O'Connor Mann & Shklov
> Suite 503 Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> McKeown Vernier Price Maher
> 115 Hessler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910

Dated this 19th day of November, 2002

FREDERICK J. KERLEY
ATTORNEY AT LAW
Attorney for Michael O'Connell

*/s/ Frederick J. Kerley*
FREDERICK J. KERLEY