ORIGINAL

FREDERICK J. KERLEY
ATTORNEY AT LAW
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-7008
Facsimile: (671) 477-7009

Attorney for Michael O'Connell

FILED
DISTRICT COURT OF GUAM
NOV 19 2002
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br>Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br>**CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br>Counter-Plaintiff, <br><br>vs. <br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br>Cross-Claimant, <br><br>vs. <br><br>BIOGENESIS PACIFIC INC., <br><br>Cross-Claim Defendant. | |

I, Frederick J. Kerley, hereby certify that on November 18, 2002, I caused to be served the **Entry of Appearance**, by hand delivery to:

>Law Office of Antonio L. Cortes
>Suite 233, Julale Center
>424 West O'Brien Drive
>Hagåtña, Guam 96910
>
>Calvo & Clark, LLP
>Suite 202, First Savings & Loan Building
>655 South Marine Drive
>Tamuning, Guam 96911
>
>McKeown Vernier Price Maher
>115 Hessler Place, Ground Floor
>Governor Joseph Flores Building
>Hagåtña, Guam 96910

I further certify that on November 19, 2002, I caused to be served the **Entry of Appearance**, by hand delivery to:

>Berman O'Connor Mann & Shklov
>Suite 503 Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910

Dated this 19th day of November, 2002

FREDERICK J. KERLEY
ATTORNEY AT LAW
Attorney for Michael O'Connell

_____
FREDERICK J. KERLEY

2