# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**CASE NO. CV-02-00008   DATE:** 12/27/02   **TIME:** 10:01 a.m.

FILED
DISTRICT COURT OF GUAM
DEC 27 2002
MARY L. M. MORAN
CLERK OF COURT

**CAPTION:** United States of America for Use and Benefit of Rhino Builders, Inc. -vs- Biogenesis Pacific, Inc., et. al.

***

Leilani Toves Hernandez, Courtroom Deputy
WANDA M. MILES, Court Reporter
Electronically Recorded (Run Time: 10:01:52 - 10:20:50)

K. WALMSLEY, Law Clerk

Court Security: N. Edrosa

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**

Tony Cortes, Rhino Builders, Inc.

**COUNSEL FOR DEFENDANT(s):**
Fred Kerley, for Michael O'Connell

Janalyn Cruz & Arthur Clark, for Biogenesis Pacific, Inc.

Monica Valle, for Michael Danforth

Louis Yanza, for AIG Tech & American Home Assurance

***

**PROCEEDINGS:**   MOTION TO SET ASIDE DEFAULT

( X ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( X ) DEFENDANT

( X ) MOTION(s)  X Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( X ) ORDER to be Prepared By: Court

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Court grants Motion to Set Aside Default and states its reasons. Court to issue order memorializing the proceedings.

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\CV-02-00008.wpd

END TIME: 10:20 a.m.