BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Counterclaim Defendant:
*Michael Danforth*

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. CV02-00008 <br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant | |

United States of America for Use and Benefit of Rhino Builders, Inc. v. Biogenesis Pacific, Inc., AIG Technical Services, Inc. and American Home Assurance Company
Civil Case No. CV02-00008
Certificate of Service

## CERTIFICATE OF SERVICE

I, Emmajean Ogo Lamb, do hereby certify that on December 27, 2002, I caused to be served by hand-delivery the foregoing Counter-defendant Michael Danforth's Answer to Counterclaim, to the following:

### VIA HAND DELIVERY

Louie Yanza, Esq.
McKEOWN VERNIER PRICE & MAHER
155 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

By: *Emmajean Ogo Lamb*
**EMMAJEAN OGO LAMB**