Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant BioGenesis Pacific, Inc.



FILED
DISTRICT COURT OF GUAM
JAN 31 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)** <br> **(RHINO BUILDERS INC.)** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

TO: **PLAINTIFF RHINO BUILDERS, INC. ("RHINO") AND ITS ATTORNEY OF RECORD, ANTONIO L. CORTES AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on the 20th day February, 2003, at 9:00 a.m., Defendant BioGenesis Pacific Inc., will take the deposition of Plaintiff Rhino Builders, Inc. through Michael O'Connell, as stipulated by Rhino, on oral examination pursuant to Rule 30(b)(6) before a notary public or other officer authorized to administer oaths, at the Law Offices of the White & Tom, 820 Mililani Street, Suite 711, Honolulu, Hawaii 96813 and shall continue thereafter from day to day, excluding Sundays and legal holidays, until completed. |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, Plaintiff intends to record the testimony at the deposition by stenographic means.

The matters on which deponent is to be examined include:

1. The basis for all the allegations contained in the Amended Complaint.

2. The Amended Complaint identifies an alleged oral subcontract between Rhino and BPI, whereby Rhino allegedly agreed to perform such contract work as the U.S. Navy might assign to BPI on individual delivery orders under the U.S. Navy Contract N62766-99-D-0425. Rhino should be prepared to identify, describe and discuss:

   a. The alleged oral subcontract.

   b. Any and all of the individual delivery orders, including, but not limited to acceptance, commencement of work, and completion of any or all of the delivery orders.

3. The invoice attached as Exhibit "A" to this Notice of Deposition.

4. The relationship between Rhino and Michael Danforth.

**DATED** this 30th day of January, 2003.

> CALVO AND CLARK, LLP
> Attorneys At Law
> Attorneys for Defendant
> BioGenesis Pacific, Inc.
>
> By: _____
> JANALYNN M. CRUZ



# RHINO BUILDERS HUBZone & 8(a) SBA CERTIFIED

790 North Marine Drive, P. O. Box 959, Tumon, Guam, 96911, (671) 632-7653,
(671) 637-9618 fax, Rhinogwa@ite.net
85-841 B Farrington Highway, Waianae, Hawaii, 96792, (808) 668-8878,
(808) 668-7024 fax, Rhino1@Hawaii.rr.com

## INVOICE

| | | | |
|---|---|---|---|
| TO | BIOGENESIS PACIFIC, INC. | NO. | 0301-002 |
| | 790 NORTH MARINE DRIVE #303 | DATE | MAR. 21, 2001 |
| | TUMON, GUAM 96911 | SHIP VIA | |
| ATTN | BOBBIE SALAS | YOUR NO. | |
| TEL | 637-9633/35  FAX  637-9634 | OUR NO. | |
| | | TERMS | DUE UPON RECEIPT |

This is to bill you as follows:

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **ISUZU FLATBED RENTAL** | | |
| 1 WEEK | MONDAY-SATURDAY<br>MAR. 12-17, 2001 | 584.00 /WK. | $ 584.00 |
| 2 DAYS | MONDAY-TUESDAY<br>MAR. 19-20, 2001 | 130.00 /DAY | $ 260.00 |
| | | Amount due | $ 844.00 |

*Recieved by*
*[signature] 3-22-01*

RHINO BUILDERS, INC.

Please show invoice number on your remittance.

By: _____

EXHIBIT "A"