Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Counter-Plaintiff
BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
JAN 31 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **NOTICE OF DEPOSITION OF COUNTER-DEFENDANT MICHAEL O'CONNELL** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

TO: **COUNTER-DEFENDANT MICHAEL O'CONNELL AND HIS ATTORNEY OF RECORD, FREDERICK J. KERLEY, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

---

NOTICE OF DEPOSITION OF COUNTER-DEFENDANT MICHAEL O'CONNELL
B030129.327-0001.CT (O'Connell Depo).wpd

ORIGINAL 1

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil |
| 2 | Procedure, Counter-Plaintiff BIOGENESIS PACIFIC INC. will take the deposition upon oral |
| 3 | examination of Michael O'Connell. Said deposition will take place on February 20, 2002, beginning |
| 4 | at 9:00 a.m., at the Law Offices of the White & Tom, 820 Mililani Street, Suite 711, Honolulu, |
| 5 | Hawaii 96813. The deposition will be taken by a notary public or other person authorized by law to |
| 6 | administer oaths. The oral examination will continue from day to day until completed. |
| 7 | **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 30(b)(2) of the Federal |
| 8 | Rules of Civil Procedure, Plaintiff intends to record testimony at the deposition by stenographic |
| 9 | means. |
| 10 | **DATED** this 30th day of January, 2003. |

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Counter-Plaintiff
BioGenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