Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:   (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for Counter-Plaintiff BioGenesis Pacific, Inc.

DISTRICT COURT OF GUAM
FILED
JAN 31 2003
MARY L. M. MORAN
CLERK OF COURT

(93)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> **NOTICE OF DEPOSITION OF COUNTER-DEFENDANT MICHAEL DANFORTH** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

TO:   **COUNTER-DEFENDANT MICHAEL DANFORTH AND HIS ATTORNEY OF RECORD, BERMAN O'CONNOR MANN & SHKLOV, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Counter-Plaintiff BIOGENESIS PACIFIC INC. will take the deposition upon oral examination of Michael Danforth. Said deposition will take place on February 21, 2002, beginning at 9:00 a.m., at the Law Offices of the White & Tom, 820 Mililani Street, Suite 711, Honolulu, Hawaii 96813. The deposition will be taken by a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 30(b)(2) of the Federal Rules of Civil Procedure, Plaintiff intends to record testimony at the deposition by stenographic means.

DATED this 30th day of January, 2003.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Counter-Plaintiff
BioGenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