1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   Attorneys for Defendant
6  Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM

JAN 31 2003

MARY L. M. MORAN
CLERK OF COURT

94

7

8                    DISTRICT COURT OF GUAM

9                    TERRITORY OF GUAM

10  UNITED STATES OF AMERICA FOR USE       )   CIVIL CASE NO. 02-00008
    AND BENEFIT OF RHINO BUILDERS, INC.,   )
11                                          )
                        Plaintiff,          )
12            vs.                           )   **CERTIFICATE OF SERVICE**
                                            )
13  BIOGENESIS PACIFIC, INC.,              )
    AIG TECHNICAL SERVICES, INC., and      )
14  AMERICAN HOME ASSURANCE                )
    COMPANY                                 )
15                      Defendants.         )
                                            )
16                                          )
    BIOGENESIS PACIFIC INC.,               )
17                                          )
                    Counter-Plaintiff,      )
18                                          )
            vs.                             )
19                                          )
    RHINO BUILDERS, INC., MICHAEL          )
20  O'CONNELL, MICHAEL DANFORTH,           )
    AND JOHN DOES 1-10,                     )
21                                          )
                    Counter-Defendants.     )
22                                          )
    AMERICAN HOME ASSURANCE                )
23  COMPANY,                                )
                                            )
24                  Cross-Claimant,         )
                                            )
25          vs.                             )
                                            )
26  BIOGENESIS PACIFIC INC.,               )
                                            )
27                  Cross-Claim Defendant.  )
                                            )
28

CIVIL CASE NO. 02-00008
B030130.327-0001.CT (Certificate of Service - Depo).wpd

ORIGINAL

1

1  I, JANALYNN M. CRUZ, hereby certify that on the 30th day of January, 2003, I caused

2  copies of:

3          1.      Notice of Deposition of Counter-Defendant Michael Danforth;

4          2.      Notice of Deposition of Counter-Defendant Michael O'Connell; and

5          3.      Notice of Deposition Pursuant to Rule 30(b)(6) (Rhino Builders Inc.);

6  to be served via hand delivery on the offices of the following:

7  **Attorney for Counter-Defendant**          **Attorney for Counter-Defendant**
   **Michael Danforth**                      **Michael O'Connell**

8
9  Berman O'Connell Mann & Shklov        Frederick J. Kerley
   Suite 503, Bank of Guam Building         Reflection Center, Suite 202
   111 Chalan Santo Papa                 222 Chalan Santo Papa
10 Hagåtña, Guam 96910                Hagåtña, Guam 96910

11 **Attorney for Plaintiff Rhino Builders, Inc.**    **Attorneys for Defendant AIG Technical**
                                       **Services, Inc. and American Home**
12 Antonio L. Cortes                  **Assurance Company**
   233 Julale Center
13 424 West O'Brien Drive           McKeown Vernier Price & Maher
   Hagåtña, Guam 96910              115 Hesler Place, Ground Floor
14                                    Governor Joseph Flores Building
                                      Hagåtña, Guam 96910

15

16            Dated this 30th day of January, 2003.

17                          CALVO AND CLARK, LLP
                            Attorneys At Law
18                          Attorneys for Defendant Biogenesis Pacific, Inc.

19

20                       By: _____
                             JANALYNN M. CRUZ

21

22

23

24

25

26

27

28

CIVIL CASE NO. 02-00008
B030130.327-0001.CT (Certificate of Service - Depo).wpd

        2