Stephen D. Tom, Esq.
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547-5151
Facsimile No.: (808) 599-4517

Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
FEB 07 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br> BIOGENESIS PACIFIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF STEPHEN D. TOM FOR ADMISSION *PRO HAC VICE*** |

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| BIOGENESIS PACIFIC, INC. | )<br>) |
| Cross-Claim Defendant. | ) |

I, STEPHEN D. TOM, hereby declare and state as follows:

1. I hereby apply to be permitted to appear and participate in the above-captioned matter.

2. My residential address is 2247 Auli Street, Honolulu, Hawaii 96817, telephone: (808) 595 2570.

3. I am a partner in the law firm of **WHITE & TOM**, whose address is 820 Mililani Street, Suite 711, Honolulu, Hawaii 96813-2972, telephone: (808) 547-5151, facsimile: (808) 599-4517, which firm has been retained by Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY to represent and assist in the above-captioned matter.

4. I am authorized to practice law before all courts of the State of Hawaii, including the Federal District Court of Hawaii.

5. I am a member in good standing and am authorized to practice before the following courts:

   a. Hawaii Supreme Court. Date of Admission: October 15, 1974;

   b. United States District Court for the District of Hawaii. Date of Admission: October 15, 1974;

    c. United States Court of Appeals for the Ninth Circuit. Date of Admission: July 18, 1979; and

    d. United States Court of Federal Claims. Date of Admission: April 16, 1992.

6. I am not currently suspended or disbarred in any court.

7. I have never previously made any *pro hac vice* applications to this Court.

8. I am not a resident of Guam.

9. I hereby designate Louie J. Yanza, an active member in good standing of the Guam bar and of this Court, as co-counsel, with whom this Court and counsel for the other parties in this matter may communicate regarding the conduct of this case and upon whom papers may be served in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of February, 2003, at Honolulu, Hawaii.

            _____
            STEPHEN D. TOM

C:\MarieBackup\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Declaration of Stephen Tom - Admission Pro Hac Vice - STom.doc