Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
FEB 07 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DELCARATION OF COUNSEL AND CONSENT OF DESIGNATION OF LOCAL COUNSEL** |
| BIOGENESIS PACIFIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby declare and state as follows:

1. I am an active member of the Bar of Guam and am authorized to practice law before all courts of Guam.

2. I am an associate attorney in the law firm of McKEOWN • VERNIER • PRICE • MAHER, attorneys for Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AHAC").

3. I hereby consent to and accept designation by STEPHEN D. TOM of the law firm of WHITE & TOM, a Hawaii law firm, as local counsel. I agree that this Court and counsel for the other parties in the above-captioned matter may communicate with me regarding the conduct of this case and further agree to accept service of any and all papers required or authorized to be served on counsel by all federal and local rules in the above-captioned matter.

4. Pursuant to the Local Rules, I plan to participate in the preparation and trial of the above-captioned case with the authority and responsibility to act as attorney of record for all purposes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2003, at Hagåtña, Guam.

_____
LOUIE J. YANZA

C:\MarieBackup\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Declaration and Consent of Designation of Local Counsel.doc