| | |
|---|---|
| 1 | Louie J. Yanza |
| 2 | McKEOWN • VERNIER • PRICE • MAHER<br>A Joint Venture of McKEOWN PRICE, LLP<br>and VERNIER & MAHER, LLP |
| 3 | 115 Hesler Place, Ground Floor |
| 4 | Governor Joseph Flores Building<br>Hagåtña, Guam 96910 |
| 5 | Telephone No.: (671) 477-7059<br>Facsimile No.: (671) 472-5487 |

**FILED**
DISTRICT COURT OF GUAM
FEB 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

## UNITED STATES DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,

    Plaintiff,

vs.

BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,

    Defendants.

BIOGENESIS PACIFIC, INC.,

    Plaintiff,

vs.

RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,

    Counter-Defendant.

CIVIL CASE NO. 02-00008

**ORDER GRANTING *PRO HAC VICE* APPLICATION OF STEPHEN D. TOM**

1

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) ) |
| Cross-Claim Defendant. | ) |

WHEREAS, Stephen D. Tom of White & Tom, 820 Mililani Street, Suite 711, Honolulu, Hawaii 96813-2972, telephone: (808) 547-5151, facsimile: (808) 599-4517, has applied for an Order granting him permission to appear as counsel *pro hac vice* for Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AHAC"), in association with Louie J. Yanza, McKEOWN • VERNIER • PRICE • MAHER, designated local counsel of record in the above-entitled matter.

WHEREAS, the Court having considered the papers and arguments submitted in support of the application, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application of Stephen D. Tom for an Order granting him permission to appear as counsel *pro hac vice* in this action be, and the same hereby is, GRANTED.

SO ORDERED: FEB 10 2003

HON. JOHN C. UNPINGCO, CHIEF JUDGE
U.S. DISTRICT COURT OF GUAM

RECEIVED
FEB -7 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

SUBMITTED BY:

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

By: _____
       LOUIE J. YANZA

DATED:       February 7, 2003

C:\MarieBackup\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Order Granting Pro Hac Vice Application.doc

3