FREDERICK J. KERLEY
ATTORNEY AT LAW
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-7008
Facsimile: (671) 477-7009

Attorney for Counter-Defendant Michael O'Connell

F I L E D
DISTRICT COURT OF GUAM
MAR 12 2003
MARY L. M. MORAN
CLERK OF COURT

101

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> REVISED SCHEDULING ORDER and DISCOVERY PLAN |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

Pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Amended Scheduling Order:

1. The nature of the case is as follows:

    Collection Action under Miller Act.

2. The posture of the case is as follows:

    a) All of the Defendants and both of the Cross-claim Defendants have been served and have appeared.

    b) The following motions are on file: Biogenesis Pacific, Inc.'s Motion to Dismiss (FRCP 12(b)(1) and 12 (b)(6)); AIG Technical Services, Inc.'s Motion to Dismiss and For Summary Judgment (FRCP 12 (b)(1); (b)(6) and 56(c)); and Michael O'Connell's Motion to Set Aside Default.

    c) The following motions have been resolved: Biogenesis Pacific, Inc. and AIG Technical Services, Inc.'s motions to dismiss were withdrawn and the motion to set aside default was granted. Therefore, all motions have been resolved.

    d) The following discovery has been initiated: Plaintiff's First Request for Production of Documents to Defendant AHAC; Plaintiff's First Set of Interrogatories to Defendant AHAC; Defendants AIG and AHAC's First Request for Production of Documents to Plaintiff; Defendants AIG and AHAC's First Set of Interrogatories to Plaintiff; Defendant AHAC's Responses to Plaintiff's First Request for Production of Documents; Defendant AHAC's Responses to Plaintiff's First Set of Interrogatories; Plaintiff's Response to Defendants' AIG and AHAC's Request for Production of Documents; Plaintiff's Objections to Defendants' AIG and AHAC's First Set of

2

Interrogatories; Plaintiff's Answers to Defendants' AIG and AHAC's First Set of Interrogatories; Defendant Biogenesis' First Request for Production of Documents to Plaintiff; Defendant Biogenesis' First Set of Interrogatories Propounded Upon Plaintiff; Counter-Defendant Michael Danforth's First Set of Interrogatories and for Production of Documents to Counter-Claimant Biogenesis; Counter-Claimant Biogenesis' First Request for Production of Documents to Michael O'Connell; Counter-Claimant Biogenesis' First Request for Production of Documents to Michael Danforth; Plaintiff's Response to Defendant Biogenesis' Request for Production of Documents; Plaintiff's Responses to Defendant Biogenesis' First Set of Interrogatories; Counter-Plaintiff Biogenesis' Response to Counter-Defendant Michael Request for Production of Documents; Counter-Plaintiff Biogenesis' Response to Counter-Defendant Michael Danforth's First Set of Interrogatories. The following parties have had their depositions taken: Defendant/Counter-Plaintiff Biogenesis Pacific, Inc.; Plaintiff Rhino Builders, Inc.; Counter-Defendant Michael O'Connell; and Counter-Defendant Michael Danforth.

3. All motions to add parties and claims were required to be filed on or before **September 27, 2002**.

4. All motions to amend pleadings were required to be filed on or before **October 28, 2002**.

5. Status of discovery:

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16.1 and 16.2 for the District Court of Guam, the parties adopt and incorporate and hereby submit the following Discovery Plan as part of this Scheduling Order as follows:

3

a. Parties who appeared prior to the Scheduling Order filed herein on August 20, 2002, were required to make initial disclosures no later than **September 3, 2002**. Parties who were added after August 20, 2002, were required to make initial disclosures no later than thirty (30) days after they appeared.

b. The parties may make requests for additional discovery forthwith, with all written discovery to be served no later than **March 24, 2003**.

c. The parties may take depositions at any time between **October 1, 2002** and **April 14, 2003**. Depositions to be taken in Hawaii shall be preceded by 21 days notice, and depositions to be taken at other locations outside of Guam shall be preceded by 28 days notice. Counsel noticing depositions shall make a good faith effort to ascertain and accommodate the schedules of other counsel so that all parties have the opportunity to be represented by counsel at all depositions.

d. Interrogatories directed to expert witnesses may be served until **July 7, 2003**. Depositions of expert witnesses shall be noticed so as to take place between **June 30, 2003** and **July 28, 2003**, or as close to that period as the expert's schedule may allow.

