| | |
|---|---|
| 1 | **FREDERICK J. KERLEY** |
| | **ATTORNEY AT LAW** |
| 2 | **Reflection Center, Suite 202** |
| | **222 Chalan Santo Papa** |
| 3 | **Hagåtña, Guam 96910** |
| | **Telephone: (671) 477-7008** |
| 4 | **Facsimile: (671) 477-7009** |
| 5 | Attorney for Counter-Defendant Michael O'Connell |

FILED
DISTRICT COURT OF GUAM
MAR 18 2003

102

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, | ) | |
| Defendants. | ) | |
| BIOGENESIS PACIFIC INC., | ) | |
| Counter-Plaintiff, | ) | |
| vs. | ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) | |
| Counter-Defendants. | ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) | |
| Cross-Claimant, | ) | |
| vs. | ) | |
| BIOGENESIS PACIFIC INC., | ) | |
| Cross-Claim Defendant. | ) | |

1  I, Frederick J. Kerley, hereby certify that on March 13, 2003, I caused to be served a copy of
2  the **Revised Scheduling Order and Discover Plan**, filed on March 12, 2003, by hand delivery to:

> Law Office of Antonio L. Cortés
> Suite 233, Julale Center
> 424 West O'Brien Drive
> Hagåtña, Guam 96910
>
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

I further certify that on March 14, 2003, I caused to be served a copy of the **Revised Scheduling Order and Discover Plan**, filed on March 12, 2003, by hand delivery to:

> Calvo & Clark, LLP
> Suite 202, Metro Bank Building
> 655 South Marine Drive
> Tamuning, Guam 96911
>
> McKeown Vernier Price Maher
> 115 Hessler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910

Dated this 14TH day of March, 2003.

FREDERICK J. KERLEY
ATTORNEY AT LAW
Attorney for Michael O'Connell

*/s/ Frederick J. Kerley*
FREDERICK J. KERLEY