ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorneys for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM
MAR 24 2003
MARY L. M. MORAN
CLERK OF COURT

103

IN THE DISTRICT COURT

OF GUAM

UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO.02-00008
AND BENEFIT OF RHINO BUILDERS, )
INC., ) **STIPULATIONS REGARDING**
) **DEPOSITIONS OF CERTAIN PARTIES**
Plaintiff, )
)
BIOGENESIS PACIFIC, INC. and )
AIG TECHNICAL SERVICES, INC., )
)
Defendants. )
)

Plaintiff United States for use and benefit of Rhino Builders, Inc. ("Rhino"), Defendant/Third-Party Plaintiff Biogenesis Pacific, Inc. ("BPI"), Defendant AIG Technical Services, Inc. ("AIG"), Defendant American Home Assurance Compahy ("AHAC"), and Third-Party Defendants Michael O'Connell and Michael Danforth, by and through counsel, stipulate with respect to the continued depositions of Rhino and BPI, as follows:

    1.    At 9:00 a.m. on April 10, 2003, Rhino shall take the continued deposition of BPI pursuant to F. R. Civ. Proc. Rule 30(b)(6);

    2.    BPI's designee at BPI's April 10, 2003 30(b)(6) deposition shall be Richard Avilla, and no other person;

**ORIGINAL**

3. At 9:00 a.m. on April 11, 2003, BPI and AIG shall take the continued deposition of Rhino pursuant to F. R. Civ. Proc. Rule 30(b)(6);

4. Rhino's designee at Rhino's April 11, 2003 30(b)(6) deposition shall be Eugene O'Connell, and no other person;

5. Both Depositions shall take place at the Law Offices of McKeown Vernier Price & Maher, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam, 96910.

DATED: March 20, 2003

Antonio L. Cortes, Counsel for
Plaintiff United States for the use
and benefit of Rhino

DATED: March 20, 2003

Janalynn Cruz, Counsel for Biogenesis Pacific, Inc.

DATED: March 20, 2003

Louie Yanza, Counsel AIG Technical Services and American Home Assurance Corporation

DATED: March 20, 2003

Monica Valle, Counsel for Michael Danforth

DATED: March 20, 2003

Fred Kerly, Counsel for Michael O'Connell

2