**FREDERICK J. KERLEY**
ATTORNEY AT LAW
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-7008
Facsimile: (671) 477-7009

Attorney for Counter-Defendant Michael O'Connell

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

FILED
DISTRICT COURT OF GUAM
APR - 2 2003
MARY L. M. MORAN
CLERK OF COURT

ORIGINAL

I, Frederick J. Kerley, hereby certify that on March 26, 2003, I caused to be served a copy of **Counter-Defendant Michael O'Connell's Responses to Biogenesis Pacific, Inc.'s Request for Production of Documents**, dated March 26, 2003, by hand delivery to:

>   Calvo & Clark, LLP
>   Suite 202, Metro Bank Building
>   655 South Marine Drive
>   Tamuning, Guam 96911
>
>   Berman O'Connor Mann & Shklov
>   Suite 503, Bank of Guam Building
>   111 Chalan Santo Papa
>   Hagåtña, Guam 96910

I further certify that on March 26, 2003, I caused to be served a copy of **Counter-Defendant Michael O'Connell's Responses to Biogenesis Pacific, Inc.'s Request for Production of Documents**, dated March 26, 2003, by mailing said copy to the undersigned counsel to their addresses as follows:

>   Antonio L. Cortés, Esq.
>   Law Office of Antonio L. Cortés
>   Suite 233, Julale Center
>   424 West O'Brien Drive
>   Hagåtña, Guam 96910
>
>   Louie J. Yanza, Esq.
>   McKeown Vernier Price Maher
>   115 Hessler Place, Ground Floor
>   Governor Joseph Flores Building
>   Hagåtña, Guam 96910

Dated this 28th day of March, 2003.

FREDERICK J. KERLEY
ATTORNEY AT LAW
Attorney for Michael O'Connell

_/s/ Frederick J. Kerley_
FREDERICK J. KERLEY