Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM
APR 10 2003
MARY L. M. MORAN
CLERK OF COURT

/08

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **STIPULATION AND ORDER** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

COMES NOW, the parties herein, by and through their respective counsels and hereby stipulate to reschedule the Deposition of Herminia Redolozo currently scheduled for April 14, 2003 at the hour of 9:00 a.m. to April 21, 2003 at the hour of 9:00 a.m. due to scheduling conflicts. The parties further stipulate that the Deposition of Ms. Redolozo can proceed outside of the time period allowed for the taking of depositions provided in the Revised Scheduling Order and Discovery Plan filed with the Court on March 12, 2003.

SO STIPULATED.

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ
Dated: 4/8/03

MCKEOWN VERNIER PRICE & MAHER
Attorneys for AIG Technical Services, Inc. and American Home Assurance Company

By: _____
LOUIE YANZA
Dated: April 9, 2003

LAW OFFICE OF FREDERICK J. KERLEY
Attorney for Michael O'Connell

By: _____
FREDERICK J. KERLEY
Dated: 4/8/03

LAW OFFICE OF ANTONIO L. CORTES
Attorney for Rhino Builders, Inc.

By: _____
ANTONIO L. CORTES
Dated: 4/8/03

BERMAN O'CONNOR MANN & SHKLOV
Attorney for Michael Danforth

By: _____
MONICA VALLE
Dated: 04/08/03

//
//
//

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B030407.327-0001.CT (Stipulation and Order).wpd

2

## ORDER

Based on the stipulation of the parties, the Deposition of Herminia Redolozo can proceed outside of the time period allowed for the taking of depositions provided in the Revised Scheduling Order and Discovery Plan filed with the Court on March 12, 2003.

SO ORDERED this 10th day of April, 2003.

HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED
APR - 9 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B030407.327-0001.CT (Stipulation and Order).wpd

3