```
 1  Arthur B. Clark, Esq.
    Janalynn M. Cruz, Esq.
 2  CALVO AND CLARK, LLP
    Attorneys at Law
 3  655 South Marine Drive, Suite 202
    Tamuning, Guam 96911
 4  Telephone:   (671) 646-9355
    Facsimile:   (671) 646-9403
 5
    Attorneys for Defendant
 6  Biogenesis Pacific, Inc.
```

**FILED**
DISTRICT COURT OF GUAM
APR 11 2003
MARY L. M. MORAN
CLERK OF COURT



## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, MICHAEL J. PEREZ, hereby certify that on the 10th day of April, 2003, I served via hand delivery copies of the **AMENDED NOTICE OF DEPOSITION OF HERMINIA REDOLOZO** and the **STIPULATION AND ORDER**, filed with the Court on April 10, 2003 on the following:

| | |
|---|---|
| **Attorney for Michael Danforth** | **Attorneys for AIG Technical Services, Inc. and American Home Assurance Company** |
| Monica Valle, Esq.<br>Berman O'Connell Mann & Shklov<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910 | Louie Yanza, Esq.<br>McKeown Vernier Price & Maher<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910 |

and that on the 11th day of April, 2003, I served via hand delivery copies of the **AMENDED NOTICE OF DEPOSITION OF HERMINIA REDOLOZO** and the **STIPULATION AND ORDER**, filed with the Court on April 10, 2003 on the following:

**Attorney for Michael O'Connell**

Frederick J. Kerley, Esq.
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

and that on the 11th day of April, 2003, I served via United States Postal Service copies of the **AMENDED NOTICE OF DEPOSITION OF HERMINIA REDOLOZO** and the **STIPULATION AND ORDER**, filed with the Court on April 10, 2003, by placing copies of said documents in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile No.: 477-1933

with a courtesy copies of said documents sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 11th day of April, 2003.

MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B030411.327-0001.CT (Certificate of Service).wpd

2