BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Counterclaim Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
APR 21 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO.: 02-00008 <br><br><br><br><br><br><br><br><br><br> **PETITION TO ADMIT ATTORNEY PRO HAC VICE** |

## PETITION TO ADMIT ATTORNEY PRO HAC VICE

The Counterclaim Defendant MICHAEL DANFORTH hereby petitions for Attorney Alan H. Tuhy of the law offices of Alan H. Tuhy to be admitted pro hac vice to practice before this Court in the

above-captioned action. The Declaration of Mr. Tuhy is attached.

This Petition is made pursuant to General Rule 17.1 of the District Court of Guam. Daniel J. Berman of the law firm of Berman O'Connor Mann & Shklov accepts the designation as local counsel. A proposed Order is attached.

Dated this **14** day of April, 2003.

          **BERMAN O'CONNOR MANN & SHKLOV**
          Attorneys for Counterclaim Defendant
          *MICHAEL DANFORTH*

BY: _____
      **DANIEL J. BERMAN**

E:\Jean\Plds\1772.wpd