FILED
DISTRICT COURT OF GUAM
APR 2 1 2003
MARY L. M. MORAN
CLERK OF COURT

112

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Counterclaim Defendant:
*MICHAEL DANFORTH*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO.: 02-00008 <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **DECLARATION OF ALAN H. TUHY** |

### DECLARATION OF ALAN H. TUHY

ALAN H. TUHY declares under penalty of perjury:

(1) I make this declaration on personal knowledge and am competent to testify to the following if called as a witness. This Declaration is made in support of the within application to allow

E:\Jean\Plds\1762.wpd

me to appear *pro hac vice* for and on behalf of Counter-Defendant MICHAEL DANFORTH in the trial of this matter and such pre-trial matters as directed by the client.

(2)    I am currently an active and practicing attorney, having been admitted to the Hawaii Bar Association on October 21, 1988; I have at no time been suspended, reprimanded or disbarred from the practice of law in this or any other state. I was also admitted to practice before the Oregon State Bar in September, 1975, and have been inactive with that Association since my move to Hawaii in 1989.

(3)    Contact information is as follows:

ALAN H. TUHY
75-240 NANI KAILUA DRIVE
SUITE 11
KAILUA-KONA, HI. 96740

PH:    (808)329-5678
FAX:    (808)329-5788
e-mail: tuhy@kona.net

(4)    I am in good standing and eligible to practice with both bar associations; I have also been admitted to practice before the federal courts in Oregon and Hawaii.

(5)    I am not concurrently nor have I in the one preceding this Application made any *pro hac vice* applications to this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of April, 2003 in Kailua-Kona, Hawaii.

ALAN H. TUHY

C:\WINDOWS\Temporary Internet Files\Content.IE5\ANG10TUD\1762.wpd