BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Counterclaim Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
APR 21 2003
MARY L. M. MORAN
CLERK OF COURT
113

IN THE UNITED STATES DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,

Plaintiff,

vs.

BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY,

Defendants.

---

BIOGENESIS PACIFIC INC.,

Counter-Plaintiff,

vs.

RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,

Counter-Defendants,

AMERICAN HOME ASSURANCE COMPANY,

Cross-Claimant,

vs.

BIOGENESIS PACIFIC, INC.,

Cross-Claim Defendant.

CIVIL CASE NO.: 02-00008

**CERTIFICATE OF SERVICE**

---

**CERTIFICATE OF SERVICE**

I, Jeannette R. Torres, do hereby certify that on April 21, 2003, I caused to be served the Petition to Admit Attorney Pro Hac Vice and Order , to the following:

ORIGINAL

United States of America for use and benefit of Rhino Builders v. Biogenesis Pacific, Inc. CV02-00008
CERTIFICATE OF SERVICE PAGE 2

**VIA HAND-DELIVERY**

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233, Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Janalynn M. Cruz, Esq.
CALVO & CLARK LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**VIA HAND DELIVERY**

Louie Yanza, Esq.
McKEOWN VERNIER PRICE MAHER
155 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Frederick J. Kerley, Esq.
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

By: ______________________
**JEANNETTE R. TORRES**

E:\Jean\Plds\1774.wpd