BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Counterclaim Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
APR 24 2003
MARY L. M. MORAN
CLERK OF COURT

114

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO.: 02-00008 <br><br><br><br><br><br><br><br><br><br><br> **ORDER** |

## **ORDER**

Upon good cause shown, and after review of the Petition to admit attorneys pro hac vice, and the Declaration of Alan H. Tuhy in support of said Petition, pursuant to General Rule 17.1(d) and (e) of

the Local Rules of the District Court of Guam, the Petition to admit attorneys pro hac vice is granted.

IT IS HEREBY ORDERED that Alan H. Tuhy is admitted pro hac vice on behalf of Counterclaim Defendant MICHAEL DANFORTH in the above-captioned action.

SO ORDERED this **22nd** day of **April**, 2003.

By: **for** _____
**Honorable Alberto C. Lamorena III**
**Designated Judge**
JOHN S. UNPINGCO
Chief District Court Judge

RECEIVED
APR 21 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

E:\Jean\Plds\1773.wpd