```
 1  Arthur B. Clark, Esq.
    Janalynn M. Cruz, Esq.
 2  CALVO AND CLARK, LLP
    Attorneys at Law
 3  655 South Marine Drive, Suite 202
    Tamuning, Guam  96911
 4  Telephone:   (671) 646-9355
    Facsimile:   (671) 646-9403
 5
    Attorneys for Defendant
 6  Biogenesis Pacific, Inc.
```



RECEIVED
MAY - 2 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

115

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE AND MAILING** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | |
| Defendants. | |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC INC., | |
| Cross-Claim Defendant. | |

CIVIL CASE NO. 02-00008
P030502.327-0001.CT-Cert of Serv.Mailing.wpd

1

|   |   |
|---|---|
| 1 | I, MICHAEL J. PEREZ, hereby certify that on the 2nd day of May, 2003, I served via hand |
| 2 | delivery copies of the **DEFENDANT BIOGENESIS PACIFIC, INC.'S RESPONSE TO PLAINTIFF** |
| 3 | **RHINO BUILDERS, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** and |
| 4 | **DEFENDANT BIOGENESIS PACIFIC, INC.'S RESPONSE TO PLAINTIFF RHINO BUILDERS,** |
| 5 | **INC.'S FIRST SET OF INTERROGATORIES** on the following: |

**Attorney for Michael Danforth**

Monica Valle, Esq.
Berman O'Connell Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorneys for AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
McKeown Vernier Price & Maher
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**Attorney for Michael O'Connell**

Frederick J. Kerley
Reflection Center Building, Suite 202
Hagåtña, Guam 96910

and that on the 2nd day of May, 2003, I served via United States Postal Service copies of the **DEFENDANT BIOGENESIS PACIFIC, INC.'S RESPONSE TO PLAINTIFF RHINO BUILDERS, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** and **DEFENDANT BIOGENESIS PACIFIC, INC.'S RESPONSE TO PLAINTIFF RHINO BUILDERS, INC.'S FIRST SET OF INTERROGATORIES**, by placing copies of said documents in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile No.: 477-1933

with a courtesy copies of said documents sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 2nd day of May, 2003.

MICHAEL J. PEREZ