CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 12 2003
MARY L. M. MORAN
CLERK OF COURT

117

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO. 02-00008
AND BENEFIT OF RHINO BUILDERS, INC., )
)
               Plaintiff, ) **DECLARATION OF**
) **JANALYNN M. CRUZ**
)
     vs. )
)
BIOGENESIS PACIFIC, INC. and )
AIG TECHNICAL SERVICES, INC., )
)
             Defendants. )
_____)

I, JANALYNN M. CRUZ, do declare as follows:

1. I am an attorney duly licensed to practice in Guam and before this Court, an associate of the law firm of Calvo and Clark, LLP, and counsel for BioGenesis Pacific, Inc.

2. Discovery has been initiated in this action. A complete list of all discovery that has been exchanged, as well as the depositions that have been conducted are set forth in ¶ 2.d of Exhibit "A."

3. BioGenesis served its First Request for Production of Documents on Plaintiff on January 8, 2003.

4. On April 11, 2003, at the deposition of Mr. Eugene O'Connell, Plaintiff produced detailed invoices in support of its claim. On the basis of Plaintiff's belated production, at that time, Attorney Arthur Clark reserved the right to continue the deposition of Mr. Eugene O'Connell.

5. April 21, 2003, Plaintiff produced nearly 1000 pages of documents and invoices in support of its claim.

6. Attached as Exhibit "B" is a true and correct copy of Plaintiff's response to BioGenesis's interrogatory regarding a disputed invoice dated March 21, 2001 (Interrogatory No. 7). Based on Plaintiff's response, BioGenesis was led to believe that it would be able to discover pertinent facts concerning the invoice from any of the individuals identified by Plaintiff.

7. A number of BioGenesis employees were interviewed and none of the employees interviewed had any knowledge about the underlying transaction reflected in the March 21, 2003 invoice.

8. Mr. Eugene O'Connell was deposed on April 11, 2003. Ms. Herminia Redolozo was deposed on April 21, 2003. At their depositions, Mr. Eugene O'Connell and Ms. Herminia Redolozo both stated that they had no knowledge about the underlying transaction reflected in March 21, 2001 invoice and felt that Mr. George Allen would be the most knowledgeable.

9. Upon information and belief, Mr. George Allen no longer resides on Guam, is no longer employed by Plaintiff and resides in Hawaii. Upon information and belief, Mr. Eugene O'Connell and Mr. Michael O'Connell reside in Hawaii.

10. I attempted to obtain the parties' stipulation to the continuance of all deadlines and the trial date currently set by the Revised Scheduling Order and Discovery Plan filed on March 12, 2003. All parties except AIG Technical Services, Inc. and American Home Assurance Company agreed to extend all deadlines and the trial date by approximately 6 months as seen in Exhibit "A."

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Executed this 12th day of May, 2003, in Tamuning, Guam.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant
Biogenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ

Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
BioGenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **REVISED SCHEDULING ORDER AND DISCOVERY PLAN** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

**REVISED SCHEDULING ORDER AND DISCOVERY PLAN**
CIVIL CASE NO. 02-00008
B030507.327-0001.CT (Revised Scheduling Order)v2.wpd

1

EXHIBIT "A"

Pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Amended Scheduling Order:

1. The nature of the case is as follows:

   Collection Action under Miller Act.

2. The posture of the case is as follows:

   a. All of the Defendants and both of the Cross-claim Defendants have been served and have appeared.

   b. The following motions are on file: BioGenesis Pacific, Inc.'s Motion to Dismiss (FRCP 12(b)(1) and 12 (b)(6)); AIG Technical Services, Inc.'s Motion to Dismiss and For Summary Judgment (FRCP 12 (b)(1); (b)(6) and 56(c)); and Michael O'Connell's Motion to Set Aside Default.

   c. The following motions have been resolved: BioGenesis Pacific, Inc. and AIG Technical Services, Inc.'s motions to dismiss were withdrawn and the motion to set aside default was granted. Therefore, all motions have been resolved.

