Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **APPLICATION FOR ORDER SHORTENING TIME** <br> **[No Hearing Requested]** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

COMES NOW, BioGenesis Pacific, Inc. ("BioGenesis"), by and through its counsel of record Calvo and Clark, LLP and hereby requests pursuant to Local Rule 7.1(k) that the Court issue an order shortening time to file any opposition or reply papers to BioGenesis's Motion to Modify Revised Scheduling Order and Discovery Plan ("Motion to Modify") filed on May 12, 2003.

1. BioGenesis hereby applies for an Order Shortening Time for the filing of any opposition or reply papers to BioGenesis's Motion to Modify.

2. The Declaration of Janalynn M. Cruz, filed herewith, demonstrates that an accelerated briefing schedule is necessary because based on the current briefing schedule for the Motion to Modify set forth by Local Rule 7.1(d)(2) the Motion to Modify may not be ruled upon by the Court until within a week of the deadline to file dispositive motions. Additionally, BioGenesis would like the Motion to Modify to be resolved far enough in advance so that in the event the Court denies that Motion, BioGenesis will be afforded adequate time to prepare any dispositive motion within the time limits provided in the current scheduling order.

Dated this 13th of May, 2003.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant
Biogenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ

**APPLICATION FOR ORDER SHORTENING TIME**
Civil Case No. 02-00008
B030513.327-0001.CT (Application to Shorten Time) v3.wpd

2

Case 1:02-cv-00008   Document 121   Filed 05/13/2003   Page 2 of 2