Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 13 2003
MARY L. M. MORAN
CLERK OF COURT

119

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF OF JANALYNN M. CRUZ IN SUPPORT OF BIOGENESIS PACIFIC, INC.'S APPLICATION FOR ORDER SHORTENING TIME** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

CERTIFICATE OF OF JANALYNN M. CRUZ IN SUPPORT OF BIOGENESIS
PACIFIC, INC. APPLICATION FOR ORDER SHORTENING TIME
CIVIL CASE NO. 02-00008
B030513.327-0001.CT (JMC Certificate re Shorten Time) v3.wpd

**ORIGINAL**

Case 1:02-cv-00008    Document 122    Filed 05/13/2003    Page 1 of 3

1

I, JANALYNN M. CRUZ, do declare as follows:

1. I am an attorney duly licensed to practice in Guam and before this Court, an associate of the law firm of Calvo and Clark, LLP, and counsel for BioGenesis Pacific, Inc.

2. This Certificate is submitted in support of BioGenesis's Application for an Order Shortening Time, filed herewith, to have the briefing schedule for its Motion to Modify Revised Scheduling Order and Discovery Plan ("Motion to Modify") filed on May 12, 2003 accelerated.

3. A briefing schedule for the Motion to Modify on shortened time is necessary because the current briefing schedule for the Motion to Modify set forth by Local Rule 7.1(d)(2) may result in the disposition of that Motion within less than one week before the dispositive motion deadline, which is set for June 9, 2003 by the Revised Scheduling Order and Discovery Plan in this action (filed on March 12, 2003).

4. Pursuant to Local Rule 7.1(d)(2), the deadline to file any opposition to BioGenesis' Motion to Modify is May 26, 2003 with reply papers due June 2, 2003, at the latest. Based on this schedule, the Motion to Modify may not be ruled upon by the Court until within a week of the deadline to file dispositive motions.

5. BioGenesis's preparation of any dispositive motion hinges upon any additional discovery it may obtain should the Court grant BioGenesis's Motion to Modify. BioGenesis would like the Motion to Modify to be resolved far enough in advance so that in the event the Court denies that motion, BioGenesis can have adequate time to prepare any dispositive motions within the time limits provided under the current scheduling order.

6. I have contacted counsel for all parties. Counsel for Plaintiff, Attorney Antonio Cortes, counsel for Michael O'Connell, Attorney Fred Kerley, and counsel for Michael Danforth, Attorney Monica Valles have all agreed to a briefing schedule on shortened time. Counsel for AIG Technical Services, Inc. and American Home Assurance Company, Attorney Louie Yanza, has advised the undersigned of his objection to this Application and has requested notice of this Application.

7. Filed herewith is a proposed order granting this Application and setting forth the briefing schedule on shortened time. On behalf of BioGenesis, I respectfully request the Court to set the following briefing schedule:

CERTIFICATE OF OF JANALYNN M. CRUZ IN SUPPORT OF BIOGENESIS
PACIFIC, INC. APPLICATION FOR ORDER SHORTENING TIME
CIVIL CASE NO. 02-00008
B030513.927-0001.CT (JMC Certificate re Shorten Time) v3.wpd

Case 1:02-cv-00008  Document 122  Filed 05/13/2003  Page 2 of 3

2

1         a.     Opposition Papers to the Motion to Modify shall be filed and served by
2 May 20, 2003;
3         b.     Reply Papers shall be filed and served by May 23, 2003.
4     I declare under penalty of perjury under the laws of Guam that the foregoing is true and
5 correct.
6     Executed this 13th day of May, 2003, in Tamuning, Guam.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant
Biogenesis Pacific, Inc.

By: _____
      JANALYNN M. CRUZ

CERTIFICATE OF OF JANALYNN M. CRUZ IN SUPPORT OF BIOGENESIS
PACIFIC, INC. APPLICATION FOR ORDER SHORTENING TIME
CIVIL CASE NO. 02-00008