Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.



**FILED**
DISTRICT COURT OF GUAM

MAY 13 2003

MARY L. M. MORAN
CLERK OF COURT

120

### DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. <br><br>——————————————— <br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. <br><br>——————————————— <br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. <br> ——————————————— | CIVIL CASE NO. 02-00008 <br><br><br> **CERTIFICATE OF SERVICE** |

CIVIL CASE NO. 02-00008
B030512.327-0001.CT (Certificate of Service - MB).wpd

1

1   I, MICHELLE BLAS, certify that on the 12th day of May, 2003, I served via United

2   States Postal Service copies of Defendant BioGenesis Pacific, Inc.s' Motion to Modify Scheduling

3   Order and Discovery Plan, the Declaration of Janalynn M. Cruz and the [Proposed] Revised Scheduling

4   Order and Discovery Plan by placing said documents in a sealed envelope with postage pre-paid

5   addressed to the following and depositing said sealed envelope with the United States Postal Services:

6                              **Attorney for Rhino Builders, Inc.**

7                              Antonio L. Cortes, Esq.
                              233 Julale Center
8                              424 West O'Brien Drive
                              Hagåtña, Guam 96910
9                              Facsimile No.:  477-1933

10  with courtesy copies of said documents sent via facsimile to Mr. Cortes' office at the number listed

11  above.

12          Dated this 12th day of May, 2003.

13

14

15                              MICHELLE BLAS

16

17

18

19

20

21

22

23

24

25

26

27

28

CIVIL CASE NO. 02-00008
B030512.327-0001.CT (Certificate of Service - MB).wpd                                    2