1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:   (671) 646-9355
   Facsimile:   (671) 646-9403
5
   Attorneys for Defendant
6  Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 13 2003
MARY L. M. MORAN
CLERK OF COURT

121

7
                    DISTRICT COURT OF GUAM
8
                     TERRITORY OF GUAM
9

10  UNITED STATES OF AMERICA FOR USE    )  CIVIL CASE NO. 02-00008
    AND BENEFIT OF RHINO BUILDERS, INC., )
11                                      )
                      Plaintiff,        )
12         vs.                          )  **CERTIFICATE OF SERVICE**
                                        )
13  BIOGENESIS PACIFIC, INC.,           )
    AIG TECHNICAL SERVICES, INC., and   )
14  AMERICAN HOME ASSURANCE             )
    COMPANY                             )
15                    Defendants.       )
                                        )
16  ─────────────────────────────────── )
    BIOGENESIS PACIFIC INC.,            )
17                                      )
                    Counter-Plaintiff,  )
18                                      )
           vs.                          )
19                                      )
    RHINO BUILDERS, INC., MICHAEL       )
20  O'CONNELL, MICHAEL DANFORTH,        )
    AND JOHN DOES 1-10,                 )
21                                      )
                    Counter-Defendants. )
22  ─────────────────────────────────── )
    AMERICAN HOME ASSURANCE             )
23  COMPANY,                            )
                                        )
24                    Cross-Claimant,   )
                                        )
25         vs.                          )
                                        )
26  BIOGENESIS PACIFIC INC.,            )
                                        )
27                 Cross-Claim Defendant. )
    ─────────────────────────────────── )
28

CIVIL CASE NO. 02-00008
B030512.327-0001.CT (Certificate of Service - KJC).wpd                          1

1     I, KENNETH J. CAMACHO hereby certify that on the 12th day of May, 2003, I served

2  via hand delivery copies of Defendant BioGenesis Pacific, Inc.s' Motion to Modify Scheduling Order

3  and Discovery Plan, the Declaration of Janalynn M. Cruz and the [Proposed] Revised Scheduling Order

4  and Discovery Plan on the following:

5
**Attorney for Counter-Defendant**
**Michael Danforth**

**Attorney for Counter-Defendant**
**Michael O'Connell**

6

7  Monica Valle, Esq.
Berman O'Connell Mann & Shklov
Suite 503, Bank of Guam Building

Frederick J. Kerley, Esq.
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

8  111 Chalan Santo Papa
Hagåtña, Guam 96910

9

**Attorneys for Defendant AIG Technical**
10  **Services, Inc. and American Home**
**Assurance Company**

11

Louie Yanza, Esq.
12  McKeown Vernier Price & Maher
115 Hesler Place, Ground Floor
13  Governor Joseph Flores Building
Hagåtña, Guam 96910

14

15     Dated this 13th day of May, 2003.

16

17

18     KENNETH J. CAMACHO

19

20

21

22

23

24

25

26

27

28

CIVIL CASE NO. 02-00008
B030512.327-0001.CT (Certificate of Service - KJC).wpd

2