Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 14 2003
MARY L. M. MORAN
CLERK OF COURT

/22/

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, MICHELLE BLAS, certify that on the 13th day of May, 2003, I served via United States Postal Service copies of BioGenesis Pacific, Inc.'s **APPLICATION FOR ORDER SHORTENING TIME, CERTIFICATE OF OF JANALYNN M. CRUZ IN SUPPORT OF BIOGENESIS PACIFIC, INC.'s APPLICATION FOR ORDER SHORTENING TIME** and **[PROPOSED] ORDER SHORTENING TIME** by placing said documents in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile No.: 477-1933

with courtesy copies of said documents sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 13th day of May, 2003.

MICHELLE BLAS

CIVIL CASE NO. 02-00008
B030513.327-0001.CT (Certificate of Service - MB).wpd

2