Stephen D. Tom, Esq.
**WHITE & TOM**
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547-5151
Facsimile No.: (808) 599-4517

Louie J. Yanza
**McKEOWN • VERNIER • PRICE • MAHER**
**A Joint Venture of McKEOWN PRICE, LLP**
**and VERNIER & MAHER, LLP**
115 Hesler Place, Ground Floor
**Governor Joseph Flores Building**
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

**Attorney for Defendants**
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

**FILED**
DISTRICT COURT OF GUAM

MAY 1 5 2003

MARY L. M. MORAN
CLERK OF COURT

(124)

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DEFENDANTS AIG TECHNICAL SERVICES, INC. AND AMERICAN HOME ASSURANCE COMPANY'S OPPOSITION TO BIOGENESIS PACIFIC, INC.'S APPLICATION FOR ORDER SHORTENING TIME; CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

ORIGINAL

| | |
|---|---|
| 1 | |
| 2 | AMERICAN HOME ASSURANCE )<br>COMPANY ) |
| 3 | Cross-Claimant, ) |
| 4 | vs. ) |
| 5 | BIOGENESIS PACIFIC, INC. ) |
| 6 | Cross-Claim Defendant. ) |
| 7 | |

8    Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN

9  HOME ASSURANCE COMPANY ("AMERICAN HOME") oppose Defendant

10  BIOGENESIS PACIFIC, INC.'S ("BIOGENESIS") Application for Order Shortening

11  Time. Local Rule 7.1 provides that the opposing party shall have not less than

12  fourteen (14) days from the date of the filing of the motion to file an opposition.

13  Because AMERICAN HOME and AIGTS oppose BIOGENESIS' Motion to Modify

14  Scheduling Order and Discovery Plan, AMERICAN HOME and AIGTS should be

15  permitted to file their Opposition not less than 14 days from the date of the filing of

16  the motion.

17    BIOGENESIS' grounds for seeking such expedited briefing schedule is

18  without merit. BIOGENESIS seeks time to prepare any dispositive motions in the

19  event the Court denies BIOGENESIS' motion to modify the current scheduling order.

20  BIOGENESIS' application and the Declaration of Janalynn M. Cruz clearly

21  demonstrates BIOGENESIS is unprepared to proceed forward despite the March 12,

22  2003 Scheduling Order and Discovery Plan. BIOGENESIS stipulated to the March

23  12, 2003 Scheduling Order and Discovery Plan on March 7, 2003. BIOGENESIS

24

25  cannot now come to Court two (2) months later and claim that it does not have

26

enough time to file dispositive motions in the event the Court denies its motion to modify the scheduling order. Presumably, BIOGENESIS carefully reviewed the stipulated revised scheduling order for execution.[1] Had BIOGENESIS carefully reviewed the stipulated Revised Scheduling Order and Discovery Plan, BIOGENESIS should have noticed June 9, 2003 as the dispositive motion date. Rather, BIOGENESIS kept silent. BIOGENESIS sat idly by and waited until the last day to file its Motion to Modify Scheduling Order and Discovery Plan along with the instant Application for Order Shortening Time. BIOGENESIS' indolence should not be rewarded.

### CONCLUSION

Wherefore, there is no grounds for shortening time. Defendants AIGTS and AMERICAN HOME respectfully request BIOGENESIS' request be denied and Defendants AIGTS and AMERICAN HOME be permitted to file their Opposition no less than fourteen (14) days from BIOGENESIS' instant application.

Dated this 15th day of May, 2003.

McKEOWN • VERNIER • PRICE • MAHER
Attorneys for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

By: _____
LOUIE J. YANZA

\\Valerie\c\MarieBackup\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Oppo to Mtn to Application for Order Shortening Time.doc

---

[1] Acts or omissions of attorneys are imputed to the clients. *Link v. Wabash Railroad Company*, 370 U.S. 626, 82 S.Ct. 1386 (1962).

3

## CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on the 15th day of May, 2003, I caused a copy of the annexed **Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Biogenesis Pacific, Inc.'s Application for Order Shortening Time; Certificate of Service** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Monica Valle**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 15th day of May, 2003.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA