ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorneys for Plaintiff Rhino Builders, Inc.

## IN THE DISTRICT COURT

## OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **PLAINTIFF'S JOINDER IN APPLICATION FOR ORDER SHORTENING TIME** |

Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") submits this joinder in the May 13, 2003 application of Biogenesis Pacific, Inc ("BPI") to shorten time, as follows:

1. Plaintiff incorporates, by this reference, BPI's conclusion that the order shortening time will further the interests of justice by resolving the underlying motion to revise scheduling order sufficiently promptly to allow the parties to prepare dispositive motions in a manner that would adequately assist the Court to consider and justly decide them. Plaintiff submits that, with or without trial, all parties will



benefit from having dispositive motions conceived and articulated in mature reflection upon the fact obtained through discovery. Issuing the order to shorten time would make that possible.

2. All parties except American Home Assurance Company and AIG Technical Services, Inc. ("Defendants Surety") have stipulated to the revised scheduling order proposed by BPI that is the subject of the motion underlying the application for the order shortening time. All parties except Defendants Surety have agreed to the order shortening time.

3. Although Defendants Surety oppose the issuance of the Order Shortening Time, they do not explain how they would be prejudiced by such an order. Plaintiff would be prejudiced by the absence of such an order for the same reasons as BPI would – the underlying motion would not be decided sufficiently in advance of the due date for dispositive motions.

For the foregoing reasons, Plaintiff most respectfully joins in BPI's Application for an Order Shortening Time.

Respectfully submitted this 19th day of May 2003.

_____
Antonio L. Cortes, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.