DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY 19 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC. | Civil Case No. 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | |
| Defendants. | ORDER SHORTENING TIME |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC INC., | |
| Cross-Claim Defendant. | |

1  This matter came before this Court upon consideration of Biogenesis Pacific, Inc.'s
2  ("Biogenesis") Application for an Order Shortening Time.
3  Upon good cause shown, IT IS HEREBY ORDERED that Biogenesis's Application is
4  GRANTED. Any Opposition papers to Biogenesis's Motion to Modify Revised Scheduling Order
5  and Discovery Plan shall be filed and served by 9:00 a.m., May 22, 2003. Any reply papers shall
6  be filed and served by 12:00 p.m. May 23, 2003. Thereafter, the Court will take the matter under
7  advisement and issue its decision.
8  SO ORDERED this 19th day of May, 2003.

_____
JOHN S. UNPINGCO
District Judge