BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Counterclaim Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
MAY 20 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO.: 02-00008 <br><br><br> **NOTICE OF NON-OPPOSITION** |

## NOTICE OF NON-OPPOSITION

Counterclaim Defendant MICHAEL DANFORTH hereby files his Notice of Non-Opposition to Motion to Modify Scheduling Order and Discovery Plan filed on May 12, 2003.

E:\Jean\Plds\1907.wpd

ORIGINAL

Dated this 9th day of May, 2003.

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Counterclaim Defendant *MICHAEL DANFORTH*

BY: /s/ Monica Valle
**MONICA VALLE**

E:\Jean\Plds\1907.wpd