BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Counterclaim Defendant:
*MICHAEL DANFORTH*

**FILED**
DISTRICT COURT OF GUAM

MAY 2 0 2003

MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO.: 02-00008 |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Jeannette R. Torres, do hereby certify that on May 20, 2003, I caused to be served the Notice of Non-opposition, to the following:

E:\Jean\Plds\1922.wpd

# ORIGINAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VIA HAND-DELIVERY**

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233, Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Janalynn M. Cruz, Esq.
CALVO & CLARK LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**VIA HAND DELIVERY**

Louie Yanza, Esq.
McKEOWN VERNIER PRICE MAHER
155 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam  96910

**VIA HAND DELIVERY**

Frederick J. Kerley, Esq.
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

By: _____
       **JEANNETTE R. TORRES**

E:\Jean\Plds\1922.wpd