ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorneys for Plaintiff Rhino Builders, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC.,<br><br>Defendants. | CIVIL CASE NO.02-00008<br><br>**CERTIFICATE OF SERVICE** |

I, Antonio L. Cortes, hereby state and certify as follows:

1. That I am the Prinicpal of the Law Office of Antonio L. Cortés, over the age of 18 years and not a party to the above-captioned case;

2. I certify that on the 19th day of May 2003, I caused to be served a copy of Plaintiff's Joinder in Application for Order Shortening Time upon the parties hereto by delivering and leaving a copy of same to their attorneys of record, as follows:

**Arthur B. Clark, Esq.**
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Attorney for Defendant Biogenesis Pacific, Inc.

**Louie J. Yanza, Esq.**
McKeown Vernier Price & Maher
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorney for Defendant AIG Technical Services, Inc.

**Frederick J. Kerley, Esq.**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

**Monica Valle, Esq.**
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

DATED this 20th day of May 2003.

_____
Antonio L. Cortes

2

Case 1:02-cv-00008   Document 132   Filed 05/20/2003   Page 2 of 2