1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:  (671) 646-9355
   Facsimile:   (671) 646-9403
5
   Attorneys for Defendant
6  Biogenesis Pacific, Inc.



## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | |
| Defendants. | |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC INC., | |
| Cross-Claim Defendant. | |

CIVIL CASE NO. 02-00008
B030520.327-0001.CT (Certificate of Service - KJC).wpd

1

I, KENNETH J. CAMACHO, hereby certify that on the 20th day of May, 2003, I served via hand delivery copies of the **ORDER SHORTENING TIME** on the following, with a courtesy copy sent via facsimile to the numbers listed below:

| **Attorney for Counter-Defendant Michael Danforth** | **Attorney for Counter-Defendant Michael O'Connell** |
|---|---|
| Monica Valle, Esq.<br>Berman O'Connell Mann & Shklov<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910<br>Facsimile No.: 477-4366 | Frederick J. Kerley, Esq.<br>Reflection Center, Suite 202<br>222 Chalan Santo Papa<br>Hagåtña, Guam 96910<br>Facsimile No.: 477-7009 |
| **Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company** | **Attorney for Rhino Builders, Inc.** |
| Louie Yanza, Esq.<br>McKeown Vernier Price & Maher<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910<br>Facsimile No.: 472-5487 | Antonio L. Cortes, Esq.<br>233 Julale Center<br>424 West O'Brien Drive<br>Hagåtña, Guam 96910<br>Facsimile No.: 477-1933 |

Dated this 20th day of May, 2003.

_____
KENNETH J. CAMACHO