Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547-5151
Facsimile No.: (808) 599-4517

Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
MAY 21 2003
MARY L. M. MORAN
CLERK OF COURT

132

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br>Defendants. | CIVIL CASE NO. 02-00008 <br><br>DECLARATION OF LOUIE J. YANZA IN SUPPORT OF DEFENDANTS AIG TECHNICAL SERVICES, INC. AND AMERICAN HOME ASSURANCE COMPANY'S OPPOSITION TO BIOGENESIS PACIFIC, INC.'S MOTION TO MODIFY SCHEDULING ORDER AND DISCOVERY PLAN |
| BIOGENESIS PACIFIC, INC., <br><br>Plaintiff, <br><br>vs. <br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br>Counter-Defendant. | |

1

ORIGINAL

|                                  |   |
|----------------------------------|---|
| AMERICAN HOME ASSURANCE COMPANY  | ) |
| Cross-Claimant,                  | ) |
| vs.                              | ) |
| BIOGENESIS PACIFIC, INC.         | ) |
| Cross-Claim Defendant.           | ) |

I, LOUIE J. YANZA, hereby declare as follows:

1. I make this declaration on personal knowledge, having personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2. I am an individual over the age of 18. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

1. I am an attorney with the law firm of McKEOWN • VERNIER • PRICE • MAHER, local counsel for Defendant AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME") and AIG TECHNICAL SERVICES, INC. ("AIGTS").

3. On or about 2 or 3 weeks before BIOGENESIS PACIFIC, INC. ("BIOGENESIS") filed its Motion to Modify Scheduling Order and Discovery Plan, I had already advised its counsel, Mr. Arthur B. Clark and Ms. Janalynn M. Cruz, that AIGTS and AMERICAN HOME intend to oppose any request to modify the March 12, 2003 Scheduling Order and Discovery Plan.

4. I have reviewed the nearly 1,000 pages of discovery. The new discovery are all invoices.

5. Attached hereto as Exhibit "A", are true and correct copies of the pertinent pages of Eugene O'Connell's transcript of his deposition taken on April 11, 2003.

6. Attached hereto as Exhibit "B", are true and correct copies of the pertinent pages of Michael O'Connell's transcript of his deposition taken on February 20, 2003, scheduled by BIOGENESIS.

7. Attached hereto as Exhibit "C", is a true and correct copy of page 55 of Herminia Redolozo's transcript of her deposition taken on April 21, 2003.

I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

Dated this 21st day of May, 2003, in Hagåtña, Guam.

_____
LOUIE J. YANZA

C:\MarieBackup\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Declaration of LJY - Oppo to Mtn to Modify Scheduling Order & Disco Plan.doc

3

Q. Yes.

A. We had talked with BioGenesis and we had done some work, and we were just waiting on the responses to understand basically when the protest done by Hawpe was gonna be over.

Q. So once the Hawpe protest was over, you testified earlier it was going to be a foregone conclusion that Rhino will work with BioGenesis?

A. Yes, that was my understanding.

Q. Who's "we"? You said "we" discussed.

A. When I say "we", myself and my brother. Michael came in and told me that he had already talked to BioGenesis, and that we were gonna do the work and it was already taken care of. So I said all right, and that was it.

Q. Since you're the 30(b)(6) designee for Rhino Builders, I just want to clarify this, what areas have you been designated to testify on?

A. I don't --

Q. Let me rephrase this. Who would be the person to speak to in terms of the circumstances surrounding the negotiations between Rhino Builders and BioGenesis, in terms of the subcontract?

A. In terms of that, you'd have to speak with Michael O'Connell.

Q. Who would be the person I want to speak to if I

Eugene O'Connell: April 11, 2003


EXHIBIT A

1  want to talk about the invoices, the payroll receipts, the
2  labor cost, the overhead cost, indirect cost, expenses that
3  Rhino Builders incurred during the year 2000 and possibly
4  early 2001?
5      A.  I will be the individual.
6      Q.  In terms of this oral subcontract that's purported
7  to be existing between Rhino Builders and BioGenesis, what
8  are the terms that you understand to be?
9      A.  My understanding of the terms was that Rhino
10 would do the work, we would run the project for BioGenesis --
11     Q.  Why?  Hold on -- okay, you know what, I'll let you
12 continue.  That's one, what else?
13     A.  That we would provide him with someone to be a
14 representative for him, we'll also provide him with some
15 employees to work on the project.  We would provide for use
16 and we would split the cost of the office arrangements, the
17 secretary, overhead, the phone usage, all of those costs, as
18 well as overhead and whatever direct cost we picked up we will
19 be reimbursed for, and then we'd split the project fifty-
20 fifty.
21     Q.  And BioGenesis was able to use some of Rhino's
22 accounts, or at least a Rhino account?
23     A.  Yes, several of them; yes.
24     Q.  Several accounts?
25     A.  Yes.

