Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547-5151
Facsimile No.: (808) 599-4517

Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**UNITED STATES DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | )<br>)<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| BIOGENESIS PACIFIC, INC. | )<br>) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 7th day of February, 2003, I caused a copy of the foregoing documents:

1. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Biogenesis Pacific, Inc.'s Motion to Modify Scheduling Order and Discovery Plan; and

2. Declaration of Louie J. Yanza in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Biogenesis Pacific, Inc.'s Motion to Modify Scheduling Order and Discovery Plan.

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Bldg.
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Monica Valle**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910

Mr. Antonio L. Cortes
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

Mr. Frederick J. Kerley
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 21st day of May, 2003.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

C:\MarieBackup\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Certificate of Service - Oppo & Decl to Mtn to Modify Scheduling Order & Disco Plan.doc