Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, MICHAEL J. PEREZ, hereby certify that on the 23rd day of May, 2003, I served via hand delivery copies of the **BIOGENESIS PACIFIC INC.'S REPLY TO AIG TECHNICAL SERVICES, INC. AND AMERICAN HOME ASSURANCE COMPANY'S OPPOSITION TO BIOGENESIS PACIFIC, INC.'S MOTION TO MODIFY SCHEDULING ORDER AND DISCOVERY PLAN** and **DECLARATION OF JANALYNN M. CRUZ** on the following:

**Attorney for Counter-Defendant Michael Danforth**

Monica Valle, Esq.
Berman O'Connell Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Facsimile No.: 477-4366

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
McKeown Vernier Price & Maher
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Facsimile No.: 472-5487

**Attorney for Counter-Defendant Michael O'Connell**

Frederick J. Kerley, Esq.
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910
Facsimile No.: 477-7009

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile No.: 477-1933

Dated this 23rd day of May, 2003.

_____
MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B030523.327-0001.CT (Certificate of Service - MJP).wpd

2

Case 1:02-cv-00008    Document 141    Filed 05/23/2003    Page 2 of 2