ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **AGREEMENT TO HEARING DATE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

Pursuant to Rule 7.1 of the Local Rules of Practice, Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") states the following:

1. The unsigned, Antonio L. Cortes, am an attorney licensed to practice law in Guam, and have been since October 21, 1997and counsel of record for Plaintiff. I have contacted all Guam counsel in this matter – Arthur B. Clark, Esq., Louie Yanza, Esq., Fredrick J. Kerley, Esq., and Daniel Berman, Esq. (at the instruction of Monica Valle, Esq.) Counsel for Biogenesis, Inc., AIG Technical Services, Inc. and American Home Assurance Co., stated that they desire oral argument. All counsel are available for oral argument on July 11, 2003 at 10:00 a.m. and we have agreed to have oral argument on that date and time.

2. I have contacted the Deputy Clerk of Court to ensure that the Court is available to hear oral argument on the above date and time.

Respectfully submitted this 29th day of May 2003.

_____
Antonio L. Cortes, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.