ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



**FILED**
DISTRICT COURT OF GUAM
MAY 30 2003
MARY L. M. MORAN
CLERK OF COURT

144

Attorney for Plaintiff Rhino Builders, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Antonio L. Cortes, hereby state and certify as follows:

1. I am the Principal of the Law Office of Antonio L. Cortés, am over the age of 18 years and am not a party to the above-captioned case;

2. I certify that on the 29th day of May 2003, I caused to be served a copy of the following documents: (1) Motion for Leave to Amend Complaint to Conform to Facts Ascertained During Discovery; (2) Points and Authorities Supporting Motion for Leave to Amend Complaint to Conform to Facts Ascertained During Discovery; (3) Declaration of Counsel; and (4) Agreement to Hearing Date by delivering and leaving a copy of same to their attorneys of record, as follows:

**Arthur B. Clark, Esq.**
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Attorney for Defendant Biogenesis Pacific, Inc.

**Louie J. Yanza, Esq.**
McKeown Vernier Price & Maher
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorney for Defendant AIG Technical Services, Inc.

**Frederick J. Kerley, Esq.**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

**Monica Valle, Esq.**
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

3. I further certify that on the 30th day of May 2003, I mailed copies of the document listed below to those same counsel by depositing it in the United

2

States Mail in a properly-addressed, postage-prepaid envelope addressed to those counsel at the above addresses: [Proposed] Order Granting Leave to File Second Amended Complaint.

DATED this 30th day of May 2003.

_____
Antonio L. Cortes