1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone: (671) 646-9355
   Facsimile: (671) 646-9403

5

   Attorneys for
6  BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 04 2003
MARY L. M. MORAN
CLERK OF COURT

147

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | [PROPOSED] REVISED SCHEDULING ORDER AND DISCOVERY PLAN |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | |
| Defendants. | |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC INC., | |
| Cross-Claim Defendant. | |

[PROPOSED] REVISED SCHEDULING ORDER AND DISCOVERY PLAN
CIVIL CASE NO. 02-00008
B030512.327-0001.CT ([PROPOSED] Revised Scheduling Order).wpd

ORIGINAL

1

Case 1:02-cv-00008   Document 150   Filed 06/04/2003   Page 1 of 6

Pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the Court hereby sets the following Revised Scheduling Order:

1. The nature of the case is as follows:

    Collection Action under Miller Act.

2. The posture of the case is as follows:

    a. All of the Defendants and both of the Cross-claim Defendants have been served and have appeared.

    b. The following motions are on file: BioGenesis Pacific, Inc.'s Motion to Dismiss (FRCP 12(b)(1) and 12 (b)(6)); AIG Technical Services, Inc.'s Motion to Dismiss and For Summary Judgment (FRCP 12 (b)(1); (b)(6) and 56(c)); and Michael O'Connell's Motion to Set Aside Default.

    c. The following motions have been resolved: BioGenesis Pacific, Inc. and AIG Technical Services, Inc.'s motions to dismiss were withdrawn and the motion to set aside default was granted. Therefore, all motions have been resolved.

    d. The following discovery has been initiated:

    i. Plaintiff's First Request for Production of Documents to Defendant AHAC;

    ii. Plaintiff's First Set of Interrogatories to Defendant AHAC;

    iii. Defendants AIG and AHAC's First Request for Production of Documents to Plaintiff;

    iv. Defendants AIG and AHAC's First Set of Interrogatories to Plaintiff;

    v. Defendant AHAC's Responses to Plaintiff's First Request for Production of Documents;

    vi. Defendant AHAC's Responses to Plaintiff's First Set of Interrogatories;

    vii. Plaintiff's Response to Defendants' AIG and AHAC's Request for Production of Documents;

    viii. Plaintiff's Objections to Defendants' AIG and AHAC's First Set of Interrogatories;

[PROPOSED] REVISED SCHEDULING ORDER AND DISCOVERY PLAN
CIVIL CASE NO. 02-00008
B030512.327-0001.CT ([PROPOSED] Revised Scheduling Order).wpd

2

Case 1:02-cv-00008   Document 150   Filed 06/04/2003   Page 2 of 6

ix. Plaintiff's Answers to Defendants' AIG and AHAC's First Set of Interrogatories;

x. Defendant BioGenesis' First Request for Production of Documents to Plaintiff;

xi. Defendant BioGenesis' First Set of Interrogatories Propounded Upon Plaintiff;

xii. Counter-Defendant Michael Danforth's First Set of Interrogatories and for Production of Documents to Counter-Claimant BioGenesis;

xiii. Counter-Claimant BioGenesis' First Request for Production of Documents to Michael O'Connell;

xiv. Plaintiff's Response to Defendant BioGenesis' Request for Production of Documents;

xv. Plaintiff's Responses to Defendant BioGenesis' First Set of Interrogatories;

xvi. Counter-Plaintiff BioGenesis' Response to Counter-Defendant Michael Danforth's Request for Production of Documents;

xvii. Counter-Plaintiff BioGenesis' Response to Counter-Defendant Michael Danforth's First Set of Interrogatories;

xviii. Defendant BioGenesis' First Set of Request for Admissions to Plaintiff Rhino Builders;

xix. Plaintiff's First Set of Interrogatories to Defendant BioGenesis Pacific, Inc.;

xx. Plaintiff's First Request to Defendant BioGenesis Pacific, Inc. for Production of Documents;

xxi. Counter-Defendant Michael O'Connell's Responses to BioGenesis Pacific, Inc.'s Request for Production of Documents;

xxii. Plaintiff's Responses to BioGenesis Pacific, Inc.'s First Set of Request for Admissions.

xxiii. The following parties have had their depositions taken: Defendant/Counter-Plaintiff BioGenesis Pacific, Inc.; Plaintiff Rhino Builders, Inc.; Counter-Defendant Michael O'Connell; Counter-Defendant Michael Danforth; Alfred Garthe III, and Herminia Redolozo.

