Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM

JUN 06 2003

MARY L. M. MORAN
CLERK OF COURT

148

### DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

CIVIL CASE NO. 02-00008
B030605.327-0001.CT (Certificate of Service - MJP).wpd

ORIGINAL

1

1      I, MICHAEL J. PEREZ, hereby certify that on the 5th day of June, 2003, I served via

2    hand delivery a copy of the **REVISED SCHEDULING ORDER AND DISCOVERY PLAN** filed

3    on June 4, 2003 on the following:

4

5    **Attorney for Counter-Defendant**     **Attorney for Counter-Defendant**
  **Michael Danforth**         **Michael O'Connell**
6

7    Monica Valle, Esq.          Frederick J. Kerley, Esq.
  Berman O'Connell Mann & Shklov     Reflection Center, Suite 202
  Suite 503, Bank of Guam Building      222 Chalan Santo Papa
8    111 Chalan Santo Papa        Hagåtña, Guam 96910
  Hagåtña, Guam 96910
9

10   **Attorneys for Defendant AIG Technical**   **Attorney for Rhino Builders, Inc.**
  **Services, Inc. and American Home**
11   **Assurance Company**         Antonio L. Cortes, Esq.
                 233 Julale Center
12   Louie Yanza, Esq.         424 West O'Brien Drive
  McKeown Vernier Price & Maher      Hagåtña, Guam 96910
  115 Hesler Place, Ground Floor
13   Governor Joseph Flores Building
  Hagåtña, Guam 96910
14

15      Dated this 5th day of June, 2003.

16

17

18             MICHAEL J. PEREZ

19

20

21

22

23

24

25

26

27

28

CIVIL CASE NO. 02-00008
B030605.327-0001.CT (Certificate of Service - MJP).wpd           2