Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, MICHAEL J. PEREZ, hereby certify that on the 27th day of June, 2003, I served via hand delivery a copy of the **DEFENDANT BIOGENESIS PACIFIC, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM TO FACTS ASCERTAINED DURING DISCOVERY** and **DECLARATION OF JANALYNN M. CRUZ IN SUPPORT DEFENDANT BIOGENESIS PACIFIC, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM TO FACTS ASCERTAINED DURING DISCOVERY** filed on June 27, 2003 on the following:

| | |
|---|---|
| **Attorney for Counter-Defendant Michael Danforth** | **Attorney for Counter-Defendant Michael O'Connell** |
| Monica Valle, Esq.<br>Berman O'Connell Mann & Shklov<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910 | Frederick J. Kerley, Esq.<br>Reflection Center, Suite 202<br>222 Chalan Santo Papa<br>Hagåtña, Guam 96910 |
| **Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company** | **Attorney for Rhino Builders, Inc.** |
| Louie Yanza, Esq.<br>McKeown Vernier Price & Maher<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910 | Antonio L. Cortes, Esq.<br>233 Julale Center<br>424 West O'Brien Drive<br>Hagåtña, Guam 96910 |

Dated this 27th day of June, 2003.

_____
MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B030627.327-0001.CT (Certificate of Service - MJP).wpd

2