Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547-5151
Facsimile No.: (808) 599-4517

Louie J. Yanza
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKEOWN PRICE, LLP
and VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants
AMERICAN HOME ASSURANCE COMPANY
and AIG TECHNICAL SERVICES, INC.

FILED
DISTRICT COURT OF GUAM
JUN 27 2003
MARY L. M. MORAN
CLERK OF COURT

152

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>DEFENDANTS AMERICAN HOME ASSURANCE COMPANY AND AIG TECHNICAL SERVICES, INC.'S STATEMENT OF NO POSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |
| BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counterclaim-Defendant. | |

1

## CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on the 27th day of June, 2003, I caused a copy of the annexed Defendants **AMERICAN HOME ASSURANCE COMPANY and AIG TECHNICAL SERVICES, INC.'s STATEMENT OF NO POSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Bldg.
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Monica Valle**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 27th day of June, 2003.

McKEOWN • VERNIER • PRICE • MAHER
Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY
and AIG TECHNICAL SERVICES, INC.

BY: _____
LOUIE J. YANZA

3