# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**FILED DISTRICT COURT OF GUAM JUL 11 2003 MARY L. M. MORAN CLERK OF COURT**

156

**CASE NO. CV-02-00008  DATE: 07/11/03  TIME: 10:31 a.m.**

**CAPTION:** United States of America for Use and Benefit of Rhino Builders, Inc. -vs- Biogenesis Pacific, Inc., et. al.

*******************************************************************************

Leilani Toves Hernandez, Courtroom Deputy
WANDA M. MILES, Court Reporter
Electronically Recorded (Run Time: 10:31:19 - 10:34:43)

Law Clerk: J. HATTORI

Court Security: F. Camacho

********************** **APPEARANCES** **********************

**COUNSEL FOR PLAINTIFF(s):**

Tony Cortes, Rhino Builders, Inc.

**COUNSEL FOR DEFENDANT(s):**
Fred Kerley, for Michael O'Connell

Janalyn Cruz, for Biogenesis Pacific, Inc.

Louis Yanza, for AIG Tech & American Home Assurance

*******************************************************************************

**PROCEEDINGS:  MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM TO FACTS ASCERTAINED DURING DISCOVERY**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( X ) MOTION(s)  X  Granted  ___ Denied  ___ Settled  ___ Withdrawn  ___ Under Advisement

( ) ORDER SUBMITTED  ___ Approved  ___ Disapproved

( ) ORDER to be Prepared By: ___

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Court grants the Motion and states its reasons.

_____

COURTROOM DEPUTY: [signature]
L:\Docs\COURTROOM MINUTES\CV-02-00008.wpd

END TIME: 10:34 a.m.