ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO.,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO AMEND COMPLAINT |
| BIOGENESIS PACIFIC, INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10,<br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO.,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>Cross-Claim Defendant. | |

ORIGINAL

Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") having moved for leave to file a Second Amended Complaint, and good cause appearing therefore, it is hereby

ORDERED, that Plaintiff is granted leave to file a Second Amended Complaint in the form attached as Exhibit "1" to its Motion For Leave to Amend Complaint, filed May 29, 2003, and it is

FURTHER ORDERED that Plaintiff shall promptly serve such Second Amended Complaint on all Parties through their respective counsel, and it is

FURTHER ORDERED that all Defendants shall serve Plaintiff their responses to the Second Amended Complaint within 10 days after being served with it; and it is

FURTHER ORDERED that the Scheduling Order shall be and is hereby modified by this order to allow for the filing of said complaint and responses at those times.

SO ORDERED this 14th day of July 2003.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

PRESENTED BY:
LAW OFFICE OF ANTONIO L. CORTES

By: _____
Antonio L. Cortes
Counsel for Plaintiff

RECEIVED
MAY 30 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM