ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933


FILED
DISTRICT COURT OF GUAM
JUL 15 2003
MARY L. M. MORAN
CLERK OF COURT

158

Attorneys for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) CIVIL CASE NO.02-00008 ) ) ) **NOTICE OF CORRECTION OF** ) **SCRIVENER'S ERROR** |
| Plaintiff, | ) ) ) |
| BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., | ) ) ) ) |
| Defendants. | ) ) |

Plaintiff United States of America for use and benefit of Rhino Builders,

Inc. hereby gives notice that the following scrivener's error in its Proposed Second

Amended Complaint was corrected on its Second Amended Complaint, filed

herewith:

      1.    "Count III" on page 12 corrected to "Count V."

Respectfully submitted this 14th day of July 2003.

_____
Antonio L. Cortes, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.

ORIGINAL