| | |
|---|---|
| 1 | Arthur B. Clark, Esq. |
| | Janalynn M. Cruz, Esq. |
| 2 | CALVO AND CLARK, LLP |
| | Attorneys at Law |
| 3 | 655 South Marine Drive, Suite 202 |
| | Tamuning, Guam 96911 |
| 4 | Telephone: (671) 646-9355 |
| | Facsimile: (671) 646-9403 |
| 5 | |
| 6 | Attorneys for Defendant Biogenesis Pacific, Inc. |



FILED
DISTRICT COURT OF GUAM
JUL 31 2003
MARY L. M. MORAN
CLERK OF COURT

163

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) ) ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | ) ) ) ) ) | |
| Defendants. | ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| vs. | ) ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Cross-Claim Defendant. | ) ) | |

CIVIL CASE NO. 02-00008
B030730.327-0001.CT (Certificate of Service - MJP).wpd

1

I, MICHAEL J. PEREZ, hereby certify that on the 30th day of July, 2003, I served via hand delivery a copy of the **DEFENDANT BIOGENESIS PACIFIC, INC.'S ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIM** on the following:

**Attorney for Counter-Defendant Michael Danforth**

Daniel Berman, Esq.
Berman O'Connell Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
McKeown Vernier Price & Maher
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**Attorney for Counter-Defendant Michael O'Connell**

Frederick J. Kerley, Esq.
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 30th day of July, 2003.

_____
MICHAEL J. PEREZ