ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932-8973
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



**FILED**
DISTRICT COURT OF GUAM
JUL 31 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> BIOGENESIS PACIFIC, INC. and AIG TECHNICAL SERVICES, INC., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **SUBMISSION OF OMITTED EXHIBIT** |

   Plaintiff United States of America for use and benefit of Rhino Builders,

Inc. hereby submits the attached Exhibit A to its Second Amended Complaint, which

exhibit was inadvertently left off of the Second Amended Complaint when filed and

served.

   Respectfully submitted this 30th day of July 2003.

_____
Antonio L. Cortes, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.

ORIGINAL

# RHINO BUILDERS, INC.
## BPI COST BREAKDOWN

**Direct Expense**

| | | | |
|---|---|---:|---|
| 50001 | Material | 21,117.98 | |
| 50003 | Equipment Lease/Rental (b) | 14,836.12 | Truck lease for 10 mos. @ 902 |
| 50004 | Subcontracted | 2,459.22 | |
| 50005 | Other Job Expense ( c ), (j) | 51,461.66 | |
| 50007 | Bonding | - | None |
| 50010 | Guam GRT (g) | - | See end of sheet |
| 50400 | Direct Labor w/Burden | 20,787.87 | |
| 50600 | Richard Avilla's Labor w/fringe | 41,089.42 | (e) |
| 50600 | Alfred Garthe @ 75% | 24,528.81 | (e) |

Total BPI Contract Costs: **176,281.08**     176,281.08

**Overhead Expense**

| | | | |
|---|---|---:|---|
| 60000 | Rent | 13,100.00 | |
| 60010 | Office Supplies | 2,477.80 | |
| 60020 | Utilities | 2,493.38 | |
| 60030 | Communications | 9,089.41 | |
| 60050 | Postage & Freight | 822.73 | |
| 60120 | Other Outside Serv. | 2,450.14 | |
| 60150 | Consulting Fees | 4,200.00 | |
| 60190 | Gov't License Fees | 728.14 | |
| 60200 | Travel Expense | 4,806.51 | |
| 60250 | Dues & Subscript'n | 560.00 | |
| 60300 | Maintenance & Rep | 325.00 | |
| 61000 | Insurance | 19,290.00 | |
| 61500 | Equip. Rental/Lease | 1,736.35 | |
| 62000 | Plan Fees | 622.00 | |
| 64000 | Overhead Labor w/Burden (f) | 34,322.33 | Need to recheck numbers |
| 65000 | Vehicle Maint | 7,248.28 | |
| 65100 | Vehicle Fees | 83.50 | |
| 65200 | Fuel | 2,813.05 | |
| 65300 | Vehicle Repair | 5,133.64 | |
| 66000 | Small Tools ( c ) | | |
| 68100 | Vehicle Dep'n Exp (d) | 9,425.76 | |
| 68300 | Tools Dep'n Exp (i) | 1,550.01 | |
| 68400 | Office Dep'n Exp | 2,034.32 | |
| 77010 | Interest Expense (h) | | |
| 77020 | Bank Service Fees | 373.33 | |
| 77100 | Advertisement | 271.10 | |
| 77200 | Donations & Contrib. | 750.00 | |

Total Overhead Expense:     **126,706.78**

50%     63,353.39

BPI Cost before burden     239,634.47
Less: Payment received     (25,000.00)

**EXHIBIT A**

# RHINO BUILDERS, INC.
## BPI COST BREAKDOWN

|  |  |  |  |
|---|---|---|---|
| 50500 | Interest Rate (a) | 14% | 214,634.47 |
|  | Total months since 7/00 to 5/03 | 34.00 | 85,138.34 |
|  |  |  | 324,772.81 |
|  | Hawaii Overhead Rate applied | 5% | 16,238.64 |
|  |  |  | 341,011.45 |
|  | Profit | 15% | 51,151.72 |
|  | Cost of Contract before GRT |  | 392,163.17 |
|  | GRT (g) | 4% | 15,686.53 |
|  |  |  | 407,849.70 |

General Note: RB SOC contract cost are not included in totals above

(a) 50500 - Interest - @ 14% for 1 year. 10.5% bank interest 2% admin fee 1.5% SBA Security Fee.

(b) 50003 - Equipment Lease - does not include rental usage of 5 P/U trucks

(c) 50005 - Other Direct Cost - includes non-returned equipment and 66000 - Small Tools

(d) Half year depreciation of Vehicles. See 50003 - Equipment Lease for other charges.

(e) Richard and Al's BPI cost needs to be rechecked.

(f) 64000 - Overhead Labor includes both Overhead (64000) and Admin (74000) Labor.

(g) GRT applied to end of cost sheet to enhance readability and understanding.

(h) 77010 - Interest Exp. - Amount of interest was removed to promote fairness with 50500 - Interest rate being applied.

(i) 68300 - Tools Dep'n Exp – Does not include tools shipped from Hawaii. Need to reverify items and cost.

(j) 50005 - Other Direct Cost - Does not include tools shipped from Hawaii and not returned by BPI. Need to verify items and cost.