1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:  (671) 646-9355
   Facsimile:  (671) 646-9403
5
   Attorneys for
6  Cross-Claim Defendant
   Biogenesis Pacific, Inc.
7

8                    DISTRICT COURT OF GUAM

9                       TERRITORY OF GUAM

10
   UNITED STATES OF AMERICA FOR USE    )  CIVIL CASE NO. 02-00008
11 AND BENEFIT OF RHINO BUILDERS, INC., )
                                        )
12                      Plaintiff,      )  **CROSS-CLAIM DEFENDANT**
                vs.                     )  **BIOGENESIS PACIFIC, INC.'S ANSWER**
13                                      )  **TO CROSS-PLAINTIFFS AIG**
   BIOGENESIS PACIFIC, INC.,            )  **TECHNICAL SERVICES INC. AND**
14 AIG TECHNICAL SERVICES, INC., and    )  **AMERICAN HOME ASSURANCE**
   AMERICAN HOME ASSURANCE              )  **COMPANY'S CROSS CLAIM**
15 COMPANY                              )
                        Defendants.     )
16 _____)
                                        )
17 BIOGENESIS PACIFIC, INC.,            )
                                        )
18            Counter-Plaintiff,        )
                                        )
19         vs.                          )
                                        )
20 RHINO BUILDERS, INC., MICHAEL        )
   O'CONNELL, MICHAEL DANFORTH,         )
21 AND JOHN DOES 1-10,                  )
                                        )
22            Counter-Defendants.       )
   _____)
23 AMERICAN HOME ASSURANCE              )
   COMPANY,                             )
24                                      )
              Cross-Claimant,           )
25                                      )
           vs.                          )
26                                      )
   BIOGENESIS PACIFIC INC.,             )
27                                      )
              Cross-Claim Defendant.    )
28 _____)

CROSS-CLAIM DEFENDANT BIOGENESIS PACIFIC, INC.'S ANSWER TO
CROSS-PLAINTIFFS AIG TECHNICAL SERVICES, INC. AND AMERICAN
HOME ASSURANCE COMPANY'S CROSS CLAIM;
CIVIL CASE NO. 02-00008
B030731.327-0001.CT (Answer to Cross-Claim).wpd

1

Case 1:02-cv-00008    Document 168    Filed 08/04/2003    Page 1 of 2

COMES NOW, Cross-Claim Defendant Biogenesis Pacific, Inc. ("Biogenesis"), by and through its counsel Calvo and Clark, LLP, and answers the Cross-Claim by AIG Technical Services, Inc. and American Home Assurance Company as follows:

1. As to paragraphs 1, 4 and 5 of the Cross-Claim, BioGenesis denies said allegations.

2. As to paragraph 2 of the Cross-Claim, Biogenesis admits said allegations.

3. As to paragraph 3 of the Cross-Claim, BioGenesis having insufficient information or belief regarding said allegations denies said allegations.

4. As to all other paragraphs and allegations not herein specifically admitted, BioGenesis herein generally and specifically denies said allegations.

## AFFIRMATIVE DEFENSES

Cross-Claim Plaintiffs' claim against BioGenesis is barred by the following affirmative defenses: debt not due; statute of limitations; unclean hands; lack of privity of contract; laches; set-off; bad faith; estoppel; failure to mitigate; failure to join a party under F.R.C.P. 19; failure to perform conditions; lack of subject matter jurisdiction; breach of covenant of good faith and fair dealing. BioGenesis reserves the right to assert other affirmative defenses as may appear and discovery proceeds.

WHEREFORE, Cross-Claim Defendant Biogenesis Pacific, Inc. prays that Cross-Claim Plaintiffs takes nothing by its Cross-Claim.

Dated this 4th day of August, 2003.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Cross-Claim Defendant

By: _____
JANALYNN M. CRUZ

CROSS-CLAIM DEFENDANT BIOGENESIS PACIFIC, INC.'S ANSWER TO
CROSS-PLAINTIFFS AIG TECHNICAL SERVICES, INC. AND AMERICAN
HOME ASSURANCE COMPANY'S CROSS CLAIM;
CIVIL CASE NO. 02-00008
B030731.327-0001.CT (Answer to Cross-Claim).wpd

2

Case 1:02-cv-00008   Document 168   Filed 08/04/2003   Page 2 of 2