Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
AUG - 4 2003
MARY L. M. MORAN
CLERK OF COURT

167

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE TO TAKE DEPOSITION; CERTIFICATE OF SERVICE** <br><br> DATE: AUGUST 15, 2003 <br> TIME: 9:00 A.m. |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

1

| | |
|---|---|
| 1 | |
| 2 | AMERICAN HOME ASSURANCE ) <br> COMPANY ) |
| 3 | ) <br> Cross-Claimant, ) |
| 4 | ) <br> vs. ) |
| 5 | ) <br> BIOGENESIS PACIFIC, INC. ) |
| 6 | ) |
| 7 | Cross-Claim ) <br> Defendant. ) |

8  **TO THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

9  **PLEASE TAKE NOTICE** that on **Friday, the 15th day of August, 2003, at 9:00**

10  **o'clock a.m.**, at the law offices of VERNIER & MAHER, LLP, 115 Hesler Place,

11  Ground Floor, Governor Joseph Flores Building, Hagatna, Guam 96910, Defendants

12  AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY

13  in the above-entitled action will take the deposition of **ALFRED GARTHE, III**, whose

14  

15  address is c/o BIOGENESIS PACIFIC, INC., upon oral examination pursuant to the

16  Federal Rules of Civil Procedures before a Notary Public or before some other officer

17  authorized by law to administer oaths. The oral examination will continue from day to

18  day until completed. You are invited to attend to cross-examine.

19  Dated this 4th day of August, 2003.

20  

**VERNIER & MAHER, LLP**
Attorneys for Defendants
21  **AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY**

22  

23  

24  BY: _____
    LOUIE J. YANZA

25  

2

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before August 4, 2003, I caused to be sent by personal service or by facsimile a copy of the annexed **Notice to Take Deposition of Alfred Garthe, III**, to the following parties at their place of business:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Monica Valle**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 4th day of August, 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: _____
LOUIE J. YANZA

3