1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   Attorneys for Defendant
6  Biogenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM

AUG - 5 2003

MARY L. M. MORAN
CLERK OF COURT

168

7

8                    DISTRICT COURT OF GUAM

9                    TERRITORY OF GUAM

10 UNITED STATES OF AMERICA FOR USE        )   CIVIL CASE NO. 02-00008
   AND BENEFIT OF RHINO BUILDERS, INC.,    )
11                                          )
                      Plaintiff,            )
12           vs.                            )   **CERTIFICATE OF SERVICE**
                                            )
13 BIOGENESIS PACIFIC, INC.,                )
   AIG TECHNICAL SERVICES, INC., and       )
14 AMERICAN HOME ASSURANCE                  )
   COMPANY                                  )
15                    Defendants.           )
                                            )
16 ───────────────────────────────         )
   BIOGENESIS PACIFIC INC.,                 )
17                                          )
                      Counter-Plaintiff,    )
18                                          )
             vs.                            )
19                                          )
   RHINO BUILDERS, INC., MICHAEL           )
20 O'CONNELL, MICHAEL DANFORTH,            )
   AND JOHN DOES 1-10,                      )
21                                          )
                      Counter-Defendants.   )
22 ───────────────────────────────         )
   AMERICAN HOME ASSURANCE                  )
23 COMPANY,                                 )
                                            )
24                    Cross-Claimant,       )
                                            )
25           vs.                            )
                                            )
26 BIOGENESIS PACIFIC INC.,                 )
                                            )
27                    Cross-Claim Defendant. )
   ───────────────────────────────         )
28

CIVIL CASE NO. 02-00008
B030801.327-0001.CT (Certificate of Service - MJP).wpd                          1

I, MICHAEL J. PEREZ, hereby certify that on the 4th day of August, 2003, I served via hand delivery a copy of **CROSS-CLAIM DEFENDANT BIOGENESIS PACIFIC, INC.'S ANSWER TO CROSS-PLAINTIFFS AIG TECHNICAL SERVICES INC. AND AMERICAN HOME ASSURANCE COMPANY'S CROSS CLAIM** on the following:

**Attorney for Counter-Defendant**
**Michael Danforth**

Daniel Berman, Esq.
Berman O'Connell Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
McKeown Vernier Price & Maher
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**Attorney for Counter-Defendant**
**Michael O'Connell**

Frederick J. Kerley, Esq.
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 4th day of August, 2003.

MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B030801.327-0001.CT (Certificate of Service - MJP).wpd

2