James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547 5151
Facsimile No.: (808) 599-4517

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
AUG - 5 2003
MARY L. M. MORAN
CLERK OF COURT

170

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>DECLARATION OF JAMES LAWHN FOR ADMISSION *PRO HAC VICE*; CERTIFICATE OF SERVICE |
| BIOGENESIS PACIFIC, INC.,<br><br>Plaintiff,<br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | |

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| BIOGENESIS PACIFIC, INC. | )<br>) |
| Cross-Claim Defendant. | ) |

I, JAMES LAWHN, hereby declare and state as follows:

1. I hereby apply to be permitted to appear and participate in the above-captioned matter.

2. My residential address is 2188 Aha Niu Pl., Honolulu, Hawaii 96821, telephone: (808) 734-4278.

3. I am of counsel to the law firm of **OLIVER LAU LAWHN OGAWA & NAKAMURA**, whose address is 707 Richard Street, Suite 600, Honolulu, Hawaii 96813, telephone: (808) 533-3999, facsimile: (808) 533-0144, which firm has been retained by Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY to represent and assist in the above-captioned matter.

4. I am authorized to practice law before all courts of the State of Hawaii, including the United States District Court of Hawaii.

5. I am a member in good standing and am authorized to practice before the following courts:

    a. Hawaii Supreme Court. Date of Admission: May 1, 1969;

    b. United States District Court for the District of Hawaii. Date of Admission: May 15, 1969;

2

c. United States Court of Appeals for the Ninth Circuit. Date of Admission: May 14, 1970; and

d. Texas Supreme Court. Date of Admission: September 13, 1985 (Retired Status).

6. I am not currently suspended or disbarred in any court.

7. I have previously made one (1) *pro hac vice* application to this Court in the following cases:

   **<u>Kentucky Bridge v. F&D, et al.</u>, United States District Court of Guam, Civil Action No. 91-00083 (1991).**

8. I am not a resident of Guam.

9. I hereby designate Louie J. Yanza, an active member in good standing of the Guam bar and of this Court, as co-counsel, with whom this Court and counsel for the other parties in this matter may communicate regarding the conduct of this case and upon whom papers may be served in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of July, 2003, at Honolulu, Hawaii.

JAMES LAWHN

C:\MarieBackup\Gia\USA-Rhino v BIOGENESIS-AIG\Pleadings\Declaration of Stephen Tom - Admission Pro Hac Vice - STom.doc

## CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on the 5th day of August, 2003, I caused a copy of the annexed **Declaration of James Lawhn for Admission Pro Hac Vice; Certificate of Service** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Monica Valle**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 5th day of August, 2003.

VERNIER & MAHER, LLP
Attorneys for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: _____
LOUIE J. YANZA

4