James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547 5151
Facsimile No.: (808) 599-4517

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　Defendants.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>　　　　Counter-Defendant. | CIVIL CASE NO. 02-00008<br><br><br><br><br>**DECLARATION OF COUNSEL AND CONSENT OF DESIGNATION OF LOCAL COUNSEL** |

FILED DISTRICT COURT OF GUAM AUG - 5 2003 MARY L. M. MORAN CLERK OF COURT

171

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby declare and state as follows:

1. I am an active member of the Bar of Guam and am authorized to practice law before all courts of Guam.

2. I am an associate attorney in the law firm of VERNIER & MAHER, LLP, attorneys for Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AHAC").

3. I hereby consent to and accept designation by JAMES LAWHN of the law firm of OLIVER LAU LAWHN OGAWA & NAKAMURA, a Hawaii law firm, as local counsel. I agree that this Court and counsel for the other parties in the above-captioned matter may communicate with me regarding the conduct of this case and further agree to accept service of any and all papers required or authorized to be served on counsel by all federal and local rules in the above-captioned matter.

4. Pursuant to the Local Rules, I plan to participate in the preparation and trial of the above-captioned case with the authority and responsibility to act as attorney of record for all purposes.

1. I declare under penalty of perjury that the foregoing is true and correct.

2. Executed this 5th day of August, 2003, at Hagåtña, Guam.



LOUIE J. YANZA

# CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on the 5th day of August, 2003, I caused a copy of the annexed **Declaration of Counsel and Consent of Designation of Local Counsel; Certificate of Service** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Monica Valle**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 5th day of August, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

4