Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
AUG - 6 2003
MARY L. M. MORAN
CLERK OF COURT
173

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> DEPOSITION SUBPOENA; PROOF AND CERTIFICATION OF SERVICE; CERTIFICATE OF SERVICE <br><br> DATE: AUGUST 20, 2003 <br> TIME: 9:00 a.m. |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

| AMERICAN HOME ASSURANCE COMPANY | ) |
| --- | --- |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) ) ) |

TO: RICHARD AVILLA – Employed at BIOGENESIS PACIFIC, INC., 245 Kyen Tramohu Street, Perez Gardens, Machanaonao

**YOU ARE HEREBY COMMANDED** to appear and attend as a witness before a notary public, at the law offices of **VERNIER & MAHER, LLP**, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910, on **Wednesday, the 20th day of August, 2003 at 9:00 o'clock a.m.**, then and there to testify in the above-entitled cause on the part of Defendants.

For failure to attend or answer as a witness, you may be deemed guilty of contempt of court, and liable to pay all losses and damages sustained by the parties aggrieved.

Dated this 5th day of August, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC.** and
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

2

| | |
|---|---|
| 1 | **PROOF AND CERTIFICATION OF SERVICE** |
| 2 | |
| 3 | I certify that on the __6__ day of __August__, 2003, at about |
| 4 | __8:55__, __A__.m., I served a copy of this Deposition Subpoena upon **RICHARD** |
| 5 | AVILLA, at __NEXT TO WATER TANK - AT 16 HARMON Loop DEPEDO, BIOGENESIS Warehouse__ |
| 6 | and tendered the statutory amount of fees required. I further certify that I am over |
| 7 | the age of 18 years and am not a party to the action. |

_signature_
SP0199-99

3

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before  August 6 , 2003, I caused to be sent by personal service or by facsimile a copy of the annexed **Deposition Subpoena; Proof and Certification of Service (for Alfred Garthe, III)**, to the following parties at their place of business:

Ms. Janalynn M. Cruz
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Ms. Monica Valle
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Mr. Antonio L. Cortes
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

Mr. Frederick J. Kerley
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this  6th  day of  August , 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

4