James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547-5151
Facsimile No.: (808) 599-4517

Attorney for Defendants AIG TECHNICAL SERVICES, INC.
and AMERICAN HOME ASSURANCE COMPANY

**FILED**
DISTRICT COURT OF GUAM
AUG - 6 2003
MARY L. M. MORAN
CLERK OF COURT

174

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　Defendants.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>　　　　Counter-Defendant. | CIVIL CASE NO. 02-00008<br><br>[PROPOSED]<br>**ORDER GRANTING *PRO HAC VICE* APPLICATION OF JAMES LAWHN** |

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

WHEREAS, JAMES LAWHN of OLIVER LAU LAWHN OGAWA & NAKAMURA, 707 Richard Street, Suite 600, Honolulu, Hawaii 96813, telephone: (808) 533-3999, facsimile: (808) 533-0144, has applied for an Order granting him permission to appear as counsel *pro hac vice* for Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AHAC"), in association with Louie J. Yanza, VERNIER & MAHER, LLP, designated local counsel of record in the above-entitled matter.

WHEREAS, the Court having considered the papers and arguments submitted in support of the application, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application of James Lawhn for an Order granting him permission to appear as counsel *pro hac vice* in this action be, and the same hereby is, GRANTED.

SO ORDERED: AUG - 6 2003

HON. JOHN S. UNPINGCO, CHIEF JUDGE
U.S. DISTRICT COURT OF GUAM

SUBMITTED BY:

**VERNIER & MAHER, LLP**
Attorneys for Defendants
AIG TECHNICAL SERVICES, INC.
and AMERICAN HOME ASSURANCE
COMPANY

By_____
LOUIE J. YANZA

DATED: August 5, 2003

RECEIVED AUG - 5 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM