ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF MAILING** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Delia P. Cortes, hereby declare and state as follows:

1. That I am an employee of the law office of Antonio L. Cortés, over the age of 18 years and not a party to the above-captioned case;

2. I certify that on July 31, 2003, I mailed copies of the following document(s): SUBMISSION OF OMITTED EXHIBIT, upon the following counsel of record in this case:

**Arthur B. Clark, Esq.**
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96911

**Louie J. Yanza, Esq.**
Vernier & Maher LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**Frederick J. Kerley, Esq.**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

**Daniel J. Berman, Esq.**
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

by depositing them in the United States Mail in a properly-addressed, postage-prepaid envelope.

Executed this 31st day of July 2003.

_____
Delia P. Cortes