James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
SEP - 3 2003
MARY L. M. MORAN
CLERK OF COURT

179

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br> BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE OF DEPOSITION *DUCES TECUM*; CERTIFICATE OF SERVICE** <br><br> DATE: SEPTEMBER 23, 2003 <br> TIME: 9:30 a.m. |

1

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| BIOGENESIS PACIFIC, INC. | )<br>)<br>) |
| Cross-Claim Defendant. | )<br>)<br>) |

**TO THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **Tuesday, the 23rd day of September, 2003, at 9:30 a.m.**, at the law offices of **VERNIER & MAHER, LLP**, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagatna, Guam 96910, Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY in the above-entitled action will take the deposition of the **CUSTODIAN OF RECORDS, CARLSMITH BALL, LLP**, whose address is Suite 401, Bank of Hawaii Building, 134 W. Soledad Avenue, Hagatna, Guam, upon oral examination pursuant to the Federal Rules of Civil Procedures before a Notary Public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend to cross-examine.

Notice is further given as required by Rule 30(b)(1) of the Federal Rules of Civil Procedure that the CUSTODIAN OF RECORDS for CARLSMITH BALL, LLP, will be served with a Deposition Subpoena *Duces Tecum* that will require that witness to produce at the deposition the following categories of documents:

    1.    **Any and all correspondence, faxes, e-mail, memoranda, notes, minutes, letters, timesheets, billings, and documents memorializing, arising out of, relating to, and involving Carlsmith Ball,**

2

LLP's withdrawal of its representation of RHINO BUILDERS, INC. in the above-entitled lawsuit.

2. Any and all correspondence, faxes, e-mail, memoranda, notes, minutes, letters, timesheets, billings, and documents memorializing, arising out of, relating to, and involving Carlsmith Ball, LLP's communications with American International Group, Inc., American Home Assurance Company and AIG Technical Services, Inc. or an affiliated or related entity, concerning Carlsmith Ball, LLP's withdrawal from its representation of RHINO BUILDERS, INC. in the above-entitled lawsuit.

3. Any and all correspondence, faxes, e-mail, memoranda, notes, minutes, letters, timesheets, billings, and documents memorializing, arising out of, relating to, and involving Carlsmith Ball, LLP's communications with American International Group, Inc., American Home Assurance Company and AIG Technical Services, Inc. or an affiliated or related entity, concerning the filing of RHINO BUILDERS, INC.'s Complaint on March 20, 2002.

4. Any and all correspondence, faxes, e-mail, memoranda, notes, minutes, letters, timesheets, billings, and documents memorializing, arising out of, relating to, and involving Carlsmith Ball, LLP's communications to RHINO BUILDERS, INC., stating Carlsmith Ball, LLP, would withdraw from representing RHINO BUILDERS, INC.

Dated this 3rd day of September, 2003.

VERNIER & MAHER, LLP
Attorneys for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: 
LOUIE J. YANZA

3

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before September 3, 2003, I caused to be sent by personal service or by facsimile a copy of the annexed **Notice of Deposition *Duces Tecum* (Custodian of Record for Carlsmith Ball, LLP)**, to the following parties at their place of business:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 3rd day of September, 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: _____
LOUIE J. YANZA