James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM

SEP - 3 2003

MARY L. M. MORAN
CLERK OF COURT

180

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br> BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) (CARLSMITH BALL, LLP); CERTIFICATE OF SERVICE** <br><br> **DATE: SEPTEMBER 24, 2003** <br> **TIME: 9:00 a.m.** |

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| | ) |
| | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| | ) |
| Cross-Claim | ) |
| Defendant. | ) |
| | ) |

**TO THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **Wednesday, the 24th day of September, 2003, at 9:00 o'clock a.m.**, at the law offices of **VERNIER & MAHER, LLP**, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagatna, Guam 96910, Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY in the above-entitled action will take the deposition of **CARLSMITH BALL, LLP**, whose address is known to you, upon oral examination pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Deponent CARLSMITH BALL, LLP, shall designate one or more attorneys, officers, directors, managing agents or other persons who consent to testify on its behalf and whose testimony will bind CARLSMITH BALL, LLP, on the following matters:

1. The person most knowledgeable concerning the preparation and submission of RHINO BUILDERS, INC.'s claims to AMERICAN HOME

2

ASSURANCE COMPANY on October 22, 2001 and subsequent related claims thereafter;

2. The person most knowledgeable concerning CARLSMITH BALL, LLP's communication and contacts with AMERICAN HOME ASSURANCE COMPANY, AIG TECHNICAL SERVICES, INC. and AMERICAN INTERNATIONAL GROUP, INC., and related and affiliated companies regarding CARLSMITH BALL, LLP's representation of RHINO BUILDERS, INC.

3. The person most knowledgeable concerning legal services performed for RHINO BUILDERS, INC., in RHINO BUILDERS, INC.'s claims against BIOGENESIS PACIFIC, INC., AMERICAN HOME ASSURANCE COMPANY and AIG TECHNICAL SERVICES, INC., prior to CARLSMITH BALL, LLP's withdrawal from representing RHINO BUILDERS, INC.

4. The person most knowledgeable concerning letters addressed to RHINO BUILDERS, INC., regarding CARLSMITH BALL, LLP's withdrawal from representing RHINO BUILDERS, INC., on RHINO BUILDER, INC.'s claims against BIOGENESIS PACIFIC, INC., AMERICAN HOME ASSURANCE COMPANY and AIG TECHNICAL SERVICES, INC.

5. The person most knowledgeable concerning the filing of the Plaintiff RHINO BUILDERS, INC.'s Complaint on March 20, 2002.

//

3

1   The oral examination will continue from day to day until completed. You are invited to

2   attend to cross-examine.

3          Dated this 3rd day of September, 2003.

                                          **VERNIER & MAHER, LLP**
4                                          Attorneys for Defendants
                                          **AIG TECHNICAL SERVICES, INC. and**
5                                          **AMERICAN HOME ASSURANCE COMPANY**

6

7
                              BY:
8                                  LOUIE J. YANZA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before September 3, 2003, I caused to be sent by personal service or by facsimile a copy of the annexed **Notice to Take Deposition Pursuant to Rule 30(b)(6) (Carlsmith Ball, LLP)**, to the following parties at their place of business:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 3rd day of September, 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

5