James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
SEP - 8 2003
MARY L. M. MORAN
CLERK OF COURT

184

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br>Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br>DEPOSITION SUBPOENA *DUCES TECUM*; PROOF AND CERTIFICATION OF SERVICE; CERTIFICATE OF SERVICE <br><br>DATE: SEPTEMBER 23, 2003 <br>TIME: 9:30 a.m. |
| BIOGENESIS PACIFIC, INC., <br><br>Counterclaimant, <br><br>vs. <br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br>Counter-Defendant. | |

ORIGINAL

1

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| BIOGENESIS PACIFIC, INC. | )<br>)<br>) |
| Cross-Claim Defendant. | )<br>) |

TO: **CUSTODIAN OF RECORDS FOR CARLSMITH BALL, LLP** - Suite 401, Bank of Hawaii Building, 134 W. Soledad Avenue, Hagatna, Guam

**YOU ARE HEREBY COMMANDED** to appear and attend as a witness before a notary public, at the law offices of **VERNIER & MAHER, LLP,** 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagatna, Guam 96910, on **Tuesday, the 23rd day of September, 2003 at 9:30 a.m.**, then and there to testify in the above-entitled cause on the part of Defendants, and bring with you the following:

1. Any and all correspondence, faxes, e-mail, memoranda, notes, minutes, letters, timesheets, billings, and documents between you and Carlsmith Ball, LLP, memorializing, arising out of, relating to, and involving Carlsmith Ball, LLP's withdrawal of its representation of RHINO BUILDERS, INC. in the above-entitled lawsuit.

2. Any and all correspondence, faxes, e-mail, memoranda, notes, minutes, letters, timesheets, billings, and documents memorializing, arising out of, relating to, and involving Carlsmith Ball, LLP's communications with American International Group, Inc., American Home Assurance Company and AIG Technical Services, Inc. or an affiliated or related entity, concerning Carlsmith Ball, LLP's withdrawal from its representation of RHINO BUILDERS, INC. in the above-entitled lawsuit.

3. Any and all correspondence, faxes, e-mail, memoranda, notes, minutes, letters, timesheets, billings, and documents memorializing, arising out of, relating to, and involving Carlsmith Ball, LLP's communications with American International Group,

2

Inc., American Home Assurance Company and AIG Technical Services, Inc. or an affiliated or related entity, concerning the filing of RHINO BUILDERS, INC.'s Complaint on March 20, 2002.

4. Any and all correspondence, faxes, e-mail, memoranda, notes, minutes, letters, timesheets, billings, and documents between you and Carlsmith Ball, LLP, memorializing, arising out of, relating to, and involving Carlsmith Ball, LLP's withdrawal from representing RHINO BUILDERS, INC.

For failure to attend or answer as a witness or produce the documents, you may be deemed guilty of contempt of court, and liable to pay all losses and damages sustained by the parties aggrieved.

Dated this 3rd day of September, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

### PROOF AND CERTIFICATION OF SERVICE

I certify that on the 5th day of September, 2003, at about 2:58, P.m., I served a copy of this Deposition Subpoena *Duces Tecum* upon the Lorraine Okada, the CUSTODIAN OF RECORDS of CARLSMITH BALL, LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam, and tendered the statutory amount of fees required. I further certify that I am over the age of 18 years and am not a party to the action.

Meredith S. Mendiola

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before September 8, 2003, I caused to be sent by personal service or by facsimile a copy of the annexed **Deposition Subpoena *Duces Tecum*; Proof and Certification of Service (for the Custodian of Record for Carlsmith Ball, LLP, III)**, to the following parties at their place of business:

Ms. Janalynn M. Cruz
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Ms. Catherine M. Bejerana
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Mr. Antonio L. Cortes
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

Mr. Frederick J. Kerley
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 8th day of September, 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: _____
LOUIE J. YANZA

4