1   James Lawhn
    **OLIVER LAU LAWHN OGAWA & NAKAMURA**
2   707 Richard Street, Suite 600
    Honolulu, Hawaii 96813
3   Telephone No.: (808) 533-3999
    Facsimile No.: (808) 533-0144
4
    Stephen D. Tom
5   **WHITE & TOM**
    820 Mililani Street, Suite 711
6   Honolulu, Hawaii 96813-2972
    Telephone No.: 808 547 5151
7   Facsimile No.: 808 599 4517
8   Louie J. Yanza
    **VERNIER & MAHER, LLP**
9   115 Hesler Place, Ground Floor
    Governor Joseph Flores Building
10  Hagåtña, Guam 96910
    Telephone No.: (671) 477-7059
11  Facsimile No.: (671) 472-5487
12  **Attorney for Defendants AIG TECHNICAL SERVICES, INC. and**
    **AMERICAN HOME ASSURANCE COMPANY**
13
              **UNITED STATES DISTRICT COURT OF GUAM**
14

FILED
DISTRICT COURT OF GUAM

SEP 11 2003

MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) CIVIL CASE NO. 02-00008<br>)<br>) |
| Plaintiff, | ) **NOTICE OF DEPOSITION;** |
| vs. | ) **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, | ) **DATE: SEPTEMBER 26, 2003**<br>) **TIME: 1:30 p.m.**<br>)<br>) |
| Defendants. | ) |
| BIOGENESIS PACIFIC, INC., | ) |
| Counterclaimant, | ) |
| vs. | ) |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) |
| Counter-Defendant. | ) |

1

| AMERICAN HOME ASSURANCE COMPANY | ) |
| | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| | ) |
| Cross-Claim Defendant. | ) |
| | ) |

**TO THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **Thursday, the 26th day of September, 2003, at 1:30 p.m.**, at the law offices of **VERNIER & MAHER, LLP**, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagatna, Guam 96910, Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY in the above-entitled action will take the deposition of **DANA GUTIERREZ**, whose address c/o University of Guam, Legal Counsel, UOG Station, Mangilao, Guam 96913, upon oral examination pursuant to the Federal Rules of Civil Procedures before a Notary Public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend to cross-examine.

Dated this 11th day of September, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

2

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before September 11, 2003, I caused to be sent by personal service or by facsimile a copy of the annexed **Notice of Deposition (Dana Gutierrez); Certificate of Service**, to the following parties at their place of business:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 11th day of September, 2003.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

3