James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2003
MARY L. M. MORAN
CLERK OF COURT

186

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **AMENDED NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE** <br><br> DATE: SEPTEMBER 26, 2003 <br> TIME: 1:30 p.m. |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

1

| | |
|---|---|
| 1 | AMERICAN HOME ASSURANCE ) |
| 2 | COMPANY ) |
| | ) |
| 3 | Cross-Claimant, ) |
| | vs. ) |
| 4 | ) |
| | BIOGENESIS PACIFIC, INC. ) |
| 5 | ) |
| | Cross-Claim ) |
| 6 | Defendant. ) |
| | ) |

TO THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **Friday, the 26th day of September, 2003, at 1:30 p.m.**, at the law offices of **VERNIER & MAHER, LLP**, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagatna, Guam 96910, Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY in the above-entitled action will take the deposition of **DANA GUTIERREZ**, whose address c/o University of Guam, Legal Counsel, UOG Station, Mangilao, Guam 96913, upon oral examination pursuant to the Federal Rules of Civil Procedures before a Notary Public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend to cross-examine.

Dated this 12th day of September, 2003.

VERNIER & MAHER, LLP
Attorneys for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: _____
LOUIE J. YANZA

2

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before September 12, 2003, I caused to be sent by personal service or by facsimile a copy of the annexed **Amended Notice of Deposition (Dana Gutierrez); Certificate of Service**, to the following parties at their place of business:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 12th day of September, 2003.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA