1   James Lawhn
    OLIVER LAU LAWHN OGAWA & NAKAMURA
2   707 Richard Street, Suite 600
    Honolulu, Hawaii  96813
3   Telephone No.:  (808) 533-3999
    Facsimile No.:  (808) 533-0144
4
    Stephen D. Tom
5   WHITE & TOM
    820 Mililani Street, Suite 711
6   Honolulu, Hawaii 96813-2972
    Telephone No.: 808 547 5151
7   Facsimile No.: 808 599 4517

8   Louie J. Yanza
    VERNIER & MAHER, LLP
9   115 Hesler Place, Ground Floor
    Governor Joseph Flores Building
10  Hagåtña, Guam 96910
    Telephone No.: (671) 477-7059
11  Facsimile No.: (671) 472-5487

12  Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
    AMERICAN HOME ASSURANCE COMPANY
13
                UNITED STATES DISTRICT COURT OF GUAM
14
15  UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO. 02-00008
    AND BENEFIT OF RHINO BUILDERS, INC., )
                                          )
16                 Plaintiff,             )
           vs.                            ) CERTIFICATE OF SERVICE
17                                        )
    BIOGENESIS    PACIFIC,    INC.,   AIG )
18  TECHNICAL    SERVICES,    INC.    and )
    AMERICAN     HOME     ASSURANCE       )
19  COMPANY,                              )
                                          )
20                 Defendants.            )
                                          )
21  BIOGENESIS PACIFIC, INC.,             )
                                          )
22                 Counterclaimant,       )
           vs.                            )
23                                        )
    RHINO   BUILDERS,   INC.,   MICHAEL   )
24  O'CONNELL, MICHAEL DANFORTH, AND      )
    JOHN DOES 1-10,                       )
25                                        )
                   Counter-Defendant.     )

                          1

FILED
DISTRICT COURT OF GUAM
SEP 19 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| | ) |
| Cross-Claim Defendant. | ) |
| | ) |
| | ) |

I, LOUIE J. YANZA, hereby certify that on the 19th day of September, 2003, I caused a copy of the foregoing documents:

1. Subpoena in a Civil Case (Custodian of Records, Carlsmith Ball, LLP, Pacific Tower, 1001 Bishop Street, Suite 2200, Honolulu, Hawaii, 96813); and

2. Subpoena in a Civil Case (Carlsmith Ball, LLP, Pacific Tower, 1001 Bishop Street, Suite 2200, Honolulu, Hawaii, 96813).

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

2

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 19th day of September, 2003.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY:
LOUIE J. YANZA

3