James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
SEP 25 2003
MARY L. M. MORAN
CLERK OF COURT

194

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> ──────────────────────────── <br> BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | CIVIL CASE NO. 02-00008 <br><br> DEPOSITION SUBPOENA; PROOF AND CERTIFICATION OF SERVICE; CERTIFICATE OF SERVICE <br><br> DATE: OCTOBER 1, 2003 <br> TIME: 9:00 a.m. |

1

| | |
|---|---|
| 1 | AMERICAN HOME ASSURANCE COMPANY ) |
| 2 | ) |
| 3 | Cross-Claimant, ) vs. ) |
| 4 | BIOGENESIS PACIFIC, INC. ) |
| 5 | Cross-Claim ) Defendant. ) |

TO: DONALD V. CALVO – Employed at CARLSMITH BALL, LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam

**YOU ARE HEREBY COMMANDED** to appear and attend as a witness before a notary public, at the law offices of **VERNIER & MAHER, LLP**, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910, on **Wednesday, the 1st day of October, 2003 at 9:00 a.m.**, then and there to testify in the above-entitled cause on the part of Defendants.

For failure to attend or answer as a witness, you may be deemed guilty of contempt of court, and liable to pay all losses and damages sustained by the parties aggrieved.

Dated this 24th day of September, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**



BY: _____
LOUIE J. YANZA

## PROOF AND CERTIFICATION OF SERVICE

I certify that on the 24th day of September, 2003, at about 2:55 p.m., I served a copy of this Deposition Subpoena upon **DONALD V. CALVO,** at Carlsmith Ball, LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam, and tendered the statutory amount of fees required. I further certify that I am over the age of 18 years and am not a party to the action.

*Meredith S. Mandell* [signature]

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before September 25, 2003, I caused to be sent by personal service or by facsimile a copy of the annexed **Deposition Subpoena; Proof and Certification of Service; Certificate of Service (for Donald V. Calvo)**, to the following parties at their place of business:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 25th day of September, 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: 
LOUIE J. YANZA