ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

**DISTRICT COURT FILED OF GUAM**
**SEP 30 2003**
**MARY L. M. MORAN**
**CLERK OF COURT**
196

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **CERTIFICATE OF MAILING AND SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Antonio L. Cortes, hereby declare and state as follows:

1. That I am an employee of the law office of Antonio L. Cortés, over the age of 18 years and not a party to the above-captioned case;

2. I certify that on September 29, 2003, I served copies of the following document(s): **PLAINTIFF'S RESPONSES TO DEFENDANTS' AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY'S SECOND SET OF INTERROGATORIES**, upon the following counsel of record in this case:

>**Arthur B. Clark, Esq.**
>Calvo & Clark, LLP
>655 South Marine Drive, Suite 202
>Tamuning, Guam 96911
>
>**Frederick J. Kerley, Esq.**
>Reflection Center Building, Suite 202
>222 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>**Catherine Bejerana, Esq.**
>Berman O'Connor & Mann
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910

by depositing them in the United States Mail in properly-addressed, postage-prepaid envelopes.

3. I further certify that I served the same document upon

>**Louie J. Yanza, Esq.**
>Vernier & Maher LLP
>115 Hesler Place, Ground Floor
>Governor Joseph Flores Building
>Hagåtña, Guam 96910

2

by delivering the same to his office at that address.

Executed this 29th day of September 2003.

_____
Antonio L.. Cortes