1 | James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
2 | 707 Richard Street, Suite 600
Honolulu, Hawaii 96813
3 | Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144
4 |
Stephen D. Tom
5 | WHITE & TOM
820 Mililani Street, Suite 711
6 | Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
7 | Facsimile No.: 808 599 4517
8 | Louie J. Yanza
VERNIER & MAHER, LLP
9 | 115 Hesler Place, Ground Floor
Governor Joseph Flores Building
10 | Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
11 | Facsimile No.: (671) 472-5487
12 | Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
OCT 03 2003
MARY L. M. MORAN
CLERK OF COURT

199

13

### UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| 14 UNITED STATES OF AMERICA FOR USE ) AND BENEFIT OF RHINO BUILDERS, INC., ) | CIVIL CASE NO. 02-00008 |
| 15 | )  |
| 16               Plaintiff, ) | |
| 17    vs. ) | **CERTIFICATE OF SERVICE** |
| 18 BIOGENESIS PACIFIC, INC., AIG ) TECHNICAL SERVICES, INC. and ) | |
| 19 AMERICAN HOME ASSURANCE ) COMPANY, ) | |
| 20          Defendants. ) | |
| 21 BIOGENESIS PACIFIC, INC., ) | |
| 22        Counterclaimant, ) | |
| 23    vs. ) | |
| 24 RHINO BUILDERS, INC., MICHAEL ) O'CONNELL, MICHAEL DANFORTH, AND ) | |
| 25 JOHN DOES 1-10, ) | |
|        Counter-Defendant. ) | |

1

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| | ) |
| Cross-Claim Defendant. | ) |
| | ) |

I, LOUIE J. YANZA, hereby certify that on the 3rd day of October, 2003, I caused a copy of the foregoing documents:

1. Subpoena in a Civil Case (Terry E. Thomason, Esq. – Carlsmith Ball, LLP, Pacific Tower, 1001 Bishop Street, Suite 2200, Honolulu, Hawaii, 96813); and

2. Subpoena in a Civil Case (Amy Gail Self, Esq. - 121 Waianuenue Avenue, Hilo, Hawaii, 96720).

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

2

Mr. Frederick J. Kerley
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 3rd day of October, 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: _____
LOUIE J. YANZA

3