BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Counterclaim Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
OCT 06 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO.: 02-00008 |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, | **COUNTER-DEFENDANT MICHAEL DANFORTH'S ANSWER TO SECOND AMENDED COUNTERCLAIM;** ~~CERTIFICATE OF SERVICE~~ |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**COUNTER-DEFENDANT MICHAEL DANFORTH'S
ANSWER TO SECOND AMENDED COUNTERCLAIM**

COMES NOW Counter-Defendant MICHAEL DANFORTH ("DANFORTH"), by and

E:\Jean\Plds\2326.wpd

through his counsel above named, and for answer to the AMENDED ANSWER AND COUNTERCLAIM filed herein on July 30, 2003, admits, denies and alleges as follows:

1. ADMITS Paragraphs 2 and 3 of the Amended Counterclaim.

2. As to Paragraph 6, ADMITS Biogenesis is a Hawaii corporation, but lacks sufficient information to form a belief as to the truth and veracity of the balance of said paragraph, and on that basis DENIES remainder of Paragraph 6.

3. As to Paragraphs 7 and 9, lacks sufficient information to form a belief as to the truth and veracity of said allegations, and on that basis DENIES said allegations.

4. DENIES that Counter Defendant DANFORTH ever acted in an individual capacity, and alleges that MAXX MANAGEMENT CORPORATION, a Nevada corporation, was acting as a consultant for Rhino Builders, Inc.

5. DENIES the allegations set forth in paragraphs 1, 4, 5, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.

6. DENIES each and every allegation of the Amended Counterclaim which not expressly admitted above, and the whole of said Amended Counterclaim.

### FIRST AFFIRMATIVE DEFENSE

7. The Court lacks personal and subject matter jurisdiction over the Counter-Defendant DANFORTH and the claims asserted by Biogenesis.

### SECOND AFFIRMATIVE DEFENSE

8. Counter Plaintiff Biogensis fails to state any claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

9. Counter-Plaintiff Biogenesis lacks standing and capacity to bring the First Cause of Action.

E:\Jean\Plds\2326.wpd

### FOURTH AFFIRMATIVE DEFENSE

10. Counter-Plaintiff Biogenesis lacks standing and capacity to bring the Second Cause of Action.

### SIXTH AFFIRMATIVE DEFENSE

11. Counter-Plaintiff Biogenesis has failed to join necessary parties to this proceeding.

### SEVENTH AFFIRMATIVE DEFENSE

12. The Amended Counterclaim is barred by the doctrines of estoppel, waiver and/or ratification.

### EIGHTH AFFIRMATIVE DEFENSE

13. The action is barred by the doctrine that any communications or acts by this answering Counter-Defendant were privileged.

### REQUEST FOR RELIEF

WHEREFORE, Defendant DANFORTH prays that the Amended Counterclaim be dismissed and that Counter-Plaintiff recover nothing, and that he be awarded his costs and reasonable attorneys fees incurred herein, and for such other and further relief as are just and equitable in the premises.

DATED: Oct 6, 2003 in Hagatna, Guam

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Counter-Defendant *MICHAEL DANFORTH*

BY: *Catherine M. Bejerana*
DANIEL J. BERMAN
CATHERINE M. BEJERANA

E:\Jean\Plds\2326.wpd