```
 1  Arthur B. Clark, Esq.
    Janalynn M. Cruz, Esq.
 2  CALVO AND CLARK, LLP
    Attorneys at Law
 3  655 South Marine Drive, Suite 202
    Tamuning, Guam 96911
 4  Telephone:   (671) 646-9355
    Facsimile:   (671) 646-9403
 5
    Attorneys for Defendant
 6  Biogenesis Pacific, Inc.
```

**FILED**
DISTRICT COURT OF GUAM
OCT 07 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, MICHAEL J. PEREZ, hereby certify that on the 6th day of October, 2003, I served via hand delivery copies of **SUBPOENA FOR GEORGE W. ALLEN AND SUBPOENA FOR FAITH KAUPU** on the following:

| | |
|---|---|
| **Attorney for Counter-Defendant Michael Danforth** | **Attorney for Counter-Defendant Michael O'Connell** |
| Catherine Bejerana, Esq.<br>Berman O'Connor Mann & Shklov<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910 | Frederick J. Kerley, Esq.<br>Reflection Center, Suite 202<br>222 Chalan Santo Papa<br>Hagåtña, Guam 96910 |

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

and via United States Postal Service by placing copies of the above-said documents in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile: 477-1933

with a courtesy copies of the above-said documents sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 7th day of October, 2003.

_____
MICHAEL J. PEREZ