James H. Lawhn
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
Telephone: (808) 533-3999
Facsimile: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813
Telephone: (808) 547-5151
Facsimile: (808) 599-4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
OCT 07 2003
MARY L. M. MORAN
CLERK OF COURT

206

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE** <br><br><br> [Deponent: Terry E. Thomason, Esq.] |

ORIGINAL

| | |
|---|---|
| BIOGENESIS PACIFIC, INC., | ) |
|       Counterclaimant, | ) ) ) |
| vs. | ) ) |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) |
|       Counter-Defendant. | ) ) ) |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) |
|       Cross-Claimant, | ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC., | ) ) |
|       Cross-Claim Defendant. | ) ) ) ) |

3852-10

## NOTICE OF TAKING DEPOSITION
## UPON ORAL EXAMINATION

TO:    JANALYNN M. CRUZ, ESQ.
           Calvo & Clark, LLP
           First Savings & Loan Bldg.
           655 South Marine Drive, Ste. 202
           Tamuning, Guam 96911


           CATHERINE M. BEJERANA, ESQ.
           Berman O'Connor Mann & Shklov
           Bank of Guam Bldg.
           111 Chalan Santo Papa, Ste. 503
           Hagåtña, Guam 96910

2

ANTONIO L. CORTES, ESQ.
Attorney at Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932

FREDERICK J. KERLEY, ESQ.
Reflection Center Building
222 Chalan Santo Papa, Ste. 202
Hagåtña, Guam 96910

PLEASE TAKE NOTICE that on behalf of Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, the following deposition will be taken at the offices of Oliver, Lau, Lawhn, Ogawa & Nakamura, Ocean View Center, 707 Richards Street, Suite 600, Honolulu, Hawaii 96813, on the following date and time:

| NAME | DATE AND TIME |
|---|---|
| TERRY E. THOMASON, ESQ.<br>Carlsmith Ball LLP<br>1001 Bishop Street, Ste. 2200<br>Honolulu, Hawaii 96813 | October 6, 2003<br>at 2:00 PM |

This deposition is being done for the purpose of discovery and perpetuation of testimony.

The deposition of the aforementioned person shall commence as listed above and shall continue from day to day until completed. Said deposition shall be upon oral

3

examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, September 22, 2003.

Of Counsel:
OLIVER, LAU, LAWHN,
    OGAWA & NAKAMURA

JAMES H. LAWHN
Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

3852-10

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following parties at their respective address by depositing same in the United States mail, postage prepaid on September 22, 2003:

JANALYNN M. CRUZ, ESQ.
Calvo & Clark, LLP
First Savings & Loan Bldg.
655 South Marine Drive, Ste. 202
Tamuning, Guam 96911

CATHERINE M. BEJERANA, ESQ.
Berman O'Connor Mann & Shklov
Bank of Guam Bldg.
111 Chalan Santo Papa, Ste. 503
Hagåtña, Guam 96910

ANTONIO L. CORTES, ESQ.
Attorney at Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932

FREDERICK J. KERLEY, ESQ.
Reflection Center Building
222 Chalan Santo Papa, Ste. 202
Hagåtña, Guam 96910

DATED: Honolulu, Hawaii, September 22, 2003.

Of Counsel:
OLIVER, LAU, LAWHN,
    OGAWA & NAKAMURA

JAMES H. LAWHN
Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

2