BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Counterclaim Defendant:
*MICHAEL DANFORTH*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO.: 02-00008 |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | **AMENDED CERTIFICATE OF SERVICE** |

## AMENDED CERTIFICATE OF SERVICE

I, JEANNETTE F. RIVERA, do hereby certify that on October 6, 2003, I caused to be served by hand-delivery the Counter-Defendant Michael Danforth's Answer to Amended Counterclaim, to the following:

E:\Jean\Plds\2339.wpd

Janalynn M. Cruz, Esq.
CALVO & CLARK LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Louie Yanza, Esq.
McKEOWN VERNIER PRICE MAHER
155 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

Frederick J. Kerley, Esq.
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

I further certify that on October 8, 2003, I caused to be served by U.S. mail the Counter-Defendant Michael Danforth's Answer to Amended Counterclaim, to the following:

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233, Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

By: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\2339.wpd