1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone: (671) 646-9355
   Facsimile: (671) 646-9403
5
   Attorneys for Counter-Plaintiff
6  BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 10 2003
MARY L. M. MORAN
CLERK OF COURT

208

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br><br> **NOTICE OF CONTINUED DEPOSITION OF COUNTER-DEFENDANT MICHAEL O'CONNELL** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

TO: COUNTER-DEFENDANT MICHAEL O'CONNELL AND HIS ATTORNEY OF RECORD, FREDERICK J. KERLEY, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Counter-Plaintiff BIOGENESIS PACIFIC INC. will |
| 2 | take the deposition upon oral examination of Michael O'Connell, whose address is 87-1610 Ulehawa |
| 3 | Road, Waianae, Hawaii 96792. Said deposition will take place on October 17, 2002, beginning at |
| 4 | 9:00 a.m. (Hawaii Time), at the Offices of Ralph Rosenberg Court Reporters, Inc., 1001 Bishop St., |
| 5 | 2460 Pacific Tower, Honolulu, Hawaii 96813. The deposition will be taken by a notary public or |
| 6 | other person authorized by law to administer oaths. The oral examination will continue from day to |
| 7 | day until completed. |
| 8 | This continued deposition is noticed pursuant to Rule 30 of the Federal Rules of Civil |
| 9 | Procedure and the Scheduling Order dated June 4, 2003. |
| 10 | **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 30(b)(2) of the Federal |
| 11 | Rules of Civil Procedure, BioGenesis Pacific, Inc. intends to record testimony at the deposition by |
| 12 | stenographic means. |
| 13 | **DATED** this 26th day of September, 2003. |
| 14 | CALVO AND CLARK, LLP<br>Attorneys At Law |
| 15 | Attorneys for Counter-Plaintiff<br>BioGenesis Pacific, Inc. |
| 16 | |
| 17 | By: _____ |
| 18 | ANALYNN M. CRUZ |