1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:  (671) 646-9355
   Facsimile:  (671) 646-9403
5
   Attorneys for Defendant
6  BioGenesis Pacific, Inc.

7
                    IN THE DISTRICT COURT OF GUAM
8
9  UNITED STATES OF AMERICA FOR USE  )  CIVIL CASE NO. 02-00008
   AND BENEFIT OF RHINO BUILDERS, INC., )
                                     )
10              Plaintiff,           )
        vs.                          )
11                                   )  **NOTICE OF DEPOSITION OF**
   BIOGENESIS PACIFIC, INC.,         )  **FAITH KAUPU**
12 AIG TECHNICAL SERVICES, INC., and )
   AMERICAN HOME ASSURANCE           )
13 COMPANY                           )
                Defendants.          )
14 _____
                                     )
15 BIOGENESIS PACIFIC INC.,          )
                                     )
16         Counter-Plaintiff,        )
                                     )
17      vs.                          )
                                     )
18 RHINO BUILDERS, INC., MICHAEL     )
   O'CONNELL, MICHAEL DANFORTH,      )
19 AND JOHN DOES 1-10,               )
                                     )
20         Counter-Defendants.       )
   _____
21 AMERICAN HOME ASSURANCE           )
   COMPANY,                          )
22                                   )
           Cross-Claimant,           )
23                                   )
        vs.                          )
24                                   )
   BIOGENESIS PACIFIC INC.,          )
25                                   )
           Cross-Claim Defendant.    )
26 _____

27 TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

28

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Defendant BIOGENESIS PACIFIC INC. will take the deposition upon oral examination of Faith Kaupu, whose address is 861 Maniniholo Street, Honolulu, Hawaii 96825. Said deposition will take place on October 14, 2003, beginning at 9:00 a.m. (Hawaii time), at the Offices of Ralph Rosenberg Court Reporters, Inc., 1001 Bishop St., 2460 Pacific Tower, Honolulu, Hawaii 96813. The deposition will be taken by a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed. |

   **PLEASE TAKE NOTICE** that Defendant BIOGENESIS PACIFIC INC. will take the deposition upon oral examination of Faith Kaupu, whose address is 861 Maniniholo Street, Honolulu, Hawaii 96825. Said deposition will take place on October 14, 2003, beginning at 9:00 a.m. (Hawaii time), at the Offices of Ralph Rosenberg Court Reporters, Inc., 1001 Bishop St., 2460 Pacific Tower, Honolulu, Hawaii 96813. The deposition will be taken by a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed.

   A subpoena in the form attached as Exhibit "A" will be served upon the deponent. This deposition is noticed pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and the Scheduling Order dated June 4, 2003.

   **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 30(b)(2) of the Federal Rules of Civil Procedure, BioGenesis Pacific, Inc. intends to record testimony at the deposition by stenographic means.

   **DATED** this 26th day of September, 2003.

   CALVO AND CLARK, LLP
   Attorneys At Law
   Attorneys for Counter-Plaintiff
   BioGenesis Pacific, Inc.

   By: _____
       JANALYNN M. CRUZ

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA FOR USE AND
BENEFIT OF RHINO BUILDERS, INC.

**SUBPOENA IN A CIVIL CASE**

V.

BIOGENESIS PACIFIC INC., AIG TECHNICAL
SERVICES, INC. AND AMERICAN HOME
ASSURANCE COMPANY

Case Number: Civil Case No. 02-00008
District Court of Guam

TO: FAITH KAUPU
861 Maniniholo Street
Honolulu, HI 96825

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Offices of Ralph Rosenberg Court Reporters, Inc., 1001 Bishop St., 2460 Pacific Tower, Honolulu, Hawaii 96813 | October 14, 2003, 9:00a.m |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Janalynn M. Cruz, Attorney for Defendant BioGenesis /s/ Janalynn Cruz | 9/26/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Calvo and Clark, LLP, 655 South Marine Drive, Suite 202, Tamuning, Guam 96913

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

**EXHIBIT "A"**

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.