1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:  (671) 646-9355
   Facsimile:  (671) 646-9403
5
   Attorneys for Defendant
6  Biogenesis Pacific, Inc.

7           DISTRICT COURT OF GUAM

8              TERRITORY OF GUAM

9
10 UNITED STATES OF AMERICA FOR USE  )  CIVIL CASE NO. 02-00008
   AND BENEFIT OF RHINO BUILDERS, INC., )
11                                    )
              Plaintiff,               )
12     vs.                             )  **CERTIFICATE OF SERVICE**
                                       )
13 BIOGENESIS PACIFIC, INC.,           )
   AIG TECHNICAL SERVICES, INC., and   )
14 AMERICAN HOME ASSURANCE             )
   COMPANY                             )
15            Defendants.              )
   _____)
16                                    )
   BIOGENESIS PACIFIC INC.,            )
17                                    )
              Counter-Plaintiff,       )
18                                    )
       vs.                             )
19                                    )
   RHINO BUILDERS, INC., MICHAEL       )
20 O'CONNELL, MICHAEL DANFORTH,        )
   AND JOHN DOES 1-10,                 )
21                                    )
              Counter-Defendants.      )
   _____)
22 AMERICAN HOME ASSURANCE             )
   COMPANY,                            )
23                                    )
              Cross-Claimant,          )
24                                    )
       vs.                             )
25                                    )
   BIOGENESIS PACIFIC INC.,            )
26                                    )
              Cross-Claim Defendant.   )
27 _____)

28

**ORIGINAL**

I, KENNETH J. CAMACHO, hereby certify that on the 26th day of September, 2003 I served copies of the following documents:

1. **NOTICE OF DEPOSITION OF FAITH KAUPU**
2. **NOTICE OF DEPOSITION OF GEORGE W. ALLEN**
3. **NOTICE OF CONTINUED DEPOSITION OF COUNTER-DEFENDANT MICHAEL O'CONNELL**
4. **NOTICE OF CONTINUED DEPOSITION PURSUANT TO RULE 30(b)(6) (RHINO BUILDERS INC.)**

via hand delivery on the following:

| | |
|---|---|
| **Attorney for Michael Danforth** | **Attorneys for AIG Technical Services, Inc. and American Home Assurance Company** |
| Catherine Bejerana, Esq.<br>Berman O'Connor Mann & Shklov<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910 | Louie Yanza, Esq.<br>Vernier & Maher<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910 |

**Attorney for Michael O'Connell**

Frederick J. Kerley, Esq.
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

and via United States Postal Service by placing copies of the above-said documents in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile:    477-1933

with a courtesy copies of the above-said documents sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 27th day of September, 2003.

KENNETH J. CAMACHO

CIVIL CASE NO. 02-00008
T030926.327-0001.CT (COS - Ntc of Depos).wpd

2