Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 10 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **AMENDED NOTICE OF DEPOSITION OF FAITH KAUPU** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

ORIGINAL

1    **PLEASE TAKE NOTICE** that Defendant BIOGENESIS PACIFIC INC. will take the
2    deposition upon oral examination of Faith Kaupu, whose address is 861 Maniniholo Street, Honolulu,
3    Hawaii 96825. Said deposition will take place on October 16, 2003, beginning at 1:00 p.m. (Hawaii
4    time), at the Law Offices of the White & Tom, 820 Mililani Street, Suite 711, Honolulu, Hawaii 96813.
5    The deposition will be taken by a notary public or other person authorized by law to administer oaths.
6    The oral examination will continue from day to day until completed.
7    **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 30(b)(2) of the Federal
8    Rules of Civil Procedure, BioGenesis Pacific, Inc. intends to record testimony at the deposition by
9    stenographic means.
10   **DATED** this 9th day of October, 2003.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Counter-Plaintiff
BioGenesis Pacific, Inc.

By: _____
    VANALYNN M. CRUZ

NOTICE OF DEPOSITION OF FAITH KAUPU
B031009.327-0001.CT (F. Kaupu Amended Depo).wpd                                                    2