Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 10 2003
MARY L. M. MORAN
CLERK OF COURT

214

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY<br><br>Defendants.<br><br>BIOGENESIS PACIFIC INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendants.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC INC.,<br><br>Cross-Claim Defendant. | CIVIL CASE NO. 02-00008<br><br><br>**CERTIFICATE OF SERVICE** |

**ORIGINAL**

I, ALANA MENO, hereby certify that on the 9th day of October, 2003, I served via United States Postal Service by placing a copy of the **AMENDED NOTICE OF FAITH KAUPU** in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile:     477-1933

with a courtesy copies of the above-said documents sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 10th day of October, 2003.

_____
ALANA MENO