Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:  (671) 646-9355
Facsimile:   (671) 646-9403

Attorneys for Defendant BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

215

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DEPOSITIONS** <br> [No hearing requested] |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

MOTION FOR ENLARGEMENT OF TIME
TO CONDUCT DEPOSITIONS
[No hearing requested]
CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Motion to Enlarge Time).wpd

ORIGINAL

1

Case 1:02-cv-00008   Document 218   Filed 10/16/2003   Page 1 of 3

COMES NOW Defendant Biogenesis Pacific, Inc. ("Biogenesis"), by and through its counsel of record Calvo and Clark, LLP, and requests pursuant to Fed. R. Civ. Proc. 16(b) and Local Rule 16.5 that the Court modify the Revised Scheduling Order and Discovery Plan for good cause shown. This motion is also supported by the declaration of Janalynn M. Cruz filed herewith.

1. Federal Rules of Civil Procedure Rules 16(b) allows for the modification of the scheduling order upon a showing of good cause and by leave of court. Local Rule 16.5 also allows for the extension of deadlines fixed in the scheduling order "upon a good cause finding by the Court." Local Rule 16.5 further provides that "the deadline for completion of all discovery will not be extended unless there has been active discovery. Delayed discovery will not justify an extension of discovery deadlines."

2. Good cause is likely to be found "when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party." Moore's Federal Practice, § 16.14[1][b] (Matthew Bender 3d ed. 2002).

3. BioGenesis has been diligent in preparing this case for trial. Extensive discovery has taken place and the parties' depositions have been taken. *See* Declaration of Janalynn M. Cruz ("Cruz Decl."), filed herewith.

4. The Scheduling Order dated June 4, 2003 permits the continued depositions of Michael O'Connell and Eugene O'Connell. On September 26, 2003 BioGenesis served notice to take the deposition of Michael O'Connell and Rhino Builders, Inc. on October 17, 2003. The Notice provided the party-deponents with the 21-day notice required by the June 4, 2003 Scheduling Order. Notwithstanding this motion, unless the Court enlarges the time to conduct Messers O'Connell's depositions BioGenesis is prepared to take Messers. O'Connell's depositions on October 17, 2003 as currently scheduled.

5. On October 8, 2003, counsel for BPI spoke with counsel for Rhino, Antonio Cortes, who was off-island at that time. Mr. Cortes advised the undersigned that he would instruct Messers. Michael and Eugene O'Connell not appear at the depositions scheduled for October 17, 2003

MOTION FOR ENLARGEMENT OF TIME
TO CONDUCT DEPOSITIONS
[No hearing requested]
CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Motion to Enlarge Time).wpd

2

Case 1:02-cv-00008    Document 218    Filed 10/16/2003    Page 2 of 3

because Mr. Cortes would be traveling back to Guam. Mr. Cortes has further advised the undersigned counsel that he may have an objection to the further depositions of Messers. O'Connell.

6. BioGenesis is requesting that the Court enlarge the time to conduct the continued depositions in order to accommodate Mr. Cortes' travel schedule. Upon Mr. Cortes' return to Guam, it is anticipated that the parties will meet and confer to discuss the scheduling of the continued depositions of Messers. O'Connell. Accordingly, BioGenesis requests a thirty day enlargement of time to November 17, 2003, to conduct the depositions of Messers. O'Connell.

WHEREFORE, Biogenesis prays that:

1. The Court enter an order modifying the scheduling order and discovery plan to allow the continued depositions of Michael O'Connell and Eugene O'Connell after the current deposition cut-off date;

2. The Court grant such other and further relief as is appropriate.

Dated this 16th day of October, 2003.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant
Biogenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ

MOTION FOR ENLARGEMENT OF TIME
TO CONDUCT DEPOSITIONS
[No hearing requested]
CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Motion to Enlarge Time).wpd

3

Case 1:02-cv-00008    Document 218    Filed 10/16/2003    Page 3 of 3