Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:   (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for Defendant BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF JANALYNN M. CRUZ IN SUPPORT OF DEFENDANT BIOGENESIS PACIFIC, INC.'S MOTION TO ENLARGE TIME TO CONDUCT DEPOSITIONS** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

DECLARATION OF JANALYNN M. CRUZ IN SUPPORT OF
DEFENDANT BIOGENESIS PACIFIC, INC.'S MOTION TO
ENLARGE TIME TO CONDUCT DEPOSITIONS
CIVIL CASE NO. 02-00008
B031016.327-0001.CT (JMC Decl re Enlarge Time).wpd

ORIGINAL

1

Case 1:02-cv-00008   Document 219   Filed 10/16/2003   Page 1 of 5

I, JANALYNN M. CRUZ, do declare as follows:

1. I am an attorney duly licensed to practice in Guam and before this Court, an associate of the law firm of Calvo and Clark, LLP, and counsel for BioGenesis Pacific, Inc.

2. Discovery has been initiated in this action. A complete list of all discovery that has been exchanged, as well as the depositions that have been conducted since June 2003 are set forth in Exhibit "A."

3. The Scheduling Order dated June 4, 2003 allows for the continued depositions of Michael O'Connell and Eugene O'Connell.

4. Notice of the depositions of Michael O'Connell and Plaintiff were served on all parties on September 26, 2003.

5. Upon information and belief, Mr. Cortes has been off-island since October 6, 2003 and will not return to Guam until after October 17, 2003.

6. On October 8, 2003 I spoke with Mr. Antonio Cortes, counsel for Plaintiff. He advised me that he would be flying on the date of the scheduled depositions and as such he would instruct Messers. O'Connell not to appear for the depositions. During our conversation I attempted to work out a new date with Mr. Cortes, however Mr. Cortes would not commit to a later date. We agreed that we would discuss the matter further upon his return to his office on October 20, 2003. Mr. Cortes also advised me that he objected to the continued depositions, despite the Court's June 4, 2003 Scheduling Order.

//
//
//
//
//
//
//
//
//

**DECLARATION OF JANALYNN M. CRUZ IN SUPPORT OF**
**DEFENDANT BIOGENESIS PACIFIC, INC.'S MOTION TO**
**ENLARGE TIME TO CONDUCT DEPOSITIONS**
CIVIL CASE NO. 02-00008
B031016.327-0001.CT (JMC Decl re Enlarge Time).wpd

2

1         7.     I cannot obtain Plaintiff's stipulation to the continuance of the deadline to conduct depositions since counsel for Plaintiff is currently off-island and will not be returning to Guam until after October 17, 2003.

        I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

        Executed this 16th day of October, 2003, in Tamuning, Guam.

CALVO AND CLARK, LLP  
Attorneys at Law  
Attorneys for Defendant  
Biogenesis Pacific, Inc.

By: _____  
     JANALYNN M. CRUZ

**DECLARATION OF JANALYNN M. CRUZ IN SUPPORT OF DEFENDANT BIOGENESIS PACIFIC, INC.'S MOTION TO ENLARGE TIME TO CONDUCT DEPOSITIONS**  
CIVIL CASE NO. 02-00008  
B031016.327-0001.CT (JMC Decl re Enlarge Time).wpd     3

Case 1:02-cv-00008    Document 219    Filed 10/16/2003    Page 3 of 5

# EXHIBIT "A"

1. Plaintiff's First Requests for Admission from AIG Technical Services, Inc.

2. Plaintiff's Second Request for Production of Documents to Defendants American Home Assurance Co. & AIG Technical Services, Inc.

3. Plaintiff's Second Set of Interrogatories to AIG Technical Services, Inc.

4. Plaintiff's Second Set of Interrogatories to American Home Assurance Co.

5. Defendants AIG Technical Services, Inc. And American Home Assurance Company's Second Request for Production of Documents to Plaintiff Rhino Builders, Inc.

6. Deposition of Richard Avilla

7. Deposition of Alfred Garthe III

8. Defendants AIG Technical Service, Inc. and American Home Assurance Company's Second Set of Interrogatories to Plaintiff Rhino Builders, Inc.

9. Deposition of Carlsmith Ball, LLP (Guam) pursuant to Rule 30(b)(6)

10. Deposition of Custodian of Records of Carlsmith Ball, LLP (Guam)

11. Deposition of Carlsmith Ball, LLP (Hawaii) pursuant to Rule 30(b)(6)

12. Deposition of Custodian of Records of Carlsmith Ball, LLP (Hawaii)

13. Deposition of Dana Gutierrez

14. Cross-Claim Defendant Biogenesis Pacific, Inc.'s First Request for Production of Documents Propounded on AIG Technical Services, Inc.

15. Cross-Claim Defendant Biogenesis pacific, Inc.'s First Request for Production of Documents Propounded on Cross-Claim Plaintiff American Home Assurance Company

16. Cross-Claim Defendant Biogenesis Pacific, Inc.'s First Set of Interrogatories Propounded Upon Cross-Claim Plaintiff American Home Assurance Company

17. Cross-Claim Defendant Biogenesis Pacific, Inc.'s First Set of Interrogatories Propounded Upon AIG Technical Services, Inc.

1

18. Deposition of Donald V. Calvo

19. Deposition of Terry E. Thomason

20. Deposition of Amy Gail Self

21. Deposition of George W. Allen

22. Deposition of Faith Kaupu to take place October 16, 2003 (Hawaii Time)