| | |
|---|---|
| 1 | Arthur B. Clark, Esq.<br>Janalynn M. Cruz, Esq. |
| 2 | CALVO AND CLARK, LLP<br>Attorneys at Law |
| 3 | 655 South Marine Drive, Suite 202<br>Tamuning, Guam 96911 |
| 4 | Telephone: (671) 646-9355<br>Facsimile: (671) 646-9403 |

FILED
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant
Biogenesis Pacific, Inc.

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) CIVIL CASE NO. 02-00008 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | ) |
| Defendants. | ) |
| BIOGENESIS PACIFIC INC., | ) |
| Counter-Plaintiff, | ) |
| vs. | ) |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) |
| Counter-Defendants. | ) |
| AMERICAN HOME ASSURANCE COMPANY, | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| BIOGENESIS PACIFIC INC., | ) |
| Cross-Claim Defendant. | ) |

I, MICHAEL J. PEREZ, hereby certify that on the 16th day of October, 2003, I served via hand delivery copies of **(i) Motion for Enlargement of Time to Conduct Depositions; (ii) Declaration of Janalynn M. Cruz in Support of Defendant BioGenesis Pacific, Inc.'s Motion to Enlarge Time to Conduct Depositions; and (iii) [Proposed] Order** on the following:

**Attorney for Counter-Defendant Michael Danforth**

Catherine Bejerana, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorney for Counter-Defendant Michael O'Connell**

Frederick J. Kerley, Esq.
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

Dated this 16th day of October, 2003.

MICHAEL J. PEREZ