| | |
|---|---|
| 1 | Arthur B. Clark, Esq. |
|   | Janalynn M. Cruz, Esq. |
| 2 | CALVO AND CLARK, LLP |
|   | Attorneys at Law |
| 3 | 655 South Marine Drive, Suite 202 |
|   | Tamuning, Guam 96911 |
| 4 | Telephone: (671) 646-9355 |
|   | Facsimile: (671) 646-9403 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | Biogenesis Pacific, Inc. |

FILED
DISTRICT COURT OF GUAM
OCT 17 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | |
| Defendants. | |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC INC., | |
| Cross-Claim Defendant. | |

CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Certificate of Service - AM).wpd

**ORIGINAL**

1

I, ALANA MENO, hereby certify that on the 16th day of October, 2003, I served via United States Postal Service by placing a copy of the **Stipulation and Order** dated October 16, 2003 in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile: 477-1933

with a courtesy copy of the above-said documents sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 17th day of October, 2003.

_____
ALANA MENO