| | |
|---|---|
| 1 | Arthur B. Clark, Esq.<br>Janalynn M. Cruz, Esq. |
| 2 | CALVO AND CLARK, LLP<br>Attorneys at Law |
| 3 | 655 South Marine Drive, Suite 202<br>Tamuning, Guam 96911 |
| 4 | Telephone: (671) 646-9355<br>Facsimile: (671) 646-9403 |
| 5 | |
| 6 | Attorneys for Defendant<br>Biogenesis Pacific, Inc. |

FILED
DISTRICT COURT OF GUAM
OCT 17 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) ) ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | ) ) ) ) | |
| Defendants. | ) | |
| BIOGENESIS PACIFIC INC., | ) | |
| Counter-Plaintiff, | ) ) | |
| vs. | ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) | |
| Counter-Defendants. | ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) | |
| BIOGENESIS PACIFIC INC., | ) | |
| Cross-Claim Defendant. | ) ) | |

CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Certificate of Service - MJP)2.wpd

1

ORIGINAL

I, MICHAEL J. PEREZ, hereby certify that on the 16th day of October, 2003, I served via hand delivery copies of **Stipulation and Order** on the following:

| | |
|---|---|
| **Attorney for Counter-Defendant**<br>**Michael Danforth**<br><br>Catherine Bejerana, Esq.<br>Berman O'Connor Mann & Shklov<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910 | **Attorney for Counter-Defendant**<br>**Michael O'Connell**<br><br>Frederick J. Kerley, Esq.<br>Reflection Center, Suite 202<br>222 Chalan Santo Papa<br>Hagåtña, Guam 96910 |

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

Dated this _16th_ day of October, 2003.

_____
MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Certificate of Service - MJP)2.wpd

2

Case 1:02-cv-00008    Document 223    Filed 10/17/2003    Page 2 of 2