James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**FILED DISTRICT COURT OF GUAM OCT 28 2003 MARY L. M. MORAN CLERK OF COURT**

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> STIPULATION AND ORDER TO BIFURCATE TRIAL AS TO DEFENDANTS AIG TECHNICAL SERVICES INC. AND AMERICAN HOME ASSURANCE COMPANY'S CROSS-CLAIM AGAINST BIOGENESIS PACIFIC, INC. |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the parties hereto, and their respective counsel, hereby stipulate and agree to bifurcate the Plaintiff RHINO BUILDERS, INC.'s claims, as alleged in its Second Amended Complaint, from the indemnity cross-claim ("cross-claim") of Defendants AMERICAN HOME ASSURANCE COMPANY and AIG TECHNCIAL SERIVCES, INC. ("AMERICAN HOME") against BIOGENESIS PACIFIC, INC. ("BIOGENESIS"), and that:

1. The deadlines, hearing and trial dates set forth below shall apply only to AMERICAN HOME, AIGTS and BIOGENESIS.

2. The deadlines, hearing and trial dates set forth in the June 4, 2003 Revised Scheduling Order and Discovery Plan shall remain in full force and effect as to all other parties, unless otherwise amended by the Court.

3. Trial for the Plaintiff's underlying Miller Act claims will proceed as scheduled for **March 2, 2004 at 9:00 a.m.**

4. The parties involved with the cross-claim are AMERICAN HOME, AIGTS and BIOGENESIS. Said parties may make requests for additional discovery forthwith, with all written discovery to be served no later than **March 30, 2004.**

5. The scheduling conference has already taken place.

2

6. The discovery cut-off date for indemnity discovery shall be **April 30, 2004**.
7. All discovery motions shall be filed on or before **April 30, 2004** and heard on or before **June 1, 2004 at 10:30 a.m.**
8. Summary judgment motions are likely.
9. All dispositive motions shall be filed on or before **May 31, 2004** and heard on or before **June 25, 2004 at 10:30 a.m.**
10. The prospects for settlement between Defendants AIGTS and AMERICAN HOME and BIOGENESIS are unknown.
11. The Preliminary Pretrial Conference shall be held on **July 6, 2004 at 3:00 p.m.**
12. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **July 13, 2004**.
13. The Proposed Pretrial Order shall be filed on or before **July 13, 2004**.
14. The Final Pretrial Conference shall be held J~~uly~~ 20, 2004 at 3:00 p.m.
15. The Trial in this matter shall be held on **July ~~27~~, 2004 at 9:30 a.m.**
16. The trial is not a jury trial.
17. It is anticipated that it will take two (2) days to try this case.
18. The names of the counsel who will try the indemnity claim are:
    a. Arthur B. Clark, Esq. and Janalynn M. Cruz, Esq.
    b. Louie J. Yanza, Esq., James Lawhn, Esq. and Stephen D. Tom, Esq.
19. All parties wish to submit the case to a settlement conference.
20. The parties present the following suggestions for shortening trial:
    a. Joint submission of Exhibits.

3

b. Stipulations regarding admissibility and authenticity of exhibits.

c. A limited number of stipulated facts.

**STIPULATED AND AGREED:**

**VERNIER & MAHER, LLP**
Attorneys for Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY

By: _____
Louie J. Yanza

Dated: 10/27/03

**CALVO & CLARK, LLP**
Attorneys for Defendant
BIOGENESIS PACIFIC, INC.

By: _____
Janalynn M. Cruz, Esq.

Dated: 10/24/03

**BERMAN O'CONNOR MANN & SKHLOV**
Attorneys for Counter-Defendant
MICHAEL DANFORTH

By: _____
Catherine M. Bejerana, Esq.

Dated: 10/23/03

**SO ORDERED.**

DATED: OCT 2 8 2003

**LAW OFFICE OF ANTONIO L. CORTES**
Attorneys for Plaintiff
RHINO BUILDERS, INC.

By: _____
Antonio L. Cortes, Esq.

Dated: 10/23/03

**LAW OFFICES OF FREDERICK J. KERLEY**
Attorneys for Counter-Defendant
MICHAEL O'CONNELL

By: _____
Frederick J. Kerley, Esq.

Dated: 10/24/03

_____
HONORABLE JOHN S. UNPINGCO
JUDGE, U.S. DISTRICT COURT OF GUAM

RECEIVED
OCT 27 2003
DISTRICT COURT OF GUAM