James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> **AGREEMENT TO HEARING DATE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

1

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) ) |
| Cross-Claim Defendant. | ) ) ) |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Louie J. Yanza, am local counsel for Defendants AMERICAN HOME ASSURANCE COMPANY and AIG TECHNICAL SERVICES, INC. in the above-captioned case.

2. I contacted the attorneys for the parties in this action to agree upon a hearing date for oral argument of my Motion to Compel.

3. The attorneys for the parties in this action are as follows:

   a. Antonio L. Cortes, Esq., attorney for Plaintiff RHINO BUILDERS, INC.;

   b. Arthur B. Clark Esq. and Janalynn M. Cruz, Esq., attorneys for Defendant/Cross-Claim Defendant BIOGENESIS PACIFIC, INC.;

   c. Catherine M. Bejerana, Esq., attorney for Counter-Defendant MICHAEL DANFORTH; and

   d. Frederick J. Kerley, Esq., attorney for Counter-Defendant MICHAEL O'CONNEL.

4. The parties agreed upon the following date: **November 21, 2003 at 10:00 o'clock a.m.**

//

//

5. I contacted the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this 28th day of October, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AMERICAN HOME ASSURANCE COMPANY and AIG TECHNICAL SERVICES, INC.**

By: _____
LOUIE J. YANZA