James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>　　　　　Plaintiff,<br>　　　vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　Defendants. | CIVIL CASE NO. 02-00008<br><br>CERTIFICATE OF SERVICE |
| BIOGENESIS PACIFIC, INC.,<br><br>　　　　　Counterclaimant,<br>　　　vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>　　　　　Counter-Defendant. | |

FILED
DISTRICT COURT OF GUAM
OCT 29 2003
MARY L. M. MORAN
CLERK OF COURT

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| BIOGENESIS PACIFIC, INC. | )<br>)<br>) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 29th day of October, 2003, I caused a copy of the foregoing documents:

1. FRCP Rule 37(a)(2) Certificate of Compliance;

2. Agreement to Hearing Date;

3. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion to Compel Responses to Second Request for Production of Documents and for Disclosure of Certain Privileged Information; Memorandum of Points and Authorities;

4. Declaration of Louie J. Yanza in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion to Compel Responses to Second Request for Production of Documents and for Disclosure of Certain Privileged Informations.

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

//

| | |
|---|---|
| 1 | **Ms. Catherine M. Bejerana** |
| 2 | BERMAN O'CONNOR MANN & SHKLOV |
|   | Suite 503, Bank of Guam Building |
|   | 111 Chalan Santo Papa |
| 3 | Hagåtña, Guam 96910 |
| 4 | |
|   | **Mr. Antonio L. Cortes** |
| 5 | Attorney At Law |
|   | 233 Julale Center |
| 6 | 424 West O'Brien Drive |
|   | Post Office Box BV |
| 7 | Hagåtña, Guam 96932-8973 |
| 8 | **Mr. Frederick J. Kerley** |
|   | Reflection Center Building, Suite 202 |
| 9 | 222 Chalan Santo Papa |
|   | Hagåtña, Guam 96910 |

Executed this 29th day of October, 2003.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA