ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **MOTION TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR DISCOVERY MOTIONS BY FOUR (4) DAYS** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") most respectfully presents the following points and authorities supporting its motion to amend the Scheduling Order to extend, for four (4) days, the time for the parties to file discovery motions, as follows:

1. There is a significant chance that the requested extension will not affect any upcoming dates on the scheduling order because the parties are very close to resolving issues that would remove the need for at least two, and possibly four, motions to compel discovery. In any case, because the requested extension is for only four (4) days, any necessary adjustments should be minimal.

2. Plaintiff's counsel has been diligent in preparing motions to compel discovery against Biogenesis Pacific, Inc. ("BPI") and against AIG Technical Services and American Home Assurance Company ("the Sureties"), and has also been diligent and cooperative in working with opposing counsel to resolve all remaining discovery issues without Court supervision.

3. Plaintiff's counsel believes that, if this motion is granted, discovery issues between BPI and Plaintiff will be resolved without the need for Court supervision, and in a manner that would include withdrawal of one pending motion. Plaintiff also believes that, if this motion is granted, discovery issues between the Sureties and Plaintiff may also be resolved.

4.  The granting of this motion will not involve significant prejudice to any party because it changes only one deadline, and changes that deadline by only four (4) days. The granting of this motion will most likely further the interests of justice and judicial economy by making at least two discovery motions unnecessary, and by allowing the parties to resolve discovery issues in a manner that best suits their needs.

5.  Counsel for BPI and counsel for Michael O'Connell have indicated that BPI and Mr. O'Connell do not oppose this motion.

For the foregoing reasons, Plaintiff Rhino Builders Inc. most respectfully moves this honorable Court to amend the Scheduling Order to extend, for four (4) days, the time for the parties to file discovery motions.

Respectfully submitted this 10th day of November 2003.

_____
Antonio L. Cortes, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.