James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
NOV 12 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> CERTIFICATE OF SERVICE |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| BIOGENESIS PACIFIC, INC. | )<br>) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 12th day of November, 2003, I caused a copy of the foregoing documents:

1. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Plaintiff's Motion to Amend Scheduling Order to Extend Time for Discovery Motions by Four (4) Days; and

2. Declaration of Louie J. Yanza in support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Plaintiff's Motion to Amend Scheduling Order to Extend Time for Discovery Motions by Four (4) Days.

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

//

| | |
|---|---|
| 1 | **Mr. Antonio L. Cortes** |
| 2 | Attorney At Law |
| | 233 Julale Center |
| | 424 West O'Brien Drive |
| 3 | Post Office Box BV |
| | Hagåtña, Guam 96932-8973 |
| 4 | |
| 5 | **Mr. Frederick J. Kerley** |
| | Reflection Center Building, Suite 202 |
| | 222 Chalan Santo Papa |
| 6 | Hagåtña, Guam 96910 |

1
2
3
4
5
6
7
8   Executed this 12th day of November, 2003.
9
                            **VERNIER & MAHER, LLP**
                            Attorney for Defendants
10                          **AIG TECHNICAL SERVICES, INC. and**
                            **AMERICAN HOME ASSURANCE COMPANY**
11
12
13  BY: _____
            LOUIE J. YANZA
14
15
16
17
18
19
20
21
22
23
24
25

3