ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **MOTION FOR ORDER SHORTENING BRIEFING SCHEDULE** <br> **[No Hearing Requested]** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

ORIGINAL

Pursuant to 7.1(k), Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") most respectfully moves to this honorable Court for an order shortening the time to file any opposition or reply papers to Plaintiff's Motion to Amend Scheduling Order to Extend Time for Discovery Motions by Four (4) Days filed November 10, 2003, as follows:

1. An accelerated briefing schedule could allow the motion to extend the time for discovery motions to be decided in advance of any discovery motions that may be filed, as allowed by that motion, between November 10, 2003 and November 14, 2003.

2. Plaintiff may file one such motion, and American Home Assurance Company may file such a motion.

3. Pursuant to the June 4, 2003 Scheduling Order, motions to compel discovery are to be heard on December 5, 2003, or earlier. Any additional motions to compel discovery filed by November 14, 2003 could thus be timely heard on that December 5, 2003 date. Local Rule 7.1(b). However, should a motion to compel be filed this week, Plaintiff believes it would be more convenient for the Court and parties to have the underlying Motion to Amend Scheduling Order to Extend Time to File Discovery Motions for Four (4) Days decided as early as possible in the briefing schedule for such motions. This is because, on the normal briefing schedule set by Local Rule 7.1(d)(2), the underlying motion to extend would not be

decided, at the earliest, until December 1, 2003, after all briefs for hearings set for December 5 would be due.

5. Accordingly, if any oppositions to the underlying Motion to Amend Scheduling Order to Extend Time to File Discovery Motions for Four (4) days were required to be filed on November 17, 2003, and if any reply were required to be filed November 18, 2003, the Court would have the opportunity to decided the underlying motion farther in advance of the last date set for hearing motions to compel.

6. For the foregoing reasons, Plaintiff most respectfully requests this honorable Court to order that any oppositions to Plaintiff's November 10, 2003 Motion to Amend Scheduling Order to Extend Time to File Discovery Motions for Four (4) days be filed not later than November 17, 2003, and any reply be filed not later than November 18, 2003.

Respectfully submitted this 12th day of November 2003.

_____
Antonio L. Cortes, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.