ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



FILED
DISTRICT COURT OF GUAM

NOV 12 2003

MARY L. M. MORAN
CLERK OF COURT

239

Attorney for Plaintiff Rhino Builders, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO.02-00008 |
| Plaintiff, | **CERTIFICATE OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER SHORTENING BRIEFING SCHEDULE** |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., | |
| Defendants. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |



ORIGINAL

I, Antonio L. Cortes, duly declare and say:

1.     I am an attorney licensed to practice law in Guam, and have been since October 21, 1997.  I have personal knowledge of the matters stated herein, except those stated on information and belief, and those matters I believe to be true.  If called upon to do so, I could and would competently so testify.

2.     I was unable to prepare this application for filing along with Plaintiff's underlying Motion to Amend Scheduling Order to Extend Time to File Discovery Motions for Four (4) Days for the reasons set forth in my declaration filed November 10, 2003 along with that motion, so I am filing it today, November 12, 2003 yesterday having been a holiday.

3.     Plaintiff and Biogenesis Pacific, Inc. have resolved their discovery issues without Court supervision and should be able to file a stipulation to that effect today.

4.     Plaintiff, on the one hand, and Defendants American Home Assurance Company and AIG Technical Services, on the other hand, may not be able to resolve certain discovery issues, and consequently one or both of them may file a motion to compel discovery this week.  I will, however, continue to diligently work to resolve those issues without the need for a motion to compel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of November 2003.

_____
ANTONIO L. CORTÉS

2