ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM
NOV 12 2003
MARY L. M. MORAN
CLERK OF COURT

240

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **CERTIFICATE OF MAILING AND SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Antonio L. Cortes, hereby declare and state as follows:

1. That I am an employee of the law office of Antonio L. Cortés, over the age of 18 years and not a party to the above-captioned case;

2. I certify that on November 9, 2003, I served copies of the following document(s): (1) **OPPOSITION TO MOTION TO COMPEL PRODUCTION OF PRIVILEGED MATTER**, and (2) **DECLARATION OF COUNSEL**, upon the following counsel of record in this case:

> **Frederick J. Kerley, Esq.**
> Suite 907 Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910
>
> **Daniel J. Berman, Esq.**
> Berman O'Connor & Mann
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

by depositing them in the United States Mail in properly-addressed, postage-prepaid envelopes.

3. I further certify that, on November 7, 2003, I served the same document(s) upon

> **Arthur B. Clark, Esq.**
> Calvo & Clark, LLP
> 655 South Marine Drive, Suite 202
> Tamuning, Guam 96911
>
> **Louie J. Yanza, Esq.**
> Vernier & Maher LLP
> 115 Hesler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910

by delivering the same to their offices at those addresses.

Executed this 12th day of November 2003.

_____
Antonio L.. Cortes