James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants.<br>BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | CIVIL CASE NO. 02-00008<br><br>**STIPULATION REGARDING DEFENDANTS AIG TECHNICAL SERVICES, INC. AND AMERICAN HOME ASSURANCE COMPANY'S MOTION TO COMPEL** |

| | |
|---|---|
| 1 | AMERICAN HOME ASSURANCE ) |
| | COMPANY ) |
| 2 | ) |
| | Cross-Claimant, ) |
| 3 | vs. ) |
| | ) |
| 4 | BIOGENESIS PACIFIC, INC. ) |
| | ) |
| 5 | Cross-Claim Defendant. ) |

Pursuant to Local Rule 37.1, Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME"), through counsel, VERNIER & MAHER, LLP, by Louie J. Yanza, and Plaintiff RHINO BUILDERS, INC. ("RHINO"), through counsel, Antonio L. Cortes, Esq., hereby stipulate and agree to the following discovery issues:

1. Waiver of the attorney-work product and attorney-client privileges:

    a. Defendants contend Plaintiff RHINO has waived the attorney-client product and attorney-work privileges by alleging the Defendants had induced Plaintiff RHINO's former attorney, Carlsmith Ball, LLP ("Carlsmith"), to name AIGTS as a surety instead of AMERICAN HOME. Defendants rely upon <u>United States v. Amlani</u>, 169 F.3d 1189 (9th Cir. 1999) and <u>Hearn v. Rhay</u>, 68 F.R.D. 574 (E.D. Wash. 1975).

    b. Plaintiff RHINO contends that it has not waived the attorney-work product and attorney-client privileges, and that it has not made any allegations regarding Carlsmith. Plaintiff RHINO asserts that Guam law does not provide for the implied waiver of the privileges, that this Court should not apply the <u>Hearn</u> Test, and that the application of the <u>Hearn</u> Test does not result in a waiver in this case, as set forth in <u>Home Indemnity v. Land Powell Moss and Miller</u>, 43 F.3d 1322 (9th Cir. 1994).

2

2. Bank statements and cancelled checks for Plaintiff RHINO's three (3) bank accounts at the Bank of Hawaii from November 1, 2000 to April 30, 2001. The parties hereby agree that this issue can be resolved without Court involvement.

3. Notes, memoranda, diaries and documents memorializing conversation between RHINO, Gerald Lam and Alfred Garthe, III. The parties hereby agree that this issue can be resolved without Court involvement.

**STIPULATED AND AGREED:**

**VERNIER & MAHER, LLP**
Attorneys for Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY

By: _____
Louie J. Yanza
Dated: 11/13/03

**LAW OFFICE OF ANTONIO L. CORTES**
Attorneys for Plaintiff
RHINO BUILDERS, INC.

By: _____
Antonio L. Cortes, Esq.
Dated: 11/13/03

3