ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **REPLY RE: MOTION TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR DISCOVERY MOTIONS BY FOUR (4) DAYS** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") most respectfully replies to American Home Assurance Company and AIG Technical Services' ("the Sureties") November 12, 2003 opposition to the requested four (4) day extension of the deadline for discovery motions, as follows:

1. Plaintiff's motion is not based in any way on a lack of diligence. Plaintiff was prepared to file a motion to compel discovery from the Sureties on Monday, November 8, 2003, as allowed by the Scheduling Order, and that motion was largely completed early that morning when the undersigned was contacted, first by BPI and then by the Sureties' counsel, regarding settling the outstanding discovery issues. Plaintiff did not complete and file the motion to compel discovery from the Sureties because counsel for Biogenesis Pacific, Inc. and counsel for the Sureties both represented to the undersigned that they desired to settle all of the outstanding discovery issues along lines similar to the stipulation between BPI and Plaintiff filed yesterday. Accordingly, the undersigned spent the morning drafting the stipulation agreed to by all counsel, as requested by counsel for BPI.

2. During the lunch hour, the Sureties' counsel instructed the undersigned that he had been instructed by AIG attorneys in Hawaii to reneg on the stipulation, and that the Sureties were doing so, but that the Sureties might still be prevailed upon to provide a large measure of the information that was the subject of Plaintiff's discovery dispute with the Sureties.. Insufficient time was then left to file

2

the motion to compel discovery from the Sureties and renegotiate the stipulation with BPI in a manner that did not include the Sureties, and Sureties' counsel was continuing to represent that the dispute might be resolved without Court supervision. Consequently, as a matter of diligence and compliance with his duty not to file unnecessary motions, the undersigned completed the stipulation with BPI and filed the subject motion to extend the time for discovery motions for only four days.

3. On the morning of November 12, 2003, the undersigned was contacted by counsel for the Sureties who again represented that he was working on the resolution of the discovery dispute. A lengthy discussion of what information Plaintiff needed to minimally resolve the issues ensued. No mention was made of an opposition to the four day extension. Plaintiff's counsel was therefore somewhat taken aback to be served, that afternoon, with the Sureties' opposition to the four-day extension on the ground that Plaintiff had acted without diligence. Plaintiff has been extremely diligent in all discovery matters. Its only fault has been in attempting to cooperate with opposing counsel to resolve discovery issues by agreement in good faith.

For the foregoing reasons, Plaintiff Rhino Builders Inc. most respectfully moves this honorable Court grant its Motion to amend the Scheduling

/ / /

/ / /

/ / /

3

Order to extend, for four (4) days, the time for the parties to file discovery motions.

Respectfully submitted this 13th day of November 2003.

                                        Antonio L. Cortes, counsel for Plaintiff
                                        United States of America for use and benefit
                                          of Rhino Builders, Inc.

## DECLARATION OF COUNSEL

I declare under penalty of perjury that all of the foregoing statements are true and correct to the best of my knowledge and belief.

DATED:    November 13, 2003.

                                          Antonio L. Cortes