Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **STIPULATION AND ORDER** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

1. American Home Assurance Company and AIG Technical Services, Inc. (collectively "AHAC/AIGTS") have prepared a Stipulation and Order to request the bifurcation of AHAC/AIGTS's cross-claim against BioGenesis Pacific, Inc. ("BioGenesis"). The stipulation also sets forth later motion and discovery cut-off dates and trial date for the cross-claim. However, counsel for AHAC/AIGTS is waiting for Plaintiff's counsel to return to Guam to execute the stipulation, which AIGTS/AHAC's counsel asserts Plaintiff's counsel confirmed he would sign.

2. Pending the Court's consideration of the Stipulation and Order to bifurcate, BioGenesis and AHAC/AIGTS, by and through their respective counsels, hereby stipulate and respectfully request that the Court enlarge the time to conduct discovery regarding the cross-claim for a period of thirty days, provided, however, that such cut-off date shall be superceded in the event the Court orders the bifurcation of the cross-claim.

SO STIPULATED.

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: _____
     ANALYNN M. CRUZ

Dated: October 16, 2003

VERNIER & MAHER, LLP
Attorneys for AIG Technical Services, Inc. and American Home Assurance Company

By: _____
     LOUIE YANZA

Dated: 10/16/03

## ORDER

Based on the stipulation of BioGenesis and AHAC/AIGTS, the time to conduct discovery regarding the cross-claim is hereby enlarged for a period of thirty days, provided, however, that such cut-off date shall be superceded in the event the Court orders the bifurcation of the cross-claim.

SO ORDERED this 17th day of November, 2003.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED
OCT 16 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

STIPULATION AND ORDER
CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Stip&Order re Cross-claim).wpd

2