Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **STIPULATION AND ORDER** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd

1

Plaintiff United States for use and benefit of Rhino Builders, Inc. ("Plaintiff"), Defendant/Third-Party Plaintiff Biogenesis Pacific, Inc. ("BPI"), and Third-Party Defendant Michael O'Connell, by and through counsel, stipulate with respect to the avoidance of discovery motions, as follows:

1. BP1 will withdraw its pending Motion for Enlargement for Depositions, filed October 16, 2003.

2. Plaintiff will allow the further depositions by BPI of Michael O'Connell and Eugene O'Connell, for a combined total of not more than five (5) hours, between 8:00 am and 1:00 pm, on a Tuesday, Wednesday, Thursday, Friday, or Saturday, Hawaii time, on a date to be agreed by the parties no later than November 20, 2003, with direct examination to be conducted by BPI, who will reserve a portion of time for cross examination during those five (5) hours that is reasonable considering the scope of its direct examination.

3. BPI will provide the following further responses to Plaintiff's written discovery, subject to a confidentiality agreement whereby Plaintiffs will agree to keep said information confidential and not to disclose said information to any third party except as necessary in the course of this litigation, and any said information being provided to the Court will be made subject to a request that it be provided *in camera* or under seal;

    a. A profit and loss report for all Task Orders issued through March 2002, to be provided no later than November 14, 2003;

    b. Supporting documentation sufficient to satisfy a reasonable person that all costs reflected on the foregoing profit and loss report were actually incurred and properly included as items for deduction from gross profits, to be furnished no later than November 14, 2003;

    c. A sworn statement sufficient to satisfy a reasonable person that all the information included an the foregoing profit and loss report is true and correct, and that the report includes all payments received by BPI from the U.S. Navy for Navy Contract No. N62766-99-D-0425 for work done on the subject task orders, and that no payments have been omitted, to be furnished no later than November 14, 2003.

4. The parties agree and stipulate that, should Court assistance to enforce this stipulation become necessary, and the parties anticipate that it will not be necessary, the signatories hereto will not oppose the submission of any motions for such assistance on the ground that the time for discovery motions has passed.

5. The parties hereto agree that, should Defendants American Home Assurance Company and AIG Technical Services, Inc. (the "Sureties") come to an agreement with the other parties by which the Sureties wish to conduct direct examination at the depositions provided for in the foregoing paragraph 2, then the depositions of Michael O'Connell and Eugene O'Connell shall be for a combined total of not more than six (6) hours, between 8:00 am and 2:00 pm, on a Tuesday, Wednesday, Thursday, Friday, or Saturday, Hawaii time, on a date to be agreed upon by the parties no later than November 20, 2003, with time for direct examination to be allotted between BPI and the Sureties as BPI and the Sureties shall agree, leaving a reasonable time for cross examination.

6. Neither BPI nor Plaintiffs will bring any motions to compel discovery except to compel compliance with this stipulation.

7. The purposes of this stipulation are the resolution of discovery disputes and the avoidance of unnecessary discovery motions.

SO STIPULATED.

| CALVO AND CLARK, LLP<br>Attorneys for BioGenesis Pacific, Inc. | LAW OFFICE OF ANTONIO L. CORTES<br>Attorney for Rhino Builders, Inc. |
|---|---|
| By: *[signature]*<br>ARTHUR B. CLARK<br>Dated: 11/10/03 | By: *[signature]*<br>ANTONIO L. CORTES<br>Dated: 11/12/03 |

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd

3

1 | LAW OFFICE OF FREDERICK J. KERLEY
Attorney for Michael O'Connell
2
3
By: _____
4      FREDERICK J. KERLEY
5 Dated: Nov. 12, 2003

6
7        APPROVED AND SO ORDER this 17th day of November, 2003.
8
9                                    _____
                                     HONORABLE JOHN S. UNPINGCO
10                                   Judge, District Court of Guam
11

**RECEIVED**
**NOV 12 2003**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd

4