Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

I, MICHAEL J. PEREZ, hereby certify that on the 19th day of November, 2003, I served via hand delivery a copy of the **Stipulation and Order** filed on November 18, 2003, attached herewith as Exhibit "A" and a copy of the **Stipulation and Order** filed on November 18, 2003, attached herewith as Exhibit "B" copies of **Stipulation and Order** on the following:

**Attorney for Counter-Defendant**
**Michael Danforth**

Catherine Bejerana, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorney for Counter-Defendant**
**Michael O'Connell**

Frederick J. Kerley, Esq.
Reflection Center, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

Dated this 20th day of November, 2003.

_____
MICHAEL J. PEREZ

# EXHIBIT "A"

Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
NOV 18 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **STIPULATION AND ORDER** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Stip&Order re Cross-claim).wpd

1

1. American Home Assurance Company and AIG Technical Services, Inc. (collectively "AHAC/AIGTS") have prepared a Stipulation and Order to request the bifurcation of AHAC/AIGTS's cross-claim against BioGenesis Pacific, Inc. ("BioGenesis"). The stipulation also sets forth later motion and discovery cut-off dates and trial date for the cross-claim. However, counsel for AHAC/AIGTS is waiting for Plaintiff's counsel to return to Guam to execute the stipulation, which AIGTS/AHAC's counsel asserts Plaintiff's counsel confirmed he would sign.

2. Pending the Court's consideration of the Stipulation and Order to bifurcate, BioGenesis and AHAC/AIGTS, by and through their respective counsels, hereby stipulate and respectfully request that the Court enlarge the time to conduct discovery regarding the cross-claim for a period of thirty days, provided, however, that such cut-off date shall be superceded in the event the Court orders the bifurcation of the cross-claim.

SO STIPULATED.

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: /s/ JANALYNN M. CRUZ

Dated: October 16, 2003

VERNIER & MAHER, LLP
Attorneys for AIG Technical Services, Inc. and American Home Assurance Company

By: /s/ LOUIE YANZA

Dated: 10/16/03

### ORDER

Based on the stipulation of BioGenesis and AHAC/AIGTS, the time to conduct discovery regarding the cross-claim is hereby enlarged for a period of thirty days, provided, however, that such cut-off date shall be superceded in the event the Court orders the bifurcation of the cross-claim.

SO ORDERED this 17th day of November, 2003.

/s/ John S. Unpingco
**HONORABLE JOHN S. UNPINGCO**
**Judge, District Court of Guam**

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031016.327-0001.CT (Stip&Order re Cross-claim).wpd

2

# EXHIBIT "B"

1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:  (671) 646-9355
   Facsimile:  (671) 646-9403
5
   Attorneys for
6  Biogenesis Pacific, Inc.

7
8                       DISTRICT COURT OF GUAM
9                         TERRITORY OF GUAM

10 UNITED STATES OF AMERICA FOR USE  )  CIVIL CASE NO. 02-00008
   AND BENEFIT OF RHINO BUILDERS, INC., )
11                                     )
                         Plaintiff,    )
12          vs.                        )  **STIPULATION AND ORDER**
                                       )
13 BIOGENESIS PACIFIC, INC.,           )
   AIG TECHNICAL SERVICES, INC., and   )
14 AMERICAN HOME ASSURANCE             )
   COMPANY                             )
15                       Defendants.   )
                                       )
16 ─────────────────────────────────   )
   BIOGENESIS PACIFIC INC.,            )
17                                     )
                   Counter-Plaintiff,  )
18                                     )
            vs.                        )
19                                     )
   RHINO BUILDERS, INC., MICHAEL       )
20 O'CONNELL, MICHAEL DANFORTH,        )
   AND JOHN DOES 1-10,                 )
21                                     )
                 Counter-Defendants.   )
22 ─────────────────────────────────   )
   AMERICAN HOME ASSURANCE             )
23 COMPANY,                            )
                                       )
24                 Cross-Claimant,     )
                                       )
25          vs.                        )
                                       )
26 BIOGENESIS PACIFIC INC.,            )
                                       )
27              Cross-Claim Defendant. )
                                       )
28

