ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> [PROPOSED] ORDER AMENDING SCHEDULING ORDER |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") having moved to amend the June 4, 2003 Scheduling Order to allow Discovery Motions to be filed until November 14, 2003, and good cause appearing therefore, it is hereby

ORDERED, that the Scheduling Order shall be and is hereby modified by this order to allow the parties to file discovery motions on and until November 14, 2003.

**SO ORDERED** this 21st day of November 2003.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

PRESENTED BY:
LAW OFFICE OF ANTONIO L. CORTES

By: _____
Antonio L. Cortes
Counsel for Plaintiff

RECEIVED NOV 10 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM