FILED
DISTRICT COURT OF GUAM

NOV 21 2003

MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-02-00008**          **DATE: 11/21/03**          **TIME: 10:12 a.m.**          (252)

**CAPTION:**  <u>United States of America for Use and Benefit of Rhino Builders, Inc. -vs-
Biogenesis Pacific, Inc., et. al.</u>

*********************************************************************************************

Courtroom Deputy & Court Recorder: Leilani Toves Hernandez          Law Clerk: J. HATTORI
Electronically Recorded (Run Time: 10:12:57 - 10:30:18 )          Court Security: J. Lizama

******************************** A P P E A R A N C E S ********************************

**COUNSEL FOR PLAINTIFF(s):**                    **COUNSEL FOR DEFENDANT(s):**

Tony Cortes, Rhino Builders, Inc.                    Louie Yanza, for AIG Tech & American Home Assurance

*********************************************************************************************

**PROCEEDINGS:**                    **MOTION TO COMPEL**

(  ) MOTION (S) ARGUED BY   (  ) PLAINTIFF   (  ) DEFENDANT

( X ) MOTION(s) __ Granted ____Denied ____Settled ____Withdrawn __X__ Under Advisement

(  ) ORDER SUBMITTED ____Approved ____Disapproved

(  ) ORDER to be Prepared By: ____

(  ) PROCEEDINGS CONTINUED TO: _____**at** _____

**NOTES:**

<u>Parties argued their position on the motion.  The Court took the matter under advisement and will
issue its ruling shortly.</u>

COURTROOM DEPUTY: _____          **END TIME: 10:30 a.m.**
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-02-00008.wpd