FILED
DISTRICT COURT OF GUAM

DEC 03 2003

MARY L. M. MORAN
CLERK OF COURT

254

1   Arthur B. Clark, Esq.
    Janalynn M. Cruz, Esq.
2   CALVO AND CLARK, LLP
    Attorneys at Law
3   655 South Marine Drive, Suite 202
    Tamuning, Guam 96911
4   Telephone:    (671) 646-9355
    Facsimile:    (671) 646-9403
5
    Attorneys for Defendant BioGenesis Pacific, Inc.
6

7
                    IN THE DISTRICT COURT OF GUAM
8
    UNITED STATES OF AMERICA FOR USE    )   CIVIL CASE NO. 02-00008
9   AND BENEFIT OF RHINO BUILDERS, INC.,)
                                        )
10                      Plaintiff,      )
            vs.                         )   **NOTICE OF CONTINUED DEPOSITION**
11                                      )   **PURSUANT TO RULE 30(b)(6)**
    BIOGENESIS PACIFIC, INC.,           )   **(RHINO BUILDERS INC.)**
12  AIG TECHNICAL SERVICES, INC., and   )
    AMERICAN HOME ASSURANCE             )
13  COMPANY                             )
                        Defendants.     )
14  _____  )
                                        )
15  BIOGENESIS PACIFIC INC.,            )
                                        )
16                      Counter-Plaintiff, )
                                        )
17          vs.                         )
                                        )
18  RHINO BUILDERS, INC., MICHAEL       )
    O'CONNELL, MICHAEL DANFORTH,        )
19  AND JOHN DOES 1-10,                 )
                                        )
20                      Counter-Defendants. )
    _____  )
21  AMERICAN HOME ASSURANCE             )
    COMPANY,                            )
22                                      )
                        Cross-Claimant, )
23                                      )
            vs.                         )
24                                      )
    BIOGENESIS PACIFIC INC.,            )
25                                      )
                        Cross-Claim Defendant. )
26  _____  )

27  TO:   **PLAINTIFF RHINO BUILDERS, INC. ("RHINO") AND ITS ATTORNEY OF**
          **RECORD, ANTONIO L. CORTES AND**
28        **ALL PARTIES AND THEIR ATTORNEYS OF RECORD**


CONTINUED NOTICE OF DEPOSITION PURSUANT
TO RULE 30(b)(6) (RHINO BUILDERS, INC.)                **ORIGINAL**
B031202.327-0001.CT (Cont. Rhino Depo).wpd                                      1

1    **PLEASE TAKE NOTICE** that on the 9th day of December, 2003, at 8:00 a.m. (Guam

2    Time), Defendant BIOGENESIS PACIFIC INC., will take the deposition of Plaintiff Rhino Builders,

3    Inc., by and through its representative Eugene O'Connell, whose address is 87-1610 Ulehawa Road,

4    Waianae, Hawaii 96792, on oral examination pursuant to Rule 30(b)(6) before a notary public or

5    other officer authorized to administer oaths, at the Law Offices of the White & Tom, 820 Mililani

6    Street, Suite 711, Honolulu, Hawaii 96813 and shall continue thereafter from day to day, excluding

7    Sundays and legal holidays, until completed.

8            This continued deposition is noticed pursuant to Rule 30 of the Federal Rules of Civil

9    Procedure and the Stipulation and Orders attached herewith.

10           **PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 30(b)(2) of the Federal

11   Rules of Civil Procedure, BioGenesis Pacific, Inc. intends to record the testimony at the deposition

12   by stenographic means.

13           The matters on which deponent is to be examined include:

14           1.      The net worth of Rhino Builders, Inc.

15           2.      Documents produced by Rhino Builders, Inc. on or after April 21, 2003.

16           3.      All new claims raised by Rhino Builders, Inc. in its Second Amended

17   Complaint.

18           **DATED** this 2nd day of December, 2003.

19                                          CALVO AND CLARK, LLP
                                            Attorneys At Law
20                                          Attorneys for Defendant
                                            BioGenesis Pacific, Inc.
21

22

23                                  By: _____
                                            JANALYNN M. CRUZ
24

25

26

27

28

CONTINUED NOTICE OF DEPOSITION PURSUANT
TO RULE 30(b)(6) (RHINO BUILDERS, INC.)
B031202.327-0001.CT (Cont. Rhino Depo).wpd                                                    2

Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:     (671) 646-9355
Facsimile:     (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **STIPULATION AND ORDER** |

BIOGENESIS PACIFIC INC.,

Counter-Plaintiff,

vs.

RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,

Counter-Defendants.

AMERICAN HOME ASSURANCE COMPANY,

Cross-Claimant,

vs.

BIOGENESIS PACIFIC INC.,

Cross-Claim Defendant.

---

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031201.327-0001.CT (Stip&Order re O'Connell Depos).wpd

1

Plaintiff United States for use and benefit of Rhino Builders, Inc. ("Plaintiff"),

Defendant/Third-Party Plaintiff Biogenesis Pacific, Inc. ("BPI"), and Third-Party Defendant Michael

O'Connell, by and through counsel, stipulate as follows:

    1. The continued depositions by BPI of Michael O'Connell and Eugene O'Connell,

will be conducted on December 9, 2003 at 8:00 a.m. (Guam time). The depositions will be conducted

pursuant to the terms set forth in the Stipulation and Order signed by Plaintiff, BPI and Michael

O'Connell and filed on November 18, 2003 (the "Discovery Stipulation").

