Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
DEC 03 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

1   I, MICHAEL J. PEREZ, hereby certify that on the 3rd day of December, 2003, I served
2   via hand delivery a copy of the **NOTICE OF CONTINUED DEPOSITION OF COUNTER-
3   DEFENDANT MICHAEL O'CONNELL and NOTICE OF CONTINUED DEPOSITION
4   PURSUANT TO RULE 30(b)(6) (RHINO BUILDERS INC.)** on the following:

| **Attorney for Counter-Defendant Michael Danforth** | **Attorney for Counter-Defendant Michael O'Connell** |
|---|---|
| Catherine Bejerana, Esq.<br>Berman O'Connor Mann & Shklov<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910 | Frederick J. Kerley, Esq.<br>Suite 907, Pacific News Building<br>238 Archbishop F.C. Flores Street<br>Hagåtña, Guam 96910 |
| **Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company** | **Attorney for Rhino Builders, Inc.** |
| Louie Yanza, Esq.<br>Vernier & Maher, LLP<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910 | Antonio L. Cortes, Esq.<br>233 Julale Center<br>424 West O'Brien Drive<br>Hagåtña, Guam 96910 |

Dated this 3rd day of December, 2003.

_____
MICHAEL J. PEREZ