| | |
|---|---|
| 1 | Arthur B. Clark, Esq. |
| | Janalynn M. Cruz, Esq. |
| 2 | CALVO AND.CLARK, LLP |
| | Attorneys at Law |
| 3 | 655 South Marine Drive, Suite 202 |
| | Tamuning, Guam 96911 |
| 4 | Telephone: (671) 646-9355 |
| | Facsimile: (671) 646-9403 |
| 5 | |
| | Attorneys for |
| 6 | Biogenesis Pacific, Inc. |

FILED
DISTRICT COURT OF GUAM
DEC 04 2003
MARY L. M. MORAN
CLERK OF COURT

256

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | ) ) ) ) | |
| Defendants. | ) | |
| BIOGENESIS PACIFIC INC., | ) | |
| Counter-Plaintiff, | ) | |
| vs. | ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) | |
| Counter-Defendants. | ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) | |
| Cross-Claimant, | ) | |
| vs. | ) | |
| BIOGENESIS PACIFIC INC., | ) | |
| Cross-Claim Defendant. | ) | |

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031201.327-0001.CT (Stip&Order re O'Connell Depos).wpd

1

Plaintiff United States for use and benefit of Rhino Builders, Inc. ("Plaintiff"), Defendant/Third-Party Plaintiff Biogenesis Pacific, Inc. ("BPI"), and Third-Party Defendant Michael O'Connell, by and through counsel, stipulate as follows:

1. The continued depositions by BPI of Michael O'Connell and Eugene O'Connell, will be conducted on December 9, 2003 at 8:00 a.m. (Guam time). The depositions will be conducted pursuant to the terms set forth in the Stipulation and Order signed by Plaintiff, BPI and Michael O'Connell and filed on November 18, 2003 (the "Discovery Stipulation").

2. BPI will produce the documents delineated in the Discovery Stipulation upon execution of this Stipulation and Order by Plaintiff.

3. This stipulation is necessary because the time period to conduct the depositions of Messrs. O'Connell set forth in the Discovery Stipulation expired one day after parties received the Discovery Stipulation signed by the Court.

4. All other terms of the Discovery Stipulation shall remain in effect.

SO STIPULATED.

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ

Dated: December 1, 2003

LAW OFFICE OF ANTONIO L. CORTES
Attorney for Rhino Builders, Inc.

By: _____
ANTONIO L. CORTES

Dated: December 1, 2003

LAW OFFICE OF FREDERICK J. KERLEY
Attorney for Michael O'Connell

By: _____
FREDERICK J. KERLEY

Dated: Dec. 2, 2003

APPROVED AND SO ORDER this 4th day of December, 2003.

JOAQUIN V.E. MANIBUSAN, JR.
Designated District Judge

for HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031201.327-0001.CT (Stip&Order re O'Connell Depos).wpd

RECEIVED
DEC -2 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2