James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**UNITED STATES DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br><br><br><br>**CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | |

| | |
|---|---|
| 1 | AMERICAN HOME ASSURANCE COMPANY ) |
| 2 | ) |
| 3 | Cross-Claimant, ) vs. ) |
| 4 | BIOGENESIS PACIFIC, INC. ) |
| 5 | Cross-Claim Defendant. ) |

I, LOUIE J. YANZA, hereby certify that on the 5th day of December, 2003, I caused a copy of the foregoing documents:

1. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the Alternative, for Summary Judgment;

2. Agreement to Hearing Date for Defendants AIG Technical Services, Inc. and American Home Assurance Company's Two (2) Motions: (i) Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the Alternative, for Summary Judgment; and (ii) Motion for Partial Summary Judgment on Plaintiff's Miller Act Claims;

3. [Proposed] Order Re. Defendants' Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim, or in the Alternative, for Summary Judgment; and

4. Stipulation and Order to Extend Page Limitation for Dispositive Motions to be filed by Defendants AIG Technical Services, Inc. and American Home Assurance Company.

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

| | |
|---|---|
| **Ms. Janalynn M. Cruz**<br>CALVO & CLARK, LLP<br>Suite 202, First Savings & Loan Building<br>655 South Marine Drive<br>Tamuning, Guam 96911 | **Ms. Catherine M. Bejerana**<br>BERMAN O'CONNOR MANN & SHKLOV<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagatña, Guam 96910 |

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 5th day of December, 2003.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA