James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
DEC 12 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | CIVIL CASE NO. 02-00008<br><br><br><br>**AMENDED CERTIFICATE OF SERVICE** |

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 5th day of December, 2003, I caused a copy of the foregoing documents:

1. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the Alternative, for Summary Judgment;

2. Agreement to Hearing Date for Defendants AIG Technical Services, Inc. and American Home Assurance Company's Two (2) Motions: (i) Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the Alternative, for Summary Judgment; and (ii) Motion for Partial Summary Judgment on Plaintiff's Miller Act Claims;

3. [Proposed] Order Re. Defendants' Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim, or in the Alternative, for Summary Judgment; and

4. Stipulation and Order to Extend Page Limitation for Dispositive Motions to be filed by Defendants AIG Technical Services, Inc. and American Home Assurance Company.

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Ms. Catherine M. Bejerana
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Mr. Frederick J. Kerley
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Despite numerous attempts to serve the above documents on Plaintiff's counsel Antonio L. Cortes, Esq., at his office located at 233 Julale Center, 424 West O'Brien Drive, Hagatña, Guam, on the dates of December 5, 8, and 9, 2003, our office was unable to do so until December 10, 2003, wherein copies were provided to Plaintiff's counsel while at our office.

Executed this 12th day of December, 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC.** and
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA