Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM

DEC 1 2 2003

MARY L. M. MORAN
CLERK OF COURT

263

### DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY ) | |
| Defendants. ) | |
| BIOGENESIS PACIFIC INC., ) | |
| Counter-Plaintiff, ) | |
| vs. ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, ) | |
| Counter-Defendants. ) | |
| AMERICAN HOME ASSURANCE COMPANY, ) | |
| Cross-Claimant, ) | |
| vs. ) | |
| BIOGENESIS PACIFIC INC., ) | |
| Cross-Claim Defendant. ) | |

I, MICHAEL J. PEREZ, hereby certify that on the 11th day of December, 2003, I served via hand delivery a copy of the **Stipulation and Order** filed on December 4, 2003, attached herewith as Exhibit "A" on the following:

**Attorney for Counter-Defendant**
**Michael Danforth**

Catherine Bejerana, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorney for Counter-Defendant**
**Michael O'Connell**

Frederick J. Kerley, Esq.
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Attorneys for Defendant AIG Technical**
**Services, Inc. and American Home**
**Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

I, further certify that on the 12th day of December, 2003, I served via hand delivery a copy of the **Stipulation and Order** filed on December 4, 2003, attached herewith as Exhibit "A" on the following:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 12th day of December, 2003.

MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B031212.327-0001.CT (Certificate of Service - MJP).wpd

2

1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   Attorneys for
6  Biogenesis Pacific, Inc.

7

FILED
DISTRICT COURT OF GUAM

DEC 04 2003

MARY L. M. MORAN
CLERK OF COURT

8                    DISTRICT COURT OF GUAM

9                      TERRITORY OF GUAM

10  UNITED STATES OF AMERICA FOR USE          ) CIVIL CASE NO. 02-00008
    AND BENEFIT OF RHINO BUILDERS, INC.,      )
11                                            )
                       Plaintiff,             )
12          vs.                               ) **STIPULATION AND ORDER**
                                              )
13  BIOGENESIS PACIFIC, INC.,                 )
    AIG TECHNICAL SERVICES, INC., and         )
14  AMERICAN HOME ASSURANCE                   )
    COMPANY                                   )
15                     Defendants.            )
    _____ )
16                                            )
    BIOGENESIS PACIFIC INC.,                  )
17                                            )
                       Counter-Plaintiff,     )
18                                            )
            vs.                               )
19                                            )
    RHINO BUILDERS, INC., MICHAEL             )
20  O'CONNELL, MICHAEL DANFORTH,              )
    AND JOHN DOES 1-10,                       )
21                                            )
                       Counter-Defendants.    )
22  _____ )
    AMERICAN HOME ASSURANCE                   )
23  COMPANY,                                  )
                                              )
24                     Cross-Claimant,        )
                                              )
25          vs.                               )
                                              )
26  BIOGENESIS PACIFIC INC.,                  )
                                              )
27                     Cross-Claim Defendant. )
    _____ )
28

RECEIVED

DEC 11 2003

**BERMAN O'CONNOR
MANN & SHKLOV**

adc
RECEIVED
12/6/03

RECEIVED
3:28
DEC 11 2003
VERNIER &
MAHER, LLP

KENLEY
RECEIVED DEC 11 2003
RB @ 3:45p

**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031201.327-0001.CT (Stip&Order re O'Connell Depos).wpd

**EXHIBIT "A"**

1

1   Plaintiff United States for use and benefit of Rhino Builders, Inc. ("Plaintiff"),

2   Defendant/Third-Party Plaintiff Biogenesis Pacific, Inc. ("BPI"), and Third-Party Defendant Michael

3   O'Connell, by and through counsel, stipulate as follows:

4          1.     The continued depositions by BPI of Michael O'Connell and Eugene O'Connell,

5   will be conducted on December 9, 2003 at 8:00 a.m. (Guam time). The depositions will be conducted

6   pursuant to the terms set forth in the Stipulation and Order signed by Plaintiff, BPI and Michael

7   O'Connell and filed on November 18, 2003 (the "Discovery Stipulation").

8          2.     BPI will produce the documents delineated in the Discovery Stipulation upon

9   execution of this Stipulation and Order by Plaintiff.

10         3.     This stipulation is necessary because the time period to conduct the depositions

11  of Messrs. O'Connell set forth in the Discovery Stipulation expired one day after parties received the

12  Discovery Stipulation signed by the Court.

13         4.     All other terms of the Discovery Stipulation shall remain in effect.

14         SO STIPULATED.

15  CALVO AND CLARK, LLP                    LAW OFFICE OF ANTONIO L. CORTES
    Attorneys for BioGenesis Pacific, Inc.  Attorney for Rhino Builders, Inc.

16

17  By: _____            By: _____
         JANALYNN M. CRUZ                        ANTONIO L. CORTES

18
    Dated:   December 1, 2003               Dated:   December 1, 2003
19

20  LAW OFFICE OF FREDERICK J. KERLEY
    Attorney for Michael O'Connell
21

22  By: _____
         FREDERICK J. KERLEY
23
    Dated:   Dec. 2, 2003
24

25         APPROVED AND SO ORDER this **4th** day of **December**           , 2003.

26
                            /s/ Joaquin V. E. Manibusan, Jr.
27                              Designated District Judge
                        for  HONORABLE JOHN S. UNPINGCO
28                           Judge, District Court of Guam


**STIPULATION AND ORDER**
CIVIL CASE NO. 02-00008
B031201.327-0001.CT (Stip&Order re O'Connell Depos).wpd                    2