ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF COUNSEL** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

I, Antonio L. Cortes, duly declare and say:

1. I am an attorney licensed to practice law in Guam, and have been since October 21, 1997. I have personal knowledge of the matters stated herein, except those stated on information and belief, and as to those matters I believe them to be true. If called upon to do so, I could and would competently so testify.

2. At the deposition of Eugene O'Connell taken December 9, 2003, he testified to the effect that Plaintiff's net worth is a negative number. As a result of Plaintiff's economic state, an expedited transcript was not purchased and a transcript of Mr. O'Connell's testimony cannot be presented at this time in support of this motion. BPI's knowledge that Plaintiff's assets were not materially greater than its liabilities in late 2000 is evidenced in the deposition testimony of Alfred Garthe III attached to my May 29, 2003 Declaration as Exhibit 1 at 62:11 and 64:11 and the deposition testimony of BPI's Gerald Lam, attached to the same Declaration as Exhibit 2, at 97:19-98:7.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December 2003.

_____
ANTONIO L. CORTÉS