ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **AGREEMENT TO HEARING DATE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Antonio L. Cortes, am the attorney for the Plaintiff in this matter. I contacted the attorneys for the opposing parties in this action to agree upon a date for oral argument of Plaintiff's motion.

2. The attorneys for the opposing parties are:

Arthur B. Clark, Esq.
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96911

Frederick J. Kerley, Esq.
Suite 907 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

Louie J. Yanza, Esq.
Vernier & Maher LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

Daniel J. Berman, Esq.
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

3. We agreed upon the following date: January 9, 2004 at 10:00 a.m.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this 15th day of December 2003.

_____
ANTONIO L. CORTÉS
Attorney for Plaintiff United States for the
Use and Benefit of Rhino Builders, Inc.