BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna Guam 96910

Attorneys for Defendant/Counter-Defendant:
*MICHAEL DANFORTH*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO.: 02-00008 |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | **COUNTER-DEFENDANT MICHAEL DANFORTH'S MOTION FOR TOTAL OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON AMENDED COUNTERCLAIM filed herein on July 30, 2003 AND FOR AWARD OF SANCTIONS UNDER RULE 11** |

COMES NOW Counter-Defendant MICHAEL DANFORTH ("Danforth"), by and through his counsel above named, and respectfully moves this Court for total summary judgment in his favor and against

United States of America, et al.v. Biogenesis Pacific, Inc.   CIVIL CASE NO.: 02-00008
COUNTER-DEFENDANT MICHAEL DANFORTH'S MOTION FOR TOTAL OR, PAGE   2
IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON AMENDED COUNTERCLAIM
filed herein on July 30, 2003 AND FOR AWARD OF SANCTIONS UNDER RULE 11

Defendant and Counter-Plaintiff BIOGENESIS PACIFIC, INC., on the Counterclaim filed herein on July 30, 2003 or, in the alternative, for partial summary judgment on the matter of availability of punitive damages in this action, on the ground and for the reason that there exists no material issues of fact and your Movant is entitled to entry of judgment as a matter of law.

This Motion is based on the records and pleadings on file herein, on the Designation of Record with the Declarations of Alan H. Tuhy, Michael Danforth and Michael O'Connell and Exhibits attached thereto, and on the Memorandum in Support of Motion which are filed concurrently.

Dated this **12** day of December, 2003.

                                        **BERMAN O'CONNOR MANN & SHKLOV**
                                        Attorneys for Defendant/Counter-Defendant
                                        *MICHAEL DANFORTH*

By: _____
       **DANIEL J. BERMAN**