BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna Guam 96910

Attorneys for Defendant/Counter-Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
DEC 1 5 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO.: 02-00008 |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | **COUNTER DEFENDANTS MICHAEL DANFORTH'S DESIGNATION OF RECORD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Counter-Defendant MICHAEL DANFORTH ("Danforth"), by and through his

counsel above named, and respectfully designates for inclusion in the record on his Motion for Summery

Judgment the following pursuant to Rule 56, Fed. R. Civ. Pro.

EXHIBIT "A"; Excerpts from the Deposition of Michael Danforth taken on February 21, 2003;

Exhibit A-1; Services Agreement for Contracting and Estimating Services

Exhibit A-2; Services Agreement Modification

Exhibit A-3; BioGenesis Pacific Guam Roofing Contract

Exhibit A-4; Issues to Consider and Task Responsibility

Exhibit A-5; Various E-mails

Exhibit A-6; 10-24-00 E-mail from R. Avilla to R. Fong

Exhibit A-7; 10-30-00 E-mail from Maxx to M. O'Connell

Exhibit A-8; 11-1-00 E-mail from Michael to Gerry

Exhibit A-9; 11-1-00 E-mail from Michael to Gerry

Exhibit A-10; Various E-mails

Exhibit A-11; Various E-mails

Exhibit A-12; 11-8-00 E-mail from G. Allen to M. Danforth

Exhibit A-13; 11-9-00 E-mail from Michael to George

Exhibit A-14; 11-10-00 E-mail from Michael to George, Al and Mike O

Exhibit A-15; 11-10-00 E-mail from Michael to Gerry

Exhibit A-16; 11-17-00 Fax from M. Danforth to G. Lam

EXHIBIT "B"; Excerpts from the Deposition of George Allen taken on October 6, 2003

EXHIBIT "C"; DECLARATION OF MICHAEL DANFORTH

EXHIBIT "D"; DECLARATION OF MICHAEL O'CONNELL

Dated this 12 day of December, 2003.

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Defendant/Counter-Defendant
*MICHAEL DANFORTH*

By: _____
DANIEL J. BERMAN

E:\Jean\Plds\2581.wpd