BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna Guam 96910

Attorneys for Defendant/Counter-Defendant:
*MICHAEL DANFORTH*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO.: 02-00008 <br><br><br> **DEFENDANT/COUNTER-DEFENDANT MICHAEL DANFORTH'S REQUEST TO APPEAR BY TELEPHONE** |

COMES NOW Defendant/Counter-Defendant MICHAEL DANFORTH, through counsel undersigned, and hereby requests the Honorable Court for permission to allow Defendant/Counter-

Defendant Michael Danforth's lead counsel Alan Tuhy, Esq. to appear by telephonic connection for the hearing set for January 9, 2004, at 10:00 a.m. Counsel for Defendant/Counter-Defendant Michael Danforth shall be responsible to place the phone call and incur the long distance toll expenses. Local counsels Daniel J. Berman or Catherine Bejerana will appear in the Courtroom at the time of oral argument. Wherefore, Defendant/Counter-Defendant Michael Danforth respectfully requests permission to appear by telephonic connection.

Dated this **12** day of December, 2003.

> **BERMAN O'CONNOR MANN & SHKLOV**
> Attorneys for Defendant/Counter-Defendant
> *MICHAEL DANFORTH*
>
> BY: /s/ Daniel Berman
> _____
> **DANIEL J. BERMAN**

E:\Jean\Plds\2569.wpd