BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna Guam 96910

Attorneys for Defendant/Counter-Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
DEC 1 5 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO.: 02-00008 <br><br><br> **AGREEMENT OF HEARING DATE** |

## AGREEMENT OF HEARING DATE

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Catherine M. Bejerana, am the attorney for Plaintiffs in this matter. I contacted the attorneys for the other parties in this action to agree upon a date for oral argument on my Motion for Summary Judgment.

2. The attorneys for the opposing party are:

>Antonio L. Cortes, Esq.
>Law Office of Antonio L. Cortes
>Suite 233, Julale Center
>424 West O'Brien Drive
>Hagåtña, Guam 96910
>
>Janalynn M. Cruz, Esq.
>CALVO & CLARK LLP
>Suite 202, First Savings & Loan Building
>655 South Marine Drive
>Tamuning, Guam 96911
>
>Louie Yanza, Esq.
>McKEOWN VERNIER PRICE MAHER
>155 Hesler Place, Ground Floor
>Governor Joseph Flores Building
>Hagåtña, Guam 96910
>
>Frederick J. Kerley, Esq.
>Reflection Center Building, Suite 202
>222 Chalan Santo Papa
>Hagåtña, Guam 96910

3. We agreed upon the following date: January 9, 2003, at the hour of 10:00 a.m.

4. I contacted the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this 11th day of December, 2003.

>BERMAN O'CONNOR MANN & SHKLOV
>Attorneys for Defendant/Counter-Defendant
>MICHAEL DANFORTH
>
>BY: /s/ Catherine K. Bejerana
>　　CATHERINE M. BEJERANA

E:\Jean\Plds\2562.wpd

| | |
|---|---|
| 1<br>2<br>3<br>4 | BERMAN O'CONNOR MANN & SHKLOV<br>DANIEL J. BERMAN, ESQ.<br>MICHAEL J. BERMAN, ESQ.<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagatna Guam 96910 |
| 5<br>6 | Attorneys for Defendant/Counter-Defendant:<br>*MICHAEL DANFORTH* |

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR USE AND BENEFIT OF RHINO<br>BUILDERS, INC., | CIVIL CASE NO.: 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG<br>TECHNICAL SERVICES, INC., and<br>AMERICAN HOME ASSURANCE<br>COMPANY, | |
| Defendants. | |
| BIOGENESIS PACIFIC INC., | **CERTIFICATE OF SERVICE** |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL<br>O'CONNELL, MICHAEL DANFORTH,<br>AND JOHN DOES 1-10, | |
| Counter-Defendants, | |
| AMERICAN HOME ASSURANCE<br>COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

**CERTIFICATE OF SERVICE**

I, Jeannette R. Torres, do hereby certify that on December 15, 2003, I caused to be served the

E:\Jean\Plds\2563.wpd
Case 1:02-cv-00008    Document 274    Filed 12/15/2003    Page 3 of 4

| | |
|---|---|
| United States of America for use and benefit of Rhino Builders v. Biogenesis Pacific, Inc. | CV02-00008 |
| CERTIFICATE OF SERVICE | PAGE 2 |

AGREEMENT OF HEARING DATE, to the following:

**VIA HAND-DELIVERY**

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233, Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Janalynn M. Cruz, Esq.
CALVO & CLARK LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**VIA HAND DELIVERY**

Louie Yanza, Esq.
McKEOWN VERNIER PRICE MAHER
155 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Frederick J. Kerley, Esq.
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

By: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\2563.wpd