1 | BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
2 | MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
3 | 111 Chalan Santo Papa
Hagatna Guam 96910
4
Attorneys for Defendant/Counter-Defendant:
5 | *MICHAEL DANFORTH*

6

7                    IN THE UNITED STATES DISTRICT COURT OF GUAM

8 | UNITED STATES OF AMERICA          )    CIVIL CASE NO.: 02-00008
FOR USE AND BENEFIT OF RHINO        )
9 | BUILDERS, INC.,                   )
                                     )
10 |              Plaintiff,          )
                                     )
11 |       vs.                        )
                                     )
12 | BIOGENESIS PACIFIC, INC., AIG    )
TECHNICAL SERVICES, INC., and       )
13 | AMERICAN HOME ASSURANCE          )
COMPANY,                            )
14 |                                  )
              Defendants.           )
15 | BIOGENESIS PACIFIC INC.,         )    **CERTIFICATE OF SERVICE**
                                     )
16 |              Counter-Plaintiff,  )
                                     )
17 |       vs.                        )
                                     )
18 | RHINO BUILDERS, INC., MICHAEL    )
O'CONNELL, MICHAEL DANFORTH,         )
19 | AND JOHN DOES 1-10, .            )
                                     )
     Counter-Defendants,             )
20 |                                  )
AMERICAN HOME ASSURANCE              )
21 | COMPANY,                         )
                                     )
22 |              Cross-Claimant,     )
                                     )
23 |       vs.                        )
                                     )
24 | BIOGENESIS PACIFIC, INC.,        )
                                     )
              Cross-Claim Defendant. )
25 |                                  )

26                          **CERTIFICATE OF SERVICE**

27       I, Jeannette R. Torres, do hereby certify that on December 15, 2003, I caused to be served

28 | MOTION FOR TOTAL OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON

E:\Deenie\Pldgs\DJB\Danforth-MSJ.wpd

ORIGINAL

1

2  AMENDED COUNTERCLAIM filed herein on July 30, 2003 AND FOR AWARD OF SANCTIONS

3  UNDER RULE 11; MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;

4  DECLARATION OF ALAN H. TUHY;      DESIGNATION OF RECORD IN SUPPORT OF

5  MOTION FOR SUMMARY JUDGMENT; EXHIBITS A THROUGH D; and DANFORTH'S

6  REQUEST TO APPEAR BY TELEPHONE to the following:

7                          **VIA HAND-DELIVERY**

8                          Antonio L. Cortes, Esq.
                        Law Office of Antonio L. Cortes
9                         Suite 233, Julale Center
                        424 West O'Brien Drive
10                         Hagåtña, Guam 96910

11
                          **VIA HAND DELIVERY**
12
                          Janalynn M. Cruz, Esq.
13                         CALVO & CLARK LLP
                     Suite 202, First Savings & Loan Building
14                         655 South Marine Drive
                        Tamuning, Guam 96911
15
                          **VIA HAND DELIVERY**
16
                          Louie Yanza, Esq.
17                     McKEOWN VERNIER PRICE MAHER
                        155 Hesler Place, Ground Floor
18                     Governor Joseph Flores Building
                        Hagåtña, Guam  96910
19
                          **VIA HAND DELIVERY**
20
                          Frederick J. Kerley, Esq.
21                     Reflection Center Building, Suite 202
                        222 Chalan Santo Papa
22                         Hagåtña, Guam 96910

23

24

25              By:  _____
                     **JEANNETTE F. RIVERA**
26

27

28