1  James Lawhn
   OLIVER LAU LAWHN OGAWA & NAKAMURA
2  707 Richard Street, Suite 600
   Honolulu, Hawaii 96813
3  Telephone No.: (808) 533-3999
   Facsimile No.: (808) 533-0144
4
   Stephen D. Tom
5  WHITE & TOM
   820 Mililani Street, Suite 711
6  Honolulu, Hawaii 96813-2972
   Telephone No.: 808 547 5151
7  Facsimile No.: 808 599 4517

8  Louie J. Yanza
   VERNIER & MAHER, LLP
9  115 Hesler Place, Ground Floor
   Governor Joseph Flores Building
10 Hagåtña, Guam 96910
   Telephone No.: (671) 477-7059
11 Facsimile No.: (671) 472-5487

12 Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
   AMERICAN HOME ASSURANCE COMPANY
13

FILED
DISTRICT COURT OF GUAM
DEC 15 2003
MARY L. M. MORAN
CLERK OF COURT

276

          UNITED STATES DISTRICT COURT OF GUAM
14
   UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO. 02-00008
15 AND BENEFIT OF RHINO BUILDERS, INC., )
                                       )
16          Plaintiff,                 )
                   vs.                 ) CERTIFICATE OF SERVICE
17                                     )
   BIOGENESIS    PACIFIC,   INC.,   AIG )
18 TECHNICAL   SERVICES,   INC.   and )
   AMERICAN     HOME     ASSURANCE )
19 COMPANY,                            )
                                       )
20          Defendants.               )
   _____)
   BIOGENESIS PACIFIC, INC.,           )
21                                     )
            Counterclaimant,           )
22                 vs.                 )
                                       )
23                                     )
   RHINO   BUILDERS,   INC.,   MICHAEL )
24 O'CONNELL, MICHAEL DANFORTH, AND )
   JOHN DOES 1-10,                     )
25                                     )
            Counter-Defendant. _____)
   _____)

                        1        ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| | ) |
| | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| | ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 15th day of December, 2003, I caused a copy of the foregoing documents:

1. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Partial Summary Judgment on Plaintiff's Miller Act Claims;

2. Declaration of Louie J. Yanza in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Partial Summary Judgment on Plaintiff's Miller Act Claims;

3. Declaration of Louie J. Yanza Re. Filing of Unsigned Declaration of Bruce Kahn in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Partial Summary Judgment on Plaintiff's Miller Act Claims; and

4. [Proposed] Order Re. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Partial Summary Judgment on Plaintiff's Miller Act Claims.

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

2

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 15th day of December, 2003.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**



BY: _____
LOUIE J. YANZA

3