1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:  (671) 646-9355
   Facsimile:  (671) 646-9403
5
   Attorneys for Defendant/Counter-Plaintiff
6  BioGenesis Pacific, Inc.

7

8                    IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| 9  UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| 10 | |
| 11                    Plaintiff, vs. | **BIOGENESIS PACIFIC, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGEMENT** |
| 12  BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | |
| 13 | |
| 14                    Defendants. | |
| 15  BIOGENESIS PACIFIC INC., | |
| 16                    Counter-Plaintiff, | |
| 17  vs. | |
| 18  RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| 19 | |
| 20                    Counter-Defendants. | |
| 21  AMERICAN HOME ASSURANCE COMPANY, | |
| 22 | |
| 23                    Cross-Claimant, | |
| 24  vs. | |
| 25  BIOGENESIS PACIFIC INC., | |
| 26                    Cross-Claim Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that BioGenesis Pacific, Inc.'s Motion for Summary Judgment shall come on for hearing before the Honorable John S. Unpingco in his courtroom located at 520 West Soledad Avenue, Hagåtña, Guam 96910, on January 9, 2004 at 10:00 a.m.

DATED this 15th day of December, 2003.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