Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **AGREEMENT OF HEARING DATE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

Pursuant to Local Rule 7.1., the parties hereby acknowledge the following:

1. I, Janalynn M. Cruz, am the attorney for the Defendant/Counter-Plaintiff BioGenesis Pacific, Inc. in this matter. I contacted the attorney for the opposing party in this action, to agree upon a date for oral argument for Defendant/Counter-Plaintiff BioGenesis Pacific, Inc.'s Motion for Summary Judgment.

2. The attorneys for the parties in this action are as follows:

   a. Antonio Cortes, Esq. attorney for Plaintiff/Counter-Defendant Rhino Builders, Inc.

   b. Louie J. Yanza, Esq. attorney for Defendants AIG Technical Services, Inc., and American Home Assurance Company.

   c. Catherine M. Bejerana, Esq. attorney for Counter-Defendant Michael Danforth.

   d. Frederick J. Kerley, Esq. attorney for Counter-Defendant Michael O'Connell.

3. The parties agreed upon the following date for oral arguments: January 9, 2004 at 10:00 a.m.

4. My office contacted the Deputy Clerk of Court to ensure that the Court is available on the above date.

DATED this 15th day of December, 2003.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: _____
JANALYNN M. CRUZ