| | |
|---|---|
| 1 | BERMAN O'CONNOR MANN & SHKLOV |
| 2 | DANIEL J. BERMAN, ESQ.<br>MICHAEL J. BERMAN, ESQ. |
| 3 | Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa |
| 4 | Hagatna Guam 96910 |
| 5 | Attorneys for Defendant/Counter-Defendant: |
| 6 | *MICHAEL DANFORTH* |

FILED
DISTRICT COURT OF GUAM
DEC 18 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO.: 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | |
| Defendants. | |
| BIOGENESIS PACIFIC INC., | **CERTIFICATE OF SERVICE** |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants, | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

## **CERTIFICATE OF SERVICE**

I, Jeannette F. Rivera, do hereby certify that on December 18, 2003, I caused to be served the

Declaration of Michael O'Connell in Support of Counter-Defendant Michael Danforth's Motion for Summary Judgment, to the following:

**VIA HAND-DELIVERY**

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233, Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Janalynn M. Cruz, Esq.
CALVO & CLARK LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**VIA HAND DELIVERY**

Louie Yanza, Esq.
McKEOWN VERNIER PRICE MAHER
155 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Frederick J. Kerley, Esq.
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

By: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\2587.wpd