ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM
DEC 18 2003
MARY L. M. MORAN
CLERK OF COURT

286

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., ) ) ) | CIVIL CASE NO.02-00008 |
| Plaintiff, ) ) | **CERTIFICATE OF MAILING AND SERVICE** |
| vs. ) | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., ) ) ) ) ) ) | |
| Defendants. ) | |
| BIOGENESIS PACIFIC, INC., ) ) | |
| Counter-Plaintiff, ) ) | |
| vs. ) ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, ) ) ) ) | |
| Counter-Defendants. ) | |
| AMERICAN HOME ASSURANCE CO., ) ) | |
| Cross-Claimant, ) | |
| vs. ) | |
| BIOGENESIS PACIFIC, INC., ) ) | |
| Cross-Claim Defendant. ) ) ) ) | |

I, Antonio L. Cortes, hereby declare and state as follows:

1.     That I am an employee of the law office of Antonio L. Cortés, over the age of 18 years and not a party to the above-captioned case;

2.     I certify that on December 15, 2003, I served copies of the following document(s): (1) **MOTION FOR JUDGMENT ON PUNITIVE DAMAGES**, (2) **DECLARATION OF COUNSEL**; (3) **AGREEMENT TO HEARING DATE**; and (4) **[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT ON PUNITIVE DAMAGES AWARD** upon the following counsel of record in this case:

| | |
|---|---|
| **Frederick J. Kerley, Esq.**<br>Suite 907 Pacific News Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam  96910 | **Daniel J. Berman, Esq.**<br>Berman O'Connor & Mann<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam  96910 |

by depositing them in the United States Mail in properly-addressed, postage-prepaid envelopes.

3.     I further certify that, on December 15, 2003,  I served the same document(s) upon

| | |
|---|---|
| **Arthur B. Clark, Esq.**<br>Calvo & Clark, LLP<br>655 South Marine Drive, Suite 202<br>Tamuning, Guam  96911 | **Louie J. Yanza, Esq.**<br>Vernier & Maher LLP<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam  96910 |

by delivering the same to their offices at those addresses.

Executed this 15th day of December 2003.

_____
Antonio L.. Cortes

2