James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
DEC 19 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>**E R R A T U M**<br>TO DEFENDANTS AIG TECHNICAL SERVICES, INC. AND AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR DISMISSAL OF PLAINTIFF'S BAD FAITH CAUSE OF ACTION FOR FAILURE TO STATE A CLAIM; OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE |
| BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | |

|   |   |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

COME NOW, Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME"), by and through their undersigned attorney, and hereby submit this Erratum to Defendants AIGTS and Amereican Home's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment (hereinafter referred to as "Motion for Dismissal of Plaintiff's Bad Faith Cause of Action") filed in the above-entitled action, on December 5, 2003. Due to a typographical error, the fourth line of paragraph 2, found at page 6 of the Motion for Dismissal of Plaintiff's Bad Faith Cause of Action, presently reads as follows:

> obtain administrative approval before issuing them [28 GCA Sec. 18308]. This requirement

Defendants AIGTS and AMERICAN HOME by this Erratum hereby amends line 4, paragraph 2, found at page 6 of said Motion for Dismissal of Plaintiff's Bad Faith Cause of Action, to properly and correctly recite the following:

> **obtain administrative approval before issuing them [18 GCA Sec. 18308]. This requirement**

Counsel for Defendants AIGTS and AMERICAN HOME apologizes to this Honorable Court for any inconvenience caused by this error and inadvertence.

Respectfully submitted this 19th day of December, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

## CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on the 19th day of December, 2003, I caused a copy of the annexed **ERRATUM to Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment; Certificate of Service** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

Janalynn M. Cruz, Attorney-At-Law
**CALVO & CLARK, LLP**
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Catherine M. Bejerana, Attorney-At-Law
**BERMAN O'CONNOR MANN & SHKLOV**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

Frederick J. Kerley, Esq.
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagåtña, Guam 96910

Executed this 19h day of December, 2003.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

4