ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.



FILED
DISTRICT COURT OF GUAM
DEC 22 2003
MARY L. M. MORAN
CLERK OF COURT

289

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> ***EX PARTE* MOTION FOR ORDER SHORTENING BRIEFING SCHEDULE AND FOR HEARING OF MOTION TO CONTINUE HEARING OF DISPOSITIVE MOTIONS AND TRIAL** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

ORIGINAL

Pursuant to Local Rule 7.1(j), Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") most respectfully moves to this honorable Court for an order shortening the time to file any opposition papers to Plaintiff's Motion to Continue Hearing of Dispositive Motions and Trial, filed herewith ("the underlying motion"), and to hear the underlying motion in the afternoon of December 23, 2003. In support of this motion Plaintiff presents the following points and authorities.

## POINTS AND AUTHORITIES

Plaintiff requests that the underlying motion be heard on December 23, 2003 because that motion seeks relief from a deadline to file briefs presently due on December 26, 2003. As set forth in the underlying motion, Plaintiff's need for that relief has little if any relation to the December 25, 2003 holiday. As set forth in that motion, Plaintiff cannot obtain a competent presentation of its rights in this case without that relief, and the interests of justice augur in favor of the granting of that motion so that no parties are denied the opportunity to present their arguments regarding the dispositive motions filed December 5, 2003 and December 15, 2003. By the same token, because that relief would be best granted prior to the December 26, 2003 date by which Plaintiff's opposition to Defendants' voluminous motions are now due, and because December 25, 2003 is a holiday, Plaintiff believes that the

interests of justice would be best served if the underlying motion is heard December 23, 2003.

Plaintiff could not determine that the underlying motion was necessary until Friday December 19, 2003 at 3:19 p.m. when he was informed by counsel for AIG Technical Services Inc. and American Home Assurance Company that the underlying motion would be necessary. Prior to that, the undersigned had diligently pursued informal resolution of the subject matter of the underlying motion as set forth in the Declaration of Counsel filed in support of that motion and filed herewith.

The undersigned has two hearings before the Superior Court of Guam December 23, 2003 at 9:00 a.m. and 10:00 a.m. but is otherwise uncommitted on December 23 and 24, 2003.

## RULE 7.1(j) STATEMENT

The undersigned has contacted all counsel regarding this motion, the time it will be brought *ex parte*, and the underlying motion. AIGTS and AHAC are opposed to the underlying motion. Their attorney, Louie J. Yanza, Esq., is expected to appear to oppose the underlying motion, and has stated that he has no scheduling conflict for a hearing of this *ex parte* application during the afternoon of December 23, 2003. Biogenesis Pacific, Inc., through its attorney Arthur B. Clark, Esq., has stated that it has no position regarding the underlying motion and has stated that it will leave that matter to the discretion of the Court. Mr. Clark has stated that he may not appear at the hearing of that motion. Michael O'Connell, through its attorney

Frederick J. Kerley, Esq., has stated that he does not oppose the underlying motion. Mr. Kerley has been advised of this motion and of the underlying motion. Michael Danforth, has been contacted by the undersigned through local counsel, Seth Forman, Esq., and by telephone message to Alan Tuhy, Esq. in Kona, Hawaii. Mr. Danforth's positions regarding the underlying motion and this motion are not yet known.

The underlying motion was faxed to all parties, prior to its filing, just prior to noon on December 22, 2003.

## CONCLUSION

For the foregoing reasons, Plaintiff requests the following relief:

1. That Plaintiff's Motion to Continue Hearing of Dispositive Motions and Trial, filed herewith, be heard during the afternoon of December 23, 2003;

2. That any oppositions Plaintiff's Motion to Continue Hearing of Dispositive Motions and Trial shall be filed by noon December 23, 2003.

Respectfully submitted this 22nd day of December 2003.

---
Antonio L. Cortes, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.