ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO.,<br><br>Defendants. | CIVIL CASE NO.02-00008<br><br>**ERRATUM TO DECLARATION OF COUNSEL FILED DECEMBER 22, 2003** |
| BIOGENESIS PACIFIC, INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10,<br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO.,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>Cross-Claim Defendant. | |

ORIGINAL

Paragraph 5 of the Declaration of Counsel filed by Plaintiff on December 22, 2003 contains a typographical error that erroneously states "On December 18, 2003, BPI's counsel responded that I 'knew full well' that AIG would be filing two motions for summary judgment and that I agreed to the January 9 date, and that if I did not wish to work during the holiday season my client should simply dismiss its case."

That passage should read "On December 18, 2003, **AIGTS and AHAC's** counsel responded that I 'knew full well' that AIG would be filing two motions for summary judgment and that I agreed to the January 9 date, and that if I did not wish to work during the holiday season my client should simply dismiss its case." [emphasis supplied].

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of December 2003.

_____
ANTONIO L. CORTÉS