ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> [PROPOSED] ORDER CONTINUING HEARING OF DISPOSITIVE MOTIONS AND TRIAL |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") having moved to (1) continue the hearing of dispositive motions currently set for January 9, 2004 until February 6, 2004 or such other date around that date that is convenient to the Court: and (2) continue trial, currently scheduled for March 2, 2004, to April 13, 2004, and good cause appearing therefore, it is hereby.

ORDERED, that the hearing of dispositive motions currently set for January 9, 2004 is and shall be continued until February 6, 2004 at 9:30 am; and

IT IS FURTHER ORDERED THAT trial, currently scheduled for March 2, 2004, is continued to commence on April 13, 2004 at 9:30 a.m.

IT IS FURTHER ORDERED THAT the following pretrial dates and times shall replace those in the June 4, 2003 Scheduling Order:

a. The Preliminary Pretrial Conference shall be held on March 23, 2004 at 3:00 p.m..

b. The parties' pretrial materials, discovery materials, witness lists, designations and exhibits lists shall be filed on or before March 16, 2004, except that expert witness disclosure shall be made no later than December 8, 2003;

c. The Proposed Pretrial Order shall be filed on or before March 1, 2004; and

2

d. The Final Pretrial Conference shall be held April 6, 2004 at 3:00 p.m.

**SO ORDERED** this 23rd day of December 2003.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

PRESENTED BY:
LAW OFFICE OF ANTONIO L. CORTES

By: _____
Antonio L. Cortes
Counsel for Plaintiff

RECEIVED
DEC 22 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM