

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC. | Civil Case No. 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | |
| Defendants. | ORDER |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC INC., | |
| Cross-Claim Defendant. | |

On December 5, 2003, the Defendants AIG Technical Services, Inc. and American Home Assurance Company filed a thirty-three page Motion for Dismissal of the Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment. The Court notes that the length of the filing far exceeds the twenty page limit pursuant to Local Rule 7.1(g). Additionally, the defendants failed to request and receive this Court's permission for the excess pages. Therefore, the Court strikes the defendants' motion and all supporting declarations and materials related to it.

SO ORDERED this 23rd day of December, 2003.

JOHN S. UNPINGCO
District Judge

Notice is hereby given that this document was entered on the docket on 12/23/03.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 12/23/03
Deputy Clerk    Date