James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
DEC 24 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br>Defendants. | CIVIL CASE NO. 02-00008 <br><br>EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO RECONSIDER COURT'S ORDER OF DECEMBER 23, 2003; OR, IN THE ALTERNATIVE, TO EXCEED PAGE LIMITATION AND REFILE DEFENDANT AIG TECHNICAL SERVICES, INC. AND AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR DISMISSAL OF PLAINTIFF'S BAD FAITH CAUSE OF ACTION FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT |

ORIGINAL

| | |
|---|---|
| BIOGENESIS PACIFIC, INC., | ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) |
| Counter-Defendant. | ) |
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) ) |

COMES NOW, Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE ("AMERICAN HOME"), through counsel, VERNIER & MAHER, LLP, by Louie J. Yanza, and hereby moves this Honorable Court, *ex-parte*, for an order shortening time for hearing on their Motion to Reconsider Court's Order of December 23, 2003; or, in the Alternative, to Exceed Page Limitation and Re-file Defendants AIGTS and AMERICAN HOME's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the Alternative, for Summary Judgment.

This Ex-Parte Motion is supported by the record of the proceedings and papers on file herein, the accompanying Memorandum of Points and Authorities,

//

//

2

together with any and all arguments to be adduced at the hearing of the within motion.

Dated this 24th day of December, 2003.

VERNIER & MAHER, LLP
Attorneys for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: _____
LOUIE J. YANZA

## MEMORANDUM OF POINTS AND AUTHORITIES

Time is of the essence. The Motion Cut-Off Date in this action has since lapsed on December 15, 2003. The issues involved in the foregoing Motion to Reconsider Court's Order of December 23, 2003, or in the Alternative, to Exceed Page Limitation and Re-file Defendants AIGTS and AMERICAN HOME's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim, or in the Alternative, for Summary Judgment ("Motion to Dismiss"), are extremely important. Moving Defendants AIGTS and AMERICAN HOME seek to have a prompt hearing on their Motion to Reconsider Court's Order so that the parties will have adequate time to oppose the Defendant's proposed Motion for Dismiss in the event the Court grants the Defendants instant Motion to Reconsider. Local Rule 7.1 ordinarily requires twenty-one days notice for motions. F.R.C.P. Rule 6(d) authorizes the Court to shorten this time for cause shown. <u>U.S. v. Fitch</u>, 472 F.2d 548 (9th Cir., 1973).

To place the instant motion on the Court's twenty-one day calendar would delay a prompt adjudication on whether Defendants may refile their Motion to Dismiss. Such

3

a delay will prejudice the Plaintiff and Defendants given deadline for motion filing has passed, and Defendants wish to ensure that Plaintiff is afforded ample time to respond to Defendants AIGTS and AMERICAN HOME's Motion to Dismiss.

## RULE 7.1(j) STATEMENT

On December 23, 2003, the undersigned counsel of record for Defendants AIGTS and AMERICAN HOME contacted counsel for all parties to this action to advise of the foregoing Ex-Parte Motion to Shorten Time for Hearing on Defendants AIGTS and AMERICAN HOME's Motion to Reconsider Court's Order of December 23, 2003, or in the Alternative, to Exceed Page Limitation and Re-file Defendants AIGTS and AMERICAN HOME's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim, or in the Alternative, for Summary Judgment.

Counsel for Plaintiff, Antonio Cortes, has stated that he opposes Defendants' Ex-Parte Motion and Motion to Reconsider and will most likely be present at the time of hearing on the motions.

Counsel for Defendant BIOGENESIS PACIFIC, INC., Calvo & Clark, LLP, by Janalynn Mr. Cruz, does not oppose Defendants' Ex-Parte Motion and Motion to Reconsider and may not be present at the time of the hearing of the motions.

Counsel for Counter-Defendant MICHAEL O'CONNEL, Frederick J. Kerley, does not oppose Defendants' Ex-Parte Motion and Motion to Reconsider and may not be present at the time of the hearing of the motions.

Counsel for Counter-Defendant MICHAEL DANFORTH, Berman O'Connor Mann & Shklov, by Seth Forman, does not oppose Defendants' Ex-Parte Motion and Motion to Reconsider and may not be present at the time of hearing of the motions.

1  Copies of this Ex-Parte Motion to Shorten Time for Hearing and Defendants AIGTS and AMERICAN HOME's Motion to Reconsider Court's Order of December 23, 2003, or in the Alternative, to Exceed Page Limitation and Re-file Defendants AIGTS and AMERICAN HOME's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim, or in the Alternative, for Summary Judgment and Motion, together with the Proposed Orders were faxed to all parties to this action prior to filing with the Court.

Respectfully submitted this 24th day of December, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

C:\MarieBackup\My Documents\CLIENTS (NON-GIA)\USA-Rhino v BIOGENESIS-AIG\Pleadings\Ex-Parte Motion to Shorten Time for Hearing Mtn to Reconsider.doc