James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
DEC 24 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br> BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | CIVIL CASE NO. 02-00008 <br><br><br><br> **CERTIFICATE OF SERVICE** |

1

ORIGINAL

| | | |
|---|---|---|
| 1 | AMERICAN     HOME     ASSURANCE COMPANY | ) |
| 2 | | ) |
| | Cross-Claimant, | ) |
| 3 | vs. | ) |
| 4 | BIOGENESIS PACIFIC, INC. | ) |
| 5 | Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 24th day of December, 2003, I caused a copy of the foregoing documents:

1. *Ex Parte* Motion to Shorten Time for Hearing on Motion o Reconsider Court's Order of December 23, 2003; or, in the Alternative, to Exceed Page Limitation and Refile Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment;

2. Motion to Reconsider Court's Order of December 23, 2003; or, in the Alternative, to Exceed Page Limitation and Refile Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment;

3. Declaration of Counsel in Support of Motion to Reconsider Court's Order of December 23, 2003; or, in the Alternative, to Exceed Page Limitation and Refile Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment;

4. [Proposed] Order Granting *Ex Parte* Motion to Shorten Time for Hearing on Motion o Reconsider Court's Order of December 23, 2003; or, in the Alternative, to Exceed

2

Page Limitation and Refile Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment; and

5. [Proposed] Order Granting Motion to Reconsider Court's Order of December 23, 2003; or, in the Alternative, to Exceed Page Limitation and Refile Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment.

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagåtña, Guam 96910

Executed this 24th day of December, 2003.

VERNIER & MAHER, LLP
Attorney for Defendants
AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

BY: _____
LOUIE J. YANZA

3