James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> [PROPOSED] ORDER GRANTING MOTION TO RECONSIDER COURT'S ORDER OF DECEMBER 23, 2003; OR, IN THE ALTERNATIVE, TO EXCEED PAGE LIMITATION AND REFILE DEFENDANT AIG TECHNICAL SERVICES, INC. AND AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR DISMISSAL OF PLAINTIFF'S BAD FAITH CAUSE OF ACTION FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT |

1

ORIGINAL

| | |
|---|---|
| BIOGENESIS PACIFIC, INC., | ) |
| Counterclaimant, | ) ) ) |
| vs. | ) |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) |
| Counter-Defendant. | ) |
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) |
| vs. | ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) ) |

WHEREAS, this matter having come on before the court on counsel for Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY's ("AMERICAN HOME") Motion to Reconsider Court's Order of December 23, 2003; or, in the Alternative, to Exceed Page Limitation and Refile Defendant AIGTS and AMERICAN HOME's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the Alternative, for Summary Judgment; and

WHEREAS, good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. ~~That Defendants AIGTS and AMERICAN HOME's Motion to Reconsider filed in the above entitled action be, and the same hereby is, accordingly granted; and~~

2. That the Defendants' AIGTS and AMERICAN HOME be, and the same

2

hereby are, permitted to exceed the twenty page limitation on their Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the Alternative, for Summary Judgment but may not exceed thirty-three pages; and

3. That Defendants AIGTS and AMERICAN HOME are permitted to refile their Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the Alternative, for Summary Judgment.

SO ORDERED: DEC 2 9 2003

_____
HONORABLE JOHN S. UNPINGCO, JUDGE
DISTRICT COURT OF GUAM.

PRESENTED BY:

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

By: _____
LOUIE J. YANZA

RECEIVED
DEC 2 4 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3