Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM
JAN 23 2004
MARY L. M. MORAN
CLERK OF COURT

(321)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF ARTHUR B. CLARK IN SUPPORT OF DEFENDANT/ COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S NON-OPPOSITION TO MICHAEL DANFORTH'S MOTION FOR SUMMARY JUDGMENT** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

**DECLARATION OF ARTHUR B. CLARK IN SUPPORT OF DEFENDANT/
COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S NON-OPPOSITION
TO MICHAEL DANFORTH'S MOTION FOR SUMMARY JUDGMENT**
CIVIL CASE NO. 02-00008
B040123.327-0001.CT (ABC Decl Non-Opposition to Danforth's Motion).wpd

ORIGINAL

1

I, ARTHUR B. CLARK, do declare as follows:

1. I am an attorney duly licensed to practice in Guam and before this Court, a partner of the law firm of Calvo and Clark, LLP, and counsel for BioGenesis Pacific, Inc. ("BPI").

2. In March 2003, I received a letter from Defendant Michael Danforth's ("Danforth") Hawaii counsel, Alan Tuhy, dated March 12, 2003, which letter is attached to his December 15, 2003 declaration.

3. On April 2, 2003, I responded to Mr. Tuhy's letter and informed him that his supposed Rule 11 safe harbor action was ineffective because it was in letter form, not in motion form, as required, and because he was not admitted to practice law before the District Court of Guam. A copy of my April 2, 2003 letter is attached herewith as Exhibit 1.

4. On January 6, 2004, I contacted Danforth's local counsel Catherine Bejerana and offered to voluntarily dismiss Biogenesis' claim against Danforth. Ms. Bejerana asked me to contact Danforth's counsel in Hawaii Alan Tuhy to discuss my offer further. I contacted Mr. Tuhy on January 9, 2004 and restated my offer to dismiss the claim against Danforth.

5. On January 12, 2004, I received an e-mail response from Mr. Tuhy stating that he would accept the offer if BPI also agreed to release Maxx Management and its officers and directors from liability. Since such individuals are not parties to the current action, I did not accept Mr. Tuhy's counter-offer, but on the same day renewed my offer to dismiss the action against Danforth and further made clear that my offer to dismiss the action against Danforth would be with prejudice.

//
//
//
//
//
//
//
//
//

DECLARATION OF ARTHUR B. CLARK IN SUPPORT OF DEFENDANT/
COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S NON-OPPOSITION
TO MICHAEL DANFORTH'S MOTION FOR SUMMARY JUDGMENT
CIVIL CASE NO. 02-00008
B040123.327-0001.CT (ABC Decl Non-Opposition to Danforth's Motion).wpd

2

Case 1:02-cv-00008   Document 325   Filed 01/23/2004   Page 2 of 6

| | |
|---|---|
| 1 | 6. As of the filing of this declaration, I have not received an answer from Danforth's |
| 2 | counsel. |
| 3 | I declare under penalty of perjury under the laws of Guam that the foregoing is true and |
| 4 | correct. |
| 5 | Executed this 23rd day of January, 2004, in Tamuning, Guam. |

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: _/s/ Arthur B. Clark_
    ARTHUR B. CLARK

---

DECLARATION OF ARTHUR B. CLARK IN SUPPORT OF DEFENDANT/
COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S NON-OPPOSITION
TO MICHAEL DANFORTH'S MOTION FOR SUMMARY JUDGMENT
CIVIL CASE NO. 02-00008
B040123.327-0001.CT (ABC Decl Non-Opposition to Danforth's Motion).wpd

3

# EXHIBIT "1"

# CALVO AND CLARK, LLP
## ATTORNEYS AT LAW
655 SOUTH MARINE DRIVE, SUITE 202
TAMUNING, GUAM 96913
TEL: (671) 646-9355 • FAX: (671) 646-9403
e-mail: caclaw@calvoandclark.com

EDUARDO A. CALVO
ARTHUR B. CLARK •
RODNEY J. JACOB •

MICHAEL A. PANGELINAN •
JANALYNN M. CRUZ •
ROBERT GOLDBERG *

April 2, 2003

VIA FACSIMILE (808) 329-5788
AND U.S. POSTAL SERVICE

Alan H. Tuhy, Esq.
Law Office of Alan H. Tuhy
75-1000 Henry Street, Suite 201
Kailua-Kona, Hawaii 96740

RE: Rhino Builders, Inc. v. BioGenesis Pacific, Inc. and
AIG Technical Services, Inc.; CV02-00008

Dear Mr. Tuhy:

We are in receipt of your letter dated March 12, 2003 demanding that BioGenesis Pacific, Inc. ("BioGenesis") dismiss its claim against Michael Danforth. We are conducting a further investigation in response to the demand made in your letter, however, one of the witness to whom we need to speak is currently off-island and will not be returning to Guam until later this week. Accordingly, we are unable to provide a response to your letter until next week.

With respect to your request that we provide you with a written response within the 21 day safe harbor time period provided by Rule 11 of the Federal Rules of Civil Procedure, we are unaware of any such deadline that commenced upon the service of your letter. It is our understanding that the 21 day safe harbor provided by Fed. R. Civ. Proc. 11(c)(1)(A) commences upon service of the Rule 11 motion on BioGenesis. *See Barber v. Miller*, 146 F.3d 707, 710 (9th Cir. 1998) (providing that the 21 day notice required by Fed. R. Civ. Proc. 11(c)(1)(A) must be given by motion; repeated warnings or notice given by letter is not sufficient). Additionally, we question your ability to make any demand with respect to litigation pending before the District Court of Guam when, to the best of our knowledge, you are neither licensed on Guam nor admitted *pro hac vice* in the District Court of Guam. In any event, we are reviewing the matter further and expect to reply before the end of next week. We hope that the additional time needed to reply to your letter will not cause any undue inconvenience.

SAIPAN ADDRESS: HSBC BUILDING, MARINA HEIGHTS BUSINESS PARK
PMB 951 Box 10001, SAIPAN MP 96950
TEL: (670) 323-2045 • FAX: (670) 323-2776
• LICENSED IN GUAM AND CNMI

Case 1:02-cv-00008     Document 235     Filed 01/23/2004     Page 5 of 6
B030402.327-0001.LTR (A.Tuhy).wpd

Alan H. Tuhy, Esq.
April 2, 2003
Page 2

If you have any questions or concerns regarding the above, please do not hesitate to contact me.

Sincerely,

CALVO AND CLARK, LLP

Arthur B. Clark

cc: Mr. Gerald Lam
ABC:rp

B030402.327-0001.LTR (A Tuhy).wpd