1  Arthur B. Clark, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam 96911
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   Attorneys for Defendant
6  Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM

JAN 2 8 2004

MARY L. M. MORAN
CLERK OF COURT

322

7

## DISTRICT COURT OF GUAM

8

## TERRITORY OF GUAM

9

10  UNITED STATES OF AMERICA FOR USE      )    CIVIL CASE NO. 02-00008
    AND BENEFIT OF RHINO BUILDERS, INC.,  )
11                                         )
                      Plaintiff,           )
12          vs.                            )    **CERTIFICATE OF SERVICE**
                                           )
13  BIOGENESIS PACIFIC, INC.,              )
    AIG TECHNICAL SERVICES, INC., and      )
14  AMERICAN HOME ASSURANCE                )
    COMPANY                                )
15                      Defendants.        )
                                           )
16                                         )
    BIOGENESIS PACIFIC INC.,               )
17                                         )
                      Counter-Plaintiff,   )
18                                         )
            vs.                            )
19                                         )
    RHINO BUILDERS, INC., MICHAEL          )
20  O'CONNELL, MICHAEL DANFORTH,           )
    AND JOHN DOES 1-10,                    )
21                                         )
                      Counter-Defendants.  )
22                                         )
    AMERICAN HOME ASSURANCE                )
23  COMPANY,                               )
                                           )
24                      Cross-Claimant,    )
                                           )
25          vs.                            )
                                           )
26  BIOGENESIS PACIFIC INC.,               )
                                           )
27                      Cross-Claim Defendant.  )
                                           )
28

CIVIL CASE NO. 02-00008
B040123.327-0001.CT (Certificate of Service - MJP).wpd

1

1  I, MICHAEL J. PEREZ, hereby certify that on the 23rd day of January, 2004, I served

2  via hand delivery a copy of the following documents on the following:

3        1.      BioGenesis Pacific, Inc.'s Opposition to Plaintiff Rhino Builders, Inc.'s Motion

4  for Judgment on Punitive Damages.

5        2.      BioGenesis Pacific, Inc.'s Non-opposition to Counter-claim Defendant Michael

6  Danforth's Motion for Summary Judgment

7        3.      Declaration of Arthur B. Clark in Support of Defendant/Counter-Plaintiff

8  BioGenesis Pacific, Inc.'s Non-Opposition to Michael Danforth's Motion for Summary Judgment

9

10 **Attorney for Counter-Defendant**          **Attorney for Counter-Defendant**
   **Michael Danforth**                        **Michael O'Connell**

11

12 Catherine Bejerana, Esq.                     Frederick J. Kerley, Esq.
   Berman O'Connor Mann & Shklov               Suite 907, Pacific News Building
   Suite 503, Bank of Guam Building            238 Archbishop F.C. Flores Street

13 111 Chalan Santo Papa                        Hagåtña, Guam 96910
   Hagåtña, Guam 96910

14

15 **Attorneys for Defendant AIG Technical**    **Attorney for Rhino Builders, Inc.**
   **Services, Inc. and American Home**
   **Assurance Company**                        Antonio L. Cortes, Esq.
                                                233 Julale Center
16
                                                424 West O'Brien Drive
17 Louie Yanza, Esq.                            Hagåtña, Guam 96910
   Vernier & Maher, LLP
   115 Hesler Place, Ground Floor

18 Governor Joseph Flores Building
   Hagåtña, Guam 96910

19

20        Dated this 28th day of January, 2004

21

22

23                                    MICHAEL J. PEREZ

24

25

26

27

28

CIVIL CASE NO. 02-00008
B040123.327-0001.CT (Certificate of Service - MJP).wpd                                    2