ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **ERRATUM TO PLAINTIFF'S OPPOSITION TO THE SURETIES' MOTION FOR SUMMARY JUDGMENT ON BAD FAITH ISSUE FILED JANUARY 23, 2004** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

The Opposition to the Sureties' Motion for Summary Judgment Dismissing Plaintiff's Bad Faith Claim filed by Plaintiff on January 23, 2004 contains a typographical error in footnote 20 on page 13. The statement in the last sentence of that footnote that "Plaintiff notes that, although this correspondence was requested in formal discovery in October 25, 2002, it was not included in the Sureties' Rule 26(a) disclosures and was never provided Plaintiff by the Sureties until the filing of this motion." Is intended to apply only to the document attached as Exhibit F to the Kahn Declaration referred to in that footnote, and not to Exhibit G also referred to there, which Exhibit was produced.

Executed this 29th day of January 2004.

_____
ANTONIO L. CORTÉS
Counsel for Plaintiff