BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna Guam 96910

FILED
DISTRICT COURT OF GUAM
JAN 30 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant/Counter-Defendant:
*MICHAEL DANFORTH*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO.: 02-00008 <br><br><br><br><br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Jeannette F. Rivera hereby certify that a true and accurate copy of the Counter-defendant Michael Danforth's Reply Memorandum to Biogenesis Pacific, Inc.'S Non-opposition to Counterclaim

E:\Jean\Plds\2703.wpd

Defendant Michael Danforth's Motion For Summary Judgment was served on January 30, 2004 to opposing counsel as set forth below:

**VIA FACSIMILE & U.S. MAIL:**

Attorney Alan H. Tuhy
Law Offices of Alan H. Tuhy
75-240 Nani Kailua Dr., #201
Kailua-Kona, HI 96740

**VIA HAND-DELIVERY**

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233, Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Arthur B. Clark, Esq.
CALVO & CLARK LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**VIA HAND DELIVERY**

Louie Yanza, Esq.
McKEOWN VERNIER PRICE MAHER
155 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**VIA HAND DELIVERY**

Frederick J. Kerley, Esq.
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

By: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\2703.wpd