Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
JAN 30 2004
MARY L. M. MORAN
CLERK OF COURT

(331)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **ERRATA TO DECLARATION OF ARTHUR B. CLARK FILED ON DECEMBER 15, 2003** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

ERRATA TO DECLARATION OF ARTHUR B. CLARK
FILED ON DECEMBER 15, 2003
CIVIL CASE NO. 02-00008
B040130.327-0001.CT (Errata ABC Decl).wpd

ORIGINAL

1

Case 1:02-cv-00008   Document 335   Filed 01/30/2004   Page 1 of 4

I, ARTHUR B. CLARK, do declare as follows:

1. I am an attorney duly licensed to practice in Guam and before this Court, a partner of the law firm of Calvo and Clark, LLP, and counsel for BioGenesis Pacific, Inc.

2. Attached to my December 15, 2003 Declaration are copies of the following, which I believe to be true and correct:

| Exhibit | Document |
|---|---|
| A | Letter dated September 29, 1999 from James B. Powers, Contracting Officer, Department of the Navy to BioGenesis Pacific, Inc. |
| B | Letter dated September 29, 1999 from James B. Powers, Contracting Officer, Department of the Navy to Rhino Builders, Inc. |
| X | Profit and Loss Statement produced by BioGenesis Pacific, Inc. with Russell Fong Declaration |

3. Attached to my December 15, 2003 Declaration are true and correct copies of the following documents produced by Plaintiff Rhino Builders, Inc. or its agent in discovery:

| Exhibit | Document |
|---|---|
| C | Rhino Builders, Inc. Invoice No. 1288 dated September 13, 2000 |
| D | Letter dated July 17, 2000 from Gerald Lam to Rose Dejapa, Officer in Charge of Construction, Department of the Navy |
| E | Email letter dated February 8, 2000 from Gerald Lam to Jean Tarlton, Contracting Officer, Department of the Navy |
| F | Services Agreement for Contracting and Estimating dated August 1, 2000, between Maxx Management Corporation and Rhino Builders, Inc. |
| G | Email dated November 14, 2000 from Michael O'Connell |
| H | Certified payroll attached to Rhino Builders, Inc.'s January 9, 2002 Miller Act Claim |
| I | Email dated November 10, 2000 from Michael Danforth addressed to George / Al / Mike O |
| J | Email dated November 10, 2000 from Michael Danforth addressed to Gerry |
| K | Rhino Builders, Inc. Invoice No. 1313 dated November 14, 2000 |
| L | Email dated November 18, 2000 from George Allen |
| M | Rhino Builders, Inc. Official Company Notice dated December 14, 2000 to Alfred Garthe, III |

ERRATA TO DECLARATION OF ARTHUR B. CLARK
FILED ON DECEMBER 15, 2003
CIVIL CASE NO. 02-00008
B040130.327-0001.CT (Errata ABC Decl ).wpd

2

Case 1:02-cv-00008    Document 335    Filed 01/30/2004    Page 2 of 4

| Exhibit | Document |
|---|---|
| O | Proof of claim by Rhino Builders, Inc. dated January 9, 2002 |
| P | Rhino Builders, Inc. Invoice No. 0301-002, dated March 21, 2001 – Flatbed Invoice |
| Q | Rhino Builders, Inc. Invoice No. 0201-001, dated February 26, 2001 – Flatbed Invoice |
| R | Status Report prepared by Michael Danforth on the health of the Navy Roofing Contract |
| U | Delivery Order No. 1 |
| V | Delivery Order No. 2 |
| W | Delivery Order No. 7 |
| Y | Rhino Builders, Inc. Minutes of the Special Meeting of the Board of Directors |
| Z | Letter dated January 3, 2001 from George Allen to Warren Nobles |
| AA | Rhino Roofing and Repairs Inc. November 30, 2000 Directions to the President and Treasurer |
| BB | Rhino Roofing and Repairs Inc. November 30, 2000 Certificate of Transfer of Stock |

4. Attached to my December 15, 2003 Declaration are true and correct copies of the following documents produced by the United States Navy in response to a Freedom of Information Request by my office:

| Exhibit | Document |
|---|---|
| S | Letter dated May 25, 2001 from Officer in Charge of Construction (Code 41), Department of the Navy to U.S. Navy Public Works Center (Code N4) regarding completion of Delivery Order No. 3 |
| T | Letter dated April 11, 2001 from B. Terlaje, Contracting Officer, Department of the Navy to BioGenesis Pacific, Inc. regarding completion of Delivery Order No. 4 |

5. Attached to my December 15, 2003 Declaration are true and correct copies of excerpts from the following depositions taken in this action:

| Exhibit | Deponent and Date | Transcript Pages |
|---|---|---|
| 1 | Alfred Garthe – April 3 & 4, 2003 | 1, 114-116, 171 & 183 |

ERRATA TO DECLARATION OF ARTHUR B. CLARK
FILED ON DECEMBER 15, 2003
CIVIL CASE NO. 02-00008
B040130.327-0001.CT (Errata ABC Decl ).wpd

3

Case 1:02-cv-00008   Document 335   Filed 01/30/2004   Page 3 of 4

| Exhibit | Deponent and Date | Transcript Pages |
|---|---|---|
| 2 | Michael O'Connell – February 20, 2003 | 1, 8, 30, 39-42, 45-48, 107-110, 139-141, 144-147, 154-157, 170-172 & 227 |
| 3 | Gerald Lam – February 19, 2003 | 1, 43, 57, 103, 104, 127-130, 133-136, 150 & 164 |
| 4 | Eugene O'Connell – April 11, 2003 | 1, 7, 56, 147, 148, 164, 193-197, 208-210 & 263 |
| 5 | Richard Avilla – April 10, 2003 | 1, 53, 139, 140, 142, 143, 161, 162, 176 & 196 |
| 6 | Michael Danforth – February 21, 2003 | 1, 26, 27, 36, 69 & 171 |
| 7 | Michael O'Connell – December 8, 2003 | 1, 2, 53-59 & 111 |
| 8 | Eugene O'Connell, aka Eugene Patten – December 8, 2003 | 1, 2, 20-27, 48-50 & 68 |

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Executed this 30th day of January, 2004, in Tamuning, Guam.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: /s/ Arthur B. Clark
ARTHUR B. CLARK

ERRATA TO DECLARATION OF ARTHUR B. CLARK
FILED ON DECEMBER 15, 2003
CIVIL CASE NO. 02-00008
B040130.327-0001.CT (Errata ABC Decl ).wpd

4