James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
JAN 30 2004
MARY L. M. MORAN
CLERK OF COURT

336

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> **DECLARATION OF LOUIE J. YANZA RE. FILING OF FACSIMILE COPY OF DECLARATION OF JAMES H. LAWHN; EXHIBIT A** |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) ) ) ) |

I, LOUIE J. YANZA, hereby declare pursuant to 28 U.S.C. §1746, as follows:

1. I make this declaration on personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2. I am an individual over the age of 18. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

3. Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME") have retained the law office of VERNIER & MAHER, LLP as local counsel in the above-entitled action.

4. As part of such services, I received a facsimile from James H. Lawhn and I have attached a true and correct photocopy of said facsimile to this Declaration and incorporate it by reference herein. The facsimile is the "**DECLARATION OF JAMES H. LAWHN; EXHIBIT A**" ("Declaration") filed on this day in support of Defendants **AIG TECHNICAL SERVICES, INC. AND AMERICAN HOME ASSURANCE COMPANY'S REPLY IN SUPPORT OF MOTION FOR DISMISSAL OF PLAINTIFF'S BAD FAITH CAUSE OF ACTION FOR**

2

**FAILURE TO STATE A CLAIM; OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ("Reply Memorandum").**

5. The original of the Declaration is being sent by mail to be delivered to VERNIER & MAHER, LLP.

6. Due to time constraints and distances, it has not been possible to receive the original Declaration in time for the original Declaration to be filed with the Reply Memorandum, which Reply Memorandum is being filed concurrently herewith.

7. Upon receipt of the original Declaration, I will deliver the Declaration to the Clerk of Court for filing and substitution for the attached photocopy.

I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

Dated this 30th day of January, 2004, in Hagåtña, Guam.

_____
LOUIE J. YANZA

C:\MarieBackup\My Documents\CLIENTS (NON-GIA)\USA-Rhino v BIOGENESIS-AIG\Pleadings\Declaration of LJY - filing fax declaration of James Lawhn 012804.doc

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF JAMES H. LAWHN; EXHIBIT A** |

3852-10

## DECLARATION OF JAMES H. LAWHN

James H. Lawhn declares under the penalties of perjury as follows:

1. I am co-counsel for AIG Technical Services Inc. and American Home Assurance Company on the bad faith allegations raised in this litigation.

2. Attached as Exhibit A is a copy of a portion of the Instructions To Offerors issued by the United States with regard to the prime contract at issue in this litigation obtained through discovery in this matter.

Signed under the penalties of perjury this 26th day of January, 2004.

*/s/ James H. Lawhn*
JAMES H. LAWHN

OICC MARIANAS  
INSTRUCTIONS TO OFFERORS

REV. MAR 1999

in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the —

  (1) Name, address, and telephone number of the subcontractor;
  (2) Employer's identification number of the subcontractor;
  (3) Estimated dollar amount of the subcontract;
  (4) Estimated starting and completion dates of the subcontract; and
  (5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is <u>Guam</u>.

1.13 <u>FAC 5252.228-9305, NOTICE OF BONDING REQUIREMENTS (JAN 1996)</u>

Within 10 days after receipt of award, the bidder to whom the award is made shall furnish the following bond(s) each with satisfactory security:

  _X_ A Performance Bond (Standard Form 25). The performance bond shall be $500,000.00.

  _X_ A Payment Bond (Standard Form 25A). The payment bond shall be 50% of the performance bond.

Any surety company holding a certificate of authority from the Secretary of Treasury as an acceptable Surety on Federal bonds will be accepted. Individual sureties will be permitted as prescribed in FAR 28.203 and FAC 5252.228-9300. Alternative types of surety in lieu

14

41-99-0425

SECTION 00100