CV-02-00008

UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.

vs.

BIOGENESIS PACIFIC, INC., et al.

DOC#339 - DECLARATION OF JAMES H. LAWHN; EXHIBIT A

STRICKEN FROM THE RECORD ORDER FILED 02/05/2004