DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | Civil Case No. 02-00008<br><br>**ORDER** |
| BIOGENESIS PACIFIC, INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>Cross-Claim Defendant. | |

1     Pursuant to the modified Scheduling Order, oral arguments on dispositive motions are to
2 be heard on February 6, 2004, at 9:30 A.M. However, due to the scheduling needs of the Court,
3 oral arguments for Biogenesis Pacific, Inc.'s Motion for Summary Judgment and AIG Technical
4 Services, Inc.'s and American Home Assurance Company's Motion for Partial Summary
5 Judgment on Plaintiff's Miller Act Claims will be rescheduled to Friday, February 13, 2004, at
6 10:00 A.M. Accordingly, the Court vacates the present hearing date of February 6, 2004, for
7 these two motions.

8     Oral arguments on the following motions will still be heard on February 6, 2004, at 9:30
9 A.M.: AIG Technical Services, Inc.'s and American Home Assurance Company's Motion for
10 Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim or, in the
11 alternative, for Summary Judgment, Rhino Builders, Inc.'s Motion for Judgment on Punitive
12 Damages, and Michael Danforth's Motion for Total or, in the alternative, Partial Summary
13 Judgment on Amended Counterclaim and Award of Sanctions under Rule 11.

14     **SO ORDERED** this 3rd day of February, 2004.

_____
JOHN S. UNPINGCO
District Judge