```
 1  Arthur B. Clark, Esq.
    Janalynn M. Cruz, Esq.
 2  CALVO AND CLARK, LLP
    Attorneys at Law
 3  655 South Marine Drive, Suite 202
    Tamuning, Guam 96911
 4  Telephone:    (671) 646-9355
    Facsimile:    (671) 646-9403
 5
    Attorneys for Defendant
 6  Biogenesis Pacific, Inc.
```

FILED
DISTRICT COURT OF GUAM
FEB 03 2004
MARY L. M. MORAN
CLERK OF COURT
341

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

CIVIL CASE NO. 02-00008
B040130.327-0001.CT (Certificate of Service - MJP).wpd

1

I, MICHAEL J. PEREZ, hereby certify that on the 30th day of January, 2004, I served via hand delivery a copy of the following documents on the following:

    1. Biogenesis Pacific, Inc.'s Reply to Plaintiff Rhino Builders, Inc.'s Opposition to Biogenesis Pacific, Inc.'s Motion for Summary Judgement

    2. Errata to Declaration of Arthur B. Clark Filed on December 15, 2003

**Attorney for Counter-Defendant Michael Danforth**

Catherine Bejerana, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorney for Counter-Defendant Michael O'Connell**

Frederick J. Kerley, Esq.
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 3rd day of February, 2004

_____
MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B040130.327-0001.CT (Certificate of Service - MJP).wpd

2