ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Mayrina Pretrick, hereby state and certify as follows:

1. I am an Employee of the Law Office of Antonio L. Cortés, am over the age of 18 years, and am not a party to the above-captioned case;

2. I certify that on the 30th Day of January 2004, I caused to be served a copy of the following document(s): (1) REPLY BRIEF: MOTION RE: MOTION FOR JUDGMENT ON PUNITIVE DAMAGES; upon the following counsel of record in this case:

| **Arthur B. Clark, Esq.** | **Louie J. Yanza, Esq.** |
|---|---|
| Calvo & Clark, LLP | Vernier & Maher LLP |
| 655 South Marine Drive, Suite 202 | 115 Hesler Place, Ground Floor |
| Tamuning, Guam 96911 | Governor Joseph Flores Building |
| Attorney for Defendant Biogenesis | Hagåtña, Guam 96910 |
| Pacific, Inc. | Attorney for Defendant AIG Technical Services, Inc. |
| **Frederick J. Kerley, Esq.** | |
| Suite 907 | **Daniel J. Berman, Esq.** |
| Pacific News Building | Berman O'Connor & Mann |
| 238 Archbishop Flores Street | Suite 503, Bank of Guam Building |
| Hagåtña, Guam 96910 | 111 Chalan Santo Papa |
| | Hagåtña, Guam 9691 |

By delivering the same to them at their offices at the foregoing addresses.

DATED this 3rd day of February 2004.

_____
Mayrina Pretrick

2