ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Mayrina Pretrick, hereby state and certify as follows:

1. I am an Employee of the Law Office of Antonio L. Cortés, am over the age of 18 years, and am not a party to the above-captioned case;

2. I certify that on the 29th day of January 2004, I caused to be served a copy of the following document(s): (1) ERRATUM TO PLAINTIFF'S OPPOSITION TO THE SURETIES' MOTION FOR SUMMARY JUDGMENT ON BAD FAITH ISSUE FILED JANUARY 23, 2004, (2) MOTION FOR A PROTECTIVE ORDER AND ORDER MODFYING SUBPOENA; and (3) [PROPOSED] ORDER MODIFYING SUBPOENA AND PROTECTIVE ORDER; upon the following counsel of record in this case:

**Arthur B. Clark, Esq.**
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Attorney for Defendant Biogenesis
Pacific, Inc.

**Louie J. Yanza, Esq.**
Vernier & Maher LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorney for Defendant AIG Technical
Services, Inc.

**Frederick J. Kerley, Esq.**
Suite 907
Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

**Daniel J. Berman, Esq.**
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 9691

By delivering the same to them at their offices at the foregoing addresses.

DATED this 3rd day of February 2004.

_____
Mayrina Pretrick

2