BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna Guam 96910

Attorneys for Defendant/Counter-Defendant:
*MICHAEL DANFORTH*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO.: CV02-00008 <br><br><br> **STIPULATION TO ALLOW COUNSEL FOR COUNTER-DEFENDANT MICHAEL DANFORTH TO PARTICIPATE IN THE ORAL ARGUMENT BY TELEPHONE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

The Parties hereby Stipulate to allow Counter-Defendant Michael Danforth's counsel Alan H. Tuhy to participate by telephone in the oral argument on Defendant Michael Danforth's Motion For Total Or,

In The Alternative, Partial Summary Judgment On Amended Counterclaim filed herein on July 30, 2003 and for Award of Sanctions under Rule 11 scheduled for 9:30 a.m. on the 6th of February 2004. Daniel J. Berman or Catherine Bejerana Camacho will appear in the Courtroom at the time of oral argument.

**SO STIPULATED:**

                **CALVO & CLARK LLP**
                Attorneys for Biogenesis Pacific, Inc.

DATED: 2/3/04      BY: _____
                                       **ARTHUR B. CLARK, ESQ.**

                **McKEOWN VERNIER PRICE MAHER**
                Attorney for AIG Technical Services, Inc., and American Home Assurance Company

DATED: 2/3/04      BY: _____
                                       LOUIE YANZA, ESQ.

                **LAW OFFICE OF FREDERICK J. KERLEY**

DATED: 2/3/04      BY: _____
                                       FREDERICK J. KERLEY, ESQ.
                                       Attorney for Michael O'Connell

E:\Kuuipo\Pleadings\002(a).wpd

United States of America for use and benefit of Rhino Builders v. Biogenesis Pacific, Inc.   CV02-00008
STIPULATION TO ALLOW COUNSEL FOR COUNTER-DEFENDANT MICHAEL DANFORTH TO PARTICIPATE
IN THE ORAL ARGUMENT BY TELEPHONE

**LAW OFFICE OF ANTONIO L. CORTES**
Attorney for Rhino Builders, Inc.

DATED: 2/4/04   BY: _____
ANTONIO L. CORTES, ESQ.

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Michael Danforth

DATED: 2/3/04   BY: _____
DANIEL J. BERMAN, ESQ.

E:\Kuuipo\Pleadings\002(a).wpd