BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna Guam 96910

Attorneys for Defendant/Counter-Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
FEB 0 5 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO.: 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | |
| Defendants. | |
| BIOGENESIS PACIFIC INC., | [PROPOSED] ORDER |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants, | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

[PROPOSED]
**ORDER**

Based on the Stipulation of the Parties in the above captioned case to allow counsel for the Counter-Defendant Michael Danforth to participate by telephone in the oral argument on the Counter-Defendant Michael Danforth's Motion For Total Or, In The Alternative, Partial Summary Judgment On

Amended Counterclaim filed herein on July 30, 2003 and for Award of Sanctions Under Rule 11. After reviewing the submission, IT IS HEREBY ORDERED THAT:

Alan H. Tuhy may participate in said oral argument now scheduled for February 6, 2004 at 9:30 a.m. by telephone.

SO ORDERED this 5th day of February, 2004.

By: _____
JOHN S. UNPINGCO
Chief District Court Judge

E:\Kuuipo\Pleadings\003.wpd

RECEIVED
FEB - 4 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM