FILED
DISTRICT COURT OF GUAM
FEB 05 2004
MARY L. M. MORAN
CLERK OF COURT

353

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC. | Civil Case No. 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | |
| Defendants. | **ORDER** |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

On February 2, 2004, counsel for Defendants AIG Technical Services, Inc. and American Home Assurance Company filed a document captioned "Declaration of James H. Lawhn; Exhibit A." However, said caption fails to comply with Local Rule 5.1(c)(3)(C) & (D), which require that a title page of a document contain a brief description of the nature of the document and mention of any notice of motion or affidavit or memorandum in support. As Defendants first filed with the Court a facsimile copy of the present declaration as an exhibit attached to a declaration, and presently wish to submit herein the original signature, such facts should be noted in the caption on the title page. Accordingly, the Court ORDERS the "Declaration of James H. Lawhn; Exhibit A," filed February 2, 2004, stricken from the record.

**SO ORDERED** this 6th day of February, 2004.

JOHN S. UNPINGCO
**District Judge**