ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

I, Mayrina Pretrick, hereby state and certify as follows:

1. I am an Employee of the Law Office of Antonio L. Cortés, am over the age of 18 years, and am not a party to the above-captioned case;

2. I certify that on the 5th day of February 2004, I caused to be served a copy of the following document(s): (1) AFFIDAVIT OF EUGENE PATTEN; (2) AFFIDAVIT OF MICHAEL NAWAIKI O'CONNELL; upon the following counsel of record in this case:

| | |
|---|---|
| **Arthur B. Clark, Esq.**<br>Calvo & Clark, LLP<br>655 South Marine Drive, Suite 202<br>Tamuning, Guam 96911<br>Attorney for Defendant Biogenesis Pacific, Inc. | **Louie J. Yanza, Esq.**<br>Vernier & Maher LLP<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910<br>Attorney for Defendant AIG Technical Services, Inc. |
| **Frederick J. Kerley, Esq.**<br>Suite 907<br>Pacific News Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910 | **Daniel J. Berman, Esq.**<br>Berman O'Connor & Mann<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 9691 |

By delivering the same to them at their offices at the foregoing addresses.

DATED this 5eh day of February 2004.

_____
Mayrina Pretrick

2