# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**CASE NO. CV-02-00008**  **DATE: 2/6/04**  **TIME: 10:31 a.m.**

FILED DISTRICT COURT OF GUAM FEB 10 2004 MARY L.M. MORAN CLERK OF COURT

356

**CAPTION:** United States of America for Use and Benefit of Rhino Builders, Inc. -vs- Biogenesis Pacific, Inc., et. al.

*********************************************************************

Courtroom Deputy & Court Recorder: Virginia T. Kilgore  Law Clerk: J. HATTORI
Electronically Recorded (Run Time: 10:31:00 - 10:37:03 )  Court Security: J.McDonald

******************************** A P P E A R A N C E S ********************************

**COUNSEL FOR PLAINTIFF(s):**  **COUNSEL FOR DEFENDANT(s):**

Tony Cortes, Rhino Builders, Inc.  Louie Yanza, for AIG Tech & American Home Assurance

*********************************************************************

**PROCEEDINGS:** - MOTION FOR DISMISSAL OF PLAINTIFF'S BAD FAITH CAUSE OF ACTION FOR FAILURE TO STATE A CLAIM, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
- MOTION FOR JUDGMENT ON PUNITIVE DAMAGES
- MOTION FOR TOTAL OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON AMENDED COUNTERCLAIM AND FOR AWARDS OF SANCTIONS UNDER RULE 11

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( ) MOTION(s) __ Granted ____Denied ____Settled ____Withdrawn ____ Under Advisement

( ) ORDER SUBMITTED ____Approved ____Disapproved

( ) ORDER to be Prepared By: ____

(X) PROCEEDINGS CONTINUED TO:   February 20, 2004  at 10:00 A.M.

**NOTES:**

The Court apologized to the parties for not being prepared due to the Court having a trial next week and a full calendar this week. The Court continued the hearing on these motions, including the motions scheduled for February 13, 2004, to February 20, 2004 at 10:00 a.m.

COURTROOM DEPUTY:_____  END TIME: 10:37 a.m.
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-02-00008-1.wpd