James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547 5151
Facsimile No.: (808) 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br> CERTIFICATE OF SERVICE |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

1

**ORIGINAL**

| | |
|---|---|
| 1 | AMERICAN HOME ASSURANCE ) |
|   | COMPANY ) |
| 2 | ) |
| 3 | Cross-Claimant, ) |
|   | vs. ) |
| 4 | ) |
|   | BIOGENESIS PACIFIC, INC. ) |
| 5 | ) |
|   | Cross-Claim Defendant. ) |

I, LOUIE J. YANZA, hereby certify that on the 11th day of February, 2004, I caused a copy of the foregoing documents:

1. Submission of Original Declaration of James H. Lawhn; Exhibit A [In Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for Failure to State a Claim; or, in the Alternative, for Summary Judgment (filed on February 6, 2004 – which document was personally served on the parties hereto on February 6, 2004 at the U.S. District Court of Guam); and

2. Certificate of Service.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine Bejerana Camacho**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

| | |
|---|---|
| 1 | **Mr. Antonio L. Cortes** |
| 2 | Attorney At Law |
|   | 233 Julale Center |
| 3 | 424 West O'Brien Drive |
|   | Post Office Box BV |
| 4 | Hagåtña, Guam 96932-8973 |

<pre>
                      Mr. Antonio L. Cortes
                         Attorney At Law
                        233 Julale Center
                       424 West O'Brien Drive
                        Post Office Box BV
                     Hagåtña, Guam 96932-8973


                      Mr. Frederick J. Kerley
                     Suite 907, Pacific News Bldg.
                      238 Archbishop Flores Street
                        Hagatña, Guam 96910
</pre>

Executed this 11th day of February, 2004.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
     LOUIE J. YANZA

C:\MarieBackup\My Documents\CLIENTS (NON-GIA)\USA-Rhino v BIOGENESIS-AIG\Pleadings\Certificate of Service 021004.doc

3