BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN, ESQ.
MICHAEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna Guam 96910

Attorneys for Defendant/Counter-Defendant:
*MICHAEL DANFORTH*

FILED
DISTRICT COURT OF GUAM
FEB 13 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br><br> BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants, <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | CIVIL CASE NO.: 02-00008 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, **KUUIPO BORJA** hereby certify that a true and accurate copy of the Order was served on February 11, 2004 to opposing counsel as set forth below:

E:\Kuuipo\Pleadings\005.wpd

United States of America for use and benefit of Rhino Builders v. Biogenesis Pacific, Inc.     CV02-00008
CERTIFICATE OF SERVICE

### VIA FACSIMILE & U.S. MAIL:

Attorney Alan H. Tuhy
Law Offices of Alan H. Tuhy
75-240 Nani Kailua Dr., #201
Kailua-Kona, HI 96740

### VIA HAND-DELIVERY

Antonio L. Cortes, Esq.
Law Office of Antonio L. Cortes
Suite 233, Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

### VIA HAND DELIVERY

Janalynn M. Cruz, Esq.
CALVO & CLARK LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

### VIA HAND DELIVERY

Louie Yanza, Esq.
McKEOWN VERNIER PRICE MAHER
155 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

### VIA HAND DELIVERY

Frederick J. Kerley, Esq.
Reflection Center Building, Suite 202
222 Chalan Santo Papa
Hagåtña, Guam 96910

By: _/s/ Kuuipo Borja_
**KUUIPO BORJA**

E:\Kuuipo\Pleadings\005.wpd