ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **MOTION FOR ORDER SHORTENING BRIEFING SCHEDULE** <br> [No Hearing Requested] |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

Pursuant to Local Rule 7.1(k), Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") most respectfully moves to this honorable Court for an order shortening the time to file any oppositions or replies papers to Plaintiff's Motion for the Late Deposition of Russell Fong, and Plaintiff's Motion for the Late Deposition of Gerald Lam, both filed February 13, 2004, as follows:

1. This motion seeks an order requiring oppositions to the foregoing motions to be filed by Monday February 23, 2004, and replies to be filed by Tuesday February 24, 2004.

2. The requested accelerated briefing schedule would allow these relatively simple motions to be decided as early as February 24, 2004. That schedule could therefore leave as much as two weeks for the parties to prepare for these two short deposition, proposed to take place on March 9, 2004. It would still allow any opposing party the one-week to file opposing briefs, a reasonable period to do so. (*cf.* LR 7.1(a) *with* L.R. 7.1(d)(1)(A)).

3. As set forth in the underlying motions, these proposed limited depositions would allow the parties to prepare a more organized, efficient, and just trial, and their lateness is not due to a lack of diligence on Plaintiff's part.

3. If taken on March 9, 2004, these depositions would be completed slightly more than one month prior to trial.

For the foregoing reasons, Plaintiff most respectfully requests this honorable Court to order that any oppositions to Plaintiff's February 13, 2004 Plaintiff's Motion for the Late Deposition of Russell Fong, and Plaintiff's Motion for the Late Deposition of Gerald Lam be filed not later than February 23, 2004, and that any reply be filed not later than February 24, 2004.

Respectfully submitted this 17th day of February 2004.

_____
Antonio L. Cortes, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.