ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO.,<br><br>　　　　　　Defendants. | CIVIL CASE NO. 02-00008<br><br>**CERTIFICATE OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER SHORTENING BRIEFING SCHEDULE** |
| BIOGENESIS PACIFIC, INC.,<br><br>　　　　　　Counter-Plaintiff,<br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10,<br><br>　　　　　　Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO.,<br><br>　　　　　　Cross-Claimant,<br>vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>　　　　　　Cross-Claim Defendant. | |

**ORIGINAL**



I, Antonio L. Cortes, duly declare and say:

1. I am an attorney licensed to practice law in Guam, and have been since October 21, 1997. I have personal knowledge of the matters stated herein, except those stated on information and belief, and those matters I believe to be true. If called upon to do so, I could and would competently so testify.

2. I was unable to prepare this application for filing along with Plaintiff's underlying motions for leave to take the late depositions of Russell Fong and Gerald Lam, both filed Friday February 13, 2004, due to the heavy demands of this case upon my small office at the time they were filed, so I am filing it today, Tuesday February 17, 2004, yesterday having been a Court holiday.

3. For the reasons set forth in the underlying motions and my declarations supporting them, these motions were not made necessary by a lack of diligence on Plaintiff's part, and I believe both motions are well warranted the interests of justice.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February 2004.

_____
ANTONIO L. CORTÉS