ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **AFFIDAVIT OF MICHAEL NAWAIKI O'CONNELL** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

I, Michael O'Connell, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the President and CEO for Rhino Builders, Inc. (hereinafter "Rhino"), and have been since 1992. I am competent to testify herein, and I make this declaration based on personal knowledge and would so testify.

2. About a week or two before the complaint in this action was filed, I received a telephone call from our lawyer, Terry Thomason of the Carlsmith Ball law firm. He said we had a problem. He said that an AIG representative or attorney had approached a Carlsmith attorney, and told the Carlsmith attorney that it might have a conflict of interest preventing it from representing Rhino in this case. Mr. Thomason said that Carlsmith might have a conflict, and that he would look into it.

3. About a week later, I met with Mr. Thomason and Amy Self about filing the complaint, and Mr. Thomason again mentioned that Carlsmith might have a conflict.

4. I later received a letter from Mr. Thomason stating that he would have to stop representing Rhino in this case due to a situation that was like a conflict of interest.

5. At none of those meetings, or at any other time, did Mr. Thomason or Ms. Self or any other Carlsmith attorney inform me that the complaint filed by Carlsmith might have failed to name the surety as a party.

2

I declare under penalty of perjury that all of the foregoing statements are and correct to the best of my knowledge and belief.

EXECUTED this 13th day of February 2004.

_____
MICHAEL O'CONNELL

County of Honolulu    )
                      ) ss:
STATE OF HAWAII.      )

SUBSCRIBED and SWORN on this 13th day of February 2004, in Honolulu, Hawaii, before me, Darlyn M. Silva, a Notary Public, in and for the State of Hawaii, by MICHAEL O'CONNELL, known to me to be the person whose name is subscribed to the foregoing Declaration, who acknowledged to me that he executed the same as his free and voluntary act for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

) S E A L (

_____
Notary Public in and for the State of Hawaii   First Judicial Circuit
My Commission Expires  5-14-04