ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM

FEB 19 2004

MARY L. M. MORAN
CLERK OF COURT

369

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

# ORIGINAL

I, Mayrina Pretrick, hereby state and certify as follows:

1. I am an Employee of the Law Office of Antonio L. Cortés, am over the age of 18 years, and am not a party to the above-captioned case;

2. I certify that on the 13th day of February 2004, I caused to be served a copy of the following document(s): (1) MOTION FOR LEAVE TO TAKE THE LATE DEPOSITION OF RUSSELL FONG; (2) DECLARATION OF COUNSEL SUPPORTING MOTION FOR LEAVE TO TAKE THE LATE DEPOSITION OF RUSSELL FONG; (3) [PROPOSED] ORDER ALLOWING THE LATE DEPOSITION OF RICHARD FONG; (4) MOTION TO TAKE THE DEPOSITION OF GERALD LAM; and (5) DECLARATION OF COUNSEL SUPPORTING MOTION FOR LEAVE TO TAKE THE LATE DEPOSITION OF GERALD LAM upon the following counsel of record in this case:

**Arthur B. Clark, Esq.**
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Attorney for Defendant Biogenesis
Pacific, Inc.

**Frederick J. Kerley, Esq.**
Suite 907
Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

**Louie J. Yanza, Esq.**
Vernier & Maher LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorney for Defendant AIG Technical
Services, Inc.

**Daniel J. Berman, Esq.**
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 9691

By delivering the same to them at their offices at the foregoing addresses.

DATED this 18[eh] day of February 2004.

Mayrina Pretrick

2