# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

ORIGINAL

FILED
DISTRICT COURT OF GUAM
FEB 20 2004
MARY L. M. MORAN
CLERK OF COURT
373

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC. | Civil Case No. 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | |
| Defendants. | **ORDER** |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

|   |   |
|---|---|
| 1 | This case was scheduled to come before the Court on February 20, 2004, for a hearing |
| 2 | on the following motions: (1) Motion for Dismissal of Plaintiff's Bad Faith Cause of Action for |
| 3 | Failure to State a Claim or, in the Alternative, for Summary Judgment, (2) Counter-Defendant |
| 4 | Michael Danforth's Motion for Total or, in the Alternative, Partial Summary Judgment on |
| 5 | Amended Counterclaim and for Award of Sanctions under Rule 11, (3) Motion for Judgment on |
| 6 | Punitive Damages, (4) AIG Technical Services, Inc.'s and American Home Assurance |
| 7 | Company's Motion for Partial Summary Judgment on Plaintiff's Miller Act Claims, and (5) |
| 8 | BioGenesis Pacific, Inc.'s Motion for Summary Judgment. However, due to the Court's |
| 9 | scheduling needs, the hearing will be rescheduled for Wednesday, February 25, 2004, at 9:30 |
| 10 | A.M. Accordingly, the Court vacates the present hearing date of February 20, 2004. |
| 11 | **SO ORDERED** this ___ day of February, 2004. |

JOHN S. UNPINGCO
**District Judge**