ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM
FEB 20 2004
MARY L. M. MORAN
CLERK OF COURT

(374)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO.,<br><br>　　　　　Defendants. | CIVIL CASE NO.02-00008<br><br>[~~PROPOSED~~] ORDER SHORTENING BRIEFING SCHEDULE |
| BIOGENESIS PACIFIC, INC.,<br><br>　　　　　Counter-Plaintiff,<br><br>　vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10,<br><br>　　　　　Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO.,<br><br>　　　　　Cross-Claimant,<br><br>　vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>　　　　　Cross-Claim Defendant. | |

**ORIGINAL**

Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") having moved to shorten the briefing schedule for its February 13, 2004 Motion for Leave to Take the Late Deposition of Gerald Lam, and its February 13, 2004 Motion for Leave to Take the Late Deposition of Russell Fong, and good cause appearing therefore, it is hereby

ORDERED, that any oppositions to Plaintiff's February 13, 2004 Motion for Leave to Take the Late Deposition of Gerald Lam, and/or Plaintiff's February 13, 2004 Motion for Leave to Take the Late Deposition of Russell Fong, shall be filed not later than February 26, 2004 [DSL], and any reply shall be filed not later than February 27, 2004 [DSL].

**SO ORDERED** this 20th day of February 2004.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

PRESENTED BY:
LAW OFFICE OF ANTONIO L. CORTES

By: _____
Antonio L. Cortes
Counsel for Plaintiff

RECEIVED
FEB 17 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM