Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **BIOGENESIS PACIFIC, INC.'S OPPOSITION TO PLAINTIFF RHINO BUILDERS, INC.'S MOTION FOR ORDER SHORTENING BRIEFING SCHEDULE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

BIOGENESIS PACIFIC, INC.'S OPPOSITION TO PLAINTIFF
RHINO BUILDERS, INC.'S MOTION FOR ORDER SHORTENING
BRIEFING SCHEDULE
B040220.327-0001.CT (Opposition to Mtn. Shortening).wpd

1

Case 1:02-cv-00008    Document 379    Filed 02/23/2004    Page 1 of 2

1    Comes Now Defendant and Counter-Claim Plaintiff Biogenesis Pacific, Inc.
2 ("Biogenesis") to respectfully object to Plaintiff and Counter-Claim Defendant Rhino Builders, Inc.'s
3 ("Rhino") motion for an order shortening the briefing schedule. Biogenesis's opposition is based upon
4 the following:
5    1.    Rhino's motion for an order shortening the briefing schedule fails to state a
6 reason why the briefing schedule should be shorten other than the "accelerated briefing schedule would
7 allow these relatively simple motions to be decided as early as February 24, 2004. That schedule could
8 therefore leave as much as two weeks for the parties to prepare for these two short depositions,
9 proposed to take place on March 9, 2004."
10   2.    The time for taking depositions closed on October 17, 2003. Rhino's request for
11 leave to take belated depositions was filed on February 13, 2004, almost five months after the time for
12 taking depositions had closed. However, the issues concerning Rhino's dilatoriness are matters that
13 should be more properly reserved for briefing in response to his request to take depositions outside of
14 the scheduling order.
15   3.    In any event, Rhino's certificate of counsel fails to identify an adequate reason
16 to shorten the briefing schedule on his new motions except for the purpose of his convenience.
17 Notwithstanding the pendency of Rhino's motion to take depositions, there is nothing to prevent
18 Rhino's counsel from beginning his preparation now.
19   4.    Based on the above, BioGenesis respectfully requests that the Court DENY
20 Plaintiff's Motion for Order Shortening Briefing Schedule.
21    DATED this 23rd day of February, 2004.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: /s/ Arthur B. Clark
    ARTHUR B. CLARK

BIOGENESIS PACIFIC, INC.'S OPPOSITION TO PLAINTIFF
RHINO BUILDERS, INC.'S MOTION FOR ORDER SHORTENING
BRIEFING SCHEDULE
B040220.327-0001.CT (Opposition to Mtn. Shortening).wpd

2

Case 1:02-cv-00008   Document 379   Filed 02/23/2004   Page 2 of 2