Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
FEB 24 2004
MARY L. M. MORAN
CLERK OF COURT

(316)

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, KENNETH J. CAMACHO, hereby certify that on the 23rd day of February, 2004, I served via hand delivery a copy of Defendant Biogenesis Pacific, Inc.'s Opposition to Plaintiff Rhino Builders, Inc.'s Motion for Order Shortening Briefing Schedule on the following:

**Attorney for Counter-Defendant**
**Michael Danforth**

Catherine Bejerana, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Attorney for Counter-Defendant**
**Michael O'Connell**

Frederick J. Kerley, Esq.
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

I further certify that on the 23rd day of February, 2004, I served via United States Postal Service by placing a copy of Defendant Biogenesis Pacific, Inc.'s Opposition to Plaintiff Rhino Builders, Inc.'s Motion for Order Shortening Briefing Schedule in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile:     477-1933

with a courtesy copy of the above-said document sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 23rd day of February, 2004.

*/s/ KENNETH J. CAMACHO*
KENNETH J. CAMACHO

CIVIL CASE NO. 02-00008
B040223.327-0001.CT (Certificate of Service - KJC).wpd

2