ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

FILED
DISTRICT COURT OF GUAM
FEB 24 2004
MARY L. M. MORAN
CLERK OF COURT

377

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **REPLY TO BIOGENESIS PACIFIC INC.'S OPPOSITION TO MOTION FOR ORDER SHORTENING BRIEFING SCHEDULE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

ORIGINAL

Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") replies to Biogenesis Pacific, Inc.'s (BPI's) February 23, 2004 opposition to Plaintiff's February 17, 2004 motion for order shortening briefing schedule, as follows:

1. As detailed in Plaintiff's February 17, 2004 motion, an accelerated briefing schedule would allow the parties sufficient time to prepare for depositions Plaintiff needs to properly prepare for trial, and which Plaintiff could not have taken prior to the October 17, 2003 deposition cutoff.

2. As also set forth in the February 17, 2004 motion, Plaintiff has cooperated in discovery, but has been successfully sandbagged regarding its own discovery requests. The deposition of Mr. Fong will serve to cure BPI's default on its promise to provide supporting documentation for its accounting of its profits. The deposition of Mr. Lam will enable the parties to adequately prepare for taking his trial testimony regarding asserted efforts on his part to influence critical testimony by Mr. George Allen on the statute of limitations issue, efforts that were not revealed until it was too late to seek a timely deposition of Mr. Lam on that subject. Plaintiff, on the other hand, kept its bargain by presenting witnesses for late depositions at BPI's request, precisely as it seeks to take late, limited depositions of two BPI's witnesses.

3. BPI, having received its opportunity to prepare for trial testimony, now appears to be seeking to finesse Plaintiff's attempt to do the same by

2

opposing Plaintiff's motion for on order shortening briefing schedule on the date Plaintiff sought to receive its oppositions to the underlying motions for late depositions.

5. Accordingly, Plaintiff disagrees with BPI's contention that Plaintiff has not stated good for the requested order shortening briefing schedule. Plaintiff further notes that BPI fails to explain why the motion should be denied, other than incorrectly stating that the motions were made necessary by Plaintiff's dilatoriness.

6. For the foregoing reasons, Plaintiff most respectfully requests this honorable Court to order that any parties opposed to the late depositions of Mr. Lam and Mr. Allen file those oppositions forthwith.

Respectfully submitted this 24th day of February 2004.

Antonio L. Cortés, counsel for Plaintiff
United States of America for use and benefit
of Rhino Builders, Inc.