James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**FILED DISTRICT COURT OF GUAM FEB 24 2004 MARY L. M. MORAN CLERK OF COURT**

**UNITED STATES DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> SECOND AMENDED DEPOSITION SUBPOENA PURSUANT TO RULE 30(b)(6); PROOF AND CERTIFICATION OF SERVICE <br><br> DATE: MARCH 2, 2004 <br> TIME: 10:00 a.m. |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

**ORIGINAL**

1

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) ) ) |

**TO:** CARLSMITH BALL, LLP, Suite 401, Bank of Hawaii Building, 134 W. Soledad Avenue, Hagatna, Guam 96910.

**YOU ARE HEREBY COMMANDED** to appear and attend as a witness before a notary public, at **CARLSMITH BALL, LLP**, Suite 401, Bank of Hawaii Building, 134 W. Soledad Avenue, Hagatna, Guam 96910, **on Tuesday, the 2nd day of March, 2004 at 10:00 o'clock a.m.**, then and there to answer written deposition questions in the above-entitled case on the part of Defendants.

Pursuant to this Court's Order, filed on December 29, 2003, the fully executed deposition transcript, including any changes and/or corrections, must be filed and sealed with the U.S. District Court of Guam, for the Court's in camera review. No party to this action shall be provided a copy of the deposition transcript, including any changes and/or corrections. See, Order regarding disclosure.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, you are hereby notified that you have a duty to designate one or more attorneys, officers, directors, managing agents or other persons who consent to testify on your behalf and whose testimony will bind CARLSMITH BALL, LLP, as to the following matters:

1. The person most knowledgeable concerning the preparation and submission of RHINO BUILDERS, INC.'s claims to AMERICAN HOME ASSURANCE COMPANY on October 22, 2001 and subsequent claims thereafter;

2. The person most knowledgeable concerning legal services performed for RHINO BUILDERS, INC., in RHINO BUILDERS, INC.'s claims against BIOGENESIS PACIFIC, INC., AMERICAN HOME ASSURANCE COMPANY and AIG TECHNICAL SERVICES, INC., prior to CARLSMITH BALL, LLP's withdrawal from representing RHINO BUILDINERS, INC.

3. The person most knowledgeable concerning letters addressed to RHINO BUILDERS, INC., regarding CARLSMITH BALL, LLP's withdrawal from representing RHINO BUILDERS, INC., on RHINO BUILDERS, INC.'s claims against BIOGENESIS PACIFIC, INC., AMERICAN HOME ASSURANCE COMPANY and AIG TECHNICAL SERVICES, INC.

4. The person most knowledgeable concerning the filing of the Plaintiff RHINO BUILDERS, INC.'s Complaint on March 20, 2002.

5. The person most knowledgeable concerning communications between the Carlsmith Ball, LLP attorneys regarding the correct corporate identity of the surety.

6. The person most knowledgeable concerning factual research and activity to identify the correct identity of the surety.

7. The person most knowledgeable concerning the drafting of the Complaint filed on March 20, 2002.

8. The person most knowledgeable concerning direction, guidance, and instructions to Amy G. Self regarding factual research into the correct corporate identity of the surety.

For failure to attend or answer as a witness, you may be deemed guilty of contempt of court, and liable to pay all losses and damages sustained by the parties aggrieved.

Dated this 24th day of February, 2004.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

C:\MarieBackup\My Documents\CLIENTS (NON-GIA)\USA-Rhino v BIOGENESIS-AIG\Pleadings\2nd Amended Deposition Subpoena (Carlsmith Ball 30(b)(6)) 022404.doc

## PROOF AND CERTIFICATION OF SERVICE

I certify that on the 24th day of February, 2004, at about 1:45 p.m., I served a copy of this Deposition Subpoena upon Sinforoso M. Tolentino, Esq., of CARLSMITH BALL, LLP, Suite 401, Bank of Hawaii Building, 134 W. Soledad Avenue, Hagatña, Guam 96910, and tendered the statutory amount of fees required. I further certify that I am over the age of 18 years and am not a party to the action.

_[signature]_