James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br>CERTIFICATE OF SERVICE |
| BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | |

**ORIGINAL**

1

| | |
|---|---|
| 1 | AMERICAN HOME ASSURANCE )<br>COMPANY ) |
| 2 | ) |
| 3 | Cross-Claimant, )<br>vs. ) |
| 4 | BIOGENESIS PACIFIC, INC. ) |
| 5 | Cross-Claim Defendant. ) |

I, LOUIE J. YANZA, hereby certify that on the 24th day of February, 2004, I caused a copy of the foregoing documents:

1. Second Amended Notice of Deposition (Pursuant to Rule 30(b)(6) – Carlsmith Ball, LLP) on Written Questions (Fed. R. Civ. P. 31(a)) – Questions for Deposition of Rule 30(b)(6) Designee (Carlsmith Ball, LLP) (Fed. R. Civ. P. 31(a)(3));

2. Second Amended Deposition Subpoena Pursuant to Rule 30(b)(6); Proof and Certification of Service; and

3. Certificate of Service.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana-Camacho**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Mr. Antonio L. Cortes
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

Mr. Frederick J. Kerley
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 24th day of February, 2004.

VERNIER & MAHER, LLP
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA