Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM
FEB 26 2004
MARY L. M. MORAN
CLERK OF COURT

(383)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **DECLARATION OF JANALYNN CRUZ DAMIAN IN SUPPORT OF DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S OPPOSITION TO RHINO BUILDERS, INC.'S MOTION FOR LEAVE TO TAKE THE LATE DEPOSITION OF RUSSELL FONG** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

DECLARATION OF JANALYNN CRUZ DAMIAN IN SUPPORT OF
DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S
OPPOSITION TO RHINO BUILDERS, INC.'S MOTION FOR LEAVE
TO TAKE THE LATE DEPOSITION OF RUSSELL FONG
CIVIL CASE NO. 02-00008
B040226.327-0001.CT (JCD Decl re Late Depos.).wpd

ORIGINAL                                                                       1

Case 1:02-cv-00008   Document 387   Filed 02/26/2004   Page 1 of 5

I, JANALYNN CRUZ DAMIAN, do declare as follows:

1. I am an attorney duly licensed to practice in Guam and before this Court, an associate of the law firm of Calvo and Clark, LLP, and counsel for BioGenesis Pacific, Inc.

2. Attached is a true and correct copy of the December 1, 2003 fax transmission from me to the other parties' counsel regarding the availability of documents responsive to November 18, 2003 Stipulation and Order.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Executed this 26th day of February, 2004, in Tamuning, Guam.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: *[signature]*
      JANALYNN CRUZ DAMIAN

---

DECLARATION OF JANALYNN CRUZ DAMIAN IN SUPPORT OF
DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S
OPPOSITION TO RHINO BUILDERS, INC.'S MOTION FOR LEAVE
TO TAKE THE LATE DEPOSITION OF RUSSELL FONG
CIVIL CASE NO. 02-00008
B040226.327-0001.CT (JCD Decl re Late Depos.).wpd

2

# CALVO AND CLARK, LLP
## ATTORNEYS AT LAW

**EDUARDO A. CALVO***
**ARTHUR B. CLARK**
**RODNEY J. JACOB**
**MICHAEL A. PANGELINAN**

655 SOUTH MARINE DRIVE, SUITE 202
TAMUNING, GUAM 96913
TEL (671) 646-9355 • FAX (671) 646-9403
E-MAIL: CACLAW@CALVOANDCLARK.COM

**JANALYNN M. CRUZ**
**DANIEL M. BENJAMIN•**
**RAYMOND L. SOUZA, JR.••**

December 1, 2003

**TO:**  Antonio L. Cortes, Esq.  Louie J. Yanza, Esq.
Facsimile No.:  477-1933  Facsimile No.:  472-5487

Catherine M. Bejerana, Esq.  Frederick J. Kerley, Esq.
Facsimile No.:  477-4366  Facsimile No.:  477-7009

**CC:**  Gerald N.Y.C. Lam
Facsimile No.:  (808) 263-0002

**FROM:**  Janalynn M. Cruz

**NUMBER OF PAGES INCLUDING THIS ONE:**  1

**RE:**  Rhino Builders, Inc. v. BioGenesis Pacific, Inc., et al.; CV02-00008

## MESSAGE

For your information, the documents responsive to the stipulation and order filed on November 18, 2003 are available for inspection and copying at Copy Kat in Hagåtña. The documents will made available up through Friday, December 5, 2003. If you have any questions, please do not hesitate to contact me. Thank you.

## CONFIDENTIALITY NOTICE

The documents accompanying this FACSIMILE transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

Should you have any trouble please call (671) 646-9355 or fax (671) 646-9403. Thank you.

SAIPAN ADDRESS: HSBC BUILDING MARINA HEIGHTS BUSINESS PARK
PMB 951 BOX 10001 SAIPAN, MP 96950
TEL (670) 323-2045 • FAX (670) 323-2776
E-MAIL: CACLAWSPN@CALVOANDCLARK.COM
* NOT LICENSED IN CNMI   • LICENSED IN CALIFORNIA ONLY   •• LICENSED IN MINNESOTA ONLY

# CALVO AND CLARK, LLP
## ATTORNEYS AT LAW
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Tel. (671) 646-9355 • Fax (671) 646-9403
E-MAIL: CACLAW@CALVOANDCLARK.COM

EDUARDO A. CALVO*
ARTHUR B. CLARK
RODNEY J. JACOB
MICHAEL A. PANGELINAN

JANALYNN M. CRUZ
DANIEL M. BENJAMIN~
RAYMOND L. SOUZA, JR.~~

December 1, 2003

TO: Antonio L. Cortes, Esq.
Facsimile No.: 477-1933

Louie J. Yanza, Esq.
Facsimile No.: 472-5487

Catherine M. Bejerana, Esq.
Facsimile No.: 477-4366

Frederick J. Kerley, Esq.
Facsimile No.: 477-7009

CC: Gerald N.Y.C. Lam
Facsimile No.: (808) 263-0002

FROM: Janalynn M. Cruz

NUMBER OF PAGES INCLUDING THIS ONE: 1

RE: Rhino Builders, Inc. v. BioGenesis Pacific, Inc., et al.; CV02-00008

### MESSAGE

For your information, the documents responsive to the stipulation and order filed on November 18, 2003 are available for inspection and copying at Copy Kat in Hagåtña. The documents will made available up through Friday, December 5, 2003. If you have any questions, please do not hesitate to contact me. Thank you.

### CONFIDENTIALITY NOTICE

The documents accompanying this FACSIMILE transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

Should you have any trouble please call (671) 646-9355 or fax (671) 646-9403. Thank you.

SAIPAN ADDRESS: HSBC BUILDING MARINA HEIGHTS BUSINESS PARK
PMB 951 Box 10001 Saipan, MP 96950
Tel. (670) 323-2045 • Fax (670) 323-2776
E-MAIL: CACLAWSPN@CALVOANDCLARK.COM
* Not Licensed in CNMI  • Licensed in California Only  ~~ Licensed in Minnesota Only

# Group Send Report

Page        : 001  
Date & Time : Dec-01-03  04:50pm  
Line 1      : +671 6469403  
Machine ID  : Calvo and Clark Guam Main

Job number       : 653

Date             : Dec-01 04:42pm

Number of pages  : 001

Start time       : Dec-01 04:42pm

End time         : Dec-01 04:50pm

Successful nbrs.

    Fax numbers

        ☎4771933  
        ☎4725487  
        ☎4774366  
        ☎4777009  
        ☎18082630002

Unsuccessful nbrs.                                                                                Pages sent