Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
FEB 26 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S OPPOSITION TO RHINO BUILDERS, INC.' MOTION FOR LEAVE TO TAKE THE LATE DEPOSITION OF GERALD LAM |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |
DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S
OPPOSITION TO RHINO BUILDERS, INC.'S MOTION FOR LEAVE
TO TAKE THE LATE DEPOSITION OF GERALD LAM
CIVIL CASE NO. 02-00008
B040226.327-0001.CT (Opposition to take Lam Depo.).wpd

ORIGINAL

1

1         Rhino is seeking to again take the deposition of Gerald Lam, whom Rhino extensively examined in February 2003, based upon information that came to Rhino's attention over **four months** before the filing of its motion and before the expiration of the October 17, 2003 discovery deadline. "Courts generally disfavor second depositions, and absent a showing of need or good reason, a court generally will not require a deponent to appear for a second deposition." 7 James Wm. Moore, Moore's Federal Practice §30.05[1][c] (3d. ed. 2003).

        In addition, the information that Rhino seeks to discover concerns allegations about a conversation that took place in October 2003 – nearly **three years** after the termination of the alleged sub-contract which is the gravamen of Rhino's claims. Rhino's request to take Gerald Lam's deposition should be denied as untimely and because it seeks to discover irrelevant information.

        Rhino identifies the standard for the granting of its request, yet fails to provide any basis to support its conclusion that it has met that standard. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992) (the party seeking a modification of a pretrial schedule must have acted with diligence); Local Rule 16.5 (requires "good cause" to extend a deadline established by a scheduling order). Rhino admits to becoming aware of the issue it seeks to discover on October 6, 2003, yet it fails to explain why it waited over four months to bring its motion. Further, the discovery deadline did not expire until eleven days later, on October 17, but Rhino did not bother to serve any interrogatories or request for admissions during that period.

        In addition, Fed.R.Civ.P. Rule 26(b)(1) limits discovery to "any matter, not privileged, that is relevant to the claim or defense of any party." Rhino has alleged that BioGenesis acted in bad faith in the year 2000. There is no cause of action alleged whereby a continuing enterprise or pattern of bad faith or fraud is relevant. Thus, information concerning conversations or actions by BioGenesis' officers in October 2003 bare no relevance to actions taken in 2000. Clearly, the burden and expense

//
//
//
//
//

DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S
OPPOSITION TO RHINO BUILDERS, INC.'S MOTION FOR LEAVE
TO TAKE THE LATE DEPOSITION OF GERALD LAM
CIVIL CASE NO. 02-00008
B040226.327-0001.CT (Opposition to take Lam Depo.).wpd

2

Case 1:02-cv-00008    Document 388    Filed 02/26/2004    Page 2 of 3

1 | of the proposed discovery outweigh any likely benefit. Fed.R.Civ.P. Rule 26(b)(2)(iii). Accordingly,
2 | Rhino's motion for leave should be denied for lack of diligence and lack of good cause as required
3 | under Local Rule 16.5.

DATED this 26th day of February, 2004.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: /s/ Arthur B. Clark
ARTHUR B. CLARK

DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S
OPPOSITION TO RHINO BUILDERS, INC.'S MOTION FOR LEAVE
TO TAKE THE LATE DEPOSITION OF GERALD LAM
CIVIL CASE NO. 02-00008
B040226.327-0001.CT (Opposition to take Lam Depo.).wpd

3