# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM

FEB 27 2004

MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-02-00008**     **DATE: 2/25/2004**     **TIME: 10:03 a.m.**

390

**CAPTION:** <u>United States of America for Use and Benefit of Rhino Builders, Inc. -vs- Biogenesis Pacific, Inc., et. al.</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Courtroom Deputy & Court Recorder: Virginia T. Kilgore       Law Clerk: K. WALMSLEY/J. HATTORI
Electronically Recorded (Run Time: 10:03:15 - 12:33:58)       Court Security: J.McDonald/F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR PLAINTIFF(s):**                 **COUNSEL FOR DEFENDANT(s):**

Tony Cortes, Rhino Builders, Inc.             Louie Yanza, for AIG Tech & American Home Assurance

Fred Kerley, for Michael O'Connell            Arthur Clark for Biogensis Pacific, Inc.

                                              Jim Lawhn, American Home Assurance & AIG Tech

                                              Catherine Camacho for Michael Danforth

                                              Alan Tuhy, Pro Hac Vice for Michael Danforth

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:**
- COUNTER-DEFENDANT MICHAEL DANFORTH'S MOTION FOR TOTAL OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON AMENDED COUNTERCLAIM AND FOR AWARDS OF SANCTIONS UNDER RULE 11
- MOTION FOR JUDGMENT ON PUNITIVE DAMAGES
- AIG TECHNICAL SERVICES, INC'S AND AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S MILLER ACT CLAIMS
- MOTION FOR DISMISSAL OF PLAINTIFF'S BAD FAITH CAUSE OF ACTION FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
- BIOGENESIS PACIFIC, INC'S MOTION FOR SUMMARY JUDGMENT

**NOTES:**

<u>The parties argue their respective motions. The Court renders its decision on the following motions:</u>

COUNTER-DEFENDANT MICHAEL DANFORTH'S MOTION FOR TOTAL OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON AMENDED COUNTERCLAIM AND FOR AWARDS OF SANCTIONS UNDER RULE 11 - GRANTED IN PART AND DENIED IN PART. THE COURT WILL ISSUE A WRITTEN ORDER

MOTION FOR JUDGMENT ON PUNITIVE DAMAGES - DENIED. THE COURT WILL ISSUE A WRITTEN ORDER

AIG TECHNICAL SERVICES, INC'S AND AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S MILLER ACT CLAIMS - UNDER ADVISEMENT

MOTION FOR DISMISSAL OF PLAINTIFF'S BAD FAITH CAUSE OF ACTION FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT - UNDER ADVISEMENT

BIOGENESIS PACIFIC, INC'S MOTION FOR SUMMARY JUDGMENT - UNDER ADVISEMENT

COURTROOM DEPUTY: _Gin_                                      END TIME: 12:33 p.m.
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-02-00008-2.wpd