ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO.02-00008 <br><br> **MOTION TO VACATE TRIAL AND PRETRIAL DATES** <br> **[NO HEARING REQUESTED]** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

**ORIGINAL**

Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc., most respectfully requests this honorable Court (1) to vacate the dates set for trial, currently scheduled to begin April 13, 2004., and (2) to vacate all pretrial dates.

## POINTS AND AUTHORITIES

In support of this motion, Plaintiff submits the following points and authorities:

1. The Court's December 23, 2003 Order provides that trial will commence April 13, 2004, that the proposed pretrial order is due March 1, 2004, that the Preliminary Pretrial Conference will be held March 23, 2004 at 3:00 p.m., that the Parties' pretrial materials shall be filed by March 16, 2004, and that the Final Pretrial Conference shall be held on April 6, 2004 at 3:00 p.m.

2. At the hearing of the parties' dispositive motions on February 25, 2004, the Court stated, in open Court, in response to concerns expressed by Mr. Clark, counsel for Defendant Biogenesis Pacific, Inc., that the Court would vacate the March 1, 2004 deadline for the Proposed Pretrial Order.

3. Plaintiff can no longer pay its current counsel, who is not in a position to represent Plaintiff without payment. Consequently, Plaintiff's counsel will shortly be filing his application for leave to withdraw pursuant to GR 19.1(c).

4. New counsel will need to time to prepare for trial.

For the foregoing reasons, Plaintiff United States Of America for Use and Benefit of Rhino Builders, Inc. most respectfully requests this honorable Court: (1) to vacate the dates set for trial, currently scheduled to begin April 13, 2004., and (2) to vacate all pretrial dates, pending Plaintiff's retention of replacement counsel.

Respectfully submitted this 3rd day of March 2004.

LAW OFFICE OF ANTONIO L. CORTÉS

_____
Antonio L. Cortés, Attorney for
Plaintiff Rhino Builders, Inc.

3