James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547 5151
Facsimile No.: (808) 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**FILED** DISTRICT COURT OF GUAM
MAR - 5 2004
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants.<br>_____<br>BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | CIVIL CASE NO. 02-00008<br><br>**NOTICE OF FILING OF AFFIDAVIT OF JOAN T. ARAKAKI REGARDING DEPOSITION OF AMY G. SELF; CERTIFICATE OF SERVICE** |

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) ) ) |

COME NOW, Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, through counsel, VERNIER & MAHER, LLP, by Louie J. Yanza, and hereby notices the parties hereto that Joan T. Arakaki, Independent Contractor and Notary Public in the State of Hawaii and representative of Carnazzo Court Reporting Company, Ltd., has submitted her Affidavit advising the parties that the deposition transcript of Amy G. Self has been sent directly to the U.S. District Court of Guam. A true and correct copy of the Affidavit of Joan T. Arakaki is attached hereto as Exhibit "A".

Respectfully submitted this 5th day of March, 2004.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC.** and
**AMERICAN HOME ASSURANCE COMPANY**

By: _____
LOUIE J. YANZA

C:\MarieBackup\My Documents\CLIENTS (NON-GIA)\USA-Rhino v BIOGENESIS-AIG\Pleadings\Notice of Filing of Affdavit of Joan Arakaki (Depo of Amy Self) 030404.doc

2

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before the March 5, 2004, I will cause to be sent by personal service or by facsimile a copy of the annexed **Notice of Filing of Affidavit of Joan T. Arakaki Regarding Deposition of Amy G. Self; Certificate of Service**, to the following parties at their place of business:

Ms. Janalynn Cruz Damian
**CALVO & CLARK, LLP**
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Ms. Catherine Bejerana-Camacho
**BERMAN O'CONNOR MANN & SHKLOV**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 5th day of March, 2004.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

3

STATE OF HAWAII         )
                        ) SS:
COUNTY HAWAII           )

## AFFIDAVIT OF JOAN T. ARAKAKI

RECEIVED MAR 01 2004 VERNIER & MAHER, LLP

JOAN T. ARAKAKI, being first duly sworn on oath, deposes and says:

1. I have personal knowledge of the facts recited in this affidavit, and am competent to testify to those facts.

2. That I am an Independent Contractor and Notary Public in the State of Hawai`i, appearing as a representative of Carnazzo Court Reporting Company, Ltd., whose address is 888 Mililani Street, Suite 705, Honolulu, Hawai`i, 96813.

3. That on ~~Monday~~ TUESDAY, February ~~23~~ 24, 2004 at ~~10:00~~ 8:45 a.m., I appeared at the law offices of Carlmith Ball LLP whose address is 121 Waianueanue Avenue, Hilo, Hawai`i, 96720.

4. That the written answers to interrogatories and documents attached thereto were released to my custody by attorney Amy G. Self, and placed within a manila envelope addressed to the Honorable John S. Unpingco whose address is U.S. Court House, 520 West Soledad Aveue, 4th Floor, Hagatna, Guam, 96910; and mailed on February ~~25~~ 24 2004 via certified/registered mail, return receipt requested.

AND FURTHER AFFIANT SAYETH NAUGHT.

_____
JOAN T. ARAKAKI

Subscribed and sworn to before me this 24 day of February, 2004.

_____
NOTARY PUBLIC, State of Hawaii
My Commission expires: Jan. 5, 2004
Raylynn Carvalho