1 | James Lawhn
  | OLIVER LAU LAWHN OGAWA & NAKAMURA
2 | 707 Richard Street, Suite 600
  | Honolulu, Hawaii 96813
3 | Telephone No.: (808) 533-3999
  | Facsimile No.: (808) 533-0144
4 |
5 | Stephen D. Tom
  | WHITE & TOM
  | 820 Mililani Street, Suite 711
6 | Honolulu, Hawaii 96813-2972
  | Telephone No.: (808) 547 5151
7 | Facsimile No.: (808) 599 4517
8 | Louie J. Yanza
  | VERNIER & MAHER, LLP
9 | 115 Hesler Place, Ground Floor
  | Governor Joseph Flores Building
10 | Hagåtña, Guam 96910
  | Telephone No.: (671) 477-7059
11 | Facsimile No.: (671) 472-5487
12 | Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
  | AMERICAN HOME ASSURANCE COMPANY

**FILED**
DISTRICT COURT OF GUAM
MAR - 8 2004
MARY L. M. MORAN
CLERK OF COURT

399

13

### UNITED STATES DISTRICT COURT OF GUAM

14

| UNITED STATES OF AMERICA FOR USE ) | CIVIL CASE NO. 02-00008 |
| AND BENEFIT OF RHINO BUILDERS, INC., ) |

15
16 | Plaintiff, )
17 | vs. ) **AMENDED CERTIFICATE OF SERVICE**
   | )
18 | BIOGENESIS PACIFIC, INC., AIG )
   | TECHNICAL SERVICES, INC. and )
19 | AMERICAN HOME ASSURANCE )
   | COMPANY, )
20 | )
   | Defendants. )
21 | BIOGENESIS PACIFIC, INC., )
   | )
22 | Counterclaimant, )
   | vs. )
23 | )
   | RHINO BUILDERS, INC., MICHAEL )
24 | O'CONNELL, MICHAEL DANFORTH, AND )
   | JOHN DOES 1-10, )
25 | )
   | Counter-Defendant. )

1

**ORIGINAL**

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 5th day of March, 2004, I caused a copy of the foregoing documents:

1. Notice of Filing of Affidavit of Joan T. Arakaki Regarding Deposition of Amy G. Self; Certificate of Service.

to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn Cruz Damian**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine Bejerana-Camacho**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Despite our office's attempt to serve the above document on Plaintiff's counsel Antonio L. Cortes, Esq. at his office located at 233 Julale Center, 424 West O'Brien Drive, Hagåtña, Guam, on Friday, March 5, 2004 at approximately 4:10 p.m., our office was unable to do so as Mr. Cortes' office was locked. Therefore, our office was only

2

1  able to serve Plaintiff's counsel with a copy of the above document on the following

2  work day, Monday, March 8, 2004.

3    Executed this 8th day of March, 2004.

4
5    **VERNIER & MAHER, LLP**
   Attorney for Defendants
6    **AIG TECHNICAL SERVICES, INC. and**
   **AMERICAN HOME ASSURANCE COMPANY**

7
8    BY: _____
9       LOUIE J. YANZA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25