ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO.,<br><br>        Defendants. | CIVIL CASE NO. 02-00008<br><br>**CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC.,<br><br>        Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10,<br><br>        Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO.,<br><br>        Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>        Cross-Claim Defendant. | |

ORIGINAL

I, Mayrina Pretrick, hereby state and certify as follows:

1. I am an Employee of the Law Office of Antonio L. Cortés, am over the age of 18 years, and am not a party to the above-captioned case;

2. I certify that on the 5th day of March 2004, I caused to be served a copy of the following document(s): (1) MOTION TO VACATE TRIAL AND PRETRIAL DATES [NO HEARING REQUESTED]; (2) [PROPOSED] ORDER VACATING TRIAL AND PRETRIAL DATES; (3) [PROPOSED] ORDER GRANTING LEAVE TO WITHRAW AS COUNSEL; (4) APPLICATION TO WITHRAW AS COUNSEL; upon the following counsel of record in this case:

| | |
|---|---|
| **Arthur B. Clark, Esq.**<br>Calvo & Clark, LLP<br>655 South Marine Drive, Suite 202<br>Tamuning, Guam 96911<br>Attorney for Defendant Biogenesis Pacific, Inc. | **Louie J. Yanza, Esq.**<br>Vernier & Maher LLP<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910<br>Attorney for Defendant AIG Technical Services, Inc. |
| **Frederick J. Kerley, Esq.**<br>Suite 907<br>Pacific News Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910 | **Daniel J. Berman, Esq.**<br>Berman O'Connor & Mann<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 9691 |

By delivering the same to them at their offices at the foregoing addresses.

DATED this 8TH Day of March, 2004.

_____
Mayrina Pretrick

2