ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 11 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC. | Civil Case No. 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY, | |
| Defendants. | **ORDER** |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

| | |
|---|---|
| 1 | The Court is in receipt of Plaintiff Rhino Builders, Inc.'s Motion for Leave to Take the |
| 2 | Late Deposition of Russell Fong and Motion for Leave to Take the Late Deposition of Gerald |
| 3 | Lam, both filed on February 13, 2004. Finding no good cause to modify the Rule 16 Scheduling |
| 4 | Order, see Fed. R. Civ. P. 16(b); L.R. 16.5, the Court DENIES the plaintiff's motions. |
| 5 | **IT IS SO ORDERED** this 11th day of March, 2004. |

JOHN S. UNPINGCO
District Judge