ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 17 2004
MARY L. M. MORAN
CLERK OF COURT
403

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | Civil Case No. 02-00008<br><br><br><br><br><br><br><br><br><br>**ORDER** |
| BIOGENESIS PACIFIC, INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>Cross-Claim Defendant. | |

Pursuant to the Scheduling Order, parties to the plaintiff's Miller Act claims, as alleged in the Second Amended Complaint, are to submit pretrial materials, witness lists, designations and exhibit lists by March 16, 2004. However, there are outstanding motions that have not yet been decided which may have bearing on the posture of this case. Therefore, pending resolution of these matters, the Court will vacate the present scheduling order and re-calendar the pretrial and trial dates as appropriate.

**SO ORDERED** this 16th day of March, 2004.

JOHN S. UNPINGCO
**Chief Judge**