Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
MAR 19 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY<br><br>Defendants.<br><br>BIOGENESIS PACIFIC INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendants.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC INC.,<br><br>Cross-Claim Defendant. | CIVIL CASE NO. 02-00008<br><br>**BIOGENESIS PACIFIC, INC.'S STATEMENT OF NO POSITION TO ATTORNEY ANTONIO CORTES' APPLICATION TO WITHDRAW AS COUNSEL** |

BIOGENESIS PACIFIC, INC.'S STATEMENT OF NO POSITION TO ATTORNEY
ANTONIO CORTES' APPLICATION TO WITHDRAW AS COUNSEL
B040319.327-0001.CT (Non-Position to Rhino's Motion).wpd

1

Case 1:02-cv-00008     Document 408     Filed 03/19/2004     Page 1 of 2

Comes Now Defendant and Counter-Claim Plaintiff Biogenesis Pacific, Inc. and hereby states that its does not take a position on Attorneys Antonio Cortes' Application to Withdraw as Counsel.

DATED this 19th day of March, 2004.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: _____
JANALYNN CRUZ DAMIAN

BIOGENESIS PACIFIC, INC.'S STATEMENT OF NO POSITION TO ATTORNEY
ANTONIO CORTES' APPLICATION TO WITHDRAW AS COUNSEL
B040319.327-0001.CT (Non-Position to Rhino's Motion).wpd

2

Case 1:02-cv-00008   Document 408   Filed 03/19/2004   Page 2 of 2