Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>**CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC INC.,<br><br>Cross-Claim Defendant. | |

| | |
|---|---|
| 1 | I, KENNETH J. CAMACHO, hereby certify that on the 19th day of November, 2003, |
| 2 | I served via United States Postal Service by placing a copy of **BioGenesis Pacific, Inc.'s Statement** |
| 3 | **of No Position to Attorney Antonio Cortes' Application to Withdraw as Counsel** in a sealed |
| 4 | envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the |
| 5 | United States Postal Services: |

I, KENNETH J. CAMACHO, hereby certify that on the 19th day of November, 2003, I served via United States Postal Service by placing a copy of **BioGenesis Pacific, Inc.'s Statement of No Position to Attorney Antonio Cortes' Application to Withdraw as Counsel** in a sealed envelope with postage pre-paid addressed to the following and depositing said sealed envelope with the United States Postal Services:

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile: 477-1933

with a courtesy copy of the above-said documents sent via facsimile to Mr. Cortes' office at the number listed above.

Dated this 22nd day of March, 2004.

*/s/ Robert Pereda*
ROBERT PEREDA
CIVIL CASE NO. 02-00008
B040322.327-0001.CT (Certificate of Service - RP).wpd