ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |



Counsel for Plaintiff United States of America for use and benefit of Rhino Builders, Inc. ("Plaintiff") having applied for leave to withdraw as counsel pursuant to Rule GR 19.1(c) of the Rules of Court, and Rules 1.16 and 3.7 of the Model Rules of Professional Conduct, and good cause appearing for that application, it is hereby:

ORDERED, that Antonio L. Cortes, counsel of record for Plaintiff United States of America for use and benefit of Rhino Builders, Inc. in the above-captioned matter may forthwith withdraw as Plaintiff's counsel of record in the above-captioned matter; and

IT IS FURTHER ORDERED THAT until replacement counsel appears for Plaintiff, that Antonio L. Cortes shall continue to accept service of papers filed in this action for the purpose of forwarding same to replacement counsel.

**SO ORDERED** this 8th day of March 2004.

HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

PRESENTED BY:
LAW OFFICE OF ANTONIO L. CORTES

By: _____
Antonio L. Cortes
Counsel for Plaintiff

RECEIVED
MAR - 5 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM