ANTONIO L. CORTÉS
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



FILED
DISTRICT COURT OF GUAM
APR 19 2004
MARY L. M. MORAN
CLERK OF COURT

409

Attorney for Plaintiff Rhino Builders, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

ORIGINAL

Pursuant to the April 8, 2004 Order Granting Leave to Withdraw as Counsel, and General Rule 19.1(c) of the Local Rules of Practice of this Court, Antonio L. Cortes hereby withdraws as counsel of record for defendant Manhattan (Guam), Inc. and notifies all concerned of the termination of the attorney-client relationship between that office and that party. Pursuant to the April 8, 2004 Order Granting Leave to Withdraw as Counsel, until replacement counsel appears for Plaintiff, Antonio L. Cortes will continue to accept service of papers filed in this action for the purpose of forwarding same to replacement counsel.

Respectfully submitted this 16th day of April 2004.

_____
Antonio L. Cortes, withdrawing counsel for
Plaintiff United States of America for use
and benefit of Rhino Builders, Inc.