ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 27 2004
MARY L. M. MORAN
CLERK OF COURT
414

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | Civil Case No. 02-00008<br><br><br><br><br><br><br><br><br><br>**ORDER** |
| BIOGENESIS PACIFIC, INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>Cross-Claim Defendant. | |

1   The Court is in receipt of Plaintiff Rhino Builders, Inc.'s Motion for Protective Order
2   and Order Modifying Subpoena and Amended Motion to Strike Deposition Questions and
3   Answers, filed January 29, 2004, and February 27, 2004, respectively. As Carlsmith Ball LLP
4   has already been deposed by Defendants AIG Technical Services, Inc. and American Home
5   Assurance Company, the Court finds Plaintiff's motion for protective order and order modifying
6   subpoena MOOT. Also, since the Court finds that Plaintiff has waived the attorney-client
7   privilege with respect to the information sought by Defendants in the relevant deposition
8   questions, (see Order, Dec. 29, 2003), the Court DENIES Plaintiff's amended motion to strike
9   deposition questions and answers.

10   **IT IS SO ORDERED** this 26th day of April, 2004.

_____
**JOHN S. UNPINGCO**
**Chief Judge, District Court of Guam**

Notice is hereby given that this document was entered on the docket on APR 2 7 2004.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____  APR 2 7 2004
Deputy Clerk      Date