James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
APR 3 0 2004
MARY L. M. MORAN
CLERK OF COURT
416

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. <br> BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | CIVIL CASE NO. 02-00008 <br><br><br> CERTIFICATE OF SUBSTANTIAL COMPLIANCE; CERTIFICATE OF SERVICE |

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify as follows:

1. I make this Certificate of Substantial Compliance on personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2. I am an individual over the age of 18. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

3. Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME") have retained the law office of VERNIER & MAHER, LLP as local counsel in the above-entitled action.

4. On April 27, 2004, the U.S. District Court of Guam issued an Order ordering Defendants AIGTS and AMERICAN HOME to answer certain interrogatories propounded upon them by the Plaintiff, RHINO BUILDERS, INC. ("RHINO").

5. On December 12, 2003, Defendants AIGTS and AMERICAN HOME provided their supplemental responses to the Plaintiff's Second Set of Interrogatories, which were at issue in the Court's April 27, 2004 Order. Attached hereto as Exhibits "A" and "B" are true and correct copies of Defendant AIGTS' Supplemental Responses to Plaintiff's Second Set

2

of Interrogatories and Defendant AMERICAN HOME's Supplemental Responses to Plaintiff's Second Set of Interrogatories.

6.  Based on the Court's April 27, 2004 order, the remaining interrogatories to be answered are as follows:

    a.  RHINO's Second Set of Interrogatories directed to Defendant AMERICAN HOME: Nos. 12, 13, 15 and 16.

7.  At this time, off-counsel James H. Lawhn, Esq. and Stephen D. Tom, Esq., local counsel, Louie J. Yanza, and Defendants AIGTS and AMERICAN HOME are currently gathering information to respond to the aforementioned interrogatories directed to Defendant AMERICAN HOME, i.e., Interrogatory Nos. 12, 13, 15 and 16, within the limited time allotted by the Court.

Respectfully submitted this 30th day of April, 2004.



LOUIE J. YANZA

# CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on or before the 30th day of April, 2004, I caused to be sent by personal service or by facsimile a copy of the annexed **Certificate of Substantial Compliance; Certificate of Service**, to the following parties at their place of business:

**Ms. Janalynn Cruz Damian**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana Camacho**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 30th day of April, 2004.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

4

1 | James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
2 | 707 Richard Street, Suite 600
Honolulu, Hawaii 96813
3 | Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144
4 |
Stephen D. Tom
5 | WHITE & TOM
820 Mililani Street, Suite 711
6 | Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
7 | Facsimile No.: 808 599 4517
8 | Louie J. Yanza
VERNIER & MAHER, LLP
9 | 115 Hesler Place, Ground Floor
Governor Joseph Flores Building
10 | Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
11 | Facsimile No.: (671) 472-5487

RECEIVED
DEC 12 2003
CALVO AND CLARK, LLP

12 | Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

13 |

**UNITED STATES DISTRICT COURT OF GUAM**

14 |

| | |
|---|---|
| 15 | UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., ) ) | CIVIL CASE NO. 02-00008 |
| 16 | Plaintiff, ) ) | |
| 17 | vs. ) ) | **DEFENDANT AIG TECHNICAL** |
| 18 | BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and ) ) | **SERVICES, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** |
| 19 | AMERICAN HOME ASSURANCE COMPANY, ) ) | |
| 20 | Defendants. ) | |
| 21 | BIOGENESIS PACIFIC, INC., ) ) | |
| 22 | Counterclaimant, ) ) | |
| 23 | vs. ) ) | |
| 24 | RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND ) ) | |
| 25 | JOHN DOES 1-10, ) ) | |
| | Counter-Defendant. ) | |

RECEIVED
DEC 1 9 2003
DISTRICT OF CONNOR
PLAINTIFF COPY
me

SERVED A. CORTES ON : 12/12/03
@ 3:40 P.M. - SLIPPED UNDER
THE DOOR

KERLEY
RECEIVED DEC 1 2 2003
AHB @ 4:04

FILE COPY

Exhibit

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| Cross-Claim Defendant. | ) |

**PROPOUNDING PARTY: Plaintiff RHINO BUILDERS, INC.**

**RESPONDING PARTY:    Defendant AIG TECHNICAL SERVICES, INC.**

**SET:                        SECOND**

COMES NOW Defendant AIG TECHNICAL SERVICES, INC. ("AIGTS"), through counsel, Vernier & Maher, LLP, by Louie J. Yanza, and hereby supplements its responses to Plaintiff's Second Set of Interrogatories propounded herein on July 17, 2003.

