James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
MAY 12 2004
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF FULL COMPLIANCE;** <br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br> Counterclaimant, <br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendant. | |

1

ORIGINAL

|   |   |   |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| BIOGENESIS PACIFIC, INC. | ) ) ) | |
| Cross-Claim Defendant. | ) | |

I, LOUIE J. YANZA, hereby certify as follows:

1. I make this Certificate of Full Compliance on personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2. I am an individual over the age of 18. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

3. Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME") have retained the law office of VERNIER & MAHER, LLP as local counsel in the above-entitled action.

4. On April 27, 2004, the U.S. District Court of Guam issued an Order ordering Defendants AIGTS and AMERICAN HOME to answer certain interrogatories propounded upon them by the Plaintiff, RHINO BUILDERS, INC. ("RHINO").

5. In the April 27, 2004 Order, Defendants AIGTS and AMERICAN HOME were required to answer interrogatories within fourteen (14) days from the date the Order was entered on the docket. The responses to the interrogatories were due to be served on all the parties on May 11, 2004.

6. On May 11, 2004, Defendants AIGTS and AMERICAN HOME answered all the outstanding interrogatories, in particular, the following:

   a. Interrogatory Nos. 3, 4, 5, 7, 8, 10, 11, 13, 14 and 16 of Plaintiff's Second Set of Interrogatories to Defendant AIGTS; and

   b. Interrogatory Nos. 1, 6-13, 15, and 16 of Plaintiff's Second Set of Interrogatories to Defendant AMERICAN HOME.

7. On May 11, 2004, Defendants AIGTS and AMERICAN HOME served their supplemental interrogatory responses to all the parties in this action, including the Plaintiff RHINO BUILDERS, INC. via the Law Office of Antonio L. Cortes, 233 Julale Center, 424 West O'Brien Drive, Hagatña, Guam.

8. Attached hereto and marked Exhibit "A" is a true and correct copy of the first page of Defendant AIGTS' Supplemental Responses to Plaintiff's Second Set of Interrogatories, which reflects the service of Defendant AIGTS' supplemental responses on all parties to this action.

9. Attached hereto and marked Exhibit "B" is a true and correct copy of the first page of Defendant AMERICAN HOME's Supplemental Responses to Plaintiff's Second Set of Interrogatories, Exhibits A & B, which reflects the service of Defendant AMERICAN HOME's supplemental responses on all parties to this action.

Respectfully submitted this 12th day of May, 2004.

_____
LOUIE J. YANZA

3

## CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on or before the 12th day of May, 2004, I caused to be sent by personal service or by facsimile a copy of the annexed **Certificate of Full Compliance; Certificate of Service**, to the following parties at their place of business:

**Ms. Janalynn Cruz Damian**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine Bejerana Camacho**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Antonio L. Cortes**
Attorney At Law
233 Julale Center
424 West O'Brien Drive
Post Office Box BV
Hagåtña, Guam 96932-8973

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 12th day of May, 2004.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| vs. | DEFENDANT AIG TECHNICAL SERVICES, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, | |
| Defendants. | |
| BIOGENESIS PACIFIC, INC., | |
| Counterclaimant, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendant. | |

**EXHIBIT A**

1

James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants.<br>_____<br>BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | CIVIL CASE NO. 02-00008<br><br>DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES, EXHIBITS A & B |

EXHIBIT B

1