LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP1091
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br>  Defendants. | CIVIL CASE NO. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br>  Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br>  Counter-Defendants. | **NOTICE OF APPEARANCE** |
| AMERICAN HOME ASSURANCE CO., <br><br>  Cross-Claimant, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br>  Cross-Claim Defendants. | |

**TO: CLERK OF COURT, AND**

**TO: DEFENDANTS ABOVE-NAMED**

ORIGINAL

1  Thomas M. Tarpley, Jr., hereby makes his appearance as the
2  attorney of record for the above-named Plaintiff, and requests that
3  all further pleadings, notices and correspondence concerning this
4  matter be delivered to Plaintiff at the address above-stated.
5       Dated this ___7th___ day of June, 2004.

                                TARPLEY & MORONI, LLP

                                By: _____
                                    THOMAS M. TARPLEY, JR.,
                                    Attorney for Plaintiff

United States of America For Use And Benefit of
Rhino Builders, Inc. v. Biogenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
NOTICE OF APPEARANCE

Page 2 of 3

Case 1:02-cv-00008   Document 423   Filed 06/07/2004   Page 2 of 3

**CERTIFICATE OF SERVICE**

I, Thomas M. Tarpley, Jr., certify that on the 7th day of June, 2004, I caused a copy of the NOTICE OF APPEARANCE to be served upon the following parties, to wit:

Louie J. Yanza, Esq.
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Bldg.
Hagatna, Guam 96910

Janalynn C. Damian, Esq.
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Bldg.
655 South Marine Drive
Tamuning, Guam 96911

Catherine B. Camacho, Esq.
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96910

FREDERICK J. KERLEY, Esq.
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910

Dated this 7th day of June, 2004.

TARPLEY & MORONI, LLP

By: 
THOMAS M. TARPLEY, JR.,
Attorney for Plaintiff

United States of America For Use And Benefit of
Rhino Builders, Inc. v. Biogenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
NOTICE OF APPEARANCE

Page 3 of 3

Case 1:02-cv-00008   Document 423   Filed 06/07/2004   Page 3 of 3