LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

FILED
DISTRICT COURT OF GUAM

JUN 1 4 2004

MARY L. M. MORAN
CLERK OF COURT

422

3ZP1099
Attorney for Plaintiff

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) |
| v. | ) |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., | ) |
| Defendants. | ) |
| BIOGENESIS PACIFIC, INC., | ) |
| Counter-Plaintiff, | ) |
| v. | ) **DECLARATION OF** |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, | ) **THOMAS M. TARPLEY, JR.** ) **IN SUPPORT OF PLAINTIFF'S** ) **MOTION TO ESTABLISH** ) **FACT UNDER FRCP** ) **RULE 37(b)(2)(A)** |
| Counter-Defendants. | ) |
| AMERICAN HOME ASSURANCE CO., | ) |
| Cross-Claimant, | ) |
| v. | ) |
| BIOGENESIS PACIFIC, INC., | ) |
| Cross-Claim Defendants. | ) |

I, Thomas M. Tarpley, Jr., hereby declare under penalty of perjury under the laws of Guam and that the following statements are true.

# ORIGINAL

1.     Plaintiff's original attorney, Antonio L. Cortes, was allowed to withdraw as attorney for Plaintiff by Order of this Court dated "March 8, 2004" [sic] but filed on April 8, 2004. Mr. Cortes is preparing to permanently relocate off-Guam.

2.     The undersigned has been retained to represent Plaintiff in this matter, and filed his Notice of Appearance on June 7, 2004.

3.     By this Court's Order dated April 27, 2004, granting Plaintiff's Motion to Compel, Defendant AHAC was ordered to provide full and complete responses to Plaintiff's Second Set of Interrogatories. Thereafter AHAC's counsel filed a Certificate of Full Compliance on May 12, 2004, true and correct copies of the first three pages of which are attached to this declaration as Exhibit 1 for the Court's ease of reference.

4.     In his filing with the Court, defense counsel attached the first page of AHAC's "Supplemental Responses" but did not file the answers themselves (as he had done previously in his "Certificate of Substantial Compliance" filed April 30, 2004). True and correct copies of AHAC's typed responses to Plaintiff's Interrogatory Nos. 12 and 13 pursuant to the Court's order to compel are attached to this declaration as Exhibit 2.

5.     Appended to AHAC's Supplemental Responses were two compact discs, defined as Exhibits "A" and "B" in AHAC's Answer to Interrogatory No. 12. These exhibits contain nothing but duplicitous spreadsheet files identifying numerous log-in's containing names of insureds and in-house code numbers. Sample

United States of America For Use And Benefit of
Rhino Builders, Inc. v. Biogenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
DECLARATION OF THOMAS M. TARPLEY, JR., IN SUPPORT OF
PLAINTIFF'S MOTION TO ESTABLISH FACT UNDER          **Page 2 of 5**
FRCP RULE 37(b)(2)(A)

Case 1:02-cv-00008     Document 426     Filed 06/14/2004     Page 2 of 24

1  pages of these logs are attached as Exhibit 3 of this declaration.

2  No substantive information concerning these entries were provided.

3    6.    These logs purportedly cover the years 2000 to present.

4  No information at all was provided concerning years 1998 and 1999,

5  as ordered by this Court.

6    7.    Contrary to defense counsel's "Certificate Of Full

7  Compliance", AHAC did not provide the information requested in

8  Interrogatory Nos. 13(c) and (d). Regarding the remaining items in

9  13(a) through 13(i), the Defendant answers by claiming the

10  requested information "can only be ascertained through an

11  examination of each individual file, if at all." Plaintiff has

12  received no indication from Defendants what "individual files" are

13  being referred to, or their location, or whether the requested

14  information is even in such "files".

