James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547 5151
Facsimile No.: (808) 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

DISTRICT COURT **FILED**
DISTRICT COURT OF GUAM
JUN 2 9 2004
MARY L. M. MORAN
CLERK OF COURT

428

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff, <br>vs. <br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br>Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br><br>**CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., <br><br>Counterclaimant, <br>vs. <br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br>Counter-Defendant. | |

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 29th day of June, 2004, I caused a copy of the foregoing documents:

1. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Rhino's Motion to Establish Fact Per FRCP Rule 37(b)(2)(A);

2. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Rhino's Supplementation of the Record;

3. Declaration of Louie J. Yanza in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's: (1) Opposition to Rhino's Motion to Establish Fact Per FRCP Rule 37(b)(2)(A); and (2) Opposition to Rhino's Supplementation of the Record;

4. Declaration of Louie J. Yanza Re. Filing of Facsimile Copy of Declaration of Bruce Kahn in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's: (1) Opposition to Rhino's Motion to Establish Fact Per FRCP Rule 37(b)(2)(A); and (2) Opposition to Rhino's Supplementation of the Record; and

5. Certificate of Service.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**Ms. Janalynn Cruz Damian**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

**Ms. Catherine Bejerana Camacho**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Thomas M. Tarpley, Jr.**
TARPLEY & MORONI, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Ste. 402
Hagatña, Guam 96910

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagåtña, Guam 96910

Executed this 29th day of June, 2004.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA