1  James Lawhn
   OLIVER LAU LAWHN OGAWA & NAKAMURA
2  707 Richard Street, Suite 600
   Honolulu, Hawaii 96813
3  Telephone No.: (808) 533-3999
   Facsimile No.: (808) 533-0144
4
   Stephen D. Tom
5  WHITE & TOM
   820 Mililani Street, Suite 711
6  Honolulu, Hawaii 96813-2972
   Telephone No.: (808) 547 5151
7  Facsimile No.: (808) 599 4517
8  Louie J. Yanza
   VERNIER & MAHER, LLP
9  115 Hesler Place, Ground Floor
   Governor Joseph Flores Building
10 Hagåtña, Guam 96910
   Telephone No.: (671) 477-7059
11 Facsimile No.: (671) 472-5487
12 Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
   AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
JUN 3 0 2004
MARY L. M. MORAN
CLERK OF COURT
431

13

## UNITED STATES DISTRICT COURT OF GUAM

14
15 UNITED STATES OF AMERICA FOR USE ) CIVIL CASE NO. 02-00008
   AND BENEFIT OF RHINO BUILDERS, INC., )
                                        )
16           Plaintiff,                 )
         vs.                            ) **CERTIFICATE OF SERVICE**
17                                      )
   BIOGENESIS  PACIFIC,   INC.,   AIG )
18 TECHNICAL   SERVICES,   INC.   and )
   AMERICAN     HOME    ASSURANCE )
19 COMPANY,                            )
                                        )
20           Defendants.               )
   BIOGENESIS PACIFIC, INC.,            )
21                                      )
             Counterclaimant,          )
22       vs.                            )
                                        )
23 RHINO    BUILDERS,   INC.,   MICHAEL )
   O'CONNELL, MICHAEL DANFORTH, AND )
24 JOHN DOES 1-10,                      )
                                        )
25           Counter-Defendant.        )

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) |
| | ) |
| | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| | ) |
| BIOGENESIS PACIFIC, INC. | ) |
| | ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 30th day of June, 2004, I caused a copy of the foregoing documents:

1. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Amended Opposition to Rhino's Motion to Establish Fact Per FRCP Rule 37(b)(2)(A);

2. Declaration of Louie J. Yanza in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's: (1) Amended Opposition to Rhino's Motion to Establish Fact Per FRCP Rule 37(b)(2)(A); and (2) Opposition to Rhino's Supplementation of the Record;

3. Submission of Original Declaration of Bruce Kahn in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's: (1) Opposition to Rhino's Motion to Establish Fact Per FRCP Rule 37(b)(2)(A); and (2) Opposition to Rhino's Supplementation of the Record; and

4. Certificate of Service.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

//

2

**Ms. Janalynn Cruz Damian**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911
**Ms. Catherine Bejerana Camacho**
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

**Mr. Thomas M. Tarpley, Jr.**
TARPLEY & MORONI, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Ste. 402
Hagatña, Guam 96910

**Mr. Frederick J. Kerley**
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 30th day of June, 2004.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

3