James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547 5151
Facsimile No.: (808) 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**FILED**
DISTRICT COURT OF GUAM
JUN 30 2004
MARY L. M. MORAN
CLERK OF COURT

432

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>    Defendants.<br>BIOGENESIS PACIFIC, INC.,<br><br>    Counterclaimant,<br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>    Counter-Defendant. | CIVIL CASE NO. 02-00008<br><br>**AMENDED CERTIFICATE OF SERVICE RE. JUNE 29, 2004 SERVICE** |

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

I, LOUIE J. YANZA, hereby certify that on the 29th day of June, 2004, I caused a copy of the foregoing documents:

1. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Rhino's Motion to Establish Fact Per FRCP Rule 37(b)(2)(A);

2. Defendants AIG Technical Services, Inc. and American Home Assurance Company's Opposition to Rhino's Supplementation of the Record;

3. Declaration of Louie J. Yanza Re. Filing of Facsimile Copy of Declaration of Bruce Kahn in Support of Defendants AIG Technical Services, Inc. and American Home Assurance Company's: (1) Opposition to Rhino's Motion to Establish Fact Per FRCP Rule 37(b)(2)(A); and (2) Opposition to Rhino's Supplementation of the Record; and

4. Amended Certificate of Service Re. June 29, 2004 Service.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**Ms. Janalynn Cruz Damian**
CALVO & CLARK, LLP
Suite 202, First Savings & Loan Building
655 South Marine Drive
Tamuning, Guam 96911

Ms. Catherine Bejerana Camacho
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Mr. Thomas M. Tarpley, Jr.
TARPLEY & MORONI, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Ste. 402
Hagatña, Guam 96910

Mr. Frederick J. Kerley
Suite 907, Pacific News Bldg.
238 Archbishop Flores Street
Hagatña, Guam 96910

Executed this 30th day of June, 2004.

**VERNIER & MAHER, LLP**
Attorney for Defendants
**AIG TECHNICAL SERVICES, INC. and**
**AMERICAN HOME ASSURANCE COMPANY**

BY: _____
LOUIE J. YANZA

3