Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, MICHAEL J. PEREZ, hereby certify that on the 17th day of August, 2004, I served via hand delivery a copy of the following documents: (i) Agreement of Hearing Date; (ii) Defendant/Counter-Plaintiff Biogenesis Pacific, Inc.'s Renewed Motion for Partial Summary Judgment and (iii) Declaration of Arthur B. Clark in Support of Defendant/Counter-Plaintiff Biogenesis Pacific, Inc.'s Renewed Motion for Partial Summary Judgment on the following

| **Attorney for Counter-Defendant Michael O'Connell** | **Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company** |
|---|---|
| Frederick J. Kerley, Esq.<br>Suite 907, Pacific News Building<br>238 Archbishop F.C. Flores Street<br>Hagåtña, Guam 96910 | Louie Yanza, Esq.<br>Vernier & Maher, LLP<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910 |

**Attorney for Rhino Builders, Inc.**

Antonio L. Cortes, Esq.
233 Julale Center
424 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 19th day of August, 2004.

*/s/ MICHAEL J. PEREZ*