FILED
DISTRICT COURT OF GUAM
AUG 19 2004
MARY L. M. MORAN
CLERK OF COURT

Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **BIOGENESIS PACIFIC, INC.'S NOTICE OF RENEWED MOTION FOR PARTIAL SUMMARY JUDGEMENT** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

BIOGENESIS PACIFIC, INC.'S NOTICE OF RENEWED
MOTION FOR PARTIAL SUMMARY JUDGEMENT
B040819.327-0001.CT (Notice of Motion).wpd                    ORIGINAL                     1

Case 1:02-cv-00008    Document 442    Filed 08/19/2004    Page 1 of 2

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          Notice is hereby given that BioGenesis Pacific, Inc.'s Renewed Motion for Partial Summary Judgment shall come on for hearing before the District Court of Guam located at 520 West Soledad Avenue, Hagåtña, Guam 96910, on September 24, 2004 at 10:00 a.m.

DATED this 19th day of August, 2004.

CALVO AND CLARK, LLP  
Attorneys at Law  
Attorneys for Defendant/Counter-Plaintiff  
BioGenesis Pacific, Inc.

By: _____  
JANALYNN CRUZ DAMIAN

BIOGENESIS PACIFIC, INC.'S NOTICE OF RENEWED  
MOTION FOR PARTIAL SUMMARY JUDGEMENT  
B040819.327-0001.CT (Notice of Motion).wpd

2

Case 1:02-cv-00008    Document 442    Filed 08/19/2004    Page 2 of 2