James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

**FILED** DISTRICT COURT OF GUAM
AUG 20 2004
MARY L. M. MORAN
CLERK OF COURT

(440)

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. 02-00008<br><br>**STIPULATION AND ORDER FOR ORAL ARGUMENTS RE: RHINO'S MOTION TO ESTABLISH FACT PER FRCP RULE 37(b)(2)(A)** |
| BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | |

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) ) |
| BIOGENESIS PACIFIC, INC. | ) ) |
| Cross-Claim Defendant. | ) |

COME NOW Plaintiff RHINO BUILDERS, INC. ("RHINO"), through counsel TARPLEY & MORONI, LLP by Thomas M. Tarpley, Jr., Esq. and Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME"), through local counsel VERNIER & MAHER, LLP by Louie J. Yanza, and hereby stipulate and agree as follows:

1. The parties hereby agree that RHINO's Motion to Establish Fact Per FRCP Rule 37(b) (2) (A) ("Motion") shall be orally argued by the parties;
2. A hearing for said oral arguments be scheduled by the Court at its earliest convenience;
3. Oppositions to RHINO's Motion shall be filed with the Court and served no later than fourteen (14) days before oral arguments scheduled by the Court;
4. Replies shall be file with the Court and served no later than seven (7) days before oral arguments scheduled by the Court;

**VERNIER & MAHER, LLP**
Attorneys for Defendants AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY

By: _____
LOUIE J. YANZA
Dated: 6/25/04

**TARPLEY & MORONI, LLP**
Attorneys for Plaintiff
RHINO BUILDERS, INC.

By: _____
THOMAS M. TARPLEY, JR., ESQ.
Dated: 6/25/04

2

| | |
|---|---|
| 1 | **Stipulation and Order for Oral Arguments Re: Rhino's Motion to Establish Fact Per FRCP Rule 37(b) (2) (A)** |
| 2 | **USA/RHINO BUILDERS, INC. v. BIOGENESIS PACIFIC, INC., ET AL.** |
| | **U.S. District Court of Guam, Civil Case No. 02-00008** |

**IT IS HEREBY ORDERED:**

1. That oral arguments for RHINO's Motion to Establish Fact Per FRCP Rule 37(b) (2) (A) ("Motion") shall be heard on October 6, 2004 at 10:00 a.m.;

2. That Defendants AIGTS and AMERICAN HOME shall, not later than fourteen (14) days before oral arguments, file their Opposition to RHINO's Motion; and

3. That Plaintiff RHINO shall, not later than seven (7) days before oral arguments, file its Reply in Support of its Motion.

SO ORDERED: August 20, 2004

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED JUN 25 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM