```
 1  Arthur B. Clark, Esq.
    Janalynn M. Cruz, Esq.
 2  CALVO AND CLARK, LLP
    Attorneys at Law
 3  655 South Marine Drive, Suite 202
    Tamuning, Guam 96911
 4  Telephone:  (671) 646-9355
    Facsimile:  (671) 646-9403
 5
    Attorneys for Defendant
 6  Biogenesis Pacific, Inc.
```



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY | |
| Defendants. | |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| BIOGENESIS PACIFIC INC., | |
| Cross-Claim Defendant. | |



1       I, MICHAEL J. PEREZ, hereby certify that on the 17th day of September, 2004, I served

2 via hand delivery a copy of Defendant/Counter-Plaintiff Biogenesis Pacific, Inc.'s Reply to Plaintiff

3 Rhino Builders, Inc.'s Opposition to Biogenesis Pacific, Inc.'s Renewed Motion for Summary

4 Judgement on the following

| **Attorney for Counter-Defendant Michael O'Connell** | **Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company** |
|---|---|
| Frederick J. Kerley, Esq.<br>Suite 907, Pacific News Building<br>238 Archbishop F.C. Flores Street<br>Hagåtña, Guam 96910 | Louie Yanza, Esq.<br>Vernier & Maher, LLP<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910 |

**Attorney for Rhino Builders, Inc.**

Thomas M. Tarpley, Jr., Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building, Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 17th day of September, 2004.

/s/ MICHAEL J. PEREZ