LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

FILED
DISTRICT COURT OF GUAM
SEP 24 2004
MARY L. M. MORAN
CLERK OF COURT

446

3ZP2134
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | **NOTICE OF SETTLEMENT** |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

ORIGINAL

PLEASE TAKE NOTICE that Plaintiff Rhino Builders, Inc. and the Miller Act surety Defendants AIGTS and AHAC, by and through their respective counsel, have reached an agreement of settlement to dismiss all of Plaintiff's claims in this lawsuit against said Defendants. The formal documents dismissing such claims will be filed with the Court as soon as possible.

This settlement renders moot BPI's pending motion for partial summary judgment presently scheduled to be heard in the District Court of Guam on Friday, September 24, 2004, at 9:00 a.m.

Dated this __24th__ day of September, 2004.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Plaintiff