Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
SEP 29 2004
MARY L. M. MORAN
CLERK OF COURT

448

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **WITHDRAWAL OF DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

WITHDRAWAL OF DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS
PACIFIC, INC.'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT
CIVIL CASE NO. 02-00008
B040929.327-0001.CT (Withdrawal of Renewed SJ Motion).wpd

ORIGINAL

1

Case 1:02-cv-00008   Document 453   Filed 09/29/2004   Page 1 of 2

In light of the Notice of Settlement filed by Use Plaintiff Rhino Builders, Inc. on September 24, 2004, and pursuant to Local Rule 7.1(h)(1), Defendant Biogenesis Pacific, Inc. hereby withdraws its Renewed Motion for Partial Summary Judgment filed on August 17, 2004.

Dated this 29th day of September, 2004.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant/Counter-Plaintiff
Biogenesis Pacific, Inc.

By: /s/ Arthur B. Clark
**ARTHUR B. CLARK**

**WITHDRAWAL OF DEFENDANT/COUNTER-PLAINTIFF BIOGENESIS PACIFIC, INC.'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**
CIVIL CASE NO. 02-00008
B040929.327-0001.CT (Withdrawal of Renewed SJ Motion).wpd

2

Case 1:02-cv-00008    Document 453    Filed 09/29/2004    Page 2 of 2