LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

FILED
DISTRICT COURT OF GUAM
SEP 30 2004
MARY L. M. MORAN
CLERK OF COURT

450

3ZP2155
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | CIVIL CASE NO. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | **CERTIFICATE OF MAILING** |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P., that on the 30th day of September, 2004,

ORIGINAL

1   I caused to be mailed a true and correct copy of the WITHDRAWAL OF
2   MOTION, to the following:
3   Louie J. Yanza, Esq.
    VERNIER & MAHER, LLP
4   115 Hesler Place, Ground Floor
    Governor Joseph Flores Bldg.
5   Hagatna, Guam 96910,

6   Janalynn C. Damian, Esq.
    CALVO & CLARK, LLP
7   Suite 202, First Savings & Loan Bldg.
    655 South Marine Drive
8   Tamuning, Guam 96911

9   Catherine B. Camacho, Esq.
    BERMAN O'CONNOR MANN & SHKLOV
10  Suite 503, Bank of Guam Bldg.
    111 Chalan Santo Papa
11  Hagatna, Guam 96910

12  FREDERICK J. KERLEY, Esq.
    Suite 907, Pacific News Bldg.
13  238 Archbishop Flores Street
    Hagatna, Guam 96910

15       Dated this 29th day of September, 2004.

16                              TARPLEY & MORONI, LLP

18                              By: _____
19                                  THOMAS M. TARPLEY, JR.,
                                    Attorney for Plaintiff