Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

I, MICHAEL J. PEREZ, hereby certify that on the 29th day of September, 2004, I served via hand delivery a copy of the Withdrawal of Defendant/Counter-Plaintiff Biogenesis Pacific, Inc.'s Renewed Motion for Summary Judgement on the following

**Attorney for Counter-Defendant Michael O'Connell**

Frederick J. Kerley, Esq.
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

**Attorney for Rhino Builders, Inc.**

Thomas M. Tarpley, Jr., Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building, Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 1st day of October, 2004.

MICHAEL J. PEREZ