Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

**STAMPED IN ERROR**

**FILED**
**NOV -5 2004**

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CONSENT TO AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

**CONSENT TO AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
CIVIL CASE NO. 02-00008
B041105.327-0001.CT (Consent to Stipulation).wpd

1

Case 1:02-cv-00008   Document 457   Filed 11/05/2004   Page 1 of 2

| | |
|---|---|
| 1 | BioGenesis Pacific, Inc. by and through its undersigned counsel agrees and consents to |
| 2 | the Amended Stipulation and Order for Dismissal with Prejudice entered into by and between American |
| 3 | Home Assurance Company and AIG Technical Services, Inc. and Rhino Builders Inc. on November 3, |
| 4 | 2004. |
| 5 | Dated this 5th day of November, 2004. |

Dated this 5th day of November, 2004.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for BioGenesis Pacific, Inc.

By: /s/ Arthur B. Clark
ARTHUR B. CLARK

CONSENT TO AMENDED STIPULATION AND
ORDER FOR DISMISSAL WITH PREJUDICE
CIVIL CASE NO. 02-00008
B041105.327-0001.CT (Consent to Stipulation).wpd

2

Case 1:02-cv-00008   Document 457   Filed 11/05/2004   Page 2 of 2