James Lawhn
OLIVER LAU LAWHN OGAWA & NAKAMURA
707 Richard Street, Suite 600
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144

Stephen D. Tom
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: 808 547 5151
Facsimile No.: 808 599 4517

Louie J. Yanza
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants AIG TECHNICAL SERVICES, INC. and
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
NOV - 8 2004
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants.<br>_____<br>BIOGENESIS PACIFIC, INC.,<br><br>Counterclaimant,<br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendant. | CIVIL CASE NO. 02-00008<br><br>KSW<br>~~AMENDED~~ STIPULATION AND ORDER FOR DISMISSAL *WITH* PREJUDICE |

1

ORIGINAL

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| BIOGENESIS PACIFIC, INC. | )<br>) |
| Cross-Claim Defendant. | )<br>)<br>) |

COME NOW, Plaintiff RHINO BUILDERS, INC. ("RHINO"), through counsel TARPLEY & MORONI, LLP, by Thomas M. Tarpley, Jr., Esq., and Defendants AIG TECHNICAL SERVICES, INC. ("AIGTS") and AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME"), through counsel VERNIER & MAHER, LLP, by Louie J. Yanza, and hereby stipulate and agree, pursuant to F.R.C.P. Rule 41(a), that the above-entitled action filed by RHINO against AIGTS and AMERICAN HOME, shall be dismissed *with prejudice*, against AIGTS and AMERICAN HOME, the parties herein to bear their own attorney's fees and costs.

**SO STIPULATED:**

| | |
|---|---|
| **VERNIER & MAHER, LLP**<br>Attorneys for Defendants<br>**AIG TECHNICAL SERVICES, INC. and**<br>**AMERICAN HOME ASSURANCE COMPANY** | **TARPLEY & MORONI, LLP**<br>Attorneys for Plaintiff<br>**RHINO BUILDERS, INC.** |
| By: _____<br>LOUIE J. YANZA<br>Dated: 11/3/04 | By: _____<br>THOMAS M. TARPLEY, JR., ESQ.<br>Dated: 11/3/04 |

APPROVED AND SO ORDERED: 11-8-2004

HONORABLE MORRISON C. ENGLAND, JR.
JUDGE, U.S. DISTRICT COURT OF GUAM

RECEIVED
NOV - 3 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2