Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
NOV 15 2004
MARY L. M. MORAN
CLERK OF COURT

(456)

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
CIVIL CASE NO. 02-00008
B041008.327-0001.CT (Stipulation for Dismissal).wpd

1

Case 1:02-cv-00008   Document 461   Filed 11/15/2004   Page 1 of 2

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between American Home Assurance Company |
| 2 | (collectively "AHAC") and BioGenesis Pacific, Inc. ("BioGenesis"), pursuant Fed.R.Civ.Pro. Rule |
| 3 | 41(c), that the cross-claim filed by AHAC on October 2, 2002 in above-captioned case shall be |
| 4 | **DISMISSED WITH PREJUDICE**. |
| 5 | **SO STIPULATED.** |

CALVO AND CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

VERNIER & MAHER, LLP
Attorneys for AIG Technical Services, Inc. and American Home Assurance Company

By: _/s/ Arthur B. Clark_
ARTHUR B. CLARK

By: _/s/ Louie Yanza_
LOUIE YANZA

Dated: November 9, 2004

Dated: November 9, 2004

**SO ORDERED** this 15th day of November, 2004.

_/s/_
HONORABLE MORRISON C. ENGLAND, JR.
Judge, District Court of Guam

RECEIVED
NOV 10 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
CIVIL CASE NO. 02-00008
B041008.327-0001.CT (Stipulation for Dismissal).wpd

2