(457)

1 | Arthur B. Clark, Esq.
Janalynn M. Cruz, Esq.
2 | CALVO AND CLARK, LLP
Attorneys at Law
3 | 655 South Marine Drive, Suite 202
Tamuning, Guam 96911
4 | Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403
5

Attorneys for Defendant
6 | Biogenesis Pacific, Inc.

7

8                    DISTRICT COURT OF GUAM

9                      TERRITORY OF GUAM

| | |
|---|---|
| 10  UNITED STATES OF AMERICA FOR USE ) | CIVIL CASE NO. 02-00008 |
| 11  AND BENEFIT OF RHINO BUILDERS, INC., ) | |
| 12              Plaintiff, ) | |
| 13    vs.                          ) | **CERTIFICATE OF SERVICE** |
| 14  BIOGENESIS PACIFIC, INC., ) | |

10 UNITED STATES OF AMERICA FOR USE )
AND BENEFIT OF RHINO BUILDERS, INC., )
11                                    )
              Plaintiff, )
12    vs.                          )
13 BIOGENESIS PACIFIC, INC., )
AIG TECHNICAL SERVICES, INC., and )
14 AMERICAN HOME ASSURANCE )
COMPANY                               )
15            Defendants. )
_____ )
16                                    )
BIOGENESIS PACIFIC INC., )
17                                    )
              Counter-Plaintiff, )
18                                    )
    vs.                          )
19                                    )
RHINO BUILDERS, INC., MICHAEL )
20 O'CONNELL, MICHAEL DANFORTH, )
AND JOHN DOES 1-10, )
21                                    )
              Counter-Defendants. )
22 _____ )
AMERICAN HOME ASSURANCE )
23 COMPANY,                         )
                                    )
24            Cross-Claimant, )
                                    )
25    vs.                          )
                                    )
26 BIOGENESIS PACIFIC INC., )
                                    )
27            Cross-Claim Defendant. )
_____ )
28

CIVIL CASE NO. 02-00008
B041117.327-0001.CT (Certificate of Service - MJP).wpd

1

| | |
|---|---|
| 1 | I, MICHAEL J. PEREZ, hereby certify that on the 17th day of November 2004, I served |
| 2 | via hand delivery a copy of the Stipulation and Order for Dismissal with Prejudice on the following |

**Attorneys for Defendant AIG Technical Services, Inc. and American Home Assurance Company**

Louie Yanza, Esq.
Vernier & Maher, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

Dated this 17th day of November, 2004:

MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B041117.327-0001.CT (Certificate of Service - MJP).wpd

2