LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP3OC7
Attorney *for* Plaintiff

DISTRICT COURT OF GUAM
FILED
NOV 19 2004
MARY L. M. MORAN
CLERK OF COURT

(459)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| v. | **CERTIFICATE OF MAILING** |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., | |
| Cross-Claimant, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

ORIGINAL

On November 19, 2004, I caused to be deposited in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, true and correct copies of PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT [NO ORAL ARGUMENT REQUESTED] and [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE ITS THIRD AMENDED COMPLAINT [NO ORAL ARGUMENT REQUESTED] to the following:

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE DRIVE
TAMUNING, GUAM 96911

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BLDG.
111 CHALAN SANTO PAPA
HAGATNA, GUAM 96910

FREDERICK J. KERLEY, ESQ.
SUITE 907, PACIFIC NEWS BLDG.
238 ARCHBISHOP FLORES STREET
HAGATNA, GUAM 96910

VERNIER & MAHER, LLP
115 HESLER PLACE, GROUND FLOOR
GOVERNOR JOSEPH FLORES BLDG.
HAGATNA, GUAM 96910

Dated this 19th day of November, 2004.

_____
Dorothea Quichocho