FILED
DISTRICT COURT OF GUAM
NOV 23 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BIOGENESIS PACIFIC, INC.,<br><br>Defendant. | Civil Case No. 02-00008<br><br><br><br><br><br>ORDER |
| BIOGENESIS PACIFIC INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10,<br><br>Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>vs.<br><br>BIOGENESIS PACIFIC INC.,<br><br>Cross-Claim Defendant. | |

This matter is before the Court upon the motion of the Plaintiff to file a third amended

complaint. The Plaintiff has not requested a hearing on the motion, however, the Court believes that input from all parties involved would be beneficial prior to issuing a decision on the motion. Accordingly, any party wishing to file an opposition or response to the motion shall do so by December 3, 2004. The Plaintiff may file a reply brief no later than December 8, 2004. Thereafter, the Court will decide the matter or schedule a hearing on the motion if it believes one is necessary.

**SO ORDERED** this 23rd day of November 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge