| | |
|---|---|
| 1 | **FREDERICK J. KERLEY**<br>**ATTORNEY AT LAW** |
| 2 | Suite 907, Pacific News Building<br>238 Archbishop F.C. Flores Street |
| 3 | Hagåtña, Guam 96910<br>Telephone No.: (671) 477-7008 |
| 4 | Facsimile No.: (671) 477-7009 |
| 5 | Attorney for Counter-Defendant Michael O'Connell |

FILED
DISTRICT COURT OF GUAM
NOV 26 2004
MARY L. M. MORAN
CLERK OF COURT

462

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., | ) ) ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **NOTICE OF HEARING ON APPLICATION TO WITHDRAW** |
| BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) | **AS COUNSEL FOR COUNTER-DEFENDANT MICHAEL O'CONNELL** |
| Defendants. | ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| vs. | ) ) | |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| BIOGENESIS PACIFIC INC., | ) ) | |
| Cross-Claim Defendant. | ) ) | |

**ORIGINAL**

TO: TARPLEY & MORONI, LLP
Attorneys for U.S.A. for Use and Benefit of Rhino Builders, Inc.

CALVO & CLARK, LLP
Attorneys for Defendant/Counter-Plaintiff/Cross-Claim Defendant Biogenesis Pacific, Inc.

VERNIER & MAHER, LLP
Attorneys for Defendant AIG Technical Services, Inc. and Defendant/Cross-Claimant American Home Assurance Company

BERMAN, O'CONNOR, MANN & SHKLOV
Attorneys for Counter-Defendant Michael Danforth

NOTICE IS HEREBY GIVEN that on the ____ day of _____, 2004 at the hour of ___:___ ___.m., or as soon thereafter as the Court may hear this matter, Frederick J. Kerley, attorney for counter-defendant Michael O'Connell, shall bring for hearing his Application to Withdraw as Counsel for Counter-Defendant Michael O'Connell.

DATED this 25th day of November, 2004.

FREDERICK J. KERLEY
ATTORNEY AT LAW
Attorney for Counter-Defendant Michael O'Connell

_____
FREDERICK J. KERLEY