Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **BIOGENESIS PACIFIC, INC.'S NON-OPPOSITION TO ATTORNEY FREDERICK J. KERLEY'S APPLICATION TO WITHDRAW AS COUNSEL FOR COUNTER-DEFENDANT MICHAEL O'CONNELL** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

BIOGENESIS PACIFIC, INC.'S NON-OPPOSITION TO ATTORNEY
FREDERICK J. KERLEY'S APPLICATION TO WITHDRAW AS
COUNSEL FOR COUNTER- DEFENDANT MICHAEL O'CONNELL
B041130.327-0001.CT (Non-Opposition to O'Connell Motion).wpd

1

Case 1:02-cv-00008   Document 468   Filed 11/30/2004   Page 1 of 2

Comes Now Defendant and Counter-Claim Plaintiff Biogenesis Pacific, Inc. ("Biogenesis") and hereby states its non-opposition to Attorney Frederick J. Kerley's Application to Withdraw as Counsel for Counter-Defendant Michael O'Connell.

DATED this 30th day of November, 2004.

CALVO AND CLARK, LLP
Attorneys at Law
Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

By: /s/ Arthur B. Clark
ARTHUR B. CLARK

BIOGENESIS PACIFIC, INC.'S NON-OPPOSITION TO ATTORNEY FREDERICK J. KERLEY'S APPLICATION TO WITHDRAW AS COUNSEL FOR COUNTER- DEFENDANT MICHAEL O'CONNELL
B041130.327-0001.CT (Non-Opposition to O'Connell Motion).wpd

2

Case 1:02-cv-00008   Document 468   Filed 11/30/2004   Page 2 of 2