Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.
FILED
DISTRICT COURT OF GUAM
NOV 30 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

1       I, MICHAEL J. PEREZ, hereby certify that on the 23rd day of November 2004, I served
2 via hand delivery a copy of the Stipulation and Order for Dismissal with Prejudice on the following

**Attorney for Rhino Builders, Inc.**

Thomas M. Tarpley, Jr., Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building, Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 30th day of November, 2004.

_____
MICHAEL J. PEREZ