FREDERICK J. KERLEY
ATTORNEY AT LAW
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone No.: (671) 477-7008
Facsimile No.:  (671) 477-7009

Attorney for Counter-Defendant Michael O'Connell

FILED
DISTRICT COURT OF GUAM
DEC -1 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC. and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> [~~PROPOSED~~] ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

Counsel for Counter-Defendant Michael O'Connell ("O'Connell") having applied for leave to withdraw as counsel pursuant to Rule GR 19.1(c) of the Local Rules of Practice for this Court, and Rule 1.16 of the Model Rules of Professional Conduct, and good cause appearing for that application, it is hereby:

**ORDERED**, that Frederick J. Kerley, counsel of record for O'Connell in the above-captioned matter, may forthwith withdraw as O'Connell's counsel of record in the above-captioned matter; and

**IT IS FURTHER ORDERED THAT** until replacement counsel appears for Counter-Defendant O'Connell, that Frederick J. Kerley shall continue to accept service of papers filed in this action for the purpose of forwarding same to replacement counsel.

**SO ORDERED** this 29th day of November, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Presented by:

FREDERICK J. KERLEY
Attorney At Law

FREDERICK J. KERLEY
Counsel for Counter-Defendant
Michael O'Connell

RECEIVED
NOV 26 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM