Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> BIOGENESIS PACIFIC INC., <br><br> Cross-Claim Defendant. | |

| | |
|---|---|
| 1 | I, KENNETH J. CAMACHO, hereby certify that on the 3rd day of December 2004, I |
| 2 | served via hand delivery a copy of Biogenesis Pacific, Inc.'s Opposition to Plaintiff's Motion for Leave |
| 3 | to File Third Amended Complaint on the following |

**Attorney for Counter-Defendant Michael O'Connell**

Frederick J. Kerley, Esq.
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Attorney for Rhino Builders, Inc.**

Thomas M. Tarpley, Jr., Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building, Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 3rd day of December, 2004.

**KENNETH J. CAMACHO**

CIVIL CASE NO. 02-00008
B041203.327-0001.CT (Certificate of Service - KJC).wpd

2