LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

FILED
DISTRICT COURT OF GUAM

DEC - 9 2004

MARY L. M. MORAN
CLERK OF COURT

3ZP3038
Attorney for Plaintiff

470

IN THE DISTRICT COURT OF GUAM

RHINO BUILDERS, INC.,                    )    CIVIL CASE NO. 02-00008
                                         )
              Plaintiff,                 )
                                         )
        v.                               )
                                         )
BIOGENESIS PACIFIC, INC.,                )
                                         )
              Defendant.                 )
_____)
BIOGENESIS PACIFIC, INC.,                )
                                         )
        Counter-Plaintiff,               )
                                         )
        v.                               )    **CERTIFICATE OF SERVICE**
                                         )
RHINO BUILDERS, INC., MICHAEL            )
O'CONNELL, MICHAEL DANFORTH,             )
and JOHN DOES 1-10,                      )
                                         )
        Counter-Defendants.              )
_____)
AMERICAN HOME ASSURANCE CO.,             )
                                         )
        Cross-Claimant,                  )
                                         )
        v.                               )
                                         )
BIOGENESIS PACIFIC, INC.,                )
                                         )
        Cross-Claim Defendant.           )
_____)

        I, Dorothea Quichocho, a U.S. citizen of the United States and
not a party to the above-encaptioned matter.

1    On December 9, 2004, I caused to be served a true and correct

2    copy of REPLY TO BIOGENESIS' OPPOSITION TO PLAINTIFF'S MOTION FOR

3    LEAVE TO FILE THIRD AMENDED COMPLAINT [ORAL ARGUMENT REQUESTED] to

4    the following:

5    CALVO & CLARK, LLP
     SUITE 202, FIRST SAVINGS & LOAN BLDG.
6    655 SOUTH MARINE DRIVE
     TAMUNING, GUAM 96911

7
     BERMAN O'CONNOR MANN & SHKLOV
8    SUITE 503, BANK OF GUAM BLDG.
     111 CHALAN SANTO PAPA
9    HAGATNA, GUAM 96910

10   FREDERICK J. KERLEY, ESQ.
     SUITE 907, PACIFIC NEWS BLDG.
11   238 ARCHBISHOP FLORES STREET
     HAGATNA, GUAM 96910

12

13       Dated this 9th day of December, 2004.

14

15                                         Dorothea Quichocho

16

17

18

19

20

21

22

23

24

25

26

27

28