LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP3039
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
DEC 10 2004
MARY L. M. MORAN
CLERK OF COURT

471

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| v. | **AGREEMENT ON HEARING DATE** |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., | |
| Cross-Claimant, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

ORIGINAL

Pursuant to Local Rule 7.1, the undersigned hereby acknowledges the following:

I, Thomas M. Tarpley, Jr., am the attorney for Plaintiff Rhino Builders in this matter. I had my secretary contact the secretary for Attorney Clark, counsel for BioGenesis Pacific Inc., to agree upon a date for oral argument on BioGenesis Pacific Inc.'s opposition to Plaintiff's Motion for Leave to File its Third Amended Complaint. I request oral argument. The Deputy Clerk of Court has informed me that January 25, 2005 at 9:00 a.m. is a date available for the hearing. Mr. Clark is agreeable to the January 25 hearing date. I also contacted Daniel Berman, attorney for Counter-Defendant Michael O'Connell, and Frederick Kerley, former attorney for Michael Danforth, both of whom have no objection to a hearing on January 25.

Dated this 10th day of December, 2004.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Plaintiff