LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP3041
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
DEC 10 2004
MARY L. M. MORAN
CLERK OF COURT

472

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST FOR SCHEDULING CONFERENCE** |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., | |
| Cross-Claimant, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

ORIGINAL

1   Plaintiff Rhino Builders, by and through its counsel of
2   record, Thomas M. Tarpley, Jr., informs the Court that trial in
3   this matter was originally scheduled to commence on March 2, 2004,
4   which was continued to April 13, 2004 by order dated December 23,
5   2003. The subsequent trial date was later vacated by order filed
6   March 17, 2004, pending resolution of then outstanding dispositive
7   motions, since resolved.
8       Plaintiff therefore requests that a scheduling conference be
9   set to assess a new date for trial on the remaining issues.
10      Plaintiff expects that the trial will take but one or two days
11  to complete.
12      Dated this _____9th_____ day of December, 2004.
13      TARPLEY & MORONI, LLP

By: _____
    THOMAS M. TARPLEY, JR.,
    Attorney for Plaintiff

Rhino Builders, Inc. v. BioGenesis Pacific, Inc.
Civil Case No. 02-00008
PLAINTIFF'S REQUEST FOR SCHEDULING CONFERENCE
Page 2 of 2

Case 1:02-cv-00008  Document 477  Filed 12/10/2004  Page 2 of 2