LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP3040
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
DEC 10 2004
MARY L. M. MORAN
CLERK OF COURT

(473)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| v. | **CERTIFICATE OF MAILING** |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., | |
| Cross-Claimant, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.



On December 10, 2004, I caused to be deposited in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, true and correct copies of AGREEMENT ON HEARING DATE and PLAINTIFF'S REQUEST FOR SCHEDULING CONFERENCE, to the following:

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE DRIVE
TAMUNING, GUAM 96911

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BLDG.
111 CHALAN SANTO PAPA
HAGATNA, GUAM 96910

FREDERICK J. KERLEY, ESQ.
SUITE 907, PACIFIC NEWS BLDG.
238 ARCHBISHOP FLORES STREET
HAGATNA, GUAM 96910

Dated this 10th day of December, 2004.

_____
Dorothea Quichocho