# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL



**CASE NO. CV-02-00008**     **DATE: 1/25/2005**     **TIME: 8:59 a.m.**

**CAPTION:** United States of America for Use and Benefit of Rhino Builders, Inc. -vs- Biogenesis Pacific, Inc., et. al.

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**     Law Clerk: J. HATTORI
Courtroom Deputy & Court Recorder: Leilani Toves Hernandez     Court Security: F. Tenorio
Electronically Recorded (Run Time: 8:59:38 - 9:26:56 )

*********************** A P P E A R A N C E S ***********************

**COUNSEL FOR PLAINTIFF(s):**     **COUNSEL FOR DEFENDANT(s):**

Thomas Tarpley, Rhino Builders, Inc.     Arthur Clark

***

**PROCEEDINGS:    MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

( X ) MOTION (S) ARGUED BY     ( X ) PLAINTIFF     ( ) DEFENDANT

( X ) MOTION(s) __ Granted ____Denied ____Settled ____Withdrawn __X__ Under Advisement

( ) ORDER SUBMITTED ____Approved ____Disapproved

( X ) ORDER to be Prepared By: _Court_

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Parties argued their position on the motion.

The Court took the matter under advisement and informed parties that it will issue its ruling shortly.

COURTROOM DEPUTY: _____     END TIME: 9:26 a.m.
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-02-00008.wpd