LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP4076
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| v. | **AMENDED CERTIFICATE OF MAILING** |
| RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, | |
| Counter-Defendants. | |
| AMERICAN HOME ASSURANCE CO., | |
| Cross-Claimant, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Cross-Claim Defendant. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

ORIGINAL

| | |
|---|---|
| 1 | On February 4, 2005, I caused to be deposited in the United |
| 2 | States Post Office, Hagatna, Guam, in a sealed and properly |
| 3 | addressed envelope, with postage prepaid thereon, a true and |
| 4 | correct copy of the THIRD AMENDED COMPLAINT, to the following: |

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96911

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BLDG.
111 CHALAN SANTO PAPA
HAGATNA, GUAM 96910

FREDERICK J. KERLEY, ESQ.
SUITE 907, PACIFIC NEWS BLDG.
238 ARCHBISHOP F.C. FLORES STREET
HAGATNA, GUAM 96910

Dated this 7th day of February, 2005

_____
Dorothea Quichocho