FILED
DISTRICT COURT OF GUAM
FEB 17 2005
MARY L.M. MORAN
CLERK OF COURT
480

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC. | Civil Case No. 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| vs. | **ORDER** |
| RHINO BUILDERS, INC., | |
| Counter-Defendant. | |

On February 15, 2005, the Defendant/Counter-Plaintiff, Biogenesis Pacific, Inc. filed an Appeal of Magistrate's Order. Should the Plaintiff/Counter-Defendant, Rhino Builders, Inc. intend to file an Opposition, it shall do so by February 25, 2005. The Defendant/Counter-Plaintiff shall file its Reply by March 4, 2005. Thereafter, the Court will either issue a decision or set the matter for a hearing.

SO ORDERED this 17 day of February, 2005.

ROGER L. HUNT
UNITED STATES DISTRICT JUDGE

*The Honorable Roger L. Hunt, United States District Judge for Nevada, by designation.