LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP5014
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
FEB 24 2005
MARY L.M. MORAN
CLERK OF COURT
483

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | **CERTIFICATE OF SERVICE** |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

ORIGINAL

On February 24, 2005, I caused to be served a true and correct copy of PLAINTIFF'S RESPONSE TO THE APPEAL OF MAGISTRATE'S ORDER [ORAL ARGUMENT REQUESTED], to the following:

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96911

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BLDG.
111 CHALAN SANTO PAPA
HAGATNA, GUAM 96910

FREDERICK J. KERLEY, ESQ.
SUITE 907, PACIFIC NEWS BLDG.
238 ARCHBISHOP F.C. FLORES STREET
HAGATNA, GUAM 96910

Dated this 24th day of February, 2005

_____
Dorothea Quichocho

Rhino Builders, Inc. v. BioGenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
CERTIFICATE OF SERVICE

Page 2 of 2

Case 1:02-cv-00008   Document 488   Filed 02/24/2005   Page 2 of 2