Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br> Defendants. | CIVIL CASE NO. 02-00008 <br><br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |

|   |   |
|---|---|
| 1 | I, MICHAEL J. PEREZ, hereby certify that on the 24th day of February, 2005, I served |
| 2 | via hand delivery a copy of (i) BioGenesis Pacific, Inc.'s Motion to Dismiss for Lack of Jurisdiction |
| 3 | Pursuant to Fed.R.Civ.Proc. Rule 12(b)(1) and (ii) [Proposed] Order Granting Biogenesis Pacific, Inc.'s |
| 4 | Motion to Dismiss for Lack of Jurisdiction on the following |

**Attorney for Counter-Defendant Michael O'Connell**

Frederick J. Kerley, Esq.
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Attorney for Rhino Builders, Inc.**

Thomas M. Tarpley, Jr., Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building, Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 28th day of February, 2005.

MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
B050224.327-0001.CT (Certificate of Service - MJP).wpd

2