DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | Civil Case No. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., <br><br> Counter-Defendant. | **ORDER** |

Before this Court is Biogenesis Pacific, Inc. ("Biogenesis"), the Defendant/Counter-Plaintiff's appeal of the Magistrate's Order filed on February 1, 2005 ("Order"). Docket No. 479. Biogenesis appeals the United States Magistrate Judge's Order granting the plaintiff, Rhino Builders, Inc. ("Rhino"), leave to file a third amended complaint. Docket No. 475. After reviewing the record and relevant caselaw, the Court does not find that the Order is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(C). Accordingly, the Court hereby AFFIRMS the Order.

Additionally, the Court notes that Biogenesis filed a Motion to Dismiss on February 24,

2005. Therein, Biogenesis makes the same argument regarding the Court's lack of jurisdiction over the pendent state claims that it raised in its Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint and again in its appeal of the Magistrate Judge's Order discussed herein. The Court does not find that further briefing or a hearing will assist the Court in making a determination on this matter. The Magistrate Judge's rationale as discussed in his Order is well stated as to the Court's pendent jurisdiction and shall be adopted and stand as the reasons for denying the relief sought in this motion. Accordingly, Biogenesis' Motion to Dismiss is DENIED.

SO ORDERED this 3rd day of March, 2005.

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

Notice is hereby given that this document was entered on the docket on 03/04/05.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 03/04/05
Deputy Clerk        Date

---

*The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, by designation.

2