LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP5067
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
MAR 15 2005
MARY L.M. MORAN
CLERK OF COURT

487

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, and JOHN DOES 1-10, <br><br> Counter-Defendants. | **CERTIFICATE OF MAILING** |
| AMERICAN HOME ASSURANCE CO., <br><br> Cross-Claimant, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Cross-Claim Defendant. | |

I, Dorothea Quichocho, hereby certify that I am a U.S. citizen of the United States and not a party to the above-encaptioned matter.

ORIGINAL

On March 15, 2005, I caused to be mailed in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a true and correct copy of a [PROPOSED] AMENDED SCHEDULING ORDER, to the following:

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96911

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BLDG.
111 CHALAN SANTO PAPA
HAGATNA, GUAM 96910

FREDERICK J. KERLEY, ESQ.
SUITE 907, PACIFIC NEWS BLDG.
238 ARCHBISHOP F.C. FLORES STREET
HAGATNA, GUAM 96910

Dated this 15th day of March, 2005

_____
Dorothea Quichocho

Rhino Builders, Inc. v. BioGenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
CERTIFICATE OF MAILING
Page 2 of 2

Case 1:02-cv-00008   Document 492   Filed 03/15/2005   Page 2 of 2