Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>BIOGENESIS PACIFIC, INC., AIG TECHNICAL SERVICES, INC., and AMERICAN HOME ASSURANCE COMPANY <br><br>Defendants. | CIVIL CASE NO. 02-00008 <br><br><br>**CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br>Counter-Plaintiff, <br><br>vs. <br><br>RHINO BUILDERS, INC., MICHAEL O'CONNELL, MICHAEL DANFORTH, AND JOHN DOES 1-10, <br><br>Counter-Defendants. | |

| | |
|---|---|
| 1 | I, MICHAEL J. PEREZ, hereby certify that on the 18th day of March, 2005, I served via |
| 2 | hand delivery a copy of BioGenesis Pacific, Inc.'s Answer to Third Amended Complaint and |
| 3 | Counterclaim on the following |

| **Attorney for Counter-Defendant Michael O'Connell** | **Attorney for Rhino Builders, Inc.** |
|---|---|
| Frederick J. Kerley, Esq.<br>Suite 907, Pacific News Building<br>238 Archbishop F.C. Flores Street<br>Hagåtña, Guam 96910 | Thomas M. Tarpley, Jr., Esq.<br>Tarpley & Moroni, LLP<br>Bank of Hawaii Building, Suite 402<br>134 West Soledad Avenue<br>Hagatna, Guam 96910 |

Dated this 18th day of March, 2005.

_____
MICHAEL J. PEREZ

CIVIL CASE NO. 02-00008
G0000366.WPD;1

2