DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
MAR 22 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-02-00008**   **DATE: 3/22/2005**   **TIME: 10:03 a.m.**

**CAPTION:** United States of America for Use and Benefit of Rhino Builders, Inc. -vs- Biogenesis Pacific, Inc., et. al.

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: J. HATTORI
Court Reporter: Wanda Miles   Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded (Run Time:10:03:44 - 10:12:58)   Court Security: B. Benavente

********************************** APPEARANCES **********************************
**COUNSEL FOR PLAINTIFF(s):**   **COUNSEL FOR DEFENDANT(s):**

Thomas Tarpley, Rhino Builders, Inc.   Arthur Clark

***

**PROCEEDINGS:** SCHEDULING CONFERENCE

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( ) MOTION(s) __ Granted ____Denied ____Settled ____Withdrawn ___ Under Advisement

( ) ORDER SUBMITTED ____Approved ____Disapproved

( X ) ORDER to be Prepared By: __Mr. Tarpley__

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court set the following dates:
- Trial set for August 9, 2005 at 9:00 a.m. before Judge Consuelo Marshall
- Trial briefs due July 8, 2005
- Preliminary Pre-Trial Conference set for July 19, 2005 at 2:00 p.m. (before Judge Manibusan)
- Discovery material designation, proposed pretrial order and trial documents due July 26, 2005
- Final Pre-Trial Conference set for August 2, 2005 at 10:00 a.m. before Judge Consuelo Marshall

Mr. Tarpley informed the Court that he intended to file a motion to dismiss the fraud claim alleged in the counterclaim. The Court set dispositive motion deadline for April 14, 2005, to be heard on May 12, 2005; Oppositions due April 28, 2005 and Replies May 5, 2005.

The Court returned the proposed amended scheduling order to Mr. Tarpley and directed him to submit a new proposed scheduling order reflecting the dates set forth above.

Courtroom Deputy: _____