LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP5095
Attorney *for* Plaintiff

FILED
DISTRICT COURT OF GUAM
MAR 24 2005
MARY L.M. MORAN
CLERK OF COURT

(491)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC. and MICHAEL O'CONNELL, <br><br> Counter-Defendants. | CERTIFICATE OF MAILING |

I, Dorothea Quichocho, hereby certify that I am a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On March 24, 2005, I caused to be mailed in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a true and correct copy of a REVISED SCHEDULING ORDER, to the following:

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96911

ORIGINAL

| | |
|---|---|
| 1 | BERMAN O'CONNOR MANN & SHKLOV |
| | SUITE 503, BANK OF GUAM BLDG. |
| 2 | 111 CHALAN SANTO PAPA |
| | HAGATNA, GUAM 96910 |
| 3 | |
| | FREDERICK J. KERLEY, ESQ. |
| 4 | SUITE 907, PACIFIC NEWS BLDG. |
| | 238 ARCHBISHOP F.C. FLORES STREET |
| 5 | HAGATNA, GUAM 96910 |

Dated this 24TH day of March, 2005

_____
Dorothea Quichocho

Rhino Builders, Inc. v. BioGenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
CERTIFICATE OF MAILING