LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP5083
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
MAR 29 2005
MARY L.M. MORAN
CLERK OF COURT

492

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC. and MICHAEL O'CONNELL, <br><br> Counter-Defendants. | CIVIL CASE NO. 02-00008 <br><br><br><br><br><br><br> **REVISED SCHEDULING ORDER** |

Pursuant to the scheduling conference held in open Court on March 22, 2005, the Court makes the following revised scheduling order for the final disposition of this matter:

Dispositive motions, if any, regarding counterclaims shall be filed no later than **April 14, 2005**, for hearing on **May 12, 2005 at 10:00 .a.m.**

Oppositions and Reply briefs, if any, shall be filed within the times required under the local rules.

ORIGINAL

The parties shall file their trial briefs on or before **July 8, 2005**.

The preliminary pretrial conference will be held on **July 19, 2005 at 2:00 p.m.**

The proposed pretrial order, the parties witness list and exhibit list shall be filed on or before **July 26, 2005**.

The final pretrial conference shall be on **August 2, 2005 at 10:00 a.m.** before the Honorable Consuelo Marshall.

The bench trial will commence before the Honorable Consuelo Marshall on **August 9, 2005 at 9:00 .a.m.**

Dated: March 29, 2005

_____
HON. JOAQUIN V. E. MANIBUSAN, JR.,
United States Magistrate Judge

**APPROVED:**

CALVO & CLARK, LLP

By: /s/ Arthur B. Clark                Dated: 3/23/05
ARTHUR B. CLARK,
Attorney for Defendant
BioGenesis Pacific, Inc.

**RECEIVED**

MAR 24 2005

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Rhino Builders, Inc. v. BioGenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
REVISED SCHEDULING ORDER
Page 2 of 2

Case 1:02-cv-00008   Document 497   Filed 03/29/2005   Page 2 of 2