Arthur B. Clark, Esq.
Janalynn C. Damian, Esq.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant/Counter-Plaintiff
BioGenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2005
MARY L.M. MORAN
CLERK OF COURT

493

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | **NOTICE OF ERRATA** |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC. AND MICHAEL O'CONNELL, | |
| Counter-Defendants. | |

Upon re-review of the Revised Scheduling Order prepared by Plaintiff's counsel, Defendant has noted what it believes to be an error, which it requests the Court amend.

The Revised Scheduling Order indicates that: "Dispositive motions, if any, <u>regarding counterclaims</u> shall be filed no later than April 14, 2005, for hearing on May 12, 2005 at 10:00 a.m." Defendant believes this statement to be in error. Defendant does not recall the Court giving Plaintiff the exclusive right to file dispositive motions, and believes that the correct order was that <u>all dispositive motions</u> were to be filed no later than April 14, 2005, for hearing on May 12, 2005 at 10:00 a.m.

NOTICE OF ERRATA
CIVIL CASE NO. 02-00008
G0000755.WPD;1

ORIGINAL

1

Defendant's counsel has contacted Plaintiff's counsel to request that he amend the Revised Scheduling Order, but Plaintiff's counsel has indicated that he believes the proposed Revised Scheduling Order to be accurate, and therefore refuses to amend it. Thus, Defendant respectfully requests that if Defendant's recollection of the Court's order is correct, the Court modify the proposed Revised Scheduling Order by striking "regarding counterclaims."

Dated this 29th day of March, 2005.

        CALVO & CLARK, LLP
        Attorneys At Law
        Attorneys for Defendant Biogenesis Pacific, Inc.

        By: /s/ Arthur B. Clark
            ARTHUR B. CLARK