LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP6007
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
MAR 30 2005
MARY L.M. MORAN
CLERK OF COURT

(494)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| v. | **CERTIFICATE OF MAILING** |
| RHINO BUILDERS, INC. and MICHAEL O'CONNELL, | |
| Counter-Defendants. | |

I, Dorothea Quichocho, hereby certify that I am a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On March 30, 2005, I caused to be mailed in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a filed copy of the REVISED SCHEDULING ORDER, to the following:

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96911

ORIGINAL

```
 1  BERMAN O'CONNOR MANN & SHKLOV
    SUITE 503, BANK OF GUAM BLDG.
 2  111 CHALAN SANTO PAPA
    HAGATNA, GUAM 96910
 3
    FREDERICK J. KERLEY, ESQ.
 4  SUITE 907, PACIFIC NEWS BLDG.
    238 ARCHBISHOP F.C. FLORES STREET
 5  HAGATNA, GUAM 96910
```

Dated this **30th** day of March, 2005

_____
Dorothea Quichocho

Rhino Builders, Inc. v. BioGenesis Pacific, Inc., et. al.
Civil Case No. 02-00008
CERTIFICATE OF MAILING
Page 2 of 2

Case 1:02-cv-00008   Document 499   Filed 03/30/2005   Page 2 of 2