

```
FILED
DISTRICT COURT OF GUAM

APR - 6 2005

MARY L.M. MORAN
CLERK OF COURT

495
```

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF RHINO BUILDERS, INC. | Civil Case No. 02-00008 |
| Plaintiff, | |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| vs. | **ORDER** |
| RHINO BUILDERS, INC. and MICHAEL O'CONNELL, | |
| Counter-Defendants. | |

On March 22, 2005, this case came before the Court for a scheduling conference. Prior to the scheduling conference, the parties had submitted a proposed Amended Scheduling Order to the Court requesting that the trial herein be set sometime in August 2005. There were no other provisions or dates proposed in the parties' submission, such as the discovery cut-off date and the dispositive motions filing deadline.

At the March 22nd scheduling conference, Mr. Tarpley advised the Court that he anticipates filing a motion to strike or dismiss the fraud claim alleged in the counterclaim. See Minutes, Docket No. 490. Accordingly, he requested that the Court set a deadline for him to

ORIGINAL

1  file such a motion. The Court gave a deadline of April 14, 2005 for the filing of dispositive

2  motions. Id. At the conclusion of the hearing, the Court returned the proposed Amended

3  Scheduling Order to the plaintiff and directed Mr. Tarpley to submit a new proposed scheduling

4  order reflecting the trial and pretrial dates provided by the Court. Id.

5  On March 24, 2005, the parties submitted a proposed Revised Scheduling Order which,

6  among other things, provided that "[d]ispositive motions, if any, *regarding counterclaims* shall

7  be filed no later than April 14, 2005, for hearing on May 12, 2005 at 10:00 a.m." See Docket

8  No. 492 (emphasis added and emphasis in original deleted). The proposed Revised Scheduling

9  Order was submitted by the plaintiff and approved and signed by Mr. Clark, counsel for the

10  defendant. Id. The Court approved the Revised Scheduling Order on March 29, 2005. Id.

11  On March 30, 2005, the defendant filed a Notice of Errata (Docket No. 493). The

12  defendant asserted that the Revised Scheduling Order contained an error by limiting the right to

13  file dispositive motions to the plaintiff only. The defendant requested that the Court modify the

14  Revised Scheduling Order by striking the phrase "regarding counterclaims" from the paragraph

15  relating to the filing of dispositive motions.

16  The Court has reviewed the file and has listened to the electronic recording of the

17  proceedings. The Court concurs with the defendant. The Court did not intend to restrict either

18  party from filing any dispositive motion it deemed appropriate. Accordingly, the Court hereby

19  amends the Revised Scheduling Order (Docket No. 492) by striking the words "regarding

20  counterclaims" from page one, line 24.

21  SO ORDERED this 5 th day of April 2005.

22

23  JOAQUIN V.E. MANIBUSAN, JR.
   United States Magistrate Judge

24

25

26

27

28

2