LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP6033
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM

APR - 7 2005

MARY L.M. MORAN
CLERK OF COURT

497

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., ) | CIVIL CASE NO. 02-00008 |
| Plaintiff, ) | |
| v. ) | |
| BIOGENESIS PACIFIC, INC., ) | |
| Defendant. ) | |
| BIOGENESIS PACIFIC, INC., ) | |
| Counter-Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| RHINO BUILDERS, INC. and ) MICHAEL O'CONNELL, ) | |
| Counter-Defendants. ) | |

I, Dorothea Quichocho, hereby certify that I am a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On April 7, 2005, I caused to be served a filed copy of the REPLY TO MARCH 18, 2005 COUNTERCLAIM, to the following:

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96911

Dated this 7th day of March, 2005

_____
Dorothea Quichocho

ORIGINAL