

**FILED**
DISTRICT COURT OF GUAM
APR 14 2005
MARY L.M. MORAN
CLERK OF COURT

LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP6062
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| v. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| RHINO BUILDERS, INC. and MICHAEL O'CONNELL, | |
| Counter-Defendants. | |

I, Dorothea Quichocho, hereby certify that I am a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On April 14, 2005, I caused to be served a filed copy of the MOTIONS TO DISMISS COUNTERCLAIMS OF FRAUD [HEARING SET FOR MAY 12, 2005 AT 10:00 A.M. PER REVISED SCHEDULING ORDER OF MARCH 29, 2005] to the following:

CALVO & CLARK, LLP
SUITE 202, FIRST SAVINGS & LOAN BLDG.
655 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96911

Dated this 14th day of March, 2005

Dorothea Quichocho

**ORIGINAL**