

Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
Daniel M. Benjamin, Esq.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
APR 28 2005
MARY L.M. MORAN
CLERK OF COURT
501

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC. AND MICHAEL O'CONNELL, | |
| Counter-Defendants. | |

//
//
//
//
//
//
//

CIVIL CASE NO. 02-00008
G0001882.WPD;1

ORIGINAL

1

I, MICHAEL J. PEREZ, hereby certify that on the 28th day of April, 2005, I served via hand delivery a copy of: **BIOGENESIS PACIFIC, INC.'S OPPOSITION TO COUNTER-DEFENDANTS' MOTIONS TO DISMISS COUNTERCLAIMS FOR FRAUD OR IN THE ALTERNATIVE REQUEST FOR LEAVE TO ADD OMITTED COUNTERCLAIM FOR FRAUD** on:

**Attorney for Rhino Builders, Inc. and Counter-Defendant Michael O'Connell**

Thomas M. Tarpley, Jr., Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building, Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 28th day of April, 2005.

_____
MICHAEL J. PEREZ