LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP8011
Attorney *for* RHINO BUILDERS, INC. AND MICHAEL O'CONNELL

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC. and MICHAEL O'CONNELL, <br><br> Counter-Defendants. | **NOTICE OF SETTLEMENT** |

**TO:** **CLERK OF COURT**

**PLEASE TAKE NOTICE** that the remaining parties in this matter have reached a settlement of all claims. Formal dismissals of the action should be filed shortly.

Dated this ____8th____ day of July, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for
RHINO BUILDERS, INC. and
MICHAEL O'CONNELL

ORIGINAL