LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP8012
Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
JUL -8 2005
MARY L.M. MORAN
CLERK OF COURT
506

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 |
| BIOGENESIS PACIFIC, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> RHINO BUILDERS, INC. and MICHAEL O'CONNELL, <br><br> Counter-Defendants. | **CERTIFICATE OF SERVICE** |

I, Dorothea Quichocho, hereby certify that I am a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On July 8, 2005, I caused to be faxed and mailed in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a filed copy of the NOTICE OF SETTLEMENT, to the following:

ARTHUR B. CLARK, ESQ.
CALVO & CLARK, LLP
655 SOUTH MARINE CORPS DRIVE, SUITE 202
TAMUNING, GUAM 96911

Dated this _8th_ day of July, 2005

_____
Dorothea Quichocho

**ORIGINAL**