

**FILED**
DISTRICT COURT OF GUAM

JUL 2 0 2005

MARY L.M. MORAN
CLERK OF COURT

(507)

1  Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
2  CALVO & CLARK, LLP
Attorneys at Law
3  655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
4  Telephone:   (671) 646-9355
Facsimile:   (671) 646-9403
5
Attorneys for
6  Biogenesis Pacific, Inc.

7                    DISTRICT COURT OF GUAM

8                    TERRITORY OF GUAM

9  RHINO BUILDERS, INC.,                    ) CIVIL CASE NO. 02-00008
                                            )
10               Plaintiff,                 )
                                            ) **STIPULATION AND ORDER FOR**
11         vs.                              ) **DISMISSAL WITH PREJUDICE**
                                            )
12  BIOGENESIS PACIFIC, INC.,               )
                                            )
13               Defendant.                 )
    _____)
14                                          )
    BIOGENESIS PACIFIC INC.,                )
15                                          )
                 Counter-Plaintiff,         )
16                                          )
           vs.                              )
17                                          )
    RHINO BUILDERS, INC. AND MICHAEL        )
18  O'CONNELL,                              )
                                            )
19               Counter-Defendants.        )
    _____)
20

21         **IT IS HEREBY STIPULATED** by Rhino Builders, Inc. ("Rhino"), Michael O'Connell and

22  BioGenesis Pacific, Inc. ("BioGenesis"), by and through their respective counsel, pursuant to Fed.R.Civ.Pro.

23  Rule 41(c), that the claims filed by Rhino in its Third Amended Complaint on February 4, 2005 and the

24  counter-claims filed by BioGenesis in its Answer to Third Amended Complaint and Counterclaim filed on

25  March 18, 2005 in the above-captioned case shall be **DISMISSED WITH PREJUDICE**.

26  //

27  //

28  //

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
CIVIL CASE NO. 02-00008
G0003667.WPD;2



1

**IT IS FURTHER STIPULATED** the parties herein shall bear their own attorney fees and costs.

**SO STIPULATED.**

CALVO & CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

TARPLEY & MORONI, LLP
Attorneys for Rhino Builders, Inc. and Counter-Defendant Michael O'Connell, Esq.

By: _Artu B. Clark_
ARTHUR B. CLARK

By: _____
THOMAS M. TARPLEY, JR.

Dated: July 19, 2005

Dated: July 19, 2005

**SO ORDERED** this 20th day of _July_, 2005.

_____
**HONORABLE**
**Judge, District Court of Guam**



**RECEIVED**

JUL 1 9 2005

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
CIVIL CASE NO. 02-00008
G0003667.WPD;2

2