Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
JUL 25 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(c)** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC., MICHAEL O'CONNELL, AND JOHN DOES 1-10, <br><br> Counter-Defendants. | |

Please take notice, pursuant to Federal Rules of Civil Procedure Rule 41(c) that the above-entitled action is hereby dismissed by Counter-Plaintiff without prejudice as to Counter-Defendants John Does 1-10. Counter-Defendants John Does 1-10 have not yet appeared in this action.

Dated this 25th day of July, 2005.

CALVO & CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: *[signature]*
JANALYNN C. DAMIAN