FILED
DISTRICT COURT OF GUAM
JUL 26 2005
MARY L.M. MORAN
CLERK OF COURT
510

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC, INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC., MICHAEL O'CONNEL, and JOHN DOES 1-10, | |
| Counter-Defendants. | |

Judgment is hereby entered in accordance with the following:

1. Request for Dismissal of Third Party Complaint Pursuant to FRCVP Rule 41(a) filed October 8, 2002
2. Order filed April 29, 2004
3. Order filed April 30, 2004
4. Stipulation and Order for Dismissal With Prejudice filed November 8, 2004
5. Stipulation and Order for Dismissal With Prejudice filed November 15, 2004
6. Stipulation and Order for Dismissal With Prejudice filed July 20, 2005
7. Notice of Dismissal Without Prejudice Pursuant to FRCVP 41(c) filed July 25, 2005

Dated this 26th day of July, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 07/26/05. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____ 07/26/05
Deputy Clerk            Date