Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
Daniel M. Benjamin, Esq.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., | CIVIL CASE NO. 02-00008 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| BIOGENESIS PACIFIC, INC., | |
| Defendant. | |
| BIOGENESIS PACIFIC INC., | |
| Counter-Plaintiff, | |
| vs. | |
| RHINO BUILDERS, INC. AND MICHAEL O'CONNELL, | |
| Counter-Defendants. | |

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | I, MICHAEL J. PEREZ, hereby certify that on the 25th day of July, 2005, I served via hand |
| 2 | delivery a copy of: **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on: |

**Attorney for Rhino Builders, Inc. and
Counter-Defendant Michael O'Connell**

Thomas M. Tarpley, Jr., Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building, Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 25th day of July, 2005.

*/s/ MICHAEL J. PEREZ*