Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for
Biogenesis Pacific, Inc.

**FILED**
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 <br><br> **STIPULATION AND ORDER TO AMEND NOTICE OF DISMISSAL FILED ON JULY 25, 2005 AND JUDGMENT** <br> **(Fed. R. Civ. P 60(b)(1))** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC. AND MICHAEL O'CONNELL, <br><br> Counter-Defendants. | |

**IT IS HEREBY STIPULATED** by Rhino Builders, Inc. ("Rhino"), Michael O'Connell and BioGenesis, by and through their respective counsel, pursuant Fed. R. Civ. P. 60(b)(1) to amend the Notice of Dismissal filed on July 25, 2005 and paragraph 7 of the Judgment filed in this action on July 26, 2005 to reflect a dismissal of the counterclaims against John Does 1-10 with prejudice.

//
//
//
//

STIPULATION AND ORDER TO AMEND NOTICE OF
DISMISSAL FILED ON JULY 25, 2005 AND JUDGMENT
(Fed. R. Civ. P 60(b)(1))
CIVIL CASE NO. 02-00008
G0004268.WPD;1

ORIGINAL

Case 1:02-cv-00008  Document 517  Filed 07/29/2005  Page 1 of 2

1

**SO STIPULATED.**

| | |
|---|---|
| CALVO & CLARK, LLP<br>Attorneys for BioGenesis Pacific, Inc. | TARPLEY & MORONI, LLP<br>Attorneys for Rhino Builders, Inc. and Counter-Defendant Michael O'Connell |

By: *[signature]*
JANALYNN C. DAMIAN

Dated: July 27, 2005

By: *[signature]*
THOMAS M. TARPLEY, JR.

Dated: July 28, 2005

**SO ORDERED** this 29th day of July, 2005.

*[signature]*
HONORABLE FRANCES TYDINGCO-GATEWOOD
Judge, District Court of Guam


RECEIVED
JUL 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

STIPULATION AND ORDER TO AMEND NOTICE OF
DISMISSAL FILED ON JULY 25, 2005 AND JUDGMENT
(Fed. R. Civ. P 60(b)(1))
CIVIL CASE NO. 02-00008
G0004268.WPD;1