DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 <br><br> [~~PROPOSED~~] AMENDED JUDGMENT |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC. MICHAEL O'CONNELL, AND JOHN DOES 1-10 <br><br> Counter-Defendants. | |

Judgment is hereby entered in accordance with the following:

1. Request for Dismissal of third Party Complaint Pursuant to Fed. R. Civ P. 41(a) filed October 8, 2002
2. Order filed April 29, 2004
3. Order filed April 30, 2004
4. Stipulation and Order for Dismissal With Prejudice filed November 8, 2004
5. Stipulation and Order for Dismissal With Prejudice filed November 15, 2004
6. Stipulation and Order for Dismissal With Prejudice filed July 20, 2005

7. Dismissal With Prejudice Pursuant to Stipulation and Order filed on July 29, 2005.

Dated this 29th day of July, 2005, Hagåtña, Guam.

MARY L.M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Submitted by:

CALVO & CLARK, LLP
Attorneys for BioGenesis Pacific, Inc.

By: _____
ARTHUR B. CLARK

Dated: July 27, 2005

**RECEIVED**
JUL 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Notice is hereby given that this document was entered on the docket on 07/29/05. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 7/29/05
Deputy Clerk    Date

[PROPOSED] AMENDED JUDGMENT
CIVIL CASE NO. 02-00008
G0004273.WPD;1