Arthur B. Clark, Esq.
Janalynn Cruz Damian, Esq.
Daniel M. Benjamin, Esq.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
Biogenesis Pacific, Inc.

FILED
DISTRICT COURT OF GUAM
AUG - 2 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| RHINO BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGENESIS PACIFIC, INC., <br><br> Defendant. | CIVIL CASE NO. 02-00008 <br><br> **CERTIFICATE OF SERVICE** |
| BIOGENESIS PACIFIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> RHINO BUILDERS, INC. AND MICHAEL O'CONNELL, <br><br> Counter-Defendants. | |

//
//
//
//
//
//
//

CIVIL CASE NO. 02-00008
G0004266.WPD;1

ORIGINAL

1

I, MICHAEL J. PEREZ, hereby certify that on the 1st day of August, 2005, I served via hand delivery a copy of: **STIPULATION AND ORDER TO AMEND NOTICE OF DISMISSAL FILED ON JULY 25, 2005 AND JUDGMENT (Fed. R. Civ. P 60(b)(1))** on:

**Attorney for Rhino Builders, Inc. and Counter-Defendant Michael O'Connell**

Thomas M. Tarpley, Jr., Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building, Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 26nd day of August, 2005.

_____
MICHAEL J. PEREZ