6. The scheduling conference has already taken place.

7. The discovery cut-off date is **April 28, 2003**.

8. a) All discovery motions shall be filed on or before **May 12, 2003** and heard on or before **June 6, 2003.**

   b) Summary judgment motions are likely.

   c) All dispositive motions shall be filed on or before **June 9, 2003** and heard on or before **July 11, 2003**.

9. The prospects for settlement between Plaintiff Rhino Builders, Inc. ("Plaintiff") and Defendant Biogenesis Pacific, Inc. ("Biogenesis") are unknown. Settlement between Plaintiff and Defendants AIG Technical Services, Inc. ("AIG") and American Home Assurance Company ("AHAC") are unknown. Settlement between Counter-Plaintiff Biogenesis and

4

Counter-Defendants Michael O'Connell and Michael Danforth are unknown. Settlement between Cross-Claimant AHAC and Cross-Claim Defendant Biogenesis are unknown.

10. The Preliminary Pretrial Conference shall be held on **August 11, 2003** at 10 :30 a.m.

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **August 7, 2003**, except that expert witness disclosure shall be made no later than **June 9, 2003**.

12. The Proposed Pretrial Order shall be filed on or before **August 25, 2003**.

13. The Final Pretrial Conference shall be held **September 2, 2003** at 3 :00 p.m.

14. The Trial in this matter shall be held on the **8th day of September, 2003** at 9 :30 a.m.

15. The trial is not a jury trial.

16. It is anticipated that it will take seven (7) days to try this case.

17. The names of the counsel who will try this case are:

   a) Antonio L. Cortés, Esq.

   b) Arthur B. Clark, Esq. and Janalynn M. Cruz, Esq.

   c) Louie J. Yanza, Esq., John B. Maher, Esq., and possible off-island counsel.

   d) Frederick J. Kerley, Esq.

   e) Daniel J. Berman, Esq.

18. Plaintiff and Defendants AIG and AHAC wish to submit the case to a settlement conference. Defendant Biogenesis does not. Counter-Defendants Michael O'Connell and Michael Danforth wish to submit the case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

   a) Joint submission of Exhibits.

b) Stipulations regarding admissibility and authenticity of exhibits.

c) A limited number of stipulated facts.

20. The following issues will affect the status or management of the case:

a) off-island witnesses will likely prolong discovery.

DATED this 11th day of March, 2003.

_____
HONORABLE JOHN S. UNPINGCO
Chief District Judge, District Court of Guam

APPROVED AS TO FORM AND CONTENT:

LAW OFFICE OF ANTONIO L. CORTÉS

By: _____
Antonio L. Cortés, Attorney for
Plaintiff Rhino Builders, Inc.
Dated: 3/7/03

CALVO & CLARK, LLP

By: _____
Janalynn M. Cruz, Attorney for
Defendant Biogenesis Pacific, Inc.
Dated: 3/7/03

FREDERICK J. KERLEY
Attorney At Law

By: _____
Frederick J. Kerley, Attorney for
Counter-Defendant
Michael O'Connell
Dated: 3/7/03

McKEOWN VERNIER PRICE & MAHER

By: _____
Louie J. Yanza, Attorney for
Defendants AIG Technical Services,
Inc. and American Home Assurance
Company
Dated: March 7, 2003

BERMAN O'CONNOR MANN & SHKLOV

By: _____
Monica Valle, Attorney for
Counter-Defendant Michael Danforth
Dated: 03-07-03

**RECEIVED**
MAR 10 2003
DISTRICT COURT OF GUAM

6

Case 1:02-cv-00008    Document 104    Filed 03/12/2003    Page 6 of 6