   d. The following discovery has been initiated:

   i. Plaintiff's First Request for Production of Documents to Defendant AHAC;

   ii. Plaintiff's First Set of Interrogatories to Defendant AHAC;

   iii. Defendants AIG and AHAC's First Request for Production of Documents to Plaintiff;

   iv. Defendants AIG and AHAC's First Set of Interrogatories to Plaintiff;

   v. Defendant AHAC's Responses to Plaintiff's First Request for Production of Documents;

   vi. Defendant AHAC's Responses to Plaintiff's First Set of Interrogatories;

   vii. Plaintiff's Response to Defendants' AIG and AHAC's Request for Production of Documents;

   viii. Plaintiff's Objections to Defendants' AIG and AHAC's First Set of Interrogatories;

**REVISED SCHEDULING ORDER AND DISCOVERY PLAN**
CIVIL CASE NO. 02-00008
B030507.327-0001.CT (Revised Scheduling Order)v2.wpd

2

Case 1:02-cv-00008   Document 120   Filed 05/12/2003   Page 4 of 13

ix. Plaintiff's Answers to Defendants' AIG and AHAC's First Set of Interrogatories;

x. Defendant BioGenesis' First Request for Production of Documents to Plaintiff;

xi. Defendant BioGenesis' First Set of Interrogatories Propounded Upon Plaintiff;

xii. Counter-Defendant Michael Danforth's First Set of Interrogatories and for Production of Documents to Counter-Claimant BioGenesis;

xiii. Counter-Claimant BioGenesis' First Request for Production of Documents to Michael O'Connell;

xiv. Plaintiff's Response to Defendant BioGenesis' Request for Production of Documents;

xv. Plaintiff's Responses to Defendant BioGenesis' First Set of Interrogatories;

xvi. Counter-Plaintiff BioGenesis' Response to Counter-Defendant Michael Danforth's Request for Production of Documents;

xvii. Counter-Plaintiff BioGenesis' Response to Counter-Defendant Michael Danforth's First Set of Interrogatories;

xviii. Defendant BioGenesis' First Set of Request for Admissions to Plaintiff Rhino Builders;

xix. Plaintiff's First Set of Interrogatories to Defendant BioGenesis Pacific, Inc.;

xx. Plaintiff's First Request to Defendant BioGenesis Pacific, Inc. for Production of Documents;

xxi. Counter-Defendant Michael O'Connell's Responses to BioGenesis Pacific, Inc.'s Request for Production of Documents;

xxii. Plaintiff's Responses to BioGenesis Pacific, Inc.'s First Set of Request for Admissions.

xxiii. The following parties have had their depositions taken: Defendant/Counter-Plaintiff BioGenesis Pacific, Inc.; Plaintiff Rhino Builders, Inc.; Counter-Defendant Michael O'Connell; Counter-Defendant Michael Danforth; Alfred Garthe III, and Herminia Redolozo.

**REVISED SCHEDULING ORDER AND DISCOVERY PLAN**
CIVIL CASE NO. 02-00008
B030507.327-0001.CT (Revised Scheduling Order)v2.wpd 3
Case 1:02-cv-00008    Document 120    Filed 05/12/2003    Page 5 of 13

3. All motions to add parties and claims were required to be filed on or before **September 27, 2002**.

4. All motions to amend pleadings were required to be filed on or before **October 28, 2002**.

5. Status of discovery:

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16.1 and 16.2 for the District Court of Guam, the parties adopt and incorporate and hereby submit the following Discovery Plan as part of this Scheduling Order as follows:

    a. Parties who appeared prior to the Scheduling Order filed herein on August 20, 2002, were required to make initial disclosures no later than **September 3, 2002**. Parties who were added after August 20, 2002, were required to make initial disclosures no later than thirty (30) days after they appeared.