Eugene O'Connell: April 11, 2003

# DEPOSITION OF MICHAEL NAWAIKI O'CONNELL TAKEN ON 2-20-03

*Page 1 to Page 227*

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

# RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street
2460 Pacific Tower
Honolulu, HI 96813
Phone: (808) 524-2090
FAX: (808) 524-2596

EXHIBIT 
B

## Page 1

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA ) CIVIL CASE NO. 02-00008
FOR USE AND BENEFIT OF )
RHINO BUILDERS, INC., )
　　　Plaintiff, )
vs. )
BIOGENESIS PACIFIC, INC., )
AIG TECHNICAL SERVICES, )
INC., and AMERICAN HOME )
ASSURANCE COMPANY, )
　　　Defendants. )

BIOGENESIS PACIFIC INC., )
　　　Counter-Plaintiff, )
vs. )
RHINO BUILDERS, INC., )
MICHAEL O'CONNELL, MICHAEL )
DANFORTH, AND JOHN )
DOES 1-10, )
　　　Counter-Defendants. )

AMERICAN HOME ASSURANCE )
COMPANY, )
　　　Cross-Claimant, )
vs. )
BIOGENESIS PACIFIC INC., )
　　　Cross-Claim )
　　　Defendant. )

DEPOSITION OF MICHAEL NAWAIKI O'CONNELL

Taken on behalf of the Defendant, Counter-Plaintiff and Cross-Claim Defendant at White & Tom, 820 Mililani Street, Suite 711, Honolulu, Hawaii, commencing at 9:24 a.m. on Thursday, February 20, 2003, pursuant to Notice.

**BEFORE:** SHARON L. ROSS, CSR No. 432

## Page 2

**APPEARANCES:**

For Plaintiff and Counter-Defendant, Rhino Builders, Inc.:
　　ANTONIO L. CORTES
　　Attorney at Law
　　233 Julale Center
　　424 West O'Brien Drive
　　P. O. Box BV
　　Hagatna, Guam 96932-8973

For Defendant, Counter-Plaintiff and Cross-Claim Defendant, BioGenesis Pacific, Inc.:
　　ARTHUR B. CLARK
　　Calvo and Clark, LLP
　　Suite 202, First Savings and Loan Bldg.
　　655 S. Marine Drive
　　Tamuning, Guam 96911

For Defendant AIG Technical Services, Inc. and American Home Assurance:
　　STEPHEN D. TOM
　　White & Tom
　　Suite 711
　　820 Mililani Street
　　Honolulu, Hawaii 96813-2972

Also Present: GERALD LAM
　　EUGENE O'CONNELL (when noted)

## Page 3

INDEX

**EXAMINATION BY:**　　　　　PAGE
　MR. CLARK............................ 4

EXHIBITS

NO.　DESCRIPTION　　　　　PAGE
1　11-17-00 Fax from M. Danforth to
　　G. Lam............................. 91
2　(EXHIBIT WITHDRAWN)
3　11-16-00 Letter from E. O'Connell to
　　G. Lam............................. 164
4　10-22-01 Letter from T. Thomason to
　　American Home Assurance Company.... 168
5　10-30-01 Letter from M. Titherington
　　to T. Thomason..................... 197
6　1-9-02 Letter from T. Thomason to
　　M. Titherington.................... 200
7　1-17-02 Letter from B. Kahn to
　　T. Thomason........................ 222

## Page 4

MICHAEL NAWAIKI O'CONNELL, called as a witness at the instance of the Defendant, Counter-Plaintiff and Cross-Claim Defendant, being first duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and deposed as follows:

EXAMINATION

**BY MR. CLARK:**

Q. Good morning, everybody. We're here for the deposition of Michael O'Connell in the matter of United States of America For Use and Benefit of Rhino Builders, Inc. versus BioGenesis Pacific, Inc., AIG Technical Services, Inc. and American Home Assurance Company. This is Civil Case No. 02-00008 in the District Court of Guam, Territory of Guam.

　Could you state your name for the record, Mr. O'Connell?

A. My name is Michael Nawaiki O'Connell.

Q. Could you spell your middle name, please?

A. N-A-W-A-I-K-I.

Q. Okay. And O'Connell -- let's see. I think that's two Ns and two Ls; is that right?

A. Yes.

Q. Mr. O'Connell, where do you reside?

A. Ulehawa Road in Waianae.

1    Q.   Okay. You still have that list?
2    A.   I have.
3    Q.   Did you give a copy of that list to Rhino's office
4　in Hawaii?
5    A.   Yes, sir.
6    Q.   I'm sorry. I don't know -- I don't remember if I
7　asked you this. When you had given those documents to
8　Hawaii, the statements and invoices to Hawaii, when did you
9　give that to them?
10   A.   I don't recall the specific dates.
11   Q.   Okay. Was it in 2001?
12   A.   2001, yes.
13   Q.   You are certain of that?
14   A.   Yes.
15   Q.   During 2001, were you -- or did you ever see any
16　invoices come in for BioGenesis to Rhino?
17   A.   You mean, sir, BioGenesis invoices Rhino?
18   Q.   Yes -- no, I'm sorry. Let me try to rephrase the
19　question. Did you come to see any invoices that was for
20　Rhino which involved BioGenesis?
21        MR. CORTES: Are you asking her if she saw Rhino
22　invoices being sent out to BioGenesis?
23        MR. YANZA: No.
24　BY MR. YANZA: (Continuing)
25   Q.   Let me give you an example, okay. For example,

EXHIBIT C

EXHIBITS 1 2