[PROPOSED] REVISED SCHEDULING ORDER AND DISCOVERY PLAN
CIVIL CASE NO. 02-00008
B030512.327-0001.CT ([PROPOSED] Revised Scheduling Order).wpd

3

Case 1:02-cv-00008    Document 150    Filed 06/04/2003    Page 3 of 6

3. All motions to add parties and claims were required to be filed on or before **September 27, 2002**.

4. All motions to amend pleadings were required to be filed on or before **October 28, 2002**.

5. Status of discovery:

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16.1 and 16.2 for the District Court of Guam, the Court hereby sets the following Discovery Plan as part of this Scheduling Order:

   a. Parties who appeared prior to the Scheduling Order filed herein on August 20, 2002, were required to make initial disclosures no later than **September 3, 2002**. Parties who were added after August 20, 2002, were required to make initial disclosures no later than thirty (30) days after they appeared.

   b. The parties may make requests for additional discovery forthwith, with all written discovery to be served no later than **September 22, 2003**.

   c. The parties may take depositions at any time between **October 1, 2002** and **October 17, 2003**. Depositions to be taken in Hawaii shall be preceded by 21 days notice, and depositions to be taken at other locations outside of Guam shall be preceded by 28 days notice. Counsel noticing depositions shall make a good faith effort to ascertain and accommodate the schedules of other counsel so that all parties have the opportunity to be represented by counsel at all depositions.

   i. The continued deposition of Eugene O'Connell will be taken in September 2003 in Hawaii or by telephone subject to the availability of Eugene O'Connell and counsel.

   ii. The continued deposition of Michael O'Connell will be taken in September 2003 in Hawaii or by telephone subject to the availability of Michael O'Connell and counsel.

   iii. The deposition of George Allen will be taken in September 2003 subject to the location and subpoenaing of Mr. Allen.

**[PROPOSED] REVISED SCHEDULING ORDER AND DISCOVERY PLAN**
CIVIL CASE NO. 02-00008
B030512.327-0001.CT ([PROPOSED] Revised Scheduling Order).wpd

4

Case 1:02-cv-00008   Document 150   Filed 06/04/2003   Page 4 of 6

    d. Interrogatories directed to expert witnesses may be served until **January 5, 2004**. Depositions of expert witnesses shall be noticed so as to take place between **December 30, 2003** and **January 28, 2004**, or as close to that period as the expert's schedule may allow.

  6. The scheduling conference has already taken place.

  7. The discovery cut-off date is **October 27, 2003.**

  8. All discovery motions shall be filed on or before **November 10, 2003** and heard on or before **December 5, 2003**.

  9. Summary judgment motions are likely.

  10. All dispositive motions shall be filed on or before **December 15, 2003** and heard on or before **January 16, 2004.**

  11. The prospects for settlement between Plaintiff Rhino Builders. Inc. ("Plaintiff") and Defendant BioGenesis Pacific. Inc. ("BioGenesis") are unknown. Settlement between Plaintiff and Defendants AIG Technical Services. Inc. ("AIG") and American Home Assurance Company ("AHAC") are unknown. Settlement between Counter-Plaintiff BioGenesis and Counter-Defendants Michael O'Connell and Michael Danforth are unknown. Settlement between Cross-Claimant AHAC and Cross-Claim Defendant BioGenesis are unknown.

  12. The Preliminary Pretrial Conference shall be held on **February 17, 2004 at 3:00 p.m.**

  13. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **February 12, 2004**, except that expert witness disclosure shall be made no later than **December 8, 2003**.

  14. The Proposed Pretrial Order shall be filed on or before **January 26, 2004**.

  15. The Final Pretrial Conference shall be held **February 24, 2004 at 3:00 p.m.**

  16. The Trial in this matter shall be held on **March 2, 2004 at 9:00 a.m.**

  17. The trial is not a jury trial.

  18. It is anticipated that it will take seven (7) days to try this case.

  19. The names of the counsel who will try this case are:

[PROPOSED] REVISED SCHEDULING ORDER AND DISCOVERY PLAN
CIVIL CASE NO. 02-00008
B030512.327-0001.CT ([PROPOSED] Revised Scheduling Order).wpd

5

Case 1:02-cv-00008 Document 150 Filed 06/04/2003 Page 5 of 6

|  |  |  |
|---|---|---|
| 1 | a. | Antonio L. Cortés, Esq. |
| 2 | b. | Arthur B. Clark, Esq. and Janalynn M. Cruz, Esq. |
| 3 | c. | Louie J. Yanza, Esq., John B. Maher, Esq., and possible off-island counsel. |
| 5 | d. | Frederick J. Kerley, Esq. |
| 6 | e. | Daniel J. Berman, Esq. |

20. All Parties wish to submit the case to a settlement conference.

21. The parties present the following suggestions for shortening trial:

   a. Joint submission of Exhibits.

   b. Stipulations regarding admissibility and authenticity of exhibits.

   c. A limited number of stipulated facts.

22. The following issues will affect the status or management of the case:

   a. Off-island witnesses will likely prolong discovery.

Dated this 4th day of June, 2003.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED
MAY 12 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

[PROPOSED] REVISED SCHEDULING ORDER AND DISCOVERY PLAN
CIVIL CASE NO. 02-00008
B030512.327-0001.CT ([PROPOSED] Revised Scheduling Order).wpd

6

Case 1:02-cv-00008   Document 150   Filed 06/04/2003   Page 6 of 6