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd                                    1

Plaintiff United States for use and benefit of Rhino Builders, Inc. ("Plaintiff"), Defendant/Third-Party Plaintiff Biogenesis Pacific, Inc. ("BPI"), and Third-Party Defendant Michael O'Connell, by and through counsel, stipulate with respect to the avoidance of discovery motions, as follows:

1. BPI will withdraw its pending Motion for Enlargement for Depositions, filed October 16, 2003.

2. Plaintiff will allow the further depositions by BPI of Michael O'Connell and Eugene O'Connell, for a combined total of not more than five (5) hours, between 8:00 am and 1:00 pm, on a Tuesday, Wednesday, Thursday, Friday, or Saturday, Hawaii time, on a date to be agreed by the parties no later than November 20, 2003, with direct examination to be conducted by BPI, who will reserve a portion of time for cross examination during those five (5) hours that is reasonable considering the scope of its direct examination.

3. BPI will provide the following further responses to Plaintiff's written discovery, subject to a confidentiality agreement whereby Plaintiffs will agree to keep said information confidential and not to disclose said information to any third party except as necessary in the course of this litigation, and any said information being provided to the Court will be made subject to a request that it be provided *in camera* or under seal;

    a. A profit and loss report for all Task Orders issued through March 2002, to be provided no later than November 14, 2003;

    b. Supporting documentation sufficient to satisfy a reasonable person that all costs reflected on the foregoing profit and loss report were actually incurred and properly included as items for deduction from gross profits, to be furnished no later than November 14, 2003;

    c. A sworn statement sufficient to satisfy a reasonable person that all the information included an the foregoing profit and loss report is true and correct, and that the report includes all payments received by BPI from the U.S. Navy for Navy Contract No. N62766-99-D-0425 for work done on the subject task orders, and that no payments have been omitted, to be furnished no later than November 14, 2003.

4. The parties agree and stipulate that, should Court assistance to enforce this stipulation become necessary, and the parties anticipate that it will not be necessary, the signatories hereto will not oppose the submission of any motions for such assistance on the ground that the time for discovery motions has passed.

5. The parties hereto agree that, should Defendants American Home Assurance Company and AIG Technical Services, Inc. (the "Sureties") come to an agreement with the other parties by which the Sureties wish to conduct direct examination at the depositions provided for in the foregoing paragraph 2, then the depositions of Michael O'Connell and Eugene O'Connell shall be for a combined total of not more than six (6) hours, between 8:00 am and 2:00 pm, on a Tuesday, Wednesday, Thursday, Friday, or Saturday, Hawaii time, on a date to be agreed upon by the parties no later than November 20, 2003, with time for direct examination to be allotted between BPI and the Sureties as BPI and the Sureties shall agree, leaving a reasonable time for cross examination.

6. Neither BPI nor Plaintiffs will bring any motions to compel discovery except to compel compliance with this stipulation.

7. The purposes of this stipulation are the resolution of discovery disputes and the avoidance of unnecessary discovery motions.

SO STIPULATED.

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: _/s/ Arthur B. Clark_
ARTHUR B. CLARK
Dated: 11/10/03

LAW OFFICE OF ANTONIO L. CORTES
Attorney for Rhino Builders, Inc.

Original Signed By
By: ANTONIO L. CORTES
ANTONIO L. CORTES
Dated: 11/12/03

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd

3

LAW OFFICE OF FREDERICK J. KERLEY
Attorney for Michael O'Connell

By: /s/ Frederick J. Kerley
FREDERICK J. KERLEY

Dated: Nov. 12, 2003

APPROVED AND SO ORDER this 17th day of November, 2003.

/s/ John S. Unpingco
**HONORABLE JOHN S. UNPINGCO**
**Judge, District Court of Guam**

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd

4