    2. BPI will produce the documents delineated in the Discovery Stipulation upon

execution of this Stipulation and Order by Plaintiff.

    3. This stipulation is necessary because the time period to conduct the depositions

of Messrs. O'Connell set forth in the Discovery Stipulation expired one day after parties received the

Discovery Stipulation signed by the Court.

    4. All other terms of the Discovery Stipulation shall remain in effect.

    SO STIPULATED.

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: _____
   JANALYNN M. CRUZ

Dated: ___December 1, 2003___

LAW OFFICE OF ANTONIO L. CORTES
Attorney for Rhino Builders, Inc.

By: _____
   ANTONIO L. CORTES

Dated: _December 1, 2003_

LAW OFFICE OF FREDERICK J. KERLEY
Attorney for Michael O'Connell

By: _____
   FREDERICK J. KERLEY

Dated: _Dec. 2, 2003_

    APPROVED AND SO ORDER this _____ day of _____, 2003.


        **HONORABLE JOHN S. UNPINGCO**
        **Judge, District Court of Guam**

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031201.327-0001.CT (Stip&Order re O'Connell Depos).wpd

RECEIVED

DEC - 2 2003

DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **STIPULATION AND ORDER** |

BIOGENESIS PACIFIC INC.,

        Counter-Plaintiff,

       vs.

RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,

        Counter-Defendants.

AMERICAN HOME ASSURANCE COMPANY,

        Cross-Claimant,

       vs.

BIOGENESIS PACIFIC INC.,

        Cross-Claim Defendant.

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd

1

Plaintiff United States for use and benefit of Rhino Builders, Inc. ("Plaintiff"),
Defendant/Third-Party Plaintiff Biogenesis Pacific, Inc. ("BPI"), and Third-Party Defendant Michael
O'Connell, by and through counsel, stipulate with respect to the avoidance of discovery motions, as
follows:

1.       BP1 will withdraw its pending Motion for Enlargement for Depositions, filed
October 16, 2003.

2.       Plaintiff will allow the further depositions by BPI of Michael O'Connell and
Eugene O'Connell, for a combined total of not more than five (5) hours, between 8:00 am and 1:00 pm,
on a Tuesday, Wednesday, Thursday, Friday, or Saturday, Hawaii time, on a date to be agreed by the
parties no later than November 20, 2003, with direct examination to be conducted by BPI, who will
reserve a portion of time for cross examination during those five (5) hours that is reasonable considering
the scope of its direct examination.

3.       BPI will provide the following further responses to Plaintiff's written discovery,
subject to a confidentiality agreement whereby Plaintiffs will agree to keep said information confidential
and not to disclose said information to any third party except as necessary in the course of this litigation,
and any said information being provided to the Court will be made subject to a request that it be
provided *in camera* or under seal;

a.       A profit and loss report for all Task Orders issued through March 2002,
to be provided no later than November 14, 2003;

b.       Supporting documentation sufficient to satisfy a reasonable person that
all costs reflected on the foregoing profit and loss report were actually incurred and properly included
as items for deduction from gross profits, to be furnished no later than November 14, 2003;

c.       A sworn statement sufficient to satisfy a reasonable person that all the
information included an the foregoing profit and loss report is true and correct, and that the report
includes all payments received by BPI from the U.S. Navy for Navy Contract No. N62766-99-D-0425
for work done on the subject task orders, and that no payments have been omitted, to be furnished no
later than November 14, 2003.

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd

2

4.  The parties agree and stipulate that, should Court assistance to enforce this stipulation become necessary, and the parties anticipate that it will not be necessary, the signatories hereto will not oppose the submission of any motions for such assistance on the ground that the time for discovery motions has passed.

5.  The parties hereto agree that, should Defendants American Home Assurance Company and AIG Technical Services, Inc. (the "Sureties") come to an agreement with the other parties by which the Sureties wish to conduct direct examination at the depositions provided for in the foregoing paragraph 2, then the depositions of Michael O'Connell and Eugene O'Connell shall be for a combined total of not more than six (6) hours, between 8:00 am and 2:00 pm, on a Tuesday, Wednesday, Thursday, Friday, or Saturday, Hawaii time, on a date to be agreed upon by the parties no later than November 20, 2003, with time for direct examination to be allotted between BPI and the Sureties as BPI and the Sureties shall agree, leaving a reasonable time for cross examination.

6.  Neither BPI nor Plaintiffs will bring any motions to compel discovery except to compel compliance with this stipulation.

7.  The purposes of this stipulation are the resolution of discovery disputes and the avoidance of unnecessary discovery motions.

SO STIPULATED.

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.


By: _____
        ARTHUR B. CLARK

Dated: 11/10/03

LAW OFFICE OF ANTONIO L. CORTES
Attorney for Rhino Builders, Inc.

Original Signed By
ANTONIO L. CORTES

By: _____
        ANTONIO L. CORTES

Dated: 11/12/57

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd

3

1   LAW OFFICE OF FREDERICK J. KERLEY
    Attorney for Michael O'Connell

2

3   By: _____

4       FREDERICK J. KERLEY

5   Dated: Nov. 12, 2003

6

7           APPROVED AND SO ORDER this 17th day of November, 2003.

8                           /s/ John S. Unpingco

9                           _____
                            HONORABLE JOHN S. UNPINGCO
10                          Judge, District Court of Guam

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031110.327-0001.CT (Stipulation and Order).wpd                                    4