Dated this 12th day of December, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

By: _____
        LOUIE J. YANZA

## SUPPLEMENTAL RESPONSES TO
## FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 3:**

Identify every subsidiary of each member of AIG Inc.

**SUPPLEMENTAL RESPONSE:**    AIGTS restates the objections in its initial response to this interrogatory and supplements its answer by incorporating the SEC Form

2

1  10K for American International Group, Inc., copies of which have been provided to Plaintiff
2  through discovery in this matter.

3

4  **INTERROGATORY NO. 4:**

5    Identify every affiliate of each member of AIG Inc.

6    **SUPPLEMENTAL RESPONSE**:   AIGTS restates the objections in its initial
7  response to this interrogatory and supplements its answer by incorporating the SEC Form
8  10K for American International Group, Inc., copies of which have been provided to Plaintiff
9  through discovery in this matter.

10

11  **INTERROGATORY NO. 5:**

12    Identify any parent or holding company of AIGTS.
13
14    **SUPPLEMENTAL RESPONSE:**   Subject to the objections states in its initial
   response to this interrogatory, AIGTS supplements its answer by stating that it
15  understands that American International Group, Inc. is the holding company which owns
16  one hundred (100%) percent of its voting stock.
17

18

19  **INTERROGATORY NO. 7:**

20    Identify any parent or holding company of AHAC.

21    **SUPPLEMENTAL RESPONSE:**   Subject to the objections stated in its initial
22  response to this interrogatory, AIGTS states that American International Group, Inc. is its
23  parent.

24
   / /
25
   / /

3

**INTERROGATORY NO. 8:**

Identify the control group or control person of AIGTS.

**SUPPLEMENTAL RESPONSE**: See, Exhibit "A" attached hereto.

**INTERROGATORY NO. 10:**

Identify the control group or control person of AHAC.

**SUPPLEMENTAL RESPONSE**: See, Exhibit "B" attached hereto.

**INTERROGATORY NO. 11:**

Identify every entity owning 5% or more of the voting securities of AIGTS.

**SUPPLEMENTAL RESPONSE**: Subject to the objections stated in its initial response to this interrogatory, AIGTS supplements its answer by stating that it understands that American International Group, Inc. is the holding company which owns one hundred (100%) percent of its voting stock.

**INTERROGATORY NO. 13:**

Identify every entity owning 5% or more of the voting securities of AHAC.

**SUPPLEMENTAL RESPONSE**: AIGTS restates the objections in its initial response to this interrogatory. See also, AIGTS' supplemental response to Interrogatory No. 7 above.

**INTERROGATORY NO. 14:**

For each entity identified in any of the foregoing Interrogatory Nos. 1 though 13 that is a partnership or a joint venture, separately identify every partner or joint venture.

4

1    **SUPPLEMENTAL RESPONSE**:  Subject to the objections stated in its initial

2    response to this interrogatory, AIGTS supplements its answer by stating that there is no

3    partnership or joint venture relationship between it and AMERICAN HOME or American

4    International Group, Inc.

5

6    **INTERROGATORY NO. 16:**

7        For each and every entity that would be identified in a correct response to any of

8    the foregoing Interrogatory Nos. 1 though 14, or named in any of those interrogatories,

9    that owns any shares in AIGTS, state how many shares it owns and what percentage of

10   AIGTS's shares that holding represents.

11       **SUPPLEMENTAL RESPONSE**:   Subject to the objections stated in its initial

12   response to this interrogatory, AIGTS incorporates its supplemental response to

13   Interrogatory No. 11.

14

15                            **FOR OBJECTIONS:**

16                            **VERNIER & MAHER, LLP**
                             Attorneys for Defendants
17                           **AIG TECHNICAL SERVICES, INC. and**
                             **AMERICAN HOME ASSURANCE COMPANY**
18

19

20   By: 

     LOUIE J. YANZA
21

22

23

24

25

**VERIFICATION**

I, BRUCE KAHN, hereby declare that I am an authorized representative of AIG TECHNICAL SERVICES, INC.; that I have read the foregoing Defendant AIG TECHNICAL SERVICES, INC.'s Responses to Plaintiff's Second Set of Interrogatories and know the contents thereof; that the same is true and correct upon my knowledge, information and belief.