15    8.    Attached as Exhibit 4 to this declaration is AIGTS's

16  Responses to Interrogatory Nos. 8 and 9. Cross checking this

17  information reveals to the undersigned that all of the directors of

18  AIGTS are either directors or officers of AHAC:

19      AIGTS Director Thomas R. Tizzio is also a Director of

20      AHAC.

21      AIGTS Director Howard I. Smith is a also a Director of

22      AHAC.

23      AIGTS Director Charles R. Schader is a Senior Vice

24      President of AHAC.

25      AIGTS Director Kristian T. Moor is a Vice Chairman of

26      AHAC.

27

28
United States of America For Use And Benefit of
Rhino Builders, Inc. v. Biogenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
DECLARATION OF THOMAS M. TARPLEY, JR., IN SUPPORT OF
PLAINTIFF'S MOTION TO ESTABLISH FACT UNDER            **Page 3 of  5**
FRCP RULE 37(b)(2)(A)

Case 1:02-cv-00008    Document 426    Filed 06/14/2004    Page 3 of 24

1    AIGTS Director Robert P. Jacobson is also an Executive
2    Vice President of AHAC.
3    AIGTS Director Kenneth V. Harkins is also a Senior Vice
4    President of AHAC.
5        9.    In response to Plaintiff's Interrogatory Nos. 5 and 7,
6    AIGTS has confirmed that both AHAC and AIGTS are owned 100% by
7    American International Group, Inc., the parent company.
8        Executed this _____ day of June, 2004, in Hagatna, Guam.
9                            TARPLEY & MORONI, LLP
10
11
12                     By: _____
                            THOMAS M. TARPLEY, JR.,
13                          Attorney for Plaintiff
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   United States of America For Use And Benefit of
     Rhino Builders, Inc. v. Biogenesis Pacific, Inc., et. al.
     Civil Case No. 02-00008
     DECLARATION OF THOMAS M. TARPLEY, JR., IN SUPPORT OF
     PLAINTIFF'S MOTION TO ESTABLISH FACT UNDER        Page 4 of 5
     FRCP RULE 37(b)(2)(A)

Case 1:02-cv-00008    Document 426    Filed 06/14/2004    Page 4 of 24

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., certify that on the 11th and 14th day of June, 2004, I caused a copy of the DECLARATION OF THOMAS M. TARPLEY, JR., IN SUPPORT OF PLAINTIFF'S MOTION TO ESTABLISH FACT UNDER FRCP RULE 37(b)(2)(A) to be served upon:

Louie J. Yanza, Esq.
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Bldg.
Hagatna, Guam 96910,

and on the 14th day of June, 2004, I caused the following parties, to be served, to wit:

Janalynn C. Damian, Esq.
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Bldg.
655 South Marine Drive
Tamuning, Guam 96911

Catherine B. Camacho, Esq.
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96910

FREDERICK J. KERLEY, Esq.
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910

Dated this 14th day of June, 2004.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Plaintiff

United States of America For Use And Benefit of
Rhino Builders, Inc. v. Biogenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
DECLARATION OF THOMAS M. TARPLEY, JR., IN SUPPORT OF
PLAINTIFF'S MOTION TO ESTABLISH FACT UNDER
FRCP RULE 37(b)(2)(A)

**Page 5 of 5**

Case 1:02-cv-00008    Document 426    Filed 06/14/2004    Page 5 of 24

James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM

MAY 12 2004

MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, )<br>vs. ) | **CERTIFICATE OF FULL COMPLIANCE;**<br>**CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, )<br>Defendants. ) | |
| BIOGENESIS PACIFIC, INC., )<br>Counterclaimant, )<br>vs. ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, )<br>Counter-Defendant. ) | |

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify as follows:

1.   I make this Certificate of Full Compliance on personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

2.   I am an individual over the age of 18. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

3.   Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME") have retained the law office of VERNIER & MAHER, LLP as local counsel in the above-entitled action.

4.   On April 27, 2004, the U.S. District Court of Guam issued an Order ordering Defendants AIGTS and AMERICAN HOME to answer certain interrogatories propounded upon them by the Plaintiff, RHINO BUILDERS, INC. ("RHINO").

5.   In the April 27, 2004 Order, Defendants AIGTS and AMERICAN HOME were required to answer interrogatories within fourteen (14) days from the date the Order was entered on the docket. The responses to the interrogatories were due to be served on all the parties on May 11, 2004.