    b. The parties may make requests for additional discovery forthwith, with all written discovery to be served no later than **September 22, 2003**.

    c. The parties may take depositions at any time between **October 1, 2002** and **October 17, 2003**. Depositions to be taken in Hawaii shall be preceded by 21 days notice, and depositions to be taken at other locations outside of Guam shall be preceded by 28 days notice. Counsel noticing depositions shall make a good faith effort to ascertain and accommodate the schedules of other counsel so that all parties have the opportunity to be represented by counsel at all depositions.

    d. Interrogatories directed to expert witnesses may be served until **January 5, 2004**. Depositions of expert witnesses shall be noticed so as to take place between **December 30, 2003** and **January 28, 2004**, or as close to that period as the expert's schedule may allow.

6. The scheduling conference has already taken place.

7. The discovery cut-off date is **October 27, 2003.**

8. All discovery motions shall be filed on or before **November 10, 2003** and heard on or before **December 5, 2003**.

9. Summary judgment motions are likely.

**REVISED SCHEDULING ORDER AND DISCOVERY PLAN**
CIVIL CASE NO. 02-00008
B030507.327-0001.CT (Revised Scheduling Order)v2.wpd

4

Case 1:02-cv-00008    Document 120    Filed 05/12/2003    Page 6 of 13

10. All dispositive motions shall be filed on or before **December 15, 2003** and heard on or before **January 16, 2004.**

11. The prospects for settlement between Plaintiff Rhino Builders. Inc. ("Plaintiff") and Defendant BioGenesis Pacific. Inc. ("BioGenesis") are unknown. Settlement between Plaintiff and Defendants AIG Technical Services. Inc. ("AIG") and American Home Assurance Company ("AHAC") are unknown. Settlement between Counter-Plaintiff BioGenesis and Counter-Defendants Michael O'Connell and Michael Danforth are unknown. Settlement between Cross-Claimant AHAC and Cross-Claim Defendant BioGenesis are unknown.

12. The Preliminary Pretrial Conference shall be held on **February 17, 2004 at 3:00 p.m.**

13. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **February 12, 2004**, except that expert witness disclosure shall be made no later than **December 8, 2003**.

14. The Proposed Pretrial Order shall be filed on or before **January 26, 2004**.

15. The Final Pretrial Conference shall be held **February 24, 2004 at 3:00 p.m.**

16. The Trial in this matter shall be held on **March 2, 2004 at 9:00 a.m.**

17. The trial is not a jury trial.

18. It is anticipated that it will take seven (7) days to try this case.

19. The names of the counsel who will try this case are:

   a. Antonio L. Cortés, Esq.

   b. Arthur B. Clark, Esq. and Janalynn M. Cruz, Esq.

   c. Louie J. Yanza, Esq., John B. Maher, Esq., and possible off-island counsel.

   d. Frederick J. Kerley, Esq.

   e. Daniel J. Berman, Esq.

20. All Parties wish to submit the case to a settlement conference.

21. The parties present the following suggestions for shortening trial:

   a. Joint submission of Exhibits.

**REVISED SCHEDULING ORDER AND DISCOVERY PLAN**
CIVIL CASE NO. 02-00008
B030507.327-0001.CT (Revised Scheduling Order)v2.wpd

5

Case 1:02-cv-00008   Document 120   Filed 05/12/2003   Page 7 of 13

|  |  |
|---|---|
| 1 | b. Stipulations regarding admissibility and authenticity of exhibits. |
| 2 | c. A limited number of stipulated facts. |
| 3 | 22. The following issues will affect the status or management of the case: |
| 4 | a. Off-island witnesses will likely prolong discovery. |

Dated this _____ day of _____, 2003.

_____
**HONORABLE JOHN S. UNPINGCO**
**Judge, District Court of Guam**

**APPROVED AS TO FORM AND CONTENT**

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: _/s/ Janalynn M. Cruz_
JANALYNN M. CRUZ
Dated: 5/9/03

LAW OFFICE OF ANTONIO L. CORTES
Attorney for Rhino Builders, Inc.