I declare under the penalty of perjury, under the laws of Guam (6 G.C.A. §4308), that foregoing is true and correct.

Executed at New York, New York, this __10th__ day of ~~November~~ DECEMBER 2003.

                              **AIG TECHNICAL SERVICES, INC.**



BY: _____
                              **BRUCE KAHN**
                              Its Duly Authorized Representative

## CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on the 12th day of December, 2003, I caused a copy of the annexed **Defendant AIG TECHNICAL SERVICES, INC.'s Supplemental Responses to Plaintiff's Second Set of Interrogatories** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Bldg.
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 12th day of December, 2003.

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

By: ~~LOUIE J. YANZA~~

7

## AIG Technical Services, Inc.

### Directors

| | |
|---|---|
| Kenneth Vincent Harkins | Director |
| Robert Paul Jacobson | Director |
| Kristian Philip Moor | Director |
| Charles Ross Schader | Director |
| Howard Ian Smith | Director |
| Thomas Ralph Tizzio | Director |

### Officers

| | |
|---|---|
| Kristian Philip Moor | Chairman of the Board of Directors |
| Donald Pelka | Assistant Secretary |
| Charles Ross Schader | President |
| Robert Paul Jacobson | Chief Financial Officer |
| James M. Sweeney | Chief Operating Officer |
| Robert Paul Jacobson | Executive Vice President |
| Paul Lavelle | Executive Vice President |
| Dennis P. Wallace | Executive Vice President |
| Richard C. Woollams | Executive Vice President |
| Terri D. Austin | Senior Vice President |
| Robert John Beier | Vice President |
| Thomas P. Carey | Vice President |

EXHIBIT "A"

Case 1:02-cv-00008    Document 420    Filed 04/30/2004    Page 12 of 25

## AIG Technical Services, Inc.

| | |
|---|---|
| Dennis John Costello | Vice President |
| James Bryon Dowd | Vice President |
| Fred Jacob Storm | Vice President |
| Deborah A. Worthington | Vice President |
| Terri D. Austin | General Counsel |
| Elizabeth Margaret Tuck | Secretary |
| Steven Jay Bensinger | Treasurer |
| William A. O'Connor | Assistant Secretary |
| Robert John Beier | Comptroller |

**EXHIBIT "A"**

Case 1:02-cv-00008     Document 420     Filed 04/30/2004     Page 13 of 25

## American Home Assurance Company

| | |
|---|---|
| Nicholas Charles Walsh | Senior Vice President |
| Mark Timothy Willis | Senior Vice President |
| Robert John Beier | Vice President |
| Laura Breen Guy | Vice President |
| Glen Max Bronstein | Vice President |
| Patrick J. Burns | Vice President |
| John Gardiner Colona | Vice President |
| Kenneth Bryan Cornell | Vice President |
| Hans Karl-Erik Danielsson | Vice President |
| Michael C. Fay | Vice President |
| Brian Stuart Frisch | Vice President |
| Kevin Timothy Hogan | Vice President |
| Eric S. Kobrick | Vice President |
| Gary Arthur McMillan | Vice President |
| Christian Michel Milton | Vice President |
| Win Jay Neuger | Vice President |
| David Bruce Pinkerton | Vice President |
| Richard Thomas Pisano | Vice President |
| Edward Francis Andrzejewski | Assistant Vice President |
| Drew Beauchamp | Assistant Vice President |
| William Watson Fish | Assistant Vice President |
| Raymond M. S. Lui | Assistant Vice President |

EXHIBIT "B"