6. On May 11, 2004, Defendants AIGTS and AMERICAN HOME answered all the outstanding interrogatories, in particular, the following:

   a. Interrogatory Nos. 3, 4, 5, 7, 8, 10, 11, 13, 14 and 16 of Plaintiff's Second Set of Interrogatories to Defendant AIGTS; and

   b. Interrogatory Nos. 1, 6-13, 15, and 16 of Plaintiff's Second Set of Interrogatories to Defendant AMERICAN HOME.

7. On May 11, 2004, Defendants AIGTS and AMERICAN HOME served their supplemental interrogatory responses to all the parties in this action, including the Plaintiff RHINO BUILDERS, INC. via the Law Office of Antonio L. Cortes, 233 Julale Center, 424 West O'Brien Drive, Hagåtña, Guam.

8. Attached hereto and marked Exhibit "A" is a true and correct copy of the first page of Defendant AIGTS' Supplemental Responses to Plaintiff's Second Set of Interrogatories, which reflects the service of Defendant AIGTS' supplemental responses on all parties to this action.

9. Attached hereto and marked Exhibit "B" is a true and correct copy of the first page of Defendant AMERICAN HOME's Supplemental Responses to Plaintiff's Second Set of Interrogatories, Exhibits A & B, which reflects the service of Defendant AMERICAN HOME's supplemental responses on all parties to this action.

Respectfully submitted this 12th day of May, 2004.

LOUIE J. YANZA

3

1  James Lawhn
   OLIVER LAU LAWHN OGAWA & NAKAMURA
2  707 Richard Street, Suite 600
   Honolulu, Hawaii 96813
3  Telephone No.: (808) 533-3999
   Facsimile No.: (808) 533-0144
4
5  Stephen D. Tom
   WHITE & TOM
   820 Mililani Street, Suite 711
6  Honolulu, Hawaii 96813-2972
   Telephone No.: 808 547 5151
7  Facsimile No.: 808 599 4517

8  Louie J. Yanza
   VERNIER & MAHER, LLP
9  115 Hesler Place, Ground Floor
   Governor Joseph Flores Building
10 Hagåtña, Guam 96910
   Telephone No.: (671) 477-7059
11 Facsimile No.: (671) 472-5487

12 Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
   AMERICAN HOME ASSURANCE COMPANY
13
            UNITED STATES DISTRICT COURT OF GUAM
14
15 UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO. 02-00008
   AND BENEFIT OF RHINO BUILDERS, INC., )
                                         )
16              Plaintiff,               )
                                         )
17         vs.                           ) DEFENDANT AMERICAN HOME
                                         ) ASSURANCE COMPANY'S
18 BIOGENESIS PACIFIC, INC., AIG ) SUPPLEMENTAL RESPONSES TO
   TECHNICAL SERVICES, INC. and ) PLAINTIFF'S SECOND SET OF
   AMERICAN HOME ASSURANCE ) INTERROGATORIES, EXHIBITS A & B
19 COMPANY,                              )
                                         )
20          Defendants.                  )
   _____   )
21 BIOGENESIS PACIFIC, INC.,             )
                                         )
22          Counterclaimant,             )
           vs.                           )
23                                       )
   RHINO BUILDERS, INC., MICHAEL )
24 O'CONNELL, MICHAEL DANFORTH, AND )
   JOHN DOES 1-10,                       )
25                                       )
            Counter-Defendant.           )

                          1

**SUPPLEMENTAL RESPONSE:** See supplemental response to Interrogatory No. 6 above.

**INTERROGATORY NO. 10:**

Identify each and every civil action in Guam, Hawaii, or California in which Carlsmith Ball has made an appearance for AIGTS, AHAC, or AI Marine since March 2001.

**SUPPLEMENTAL RESPONSE:** See supplemental response to Interrogatory No. 6 above.

**INTERROGATORY NO. 11:**

Identify each and every civil action in Guam, Hawaii, or California in which Carlsmith Ball has made an appearance, since March 2001, for any entity that would be identified in a correct response to Interrogatory Nos. 1 through 14 of the AIGTS interrogatories.

**SUPPLEMENTAL RESPONSE:** See supplemental response to Interrogatory No. 6 above.

**INTERROGATORY NO. 12:**

Identify all civil actions brought since January 1998 in which a claim was made upon a surety bond issued by AHAC.