By: _/s/ Antonio L. Cortes_
ANTONIO L. CORTES
Dated: 5/12/03

MCKEOWN VERNIER PRICE & MAHER
Attorneys for AIG Technical Services, Inc. and
American Home Assurance Company

By: _____
LOUIE YANZA
Dated: _____

BERMAN O'CONNOR MANN & SHKLOV
Attorney for Michael Danforth

By: _/s/ Monica Valle_
MONICA VALLE
Dated: 05\09\03

LAW OFFICE OF FREDERICK J. KERLEY
Attorney for Michael O'Connell

By: _/s/ Frederick J. Kerley_
FREDERICK J. KERLEY
Dated: 5/12/03

**REVISED SCHEDULING ORDER AND DISCOVERY PLAN**
CIVIL CASE NO. 02-00008
B030507.327-0001.CT (Revised Scheduling Order)v2.wpd

6

ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

RECEIVED FEB 13 2003 CALVO AND CLARK

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO.,<br><br>Defendants. | CIVIL CASE NO.02-00008<br><br>**PLAINTIFF'S RESPONSES TO BIOGENESIS PACIFIC, INC'S FIRST SET OF INTERROGATORIES** |
| BIOGENESIS PACIFIC, INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1–10,<br><br>Counter-Defendants. | |

Plaintiff Rhino Builders, Inc. (hereinafter "Plaintiff," "Rhino," and "RBI") hereby submits its responses to Defendant Biogenesis Pacific, Inc.'s ("BPI's") First Set of Interrogatories, served January 8, 2003.

**EXHIBIT "B"**

| | | | |
|---|---|---|---|
| 12 8 00 | email | Mike | Rhino |
| 12 8 00 | email | G. Allen | Maxx |
| 12 8 00 | email | Carl Evans | R. Avilla |
| 12 9 00 | email | R. Avilla | C Evans |
| 1 3 01 | letter | George Allen | W. Nobles |
| 1 19 01 | letter | George Allen | A. Garthe |
| 1 19 01 | letter | George Allen | Joe Delgado |
| 2 5 01 | letter | George Allen | Joe Delgado |
| 7 11 01 | letter | M O'Connell | A Garthe |
| 7 12 01 | letter | A Garthe | M O'Connell |
| 3 6 02 | letter | N. Dimaoala | M. O'Connell |
| 3 7 02 | email | W. Nobles | M. O'Connell |
| 3 14 02 | email | W. Nobles | M. O'Connell |
| 3 15 01 [dated 11 16 00] | fax | Gerald Lam | both Michaels |
| 5 21 01 | Check/receipt | Rhino | Reliable tow. |
| 5 24 01 | letter | M. O'Connell | A. Garthe |
| 7 5 01 | Check/receipt | Rhino | Reliable tow. |
| 10 10 01 | Receipt | Reliable tow. | Rhino |
| 10 10 01 | Receipt (2d) | Reliable tow. | Rhino |
| 1 17 02 | Check/receipt | Rhino | Reliable tow. |

Numerous other receipts and invoices from Rhino's vendors, some already produced
Numerous checks from Rhino to its vendors, some already produced

    c.    Persons with knowledge of the facts supporting this portion of the Complaint include, but are by no means limited to, the following: Gerald Lam, Michael O'Connell, Michael Danforth, Darlyn Silva, Eugene O'Connell, J. Tarlton, Richard Fong, Richard Avilla, Warren Nobles, Alfred Garthe III, George Allen, and most other RBI employees in Guam and Hawaii at that time.

INTERROGATORY NO. 7:    With respect to the invoice attached as Exhibit "A" to these interrogatories, which was provided to BPI as part of your initial disclosures:

    a. Please identify the persons who prepared the invoice and all persons with knowledge of the invoice and the nature of that person's knowledge.