Case 1:02-cv-00008    Document 420    Filed 04/30/2004    Page 14 of 25

## American Home Assurance Company

### Directors

| | |
|---|---|
| Merton Bernard Aidinoff | Director |
| Charles H. Dangelo | Director |
| John Quinlan Doyle | Director |
| Maurice Raymond Greenberg | Director |
| Christian Michel Milton | Director |
| Kristian Philip Moor | Director |
| Win Jay Neuger | Director |
| Ernest Theodore Patrikis | Director |
| Robert Michael Sandler | Director |
| Howard Ian Smith | Director |
| Martin John Sullivan | Director |
| Thomas Ralph Tizzio | Director |
| Edwin Alfred Grenville Manton | Honorary Director |

### Officers

| | |
|---|---|
| Kristian Philip Moor | Vice Chairman of the Board of Directors |
| John Quinlan Doyle | President |
| Robert Paul Jacobson | Executive Vice President |
| Kenneth Vincent Harkins | Senior Vice President |
| Vincent Joseph Masucci | Senior Vice President |
| David Thad Perez | Senior Vice President |
| James Roberts | Senior Vice President |

EXHIBIT "B"

Case 1:02-cv-00008   Document 420   Filed 04/30/2004   Page 15 of 25

## American Home Assurance Company

| | |
|---|---|
| Richard Ruggiano | Assistant Vice President |
| Kenneth Vincent Harkins | General Counsel |
| Laura Breen Guy | Associate General Counsel |
| | Attorney-in-Fact |
| Frank Hienmen Douglas Jr. | Actuary |
| Frank Hienmen Douglas Jr. | Senior Vice President |
| Robert Paul Jacobson | Director |
| Robert Paul Jacobson | Treasurer |
| Edward Easton Matthews | Director |
| Charles Ross Schader | Senior Vice President |
| Thomas Ralph Tizzio | Chairman of the Board of Directors |
| Thomas Ralph Tizzio | Executive Committee |
| Elizabeth Margaret Tuck | Secretary |
| Robert John Beier | Comptroller |
| Brian Stuart Frisch | Assistant Comptroller |
| Lawrence S. Golodner | Assistant Comptroller |
| Mark H. Paffmann | Assistant Comptroller |
| Richard Thomas Pisano | Assistant Comptroller |

**EXHIBIT "B"**

1    James Lawhn
      OLIVER LAU LAWHN OGAWA & NAKAMURA
2    707 Richard Street, Suite 600
      Honolulu, Hawaii 96813
3    Telephone No.: (808) 533-3999
      Facsimile No.: (808) 533-0144
4

5    Stephen D. Tom
      WHITE & TOM
      820 Mililani Street, Suite 711
6    Honolulu, Hawaii 96813-2972
      Telephone No.: 808 547 5151
7    Facsimile No.: 808 599 4517

8    Louie J. Yanza
      VERNIER & MAHER, LLP
9    115 Hesler Place, Ground Floor
      Governor Joseph Flores Building
10   Hagåtña, Guam 96910
      Telephone No.: (671) 477-7059
11   Facsimile No.: (671) 472-5487

12   Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
      AMERICAN HOME ASSURANCE COMPANY

13

14            **UNITED STATES DISTRICT COURT OF GUAM**

15   UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO. 02-00008
      AND BENEFIT OF RHINO BUILDERS, INC., )

16             Plaintiff,         )
                                  )

17           vs.            ) **DEFENDANT AMERICAN HOME**
                                  ) **ASSURANCE COMPANY'S**

18   BIOGENESIS PACIFIC, INC., AIG ) **SUPPLEMENTAL RESPONSES TO**
      TECHNICAL SERVICES, INC. and ) **PLAINTIFF'S SECOND SET OF**

19   AMERICAN HOME ASSURANCE ) **INTERROGATORIES**
      COMPANY,            )

20                                    )
              Defendants.      )

21   BIOGENESIS PACIFIC, INC.,    )
                                    )

22           Counterclaimant,    )
          vs.            )

23                                    )
      RHINO BUILDERS, INC., MICHAEL )

24   O'CONNELL, MICHAEL DANFORTH, AND )
      JOHN DOES 1-10,          )

25                                   )
              Counter-Defendant.   )

RECEIVED DEC 12 2003 CALVO AND CLARK, LLP

RECEIVED DEC 1 2 2003 BERMAN O'CONNOR MANN & SHKLOV

SERVED A. CORTES 12/12/03 @ 3.40 P.M. SLIPPED UNDER THE DOOR.