**SUPPLEMENTAL RESPONSE:** AHAC maintains no independent record of civil actions brought since January 1998 in which a claim was made upon a surety bond

issued by AHAC.   In order to respond to this question, we have attached as Exhibit A, a compact disc containing copies of our service/litigation log  which is maintained in the ordinary course of business for 2000 through the present.  We have been unable to locate the service/litigation log for 1999 and 1998.   The compact disc attached as Exhibit A lists the receipt of summons on all litigation brought against insured's under insurance policies written by AHAC, as well as litigation brought against AHAC under surety bonds written by AHAC, as well as other data.

In addition, we have asked our information technology personnel to determine whether it is possible to run a sort of the data on Exhibit A showing only the actions involving only surety bonds.   The sort of litigation involving only surety bonds has been compiled, and is contained in the compact disc attached as Exhibit B.

**INTERROGATORY NO. 13:**

For each such action, (a) state whether or not an affirmative defense was asserted based on a statute of limitations; (b) state whether AIGTS was named as a defendant; (c) state whether AHAC was named as a defendant; (d) state whether AIG Claim Services, Inc. ("AIGCS"); was named as a defendant; (e) list any other entities that would be identified in a correct responses to Interrogatory Nos. 1 though 13 of the AIGTS interrogatories that was named as a defendant; (f) state whether, prior to the litigation, the claimant was directed to make its claim through AIGTS or AIGCS; (g) state whether, prior to the commencement of the civil action, AIGTS, AHAC, AIGCS or any entity related to any of them, denied a pre litigation claim on the basis of a statute of limitations; (h) state whether, prior to the commencement of the civil action, AIGTS,

AHAC, AIGCS or any entity related to any of them, denied a pre litigation claim on any other basis; and (i) identify Plaintiff's counsel.

**SUPPLEMENTAL RESPONSE:**

(a)    No independent record of this data is maintained, and it can only be ascertained through an examination of each individual file, if at all.

(b)    No independent record of this data is maintained, and it can only be ascertained through an examination of each individual file, if at all.    Certain representatives can remember one or two cases where AIGTS has been named as a defendant, but cannot recall the case numbers or court where the action was brought.

(e)    No independent record of this data is maintained, and it can only be ascertained through an examination of each individual file, if at all.

(f)    No independent record of this data is maintained, and it can only be ascertained through an examination of each individual file, if at all.

With regard to claims processed by AIGTS, it is our normal business practice to have all claims against the surety submitted to AIGTS.

(g)    No independent record of this data is maintained, and it can only be ascertained through an examination of each individual file, if at all.

With regard to claims processed by AIGTS, it is our normal business practice to issue a denial on behalf of the surety when the facts show the claim is untimely.

(h)    No independent record of this data is maintained, and it can only be ascertained through an examination of each individual file, if at all. With regard to claims processed by AIGTS, it is our normal business practice to issue an denial

8

on behalf of the surety, when the relevant facts and/or the law show a legitimate basis for the denial.

(i)     No independent record of this data is maintained, and it can only be ascertained through an examination of each individual file, if at all.

## INTERROGATORY NO. 15:

State the percentage of AIGTS's voting securities owned by AIG Inc. at all times between March 2001 and the present.

**SUPPLEMENTAL RESPONSE:** American International Group owns one hundred (100%) percent of the voting stock of AIGTS between March 2001 and the present.

## INTERROGATORY NO. 16:

State each and every fact that allows Vernier & Maher to represent both AIGTS and you in this action despite the provisions of Rules 1.6 and 1.7 of the ABA Model Rules of Professional Conduct.

**SUPPLEMENTAL RESPONSE:**   Under the facts of this case, no conflict of interest exists by having Vernier & Maher represent AIGTS and AHAC.