16

b. Please describe the nature of the services and/or equipment billed as part of the invoice.

SPECIFIC OBJECTION TO INTERROGATORY NO. 7:

Plaintiff specifically objects to this interrogatory insofar as it might be construed as to request a statement of "all," persons with knowledge of the subject invoice as unduly burdensome and overly broad, and to subpart "a" as compound and multiple.

RESPONSE:

a. Rhino is not certain who actually prepared this invoice, but believes it was prepared by Herminia Redolozo.

b. Persons with knowledge of the facts supporting this portion of the Complaint include, but are by no means limited to, the following: George Allen, Herminia Redolozo, Alfred Garthe, Richard Avilla, Eugene O'Connell, Michael Danforth, and Gerald Lam.

INTERROGATORY NO. 8: With respect to your allegation in paragraph 32 of the Amended Complaint that BPI "had concealed certain financial records from Plaintiff,"

a. Please state the grounds for this allegation.

b. Please identify any and all documents relevant to your answer to this interrogatory.

c. Please identify each person with knowledge of the fact supporting your answer to this interrogatory.

17

| | | | |
|---|---|---|---|
| 7 12 01 | letter | A Garthe | M O'Connell |
| 11 7 01 | letter | Amy Self | Bennett Terlaje |
| 12 7 01 | letter | W. Nobles | E O'Connell |
| 12 10 01 | letter & enclosures | Bennett Terlaje | Amy Self |
| 3 7 02 | email | W. Nobles | M. O'Connell |
| 3 14 02 | email | W. Nobles | M. O'Connell |

c. Persons with knowledge of the facts supporting this portion of the Complaint include, but are by no means limited to, the following: Gerald Lam, Michael O'Connell, Michael Danforth, Eugene O'Connell, Bennett Terlaje, Richard Fong, Richard Avilla, Warren Nobles, Alfred Garthe III, and George Allen.

I swear under penalty of perjury that the foregoing answers are true and correct to the best of my knowledge.

DATED this 12th day of February 2003.

PLAINTIFF RHINO BUILDERS, INC.

By: _____
EUGENE O'CONNELL
Its Authorized Representative

**AS TO OBJECTIONS:**

DATED this 13th day of February 2003.

LAW OFFICE OF ANTONIO L. CORTÉS
Attorney for Plaintiff Rhino Builders, Inc.

By: _____
ANTONIO L. CORTÉS

19



# RHINO BUILDERS HUBZone & 8 (a) SBA CERTIFIED

790 North Marine Drive, P. O. Box 959, Tumon, Guam, 96911, (671) 632-7653,
(671) 637-9618 fax, Rhinogwa@ite.net
85-841 B Farrington Highway, Waianae, Hawaii, 96792, (808) 668-8878,
(808) 668-7024 fax, Rhinol@Hawaii.rr.com

## INVOICE

| | | | |
|---|---|---|---|
| TO | BIOGENESIS PACIFIC, INC. | NO. | 0301-002 |
| | 790 NORTH MARINE DRIVE #303 | DATE | MAR. 21, 2001 |
| | TUMON, GUAM 96911 | SHIP VIA | |
| ATTN | BOBBIE SALAS | YOUR NO. | |
| TEL | 637-9633/35  FAX  637-9634 | OUR NO. | |
| | | TERMS | DUE UPON RECEIPT |

This is to bill you as follows:

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **ISUZU FLATBED RENTAL** | | |
| 1 WEEK | MONDAY-SATURDAY<br>MAR. 12-17, 2001 | 584.00 /WK. | $ 584.00 |
| 2 DAYS | MONDAY-TUESDAY<br>MAR. 19-20, 2001 | 130.00 /DAY | $ 260.00 |
| | | Amount due | $ 844.00 |

*Recieved by*
*[signature] 3-22-01*

RHINO BUILDERS, INC.

Please show invoice number on your remittance.

By: _[signature]_

EXHIBIT "A"

FILE COPY