RECEIVED KERLEY DEC 1 2 2003 #015 @ 4:04

1

FILE COPY

Exhibit

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| | ) |
| Cross-Claim Defendant. | ) |
| | ) |

**PROPOUNDING PARTY: Plaintiff RHINO BUILDERS, INC.**

**RESPONDING PARTY:** Defendant **AMERICAN HOME ASSURANCE COMPANY**

**SET:** **SECOND**

COMES NOW Defendant AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME"), through counsel, Vernier & Maher, LLP, by Louie J. Yanza, and hereby supplements its responses to Plaintiff's Second Set of Interrogatories propounded herein on July 17, 2003.

Dated this 12th day of December, 2003.

**VERNIER & MAHER, LLP**
**Attorneys for Defendants**
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

By: ~~LOUIE J. YANZA~~

## SUPPLEMENTAL RESPONSES TO
## SECOND SET OF INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify each and every contact or communication between, on the one hand, any officer, employee, control person, and attorney of any entity that would be

2

correctly listed or identified in response to any of the interrogatories served upon AIGTS concurrently with these interrogatories ("the AIGTS interrogatories"), and, on the other hand, Carlsmith Ball LLP, regarding this litigation, at any time.

**SUPPLEMENTAL RESPONSE**: Subject to the objections stated in the initial response to this interrogatory, AMERICAN HOME responds as follows:

Except for written communication, copies of which have been provided to Plaintiff, AMERICAN HOME, after a reasonable search, has been able to identify telephonic communications on October 18, 2001 and October 30, 2001, the contents and nature of which are summarized in Mr. Mark Titherington's diary notes which have been provided to Plaintiff.

AMERICAN HOME has obtained, through discovery in this matter, a copy of a March 28, 2002 email communication from the Carlsmith Ball, LLP ("Carlsmith") firm to a Ms. Granville of Al Marine and Ms. Granville's March 30, 2002 response, however, neither AMERICAN HOME nor AIG TECHNICAL SERVICES, INC. ("AIGTS") were aware of this communication prior to discovery in this litigation.

## INTERROGATORY NO. 6:

Has AIGTS had an attorney-client relationship with Carlsmith Ball LLP at any time since March 2001?

**SUPPLEMENTAL RESPONSE**: Subject to the objections stated in the initial response to this interrogatory, AMERICAN HOME states that, after a reasonable search, it has been unable to identify any matter with respect to which AMERICAN HOME has requested AIGTS to retain the Carlsmith firm since March 2001.

3

1 **INTERROGATORY NO. 7:**

2        Has AHAC had an attorney-client relationship with Carlsmith Ball LLP at any

3 time since March 2001?

4        **SUPPLEMENTAL RESPONSE**: Subject to the objections stated in the initial

5 response to this interrogatory, AMERICAN HOME states that, after a reasonable

6 search, it has been unable to identify any matter with respect to which the Carlsmith

7 firm was retained by, or on behalf of, AMERICAN HOME since March 2001.

8

9

10 **INTERROGATORY NO. 8:**

11        If AIGTS, AHAC, or Al Marine has had an attorney-client relationship with

12 Carlsmith Ball LLP since March 2002, identify each and every Carlsmith attorney with

13 whom AIGTS, AHAC or Al Marine communicates or has communicated in the course

14 of that representation.

15        **SUPPLEMENTAL RESPONSE**: Not applicable since the Carlsmith firm has

16 not been retained by, or on behalf of, AMERICAN HOME since March 2001.

17

18 **INTERROGATORY NO. 9:**

19

20        For each and every entity that would correctly be identified as having some sort

21 of relationship with Carlsmith Ball LLP in response to Interrogatory Nos. 15 and 16 in

22 the AIGTS interrogatories, identify each and every Carlsmith attorney with whom that

23 entity communicates or has communicated in the course of that representation.