| HO_CD | BRANCH_CD | CASE_NO | SYM | INSURED_FULL_NM | SUIT_NO |
|---|---|---|---|---|---|
| 388 | 165 | 4639 | 1 | CADILLAC ASPHALT | 2 |
| 388 | 165 | 5333 | 1 | ROENCA DADE | 4 |
| 388 | 165 | 5333 | 1 | ROENCA DADE | 5 |
| 388 | 165 | 5333 | 1 | ROENCA DADE | 6 |
| 388 | 165 | 5791 | 1 | HOMER J OLSEN | 2 |
| 388 | 165 | 6456 | 1 | S. T. WICOLE CONST | 3 |
| 388 | 165 | 6456 | 1 | S. T. WICOLE CONST | 4 |
| 388 | 165 | 6580 | 1 | CARLSON CORP. | 2 |
| 388 | 165 | 6658 | 1 | THE WEITZ COMPANY | 2 |
| 388 | 165 | 7144 | 1 | KAJIMA INTL INC | 3 |
| 388 | 165 | 7144 | 1 | KAJIMA INTL INC | 4 |
| 388 | 165 | 8175 | 1 | LAS VEGAS PAVING C | 2 |
| 388 | 165 | 8892 | 1 | FIGGINS CONST | 4 |
| 388 | 165 | 8892 | 1 | FIGGINS CONST | 5 |
| 388 | 165 | 9014 | 1 | FEDERAL CONSTRUCTI | 2 |
| 388 | 165 | 9166 | 1 | KM CONSTRUCTION | 2 |
| 388 | 165 | 9338 | 1 | KAJIMA INTL | 2 |
| 388 | 165 | 10098 | 1 | COGEFAR | 4 |
| 388 | 165 | 10098 | 1 | COGEFAR | 5 |
| 388 | 165 | 10098 | 1 | COGEFAR | 6 |
| 388 | 165 | 10098 | 1 | COGEFAR | 7 |
| 388 | 165 | 10413 | 1 | CITADEL FLA INC | 4 |
| 388 | 165 | 10413 | 1 | CITADEL FLA INC | 5 |
| 388 | 165 | 10413 | 1 | CITADEL FLA INC | 6 |
| 388 | 165 | 10462 | 1 | RENAISSANCE VILLAS | 4 |
| 388 | 165 | 10462 | 1 | RENAISSANCE VILLAS | 5 |
| 388 | 165 | 10462 | 1 | RENAISSANCE VILLAS | 6 |
| 388 | 165 | 10541 | 1 | MARK DIVERSIFIED | 4 |
| 388 | 165 | 10541 | 1 | MARK DIVERSIFIED | 5 |
| 388 | 165 | 10541 | 1 | MARK DIVERSIFIED | 6 |
| 388 | 165 | 11268 | 1 | C C MYERS INC | 2 |
| 388 | 165 | 11885 | 1 | The Weitz Corporation | 2 |
| 388 | 165 | 11999 | 1 | LAS VEGAS PAVING | 2 |
| 388 | 165 | 12170 | 1 | C C MYERS INC | 3 |
| 388 | 165 | 12170 | 1 | C C MYERS INC | 4 |
| 388 | 165 | 12294 | 1 | TISHMAN FOLEY PART | 4 |
| 388 | 165 | 12294 | 1 | TISHMAN FOLEY PART | 5 |
| 388 | 165 | 12294 | 1 | TISHMAN FOLEY PART | 6 |
| 388 | 165 | 12463 | 1 | DAYCO ASTALDI | 3 |
| 388 | 165 | 12463 | 1 | DAYCO ASTALDI | 4 |
| 388 | 165 | 12641 | 1 | MODERN CONTINENTAL | 3 |
| 388 | 165 | 12641 | 1 | MODERN CONTINENTAL | 4 |
| 388 | 165 | 12780 | 1 | C. C. Myers, Inc. | 2 |
| 388 | 165 | 13055 | 1 | BALFOUR BEATTY | 3 |
| 388 | 165 | 13055 | 1 | BALFOUR BEATTY | 4 |
| 388 | 165 | 13141 | 1 | DAYCO ASTALDI | 2 |