24        **SUPPLEMENTAL RESPONSE**: Not applicable since the Carlsmith firm has

25 not been retained by, or on behalf of, AMERICAN HOME since March 2001.

**INTERROGATORY NO. 10:**

Identify each and every civil action in Guam, Hawaii, or California in which Carlsmith Ball has made an appearance for AIGTS, AHAC, or AI Marine since March 2001.

**SUPPLEMENTAL RESPONSE**: Not applicable since the Carlsmith firm has not been retained by, or on behalf of, AMERICAN HOME since March 2001.

**INTERROGATORY NO. 11:**

Identify each and every civil action in Guam, Hawaii, or California in which Carlsmith Ball has made an appearance, since March 2001, for any entity that would be identified in a correct response to Interrogatory Nos. 1 through 14 of the AIGTS interrogatories.

**SUPPLEMENTAL RESPONSE**: Not applicable since the Carlsmith firm has not been retained by, or on behalf of, AMERICAN HOME since March 2001.

**INTERROGATORY NO. 12:**

Identify all civil actions brought since January 1998 in which a claim was made upon a surety bond issued by AHAC.

**SUPPLEMENTAL RESPONSE**: AMERICAN HOME restates the objections in its initial response to this interrogatories.

/ /

/ /

## INTERROGATORY NO. 13:

For each such action, (a) state whether or not an affirmative defense was asserted based on a statute of limitations; (b) state whether AIGTS was named as a defendant; (c) state whether AHAC was named as a defendant; (d) state whether AIG Claim Services, Inc. ("AIGCS"); was named as a defendant; (e) list any other entities that would be identified in a correct responses to Interrogatory Nos. 1 though 13 of the AIGTS interrogatories that was named as a defendant; (f) state whether, prior to the litigation, the claimant was directed to make its claim through AIGTS or AIGCS; (g) state whether, prior to the commencement of the civil action, AIGTS, AHAC, AIGCS or any entity related to any of them, denied a pre litigation claim on the basis of a statute of limitations; (h) state whether, prior to the commencement of the civil action, AIGTS, AHAC, AIGCS or any entity related to any of them, denied a pre litigation claim on any other basis; and (i) identify Plaintiff's counsel.

**SUPPLEMENTAL RESPONSE**: AMERICAN HOME restates the objections in its initial response to this interrogatory.


## INTERROGATORY NO. 15:

State the percentage of AIGTS's voting securities owned by AIG Inc. at all times between March 2001 and the present.

**SUPPLEMENTAL RESPONSE**: AMERICAN HOME restates the objections in its initial response to this interrogatory.

/ /

/ /

6

**INTERROGATORY NO. 16:**

State each and every fact that allows Vernier & Maher to represent both AIGTS and you in this action despite the provisions of Rules 1.6 and 1.7 of the ABA Model Rules of Professional Conduct.

**SUPPLEMENTAL RESPONSE**: AMERICAN HOME restates the objections in its initial response to this interrogatory.

**FOR OBJECTIONS:**

**VERNIER & MAHER, LLP**
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

7

## VERIFICATION

I, BRUCE KAHN, hereby declare that I am an authorized representative of AMERICAN HOME ASSURANCE COMPANY; that I have read the foregoing Defendant AMERICAN HOME ASSURANCE COMPANY's Responses to Plaintiff's Second Set of Interrogatories and know the contents thereof; that the same is true and correct upon my knowledge, information and belief.

I declare under the penalty of perjury, under the laws of Guam (6 G.C.A. §4308), that foregoing is true and correct.

Executed at New York, New York, this 10th day of December, 2003.

AMERICAN HOME ASSURANCE
COMPANY


BY: _____
BRUCE KAHN
Its Duly Authorized Representative

8

## CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on the 12th day of December, 2003, I caused a copy of the annexed **Defendant AMERICAN HOME ASSURANCE COMPANY's Supplemental Responses to Plaintiff's Second Set of Interrogatories** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Janalynn M. Cruz**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Bldg.
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine M. Bejerana**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 12th day of December, 2003.

VERNIER & MAHER, LLP
Attorneys for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

By: _____
LOUIE J. YANZA

9