| | | | | |
|---|---|---|---|---|
| 388 | 165 | 13248 | 1 Shafer & Miller, Inc. | 7 |
| 388 | 165 | 13248 | 1 Shafer & Miller, Inc. | 8 |
| 388 | 165 | 13248 | 1 Shafer & Miller, Inc. | 9 |
| 388 | 165 | 13248 | 1 Shafer & Miller, Inc. | 10 |
| 388 | 165 | 13248 | 1 Shafer & Miller, Inc. | 11 |
| 388 | 165 | 13248 | 1 Shafer & Miller, Inc. | 12 |
| 388 | 165 | 13487 | 1 TRAFALGER HOUSE | 1 |
| 388 | 165 | 13487 | 1 TRAFALGER HOUSE | 3 |
| 388 | 165 | 13537 | 1 BALFOUR BEATTY | 1 |
| 388 | 165 | 13537 | 1 BALFOUR BEATTY | 2 |
| 388 | 165 | 13537 | 1 BALFOUR BEATTY | 3 |
| 388 | 165 | 13537 | 1 BALFOUR BEATTY | 4 |
| 388 | 165 | 13539 | 1 BALFOUR BEATTY | 2 |
| 388 | 165 | 13699 | 1 Kasler Corp. | 3 |
| 388 | 165 | 13699 | 1 Kasler Corp. | 4 |
| 388 | 165 | 13889 | 1 C. C. MYERS INC. | 3 |
| 388 | 165 | 13889 | 1 C. C. MYERS INC. | 4 |
| 388 | 165 | 13906 | 1 | 1 |
| 388 | 165 | 13938 | 1 CONE CONSTRUCTORS, INC. | 5 |
| 388 | 165 | 13938 | 1 CONE CONSTRUCTORS, INC. | 8 |
| 388 | 165 | 13938 | 1 CONE CONSTRUCTORS, INC. | 9 |
| 388 | 165 | 13938 | 1 CONE CONSTRUCTORS, INC. | 10 |
| 388 | 165 | 13938 | 1 CONE CONSTRUCTORS, INC. | 11 |
| 388 | 165 | 13938 | 1 CONE CONSTRUCTORS, INC. | 12 |
| 388 | 165 | 13938 | 1 CONE CONSTRUCTORS, INC. | 13 |
| 388 | 165 | 13938 | 1 CONE CONSTRUCTORS, INC. | 14 |
| 388 | 165 | 14135 | 1 VOLKER SEVIN | 3 |
| 388 | 165 | 14135 | 1 VOLKER SEVIN | 4 |
| 388 | 165 | 14264 | 1 E. W. HOWELL CO. I | 2 |
| 388 | 165 | 14264 | 1 E. W. HOWELL CO. I | 6 |
| 388 | 165 | 14264 | 1 E. W. HOWELL CO. I | 7 |
| 388 | 165 | 14264 | 1 E. W. HOWELL CO. I | 8 |
| 388 | 165 | 14264 | 1 E. W. HOWELL CO. I | 9 |
| 388 | 165 | 14264 | 1 E. W. HOWELL CO. I | 10 |
| 388 | 165 | 14264 | 1 E. W. HOWELL CO. I | 11 |
| 388 | 165 | 14316 | 1 Structure-Tone , Inc. | 2 |
| 388 | 165 | 14364 | 1 KASLER CORPORATION | 4 |
| 388 | 165 | 14364 | 1 KASLER CORPORATION | 5 |
| 388 | 165 | 14364 | 1 KASLER CORPORATION | 6 |
| 388 | 165 | 14382 | 1 Sundt Corporation | 2 |
| 388 | 165 | 14540 | 1 ABAMAR BB | 2 |
| 388 | 165 | 14639 | 1 CONE CONSTRUCTORS | 3 |
| 388 | 165 | 14639 | 1 CONE CONSTRUCTORS | 4 |

## AIG Technical Services, Inc.

### Directors

| | |
|---|---|
| Kenneth Vincent Harkins | Director |
| Robert Paul Jacobson | Director |
| Kristian Philip Moor | Director |
| Charles Ross Schader | Director |
| Howard Ian Smith | Director |
| Thomas Ralph Tizzio | Director |

### Officers

| | |
|---|---|
| Kristian Philip Moor | Chairman of the Board of Directors |
| Donald Pelka | Assistant Secretary |
| Charles Ross Schader | President |
| Robert Paul Jacobson | Chief Financial Officer |
| James M. Sweeney | Chief Operating Officer |
| Robert Paul Jacobson | Executive Vice President |
| Paul Lavelle | Executive Vice President |
| Dennis P. Wallace | Executive Vice President |
| Richard C. Woollams | Executive Vice President |
| Terri D. Austin | Senior Vice President |
| Robert John Beier | Vice President |
| Thomas P. Carey | Vice President |

**EXHIBIT "A"**

Case 1:02-cv-00008    Document 426    Filed 06/14/2004    Page 20 of 24

## AIG Technical Services, Inc.

| | |
|---|---|
| Dennis John Costello | Vice President |
| James Bryon Dowd | Vice President |
| Fred Jacob Storm | Vice President |
| Deborah A. Worthington | Vice President |
| Terri D. Austin | General Counsel |
| Elizabeth Margaret Tuck | Secretary |
| Steven Jay Bensinger | Treasurer |
| William A. O'Connor | Assistant Secretary |
| Robert John Beier | Comptroller |

## American Home Assurance Company

### Directors

| | |
|---|---|
| Merton Bernard Aidinoff | Director |
| Charles H. Dangelo | Director |
| John Quinlan Doyle | Director |
| Maurice Raymond Greenberg | Director |
| Christian Michel Milton | Director |
| Kristian Philip Moor | Director |
| Win Jay Neuger | Director |
| Ernest Theodore Patrikis | Director |
| Robert Michael Sandler | Director |
| Howard Ian Smith | Director |
| Martin John Sullivan | Director |
| Thomas Ralph Tizzio | Director |
| Edwin Alfred Grenville Manton | Honorary Director |

### Officers

| | |
|---|---|
| Kristian Philip Moor | Vice Chairman of the Board of Directors |
| John Quinlan Doyle | President |
| Robert Paul Jacobson | Executive Vice President |
| Kenneth Vincent Harkins | Senior Vice President |
| Vincent Joseph Masucci | Senior Vice President |
| David Thad Perez | Senior Vice President |
| James Roberts | Senior Vice President |

EXHIBIT "B"

Case 1:02-cv-00008    Document 426    Filed 06/14/2004    Page 22 of 24

## American Home Assurance Company

| | |
|---|---|
| Nicholas Charles Walsh | Senior Vice President |
| Mark Timothy Willis | Senior Vice President |
| Robert John Beier | Vice President |
| Laura Breen Guy | Vice President |
| Glen Max Bronstein | Vice President |
| Patrick J. Burns | Vice President |
| John Gardiner Colona | Vice President |
| Kenneth Bryan Cornell | Vice President |
| Hans Karl-Erik Danielsson | Vice President |
| Michael C. Fay | Vice President |
| Brian Stuart Frisch | Vice President |
| Kevin Timothy Hogan | Vice President |
| Eric S. Kobrick | Vice President |
| Gary Arthur McMillan | Vice President |
| Christian Michel Milton | Vice President |
| Win Jay Neuger | Vice President |
| David Bruce Pinkerton | Vice President |
| Richard Thomas Pisano | Vice President |
| Edward Francis Andrzejewski | Assistant Vice President |
| Drew Beauchamp | Assistant Vice President |
| William Watson Fish | Assistant Vice President |
| Raymond M. S. Lui | Assistant Vice President |

Case 1:02-cv-00008   Document 426   EXHIBIT "B"   Filed 06/14/2004   Page 23 of 24

## American Home Assurance Company

| | |
|---|---|
| Richard Ruggiano | Assistant Vice President |
| Kenneth Vincent Harkins | General Counsel |
| Laura Breen Guy | Associate General Counsel |
| | Attorney-in-Fact |
| Frank Hienmen Douglas Jr. | Actuary |
| Frank Hienmen Douglas Jr. | Senior Vice President |
| Robert Paul Jacobson | Director |
| Robert Paul Jacobson | Treasurer |
| Edward Easton Matthews | Director |
| Charles Ross Schader | Senior Vice President |
| Thomas Ralph Tizzio | Chairman of the Board of Directors |
| Thomas Ralph Tizzio | Executive Committee |
| Elizabeth Margaret Tuck | Secretary |
| Robert John Beier | Comptroller |
| Brian Stuart Frisch | Assistant Comptroller |
| Lawrence S. Golodner | Assistant Comptroller |
| Mark H. Paffmann | Assistant Comptroller |
| Richard Thomas Pisano | Assistant Comptroller |

**EXHIBIT "B"**